UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX,** | : : : | **CASE NO.:** |
| | : | **JUDGE:** |
| Plaintiff, | : : | |
| v. | : : | |
| | : | **PLAINTIFF'S MOTION FOR** |
| **CRYSTAL STRANGER, et al.,** | : | **IMMEDIATE TEMPORARY** |
| | : | **RESTRAINING ORDER AND** |
| Defendants. | : | **PRELIMINARY INJUNCTIVE RELIEF** |

**SEPTEMBER 24, 2024**

Pursuant to Fed. R. Civ. P. 65, Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer") moves for entry of a Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendant Crystal Stranger ("Stranger").

For the reasons set forth in the accompanying Memorandum of Law and the Verified Complaint, Cleer is likely to succeed on the merits of its claims, Cleer will suffer irreparable injury if Stranger continues to engage in any of the conduct the requested injunction seeks to enjoin, and Cleer has no adequate remedy at law. Thus, Cleer respectfully requests that the Court:

(1) restrain and enjoin Stranger, her agents, and all other persons acting in concert with her from using the Cleer.tax domain name for any reason;

(2) direct Stranger, her agents, and all other persons acting in concert with her to transfer the Cleer.tax domain name to Cleer; and

(3) restrain and enjoin Stranger, her agents, and all other persons acting in concert with her from violating Stranger's restrictive covenants, including by unfairly competing against Cleer and soliciting any of Cleer's current or prospective clients, employees, and contractors.

Respectfully submitted,

*/s/ Michael S. O'Malley*
Michael S. O'Malley, Esq.
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
281 Tresser Boulevard
Stamford, CT 06901
Ph: (203) 969-3109
Fx: (203) 969-3150
Michael.o'malley@ogletree.com

PRO HAC VICE FORTHCOMING:

George B. Musekamp (0087060)
Evan H. Cohn (0100407)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Ph:(513) 381-2838
Fx:(513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

*Counsel for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax*

2

## CERTIFICATE OF SERVICE

     I hereby certify that on September 24, 2024 I filed Defendant's Plaintiff's Motion for Immediate Temporary Restraining Order and Preliminary Injunctive Relief using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

<u>*/s/ Michael S. O'Malley*</u>