# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX,** | Case No. 3:24-cv-01496-MPS |
| | Judge Michael P. Shea |
| **Plaintiff,** | |
| | NOTICE OF APPEARANCE |
| v. | |
| **CRYSTAL STRANGER, et al.,** | |
| **Defendants.** | |

Evan H. Cohn of Taft Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, OH 45202, submits his appearance pro hac vice on behalf of Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax.

Respectfully submitted,

/s/ *Evan H. Cohn*
Evan H. Cohn (pro hac vice)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street
Cincinnati, OH 45202
Phone: 513-357-9687
Fax: 513-381-0205
E-mail: ecohn@taftlaw.com

*Attorney for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax*

13463347.1

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of October 2024, a true and accurate copy of the Notice of Appearance was filed electronically with the U.S. District Court for the District of Connecticut. Notice of this filing will be electronically served by the CM/ECF system to all attorneys of record.

/s/ *Evan H. Cohn*
Evan H. Cohn (pro hac vice)

13463347.1