# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**CLEER LLC,**

V.          SUMMONS IN A CIVIL CASE

**CRYSTAL STRANGER, ET AL.,**

CASE NUMBER: **3:24–CV–01496–JCH**

TO: **Optic Tax Inc.**
Defendant's Address:    Legalinc Corporate Services Inc., Registered Agent
131 Continental Drive, Suite 305
Newark, DE 19713

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael Seamus O'Malley**
**Ogletree, Deakins, Nash, Smoak & Stewart P.C.**
**281 Tresser Boulevard Suite 602**
**Stamford, CT 06901**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – L. Barry

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2024–09–23 09:10:38**, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Optic Tax Inc._____
was received by me on *(date)* __October 1, 2024_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Legalinc Corporate Services Inc._____ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Optic Tax Inc.__
_____ on *(date)* ____October 3, 2024_____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: __October 8, 2024_____

/s/ Beth M. Martin
Servers signature

Beth M. Martin, Paralegal
Printed name and title

Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Servers address

Additional information regarding attempted service, etc: