# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CLEER LLC,**

V.

**SUMMONS IN A CIVIL CASE**

**CRYSTAL STRANGER, ET AL.,**

CASE NUMBER: **3:24−CV−01496−JCH**

TO: **Crystal Stranger**
Defendant's Address:   30 N. Gould Street
Suite 3088
Sheridan, WY 82801

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael Seamus O'Malley**
**Ogletree, Deakins, Nash, Smoak & Stewart P.C.**
**281 Tresser Boulevard Suite 602**
**Stamford, CT 06901**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − L. Barry
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2024−09−23 09:09:33, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Crystal Stranger__
was received by me on *(date)* __September 23, 2024__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __an agent_____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
__Crystal Stranger_____ on *(date)* __September 30, 2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: __October 8, 2024__

/s/ Beth M. Martin
_____
Servers signature

Beth M. Martin, Paralegal
_____
Printed name and title
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
_____
Servers address

Additional information regarding attempted service, etc: