IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | |
| | : | 3:24-cv-1496-MPS |
| v. | : | |
| | : | |
| CRYSTAL STRANGER et al. | : | 2024-10-08 |

### CRYSTAL STRANGER'S OBJECTION TO DEFECTIVE SERVICE OF PROCESS

Now comes Alan Harrison, in a limited appearance on behalf of Defendant Crystal Stranger, to contest the defective service of process, purportedly on Ms. Stranger, through a third party who is not authorized in any way to accept service on behalf of Ms. Stranger.

ECF 28-1 and ECF 29-1 are USPS certificates of receipt that are signed by a party unknown by Ms. Stranger, not present at her abode, and not authorized by her, or by law, to accept service on her behalf. The certificates of receipt do not report that summons were personally served on Ms. Stranger, left at her abode or left at her place of business, read aloud to her, or otherwise served according to applicable laws.

Therefore, under any applicable law, Ms. Stranger has not been served. The action should be abated as to her until such time as she may have been properly served.

Respectfully submitted,

s/Alan Harrison

Alan Harrison ct29464

SANDOLLAR Law

6 West River Street #112

Milford, CT 06460

alan@sandollar-law.net

203.212.9996