# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX,** | : | **Case No. 3:24-cv-01496-MPS** |
| | : | |
| | : | **Judge Michael P. Shea** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CRYSTAL STRANGER, et al.,** | : | **DECLARATION OF DAVID** |
| | : | **MCKEEGAN** |
| **Defendants.** | : | |

1.      I am the Founder, President, and Chief Executive Officer of Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer"), and have personal knowledge of the facts set forth in this Declaration.

2.      In early 2022, as President and Chief Executive Officer of Cleer, I asked former Cleer member and employee Crystal Stranger ("Stranger") to assist with the rebranding of the original entity "Greenback Business Services LLC" ("GBS") to "Cleer LLC d/b/a Cleer Tax."

3.      On March 15, 2022, I created a Podio project[1] entitled "Explore Rebranding – away from GBS towards the 'verb' for the industry." (Exhibit A – Podio Rebranding Project). I created this project to develop a new name for GBS. I made Stranger a participant on the Podio rebranding project and requested her collaboration for the name change.

4.      On May 26, 2022, Stranger registered the domain Cleer.tax for Cleer. That same day, I registered "cleertax.com" for Cleer. Stranger never claimed she owned Cleer.tax or had created that domain for personal reasons. She never told me that she was providing Cleer with an

---

[1] Podio is a web-based collaboration platform used to align content, conversations, tasks, calendars, and other items for specific projects.

oral license to use Cleer.tax.  At all times, Stranger and I were exploring these domain names together for Cleer's benefit as part of the rebranding of GBS.

5.      On June 1, 2022, I posted on the Podio project about exploring the purchase of the "Cleer.com" domain, explored whether ".tax" was acceptable for a domain, and made it an action item for the team to "get Trademark[s] for Cleer, CleerPath, and CleerTax." (Exhibit B – Podio Rebranding Project).  On June 9, 2022, I posted: "Decided on Cleer.tax – trying to buy the .com." (*Id.*)

6.      Lindsey Anderson (a Cleer employee), Stranger, and I also participated on a call on June 1, 2022 to discuss the Cleer.tax rebranding using the Grain platform, which generates a transcript of the calls.  (Exhibit C – June 1, 2022 Grain Call Transcript).  During this call, we discussed moving forward with Cleer.tax and obtaining trademarks for Cleer.  During this call, Stranger only discussed Cleer.tax for its use by Cleer.  She never claimed she owned it, planned to register it for personal reasons, or anything about orally licensing it to Cleer.

7.      On July 13, 2022, Lindsey Anderson created a Podio project entitled "Rebranding to Cleer." (Exhibit D – Podio Cleer Rebranding Project).  That same day, I commented: "Domain is Cleer.tax." (*Id.*)  On July 18, I told Ms. Anderson to "put together an email series to send out to people telling them we are rebranding to Cleer.tax," and I told Stranger to "review this list and make sure its complete with moving emails, forwarding emails, and website, etc." (*Id.*)  On November 14, Stranger posted to Podio: "Website launched!  Fixing a bunch of small errors." (*Id.*)

8.      On July 19, Stranger e-mailed me regarding our plan for the Cleer domains and trademarks.  (Exhibit E – Stranger July 19, 2022 Emails).  In those emails, we discussed our intent to forge ahead with the Cleer domain because we all agreed it was the best option since it was one we all finally agreed on.  (*Id.*)

2

9.     On December 5, 2022, I created a Podio project entitled "Permanent Home for Domain Names." (Exhibit F – Podio Domain Name Permanent Home Project). When rebranding to Cleer, several different employees registered different domains using variations of Cleer for Cleer's benefit. I started this Podio project to identify all the domains we secured for Cleer and find a place to permanently house them. On January 9, 2023, former Cleer employee Lindsey Anderson commented: "name silo will charge $9.98 for cleer.tax – most domains are 9.98 each. They will extend registration by one year with a transfer  Need to make sure domain transfer will not mess up live site. Should do it over a weekend or Friday night." (*Id.*). At that time, Ms. Anderson, not Stranger, was exploring how to maintain and house the Cleer.tax domain for Cleer.

