# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | CRYSTAL STRANGER'S MOTION TO |
| | : | DISMISS UNDER RULES 12(b)(5) and (6) |
| CRYSTAL STRANGER et al. | : | |
| | : | 2024-10-20 |

Defendant Crystal Stranger respectfully moves the Court to dismiss the Complaint under Rules 12(b)(5) and (6). The attached memorandum sets forth her arguments in support of this motion.

Respectfully submitted,

s/Alan Harrison

Alan Harrison ct29464

SANDOLLAR Law

6 West River Street #112

Milford, CT 06460

alan@sandollar-law.net

203.212.9996