**Exhibit A**

**Affidavit of Ms. Stranger About Service of Process**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
|  | : |  |
|  | : | Judge Michael P. Shea |
| v. | : |  |
|  | : | AFFIDAVIT OF CRYSTAL STRANGER |
| CRYSTAL STRANGER et al. | : | ABOUT SERVICE OF PROCESS |
|  | : |  |
|  | : | 2024-10-20 |

I, Crystal Stranger, am a competent adult with full personal knowledge of the matters set forth herein.

I have an account with RV Mail, which is a scan and mail service for people on the go. The Wyoming mailing address for RV Mail is 30 North Gould Street in Sheridan, Wyoming 8280. RV Mail assigned me "Suite 3088" at that address. I believe that is just how they sort the mail that arrives there.

I have searched my RV Mail account and email history and couldn't find any contract. I conclude that RV Mail is a sign-up-and-go website type of thing without a real contract.

What I did find in my account is my invoice, and I can see in the services menu that the only service I have through RV Mail is scan and mail, no registered agent service.

I found another page on their website where it says that the Registered Agent service would show in the services menu and be cancelable from there, if I had that service. Registered Agent does not show in my menu, so I conclude that I never signed up for that service.

Accordingly, RV Mail is not my registered or authorized agent for service of process.

VERIFICATION

I, Crystal Stranger                        , being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

Signed: ...............................................…

Here appeared before me, via Google Meet, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of this agreement.

| | |
|---|---|
| ............................................................ | 2024-10-20 |
| Notary signature | Date |
| Alan Harrison | |
| Commissioner of Superior Court | Northford, Connecticut |
| 431816 | ............................................................ |
| | Place |