UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLEER LLC** : <br> : <br> Plaintiff, : <br> : <br> **v.** : <br> : <br> **CRYSTAL STRANGER, ET AL.,** : <br> : <br> Defendant. | Case No.  3:24-CV-01496-JCH <br><br> Judge Michael P. Shea |

### JOINT STATUS REPORT REGARDING
### DEFENDANT CRYSTAL STRANGER'S PERSONAL LAPTOP

Pursuant to the Court's October 22, 2024 Temporary Restraining Order ("TRO") [Doc. 34], the parties provide the following Joint Status Report regarding Defendant Crystal Stranger's personal laptop:

1. On October 24 and 28, 2024, counsel for the parties met and conferred regarding the production and imaging of Defendant Crystal Stranger's personal laptop.

2. During those conferences, counsel for Ms. Stranger represented that Ms. Stranger does not have any Cleer documents on the personal laptop.  It was further represented that Ms. Stranger does have a folder in iCloud that has Cleer documents and that is the only place she has any copies of Cleer files.

3. For purposes of expedited discovery only, Cleer will wait on the production of Ms. Stranger's personal laptop, but reserves the right to forensically image Ms. Stranger's personal laptop should this case proceed.

4. The parties are discussing a procedure for the review of the filing listing of the documents contained in Ms. Stranger's iCloud, the production of any Cleer documents

135590149v3

and files found in the file listing, and the permanent deletion of any Cleer documents and files contained in the iCloud. Ms. Stranger will not access, view, open, delete, or otherwise modify the metadata of any Cleer documents contained in the iCloud.

5. Ms. Stranger will retain her personal laptop in storage, untouched, until disposition of this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ George B. Musekamp* | */s/ Alan Harrison* |
| George B. Musekamp (PHV) | Alan Harrison ct29464 |
| Evan H. Cohn (PHV) | SANDOLLAR Law |
| Taft Stettinius & Hollister LLP | 6 W River St #112 |
| 425 Walnut Street, Suite 1800 | Milford, CT 06460 |
| Cincinnati, Ohio 45202 | 203.212.9996 |
| Tel: (513) 381-2838 | alan@sandollar-law.net |
| Fax: (513) 381-0205 | |
| gmuskeamp@taftlaw.com | *Counsel for Ms. Stranger* |
| ecohn@taftlaw.com | |

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on the 28th day of October 2024, I served the foregoing on counsel of record for Defendants via electronic mail at alan@sandollar-law.net.

*/s/ George B. Musekamp*
George B. Musekamp (PHV)

135590149v1
135590149v3