**Exhibit D**

**Whatsapp Screenshot from Carrie McKeegan**