10.     For the next year, despite my repeated requests that Stranger transfer the Cleer.tax domain to Cleer, she never did so. As Cleer's relationship with Stranger as an employee started deteriorating in late 2023, I continued asking her to transfer the Cleer.tax domain to Cleer. On January 23, 2024, Stranger sent me an email claiming for the first time that she owned Cleer.tax and thus refused to transfer it to Cleer. (Exhibit F – Stranger January 23, 2024 Email). To this day, Stranger has not transferred Cleer.tax to Cleer.

11.     In or around August 2024, Stranger started soliciting Cleer's clients and employees. She sent unprompted emails to two Cleer employees asking if they were interested in leaving Cleer. (Exhibit G – Employee Solicitation Emails).

12.     After Cleer filed the Complaint in this action on September 18, 2024, a client informed me that they had received an email from Optic Tax on September 30. (Exhibit H – September 30 Optic Tax Client Solicitation). It appeared that Stranger has sent her solicitation email to a "dummy" Cleer email account Cleer used only for testing communications received the exact same email. The only way Stranger could have known that dummy email address is if she

19623108.1

135331391v1

has access to Cleer's client mailing list.  When Stranger left Cleer, she kept and refused to return

one of Cleer's laptops, which would have contained Cleer's client mailing list, among other critical

confidential and proprietary information of Cleer.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2024.

David McKeegan

EXHIBIT A

 # Explore Rebranding - away from GBS towards the "verb" for the industry

| | |
|---|---|
| **Title (WHAT)** | Explore Rebranding - away from GBS towards the "verb" for the industry |
| **Issue or Opportunity** | Issue |
| **Opened By** | David McKeegan, David@CleerTax.com |
| **Status** | Complete (100% resolved and actioned) |
| **Date Opened** | 03/15/2022 |
| **Priority** | Critical (now) |
| **Details of the Issue or Opportunity.** | Need a name that becomes the Verb for the industry.  The "Google" of tax & book keeping.<br><br>I need to "blank" my books / finances. |
| **Possible Solutions/Next Steps (Owner to add tasks) What does success look like to close this?** | Cleer - CleerTax, CleerPath (Books), CleerConsults...<br><br>Baxter "we need to Baxter this"<br><br>Pacioly.com - https://en.wikipedia.org/wiki/Luca_Pacioli - the father of modern accounting and bookkeeping (His first book is known as the Summa so Summa might be good.)<br><br>Booxtly.com, Boastxly.com |

**Comments**

**Crystal**   03/15/2022 11:27 AM

Update 3/15/22 Plan of attack:
We will keep this as an active opportunity to review each week and add names as they come up each week, then research and go over them at the Q2 end of quarter meeting.

**David McKeegan**   06/01/2022 10:42 AM

Update 6/1 - Dave engaged with Sedo to buy Cleer.com. For SEO - .tax isn't an issue.

Re Trademark - Might get an agreement if we agree to put Greenback Business Services on our website as well.

**David McKeegan**   06/01/2022 10:44 AM

Need to get Trademark for Cleer, CleerPath and CleerTax.

**David McKeegan**   06/06/2022 10:06 AM

Update 6/6 - Need to start working on the Logo.

**David McKeegan**   06/09/2022 12:24 PM

Decided on Cleer.tax - trying to buy the .com

EXHIBIT B

Let's see, what is it under?

**Lindsey Anderson** 37:34
Explore rebranding. Ideas. Are there.

**David McKeegan** 37:50
With this. Here is. Engaged with.

**David McKeegan** 38:00
Bye. The main, clear.com.

**Crystal Stranger** 38:10
And I guess it works. I was thinking when we started looking at this again, like, oh, it's not exactly. Yeah. A verb, but I need to blink my books. Finances. I need to clear my books. I need to clear my finances. I mean, it does work.

**Lindsey Anderson** 38:22
Yeah.

**Crystal Stranger** 38:26
Yeah. Yeah.

**Lindsey Anderson** 38:28
And so. Applying that. Crystal or we're talking about this. As we want to come. You know, not just grow the business, but. Appeared to have like different. You know, Areas of expertise. You know, you can clear tax clear path. Clear consults. And that can kind of expand as our service. And reach. Clear clear, SOC two. A lot it's whatever that it can apply, you know? Across the board. And we can look like, oh, this is this division and that division, not just like tax and bookkeeping and there's a. I think it gives some gravitas. To the practice.

**Crystal Stranger** 39:17
I like clear, I like clear path. Clear path. That's a nice ring to it. I was like that all inclusive solution. But, I mean, I just think I didn't get hopes with. Also attracting talent. To have like a catchy name. You know, people love that yet. It's like. You know, GBS sounds like an accounting firm, you know, It's like. Yeah, greenback business services in some ways was kind of better because it had a little bit like the greenback. Vibe. From the ex-pat tax and a little more catchy. But, you know, you know, one of the things that had GBS, it just sounds like one of those like stodgy accounting firms, you know, which is good in some regards. To build like trust, but I think we're past that build trust phase and we're moving into like that tech phase. So.

**David McKeegan** 40:06
And just a quick update on the trademark stuff. Opposing counsel said that they might be. To reach an agreement. We put the full name on. On the website. GBS tax and bookkeeping. It says business services. So, yeah, maybe we just keep going down that path. So it's not a hassle. We don't have to rush to make any changes. While we wait and see what happens with the. CDOT with buying this other domain. I don't think there's any SEO issue. For using clear.tax.

**David McKeegan** 40:45
The thing I'm concerned about is if we build up a brand on clear.tax, What would happen is. Whoever owns the.com. And sell the.com. Just somebody who starts another business. That's a copy cat. On clear.com. I've seen that happen to people before. It's kinda like you kinda get screwed because you didn't. By the right domain from the get go. So. We can get the clear.com I want to try and get that.

**Crystal Stranger** 41:16
Yeah. Yeah, I agree.

**David McKeegan** 41:18
Clear path.com. Tax or something like that. And then try and get the trademark for.

**Lindsey Anderson** 41:28
Yeah.

**Crystal Stranger** 41:28
I mean, I think, I think we need to file for the trademark and start using clear is the other thing. Because then, like, you know, we would have, we would be in the position. After any copycat, right? I mean, a lot of companies take that. Take that view too. And I think it's a better name. So I think we should go for it and move to. Because I think

that type of rebranding will serve us well. And sooner rather than later is always better. For building a brand. Right. And it's hard to build a brand around GBS and clearly we can't build a brand around it because of the trademark issues and green bark back business services. I think there's too much confusion with the ex-pat business, which is why we moved away from that, because then we're competing with them for SEO hits.

**David McKeegan**          42:26

Right. And it's confusing for condoms as well.

**Crystal Stranger**          42:29

And it's really confusing for clients. I mean, we still have people reaching out to us for ex-pat taxes and vice versa. I'm sure. Yeah, so. So I think that I think we move on the trademark and we move forward on the rear of rebranding. Because, you know, even if we can't get the dotcom, I think if we get the trademark and we get it strong and we'd build up with that. You know, If we get it bigger. We may end up paying a lot for the domain, but, you know, It may be the point where, you know, we're at the point of selling the company already and someone else pays a lot for the domain. You know, Yeah. So past. I think we get the trademark for clear and clear path. Because Ann clear tax. Like we tried for all three for a trademark. Of the names. Because. I think those are all really good. And to trademarkable. Cause, I mean, I assume. Clear and tax and I got nothing. You. So. I think it's. You know,

**Crystal Stranger**          43:46

Because, I mean, if we all like the name and we're in agreement on it, I mean, we've been searching for a name for like almost six months at this point. And nothing stuck until this that I don't think not getting the.com should be. Hold up in a good name. Because look at other companies. Like deal. You know, they're Del and they still go by the domain. Let's deal.com. I know they've gotten you. Quite quite sizable now. So I think if you get a good name, Like that shouldn't be the hold up these days, but if we can get the.com like even better. Like what there, but there is a little timeline still. On rebranding, building out materials. The revisions that are going to go into the website and stuff. It's still going to take. A couple of months. Anyway, you look at it to do a rebranding. So that rebranding should be. You know, I mean, it's probably going to be in a third quarter rock. For Lindsey is going to be rebranding. So, you know, it's going to take, it's going to be three, four months. And we're probably releasing it. You. In. November as it is. So we have a few weeks. Still on the decision probably, but. I mean, I think that's, you know, cause we need to continue out with GBS. For this year anyway, so maybe throwing that on there, just to stop it for right now. It's a thing. But I do think, I do think the reality is a rebranding is something we should still continue with no matter what.

David McKeegan          45:33

Okay, check out. Time is critical.

Lindsey Anderson          45:40

Yes, so, oh yeah. This is basically we just renewed our Drake subscription. I had a conversation. With their, you know, Support yesterday. To see if they had. Any support for the 1120 F sorry. It says S here I, I misheard crystal and went down this rabbit hole of. But anyway, they're supposed to call me back because I said, if you're getting, if you're going to have support for this in the future, If it's in the pipeline that you're going to add this to Drake. Then we wouldn't need ultra tax. So that's kind of why we keep ultra tax hanging around is just for that. 1120 F.

David McKeegan          46:31

We're just waiting to hear from Dre.

Lindsey Anderson          46:34

Yeah. We're supposed to be back yesterday, but. Yeah. I think that this might have to go actually up to Steven Drake because you know, customer support was like, oh, I'll have to ask someone and call you back. And I'm like, yeah. That's going to happen. So, but anyway, we did renew Drake. Yesterday and that's the 20, 22. So as soon as we get that, That serial number I can have infinitely virtual installed Drake 2022 in the virtual desktop. And then we can do 20, 22 final returns in Drake. Which was another thing we were using ultra tax for was those 2022 final returns.

David McKeegan          47:21

She may sales numbers. Yeah, I think we need to get all the. All the Salesforce data street so that we can see where the problem is. And I'll reach out to the bookkeeping. To get the books updated through the end of may.

Lindsey Anderson          47:40

Yeah. And then there's also. In. You know, this came up our last call. You know, in the, in the model, in the sales model, we have. A lot of projections on services that, you know, have not yet come to fruition. So we might want to. Just discuss that maybe in the quarterly meeting. Set that quarterly meeting and get that. You know, get that on the books and then. And discuss that. At, you know, do we take those out of the model for this year? Do we adjust

EXHIBIT C

#  Rebranding to Cleer

| | |
|---|---|
| **Rock Name** | Rebranding to Cleer |
| **Status** | Completed |
| **Owner** | Lindsey Anderson, Lindsey@gbstax.com |
| **Description** | Re-brand company to Cleer |
| | - Branding and positioning - Cleer Path |
| | - Logo Design |
| | - Website update |
| | -New content and products - Cleer Path startup package? |
| **Quarter** | Q3 |

**Comments**

**David McKeegan**    07/13/2022 8:30 AM

Update 7/13 - Logo
@Lindsey Anderson - Need a timeline here with deliverables so we can make sure it gets done.

**David McKeegan**    07/13/2022 8:31 AM

Domain is Cleer.tax

**David McKeegan**    07/18/2022 10:15 AM

Update 7/18 - Need to confirm these dates. We should get something on the website soon regarding Re-branding to Cleer.tax.

**David McKeegan**    07/18/2022 10:19 AM

@Lindsey Anderson - Can you put together an email series to send out to people telling them we are rebranding to Cleer.tax. This would start in November.

**David McKeegan**    07/18/2022 10:19 AM

@Crystal - Can you review this list and make sure its complete with moving emails, forwarding emails, and website, etc.

**David McKeegan**    07/25/2022 11:00 AM

Update 7/25 - Scope of work created and sent to Crystal to review. In good place with graphics.

Going through with Cleer tm hopefully no one else will contest.

**David McKeegan**    07/25/2022 11:01 AM

ClearTax - its an auditing tool. Not very comparable to Cleer.

**David McKeegan**    08/08/2022 10:53 AM

Update 8/8 - Created time line for transition. Submitted TM. Called IRS / EFile and they can change the name with Wyoming first.

**David McKeegan**    08/15/2022 11:31 AM

Update 8/15 - Putting together the partner package. Will share with all partners and discuss with partners re comm's schedules.

**David McKeegan**    08/22/2022 9:51 AM

Update 8/22 - got 3d logo. Graphics are sent to dev to make sure we can use them.

Partner info - Will do a partner update next week.

**David McKeegan**    08/29/2022 10:53 AM

Update 8/29 - Doing a call with Robert from Gust this week.

Will also discuss Webinar and content for next year.

Lindsey to reach out to Andrew @ stripe

**David McKeegan**    08/29/2022 10:54 AM

Mirror of current site is being built in Webflow.

**David McKeegan**    09/06/2022 10:50 AM

Update 9/6 - Call with Robert - to make sure all links, emails, announcements are updated. We are getting a blog post together for Gust.

Call with Stripe this week - Andrew and Julie Kim

**David McKeegan**    09/12/2022 10:50 AM

Update 9/12 - Great call with Stripe. Love the new name. @Lindsey Anderson - needs to get them the material they requested.

**David McKeegan**    09/12/2022 10:55 AM

Where are we with the website, etc.? Crystal and Lindsey to meet and discuss.

**David McKeegan**    09/19/2022 6:20 AM

Update 9/19 - have meeting with Kahn this week to do test on site. Will start to port over the content. Move is outlined - just need to move up time lines as much as we can.

**David McKeegan**    09/19/2022 6:24 AM

We should move the launch to Sunday the 30th of October so its not right before Lindsey is flying for 24h to Asia.

**David McKeegan**    09/19/2022 6:24 AM

Need to have the team briefed so any issues that come up while flying don't impact us.

**David McKeegan**    09/26/2022 6:20 AM

Update 9/26 - All partners notified and given assets for the launch. Testing coupon codes. On track

**David McKeegan**    10/03/2022 6:18 AM

Update 10/3 - working on content and teaser campaign.
@Lindsey Anderson - please tidy up the open apps

**Crystal**    11/14/2022 6:24 AM

11/14 - Website launched! Fixing a bunch of small errors.

**David McKeegan**    11/21/2022 6:20 AM

Update 11/21 - Need to update the Xero email address. Lindsey to contact Taylor at Xero.

**David McKeegan**    11/27/2022 10:24 PM

Update 11/28 - Lindsey to dig into Xero issue this week.

**David McKeegan**    12/04/2022 10:31 PM

Update 12/5 - No update.

**David McKeegan**    12/11/2022 10:20 PM

Update 12/12 - add David@clear.tax

**Lindsey Anderson**    12/19/2022 10:17 PM

12/19 - update all salesforce templates
URLS on typeform - update links

EXHIBIT D

Partner and Chief Operating Officer


Greenback Business Services
crystal@gbstax.com

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

**How nice was my reply?**



On Tue, Jul 19, 2022 at 9:42 AM Crystal Stranger <crystal@gbstax.com> wrote:

Cleerpath.com is still not available, and I like just Cleer better myself, sounds more techy, so I think it is better positioning for our eventual exit. What if we rolled with trying to register just "C can register Cleer Path? I'll register the .co, .net, .biz and .us extensions in the meantime so we have them for cleerpath domains, as a plan B.

I think for a description to register the trademark under would be: "Consulting, bookkeeping, and compliance support for startups and growing businesses."

This might not trigger an outright rejection, and is more similar to the previously registered Cleer with the cancelled trademark. What do you think?

Sincerely Yours,
Crystal Stranger, EA
Partner and Chief Operating Officer


Greenback Business Services
crystal@gbstax.com

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service

**How nice was my reply?**

On Tue, Jul 19, 2022 at 9:01 AM David Mckeegan, MBA, EA <dmckeegan@greenbacktaxservices.com> wrote:
  What about the cleerpath name? Then we focus it on helping startups succeed via tax and book keeping.

  I think I just told them what we do, ie tax & book keeping for startups.

  David Mckeegan, MBA, EA

      On Jul 19, 2022, at 10:41 AM, Crystal Stranger <crystal@gbstax.com> wrote:

      What do you think? Is it worth going ahead? Was really hard to find one name we agreed on, and now we have the logos and all. We could go back to iteration, but I don't think we months with the existing trademark litigation to learn if this will be approved. For alternate domains I had seen that I think could work were cleer.win, clear.solutions, or cleer.group, trademark using one of those, and made it more about our bookkeeping services under that domain we would have an easier time.

      What did you submit as a trademark description when you sent them the info? Maybe we can rework that wording as well.

      Sincerely Yours,
      Crystal Stranger, EA
      Partner and Chief Operating Officer

      
      Greenback Business Services
      crystal@gbstax.com

      **What is an enrolled agent?**
      Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Reve

      **How nice was my reply?**

      

      ---------- Forwarded message ---------
      From: **John Di Giacomo** <john@revisionlegal.com>
      Date: Tue, Jul 19, 2022 at 8:09 AM
      Subject: Re: CLEER Trademark
      To: Crystal Stranger <crystal@gbstax.com>
      Cc: dmckeegan@greenbacktaxservices.com <dmckeegan@greenbacktaxservices.com>, Rachel Russo <rachel@revisionlegal.com>

      Hi Crystal,

      The fact that you do not perform that exact service is not sufficient to mitigate against a likelihood of confusion refusal. When examining an application, an examining attorney revie the sight, sound, and commercial impression of the mark, the likely to continue trade channels, instances of actual confusion, and potential future overlap between the two marks. S are very similar to tax preparation services and sold within the same channels of trade to the same sophistication of purchasers, it is likely that an examining attorney would find the

      If you are concerned about this, my recommendation would be to select a different mark that is less likely to face rejection.

**From:** Crystal Stranger <crystal@gbstax.com>
**Date:** Tuesday, July 19, 2022 at 9:25 AM
**To:** John Di Giacomo <john@revisionlegal.com>
**Cc:** dmckeegan@greenbacktaxservices.com <dmckeegan@greenbacktaxservices.com>, Rachel Russo <rachel@revisionlegal.com>
**Subject:** Re: CLEER Trademark

Hi John,

Thank you for the prompt response. So it sounds like ClearTax.us is the only risk. Their trademark description is:

*Providing information in the field of tax controversy, detailing a risk level and probability of an IRS audit, for business and consumer purposes.*

I don't think this is similar at all to what we do, even though it is a cool business model. We try to stay out of tax controversy as much as possible, and only offer representation to c
initial returns. Representation and preparation are extremely different. Could we massage our description that we file with to notate this better? What is the current description you
with?

Also, if we start our rebranding initially it would seem to be better then to put our website up immediately and file for an active trademark rather than the intent to use application, cc
clearance is not reasonable from a business perspective.

Sincerely Yours,

Crystal Stranger, EA

Partner and Chief Operating Officer



Greenback Business Services

crystal@gbstax.com

**What is an enrolled agent?**

Enrolled agents (EAs) are America's tax experts. EAs are the only federally-licensed tax practitioners who specialize in taxation and also have unlimited rights to represent taxpayers before the Interna

**How nice was my reply?**



On Tue, Jul 19, 2022 at 7:12 AM John Di Giacomo <john@revisionlegal.com> wrote:

Hi Crystal and Dave,

Rachel asked me to answer your questions, so I will do those in turn:

1. The ClearTax.us is an audit review specialist, and doesn't do tax returns or bookkeeping, so I don't think there is much of a conflict there. Conflict does not arise out of the
   provides, but, rather, the description of the services in the international class. Since their description of services is similar to yours, this mark poses risk.
2. There is another ClearTax I found in India that actually seems closer to what we do, but India specifically. Although they have raised $140M in fundraising: https://www.cr
   cleartax Trademark rights are territorial, so a use solely in India would not prevent the successful registration of your trademark.
3. Clear Accounting could be an issue, I am surprised they didn't mention these more except in the common law trademarks section. We may end up in direct competition w
   one: https://clearacctg.com/ or this one: https://www.clear-accountants.com/services/ Both of these uses pose risk of a trademark infringement lawsuit, but they are unlike
   registration of your mark because they have not filed for or obtained trademark registration with the USPTO. So, while they present general litigation risk, they do not pres
   registration of CLEER.
4. All the Clear's in the US look pretty small though, like <5 team size. So I don't think it is likely that any of them would come after us for trademark infringement. The one in
   would actually be concerned about, as they are big enough where they would possibly not want us in their space if they expanded, but that seems unlikely. It is unlikely th
   a trademark infringement lawsuit against you, if they are operating only in India.

Also, it looks like you recommend starting by filing an intent to use application? How long will that take to receive a response? Would we need to postpone rebranding until the r
can we start putting the trademark in use right away and make an active site?

An intent to use application will be initially examined by an examining attorney within 8-12 months. Our recommendation is that you postpone rebranding until the application has
for opposition. However, if you are willing to take the risk that you may not obtain registration, you can begin the rebranding now.

--

John Di Giacomo

Revision Legal

john@revisionlegal.com

Phone: 231.714.0100

https://www.revisionlegal.com

Check out our podcast, May it Please the Internet.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

EXHIBIT E

 **Permanent Home for Domain Names**

| | |
|---|---|
| **Title (WHAT)** | Permanent Home for Domain Names |
| **Issue or Opportunity** | Issue |
| **Opened By** | David McKeegan, David@CleerTax.com |
| **Status** | Solved (doesn't mean completed, but resolution identified and next steps being actioned) |
| **Date Opened** | 12/05/2022 |
| **Priority** | Low |
| **Owner of this Issue or Opportunity** | David McKeegan, David@CleerTax.com |
| **Details of the Issue or Opportunity.** | Where do we want the GBS, Greenbackbusiness services and Cleer domains homed? |

**Comments**

**David McKeegan**    12/04/2022 11:12 PM

Update 12/5 - LIndsey will look into it. NameSilo.com. Can we house them in Webflow? What is our best option?

**Lindsey Anderson**    01/09/2023 6:40 PM

1/9/23 - name silo will charge $9.98 for cleer.tax - most domains are 9.98 each. They will extend registration by one year with a transfer.

Need to make sure domain transfer will not mess up live site. Should do it over a weekend or Friday night.

**David McKeegan**    07/10/2023 12:13 PM

Update 7/10 - Until we have an IT person there isn't much benefit.

**David McKeegan**    10/06/2023 4:13 AM

Update 10/6 - Can we check if there is a cost to move names over to NameSilo?

**Carrie McKeegan**    02/12/2024 1:51 PM

have new namesilo account

EXHIBIT F



**David McKeegan <david@cleertax.com>**

---

# Re: Domains
1 message

---

**Crystal Stranger** <crystal@cleer.tax>                                    Tue, Jan 23, 2024 at 10:30 AM
To: David McKeegan <david@cleer.tax>

Hi Dave,

Since you have been pressuring me so hard, I have done some research into it, and as I actually purchased the domain, and I hold it in my account, technically I own it. I have been very kind giving you access and all, and plan to continue to do so as I don't want to risk damaging the company, but I also don't think it is really in my best interests to turn it over when you removed my admin access to Google and haven't restored it yet, and you have been very opaque about if I will continue at any form with the company. I don't trust at this point that I will receive any of my interest.

So I go back to what I once said before, if I am bought out and no longer a partner in the company, or if a legitimate sale deal is presented and it needs to be transferred for due diligence, then I will turn the domain over then. But I see no legal or moral obligation to transfer it otherwise. And the way you have acted over this is downright abusive, so I will no longer entertain any further communication on this matter.

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Partner and Chief Operating Officer

Cleer.Tax
crystal@cleer.tax



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

On Tue, Jan 23, 2024 at 5:21 PM David McKeegan <david@cleer.tax> wrote:
  Crystal,

  There is nothing to think about.  The domains are company property.  I have been asking for 6 months to move them into a company account.  Please do it now so we can proceed with the handover.

  Neither of us wants to get attorneys involved in this, but if it doesn't happen today then I won't have any choice.

  Thanks,
  David Mckeegan, MBA, EA

       On Jan 23, 2024, at 9:15 AM, Crystal Stranger <crystal@cleer.tax> wrote:

       I just don't like being pressured. So I guess I have to think about it for a while.

       Sincerely Yours,
       Crystal Stranger, JD, EA, NTPI Fellow
       Partner and Chief Operating Officer

       Cleer.Tax

crystal@cleer.tax



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in
taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.


On Tue, Jan 23, 2024 at 4:54 PM David McKeegan <david@cleer.tax> wrote:

Crystal,

Are you refusing to turn the domains over to the company?

Thank you,
David Mckeegan, MBA, EA

EXHIBIT G



**Tax Work**

**Crystal Stranger**
to me
8 days ago    Details

Hi Berna,

How are you doing? Alex told me you had reached out that you are pretty frustrated at Cleer right now. Wondering if you want to hop on a call and chat about an opportunity? Please let me know. Thanks!

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

## What is an enrolled agent?

Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.



                                              **David McKeegan <david@cleertax.com>**

---

## Fwd: Tax Work
1 message

---

**Bernadette Dimal** <dimalbernadette33@gmail.com>                    Wed, Oct 2, 2024 at 7:48 AM
To: David McKeegan <david@cleertax.com>

Hi David,

Forwarding you here the email sent to me.

---------- Forwarded message ----------
From: **Crystal Stranger** <crystalstranger@gmail.com>
Date: Thursday, August 29, 2024
Subject: Tax Work
To: dimalbernadette33@gmail.com


Hi Berna,

How are you doing? Alex told me you had reached out that you are pretty frustrated at Cleer right now. Wondering if you
want to hop on a call and chat about an opportunity? Please let me know. Thanks!

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow


**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also
have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

EXHIBIT H

---------- Forwarded message ----------
From: "Seth Milleah Lapuz (Support)" <hello@cleertax.com>
Date: Thursday, October 3 2024 at 11:48 AM CST
Subject: Fwd: Fw: PSA: Extended U.S. Tax Deadline Just Two Weeks Away!
To: Carrie McKeegan <carrie@cleertax.com>

Hi Carrie,

Forwarding this email from Optic that was sent to the client.

PS. I also received this on my personal dummy email address that was once used for testing.

Let me know if you have any questions or concerns.


---------- Forwarded message ---------
From: Mohammed Khaled <mshabaz@tachyonhub.com>
Date: 10/1/2024, 2:49:58 PM
Hello Dears at Cleertax,

Could you please advise on below email whether we have to take any action about it?




Best Regards,

Mohammed Khaled
Senior Accountant
Mobile: 966 505996542
Email: mshabaz@tachyonhub.com
Website: www.tachyonhub.com

**TACHYON**

**From:** Optic Tax <hello@optictax.com>
**Sent:** Monday, September 30, 2024 6:04 PM
**To:** Mohammed Khaled <mshabaz@tachyonhub.com>
**Subject:** PSA: Extended U.S. Tax Deadline Just Two Weeks Away!

Avoid costly penalties—Optic Tax can help you file on time, even if you've been affected by a natural disaster.       View in browser



About        New!        Services



# October 15th Deadline Approaching –
# Last Call for Tax Filing Help!

Hi ,

The October 15th tax deadline for U.S. tax filers is just about two weeks away! If you haven't filed already, this may be your last chance to file for the 2023 tax year. If you're a C-Corp, LLC (disregarded entity), or an individual running your company on a calendar year and filed for an extension, then this is the time to finish up. **Time is running out** to avoid late filing penalties, including the steep $25,000 penalty for failing to file Form 5472.

At **Optic Tax**, we can still help you get your returns filed on time and avoid steep penalties. Our services are designed to fit any business size or structure:

**$299 for companies with zero income**

**$399 for companies with up to $10,000 in income or expenses**

And we also now have a new system with full client portal and app, so all of your information is in one, secure, place.

No Risk- Sign up today and only pay when your tax return is completed!



Sign up Now



# Who has to file a U.S. Tax Return?

The U.S. taxes all U.S. persons such as corporations, citizens or residents, and all businesses operating in the U.S., no matter where in the world they are formed.

# What's at risk if you miss the deadline?

**Missing the U.S. Tax Deadline can cost you big-time in penalties and interest.**

4

• **Severe Penalties:** The IRS imposes significant fines for late filing, and failing to submit important forms like Form 5472 could cost you as much as $25,000.

• **Interest on Late Payments:** If you owe money to the IRS it becomes a much more expensive tax burden when the filing deadline is missed, with 5% of the tax due for each month- up to 25% of the total tax due!

• **Lost Tax Benefits:** By filing late, you could miss out on valuable tax credits such as the R&D tax credit against payroll tax, among others.

We can help you prevent these penalties and gain benefits- so sign up today, before it is too late!



Get Started Now!



## My Worst Nightmare for Foreign Owners of US LLCs has Come True

It's terrifying- but 5472 penalty letters have started arriving for clients who never filed returns for their single-owner LLCs.

Read more

# What if you're in a disaster-affected area?

The IRS has granted tax relief for those impacted by natural disasters, including upcoming relief likely due to **Hurricane Helene**. Here's a quick look at recent disaster relief notices:

- **Tropical Storm Debby** in Pennsylvania and Vermont: New deadline of Feb. 3, 2025
- **Hurricane Debby** in Florida, South Carolina, Georgia, and North Carolina: Feb. 3, 2025
- **Tropical Storm Ernesto** in the U.S. Virgin Islands and Puerto Rico: Feb. 3, 2025

If you've been affected by a natural disaster, you might be eligible for extended deadlines, so let's discuss how this applies to your situation.

**Don't wait until it's too late!**

We're here to help you every step of the way. If you need assistance or have questions, simply reply to this email or schedule an introductory consult call today.

Best regards,

Crystal Stranger

Founder and CEO

**Optic Tax**

30 N Gould St. Ste 21105
Sheridan, Wyoming, 82801

You received this email because you signed up on on of our websites or made a purchase from us.

6

United States of America                     Unsubscribe Now

--

Best Regards,
Seth Milleah Lapuz
seth@cleertax.com
Customer Success Accountant