**Exhibit E**

**Gmail Between Ms. Stranger and David McKeegan**

   Crystal Stranger <crystalstranger@gmail.com>

# Fwd: Capetown
1 message

**Crystal Stranger** <crystalstranger@gmail.com>   Mon, Oct 28, 2024 at 9:57 PM
To: Crystal Stranger <crystalstranger@gmail.com>

Begin forwarded message:

**From:** Crystal Stranger <crystal@cleer.tax>
**Date:** April 7, 2023 at 5:41:23 PM GMT+2
**To:** David McKeegan <dmckeegan@greenbacktaxservices.com>
**Subject: Re: Capetown**

I feel really safe in Cape Town, at least as safe as Costa Rica. Same kinds of issues- someone cut our fence during loadshedding a couple months ago and stole the little charcoal grill. But there is a neighborhood watch that is really upping activity in Bo Kaap, so I think it is moving in the right direction. I'd say it's the same as any major city, don't walk alone at night down dark alleyways, etc. Just common sense stuff. And it's getting bad everywhere right now, somebody broke into our barn on Monday in New Mexico and stole all our horse corrals, but the worst part is they disassembled half the barn and stole that too! So now we have to make like a $10,000 insurance claim, such a headache.

But down in Simonstown, and Scarborough it feels incredibly safe, no sign of anything sketchy. In Noordhoek there are open neighborhoods that are super safe like Chapman's Peak, Belvedere, and San Michel, and then there are security estates like we are in now in Lake Michelle that are in a safe spot but also gated like a lot of neighborhoods in Costa Rica. I don't know if I really like living behind all the fences, feels a little weird, so I think I prefer the safe neighborhoods outside of the security estates, but buying in the security estates are really good for both rental and resale, so I try and reconcile my own feeling about it. Lake Michelle is the nicest one I've seen, and the one I would probably be most comfortable in.

Sincerely Yours,
Crystal Stranger, EA
Partner and Chief Operating Officer

Cleer.Tax
crystal@cleer.tax

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

**How nice was my reply?**



> On Fri, Apr 7, 2023 at 3:27 PM David McKeegan <dmckeegan@greenbacktaxservices.com> wrote:
>> Hey,
>>
>> I am sorry for your loss.  Its hard when you have to start doing that planning with your parents, but good that you are both able and willing to do it!
>>
>> Interesting re the property.  Ill have a look.
>>
>> Thanks!
>>
>> On Fri, Apr 7, 2023 at 12:56 AM Crystal Stranger <crystal@cleer.tax> wrote:
>>> And you guys might like this house:
>>> https://www.property24.com/for-sale/lake-michelle-security-and-eco-estate/noordhoek/western-cape/15626/112363385
>>>
>>> It's around the corner from where we are staying now (also lakefront) and I absolutely love the architecture and style. The owner is an interior decorator and influencer, so we were going to try and purchase fully furnished and decorated, for easy turnaround as a rental. This neighborhood is a great ST rental market, and property values are growing fast with people moving down from Pretoria and Joberg to the Cape, and Lake Michelle is their preferred area for how extremely safe it is, plus the international influx of buyers. We were about to put an offer in, and then that same day both our escrow on our house we are selling in NM fell out, and I had a death in the family that made me realize if my stepfather passed away I would want to bring my mom to South Africa as the medical care here is phenomenal, and live-in help is cheap and really great. But there is a step down between the living and kitchen area that just wouldn't work for my mom (she has fallen on features like that in other houses we own), so we realized we should keep looking to make sure our next house would be a good fit for that unfortunate possibility. I would love to see it go to someone I know though, really bang for the buck it is a phenomenal deal in a superb location, with everything totally turn-key and high quality.
>>>
>>> Sincerely Yours,
>>> Crystal Stranger, EA
>>> Partner and Chief Operating Officer
>>>
>>> Cleer.Tax
>>> crystal@cleer.tax
>>>
>>> **What is an enrolled agent?**
>>> Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.
>>>
>>> **How nice was my reply?**
>>>
>>> 
>>>
>>> On Fri, Apr 7, 2023 at 6:35 AM Crystal Stranger <crystal@cleer.tax> wrote:
>>>> Of course you plan to come right after we leave, ha! It's late fall, so a little cooler, and can be pretty rainy and socked in with fog, but then if you drive a few miles you likely will be in the sun. There are a lot of microclimates in the Cape though, and it can be cold in summer or warm in mid-winter, it's a lot like visiting the SF Bay Area. So, think of it as if you were going to San Francisco in November. I'm hoping it's good this year as we are planning to have the exterior of our house in Bo-Kaap re-painted in early May, so fingers crossed it will be nice. And if you need a

> place to stay in the city let me know, our house has four bedrooms and a lovely view of Table Mountain, I could block out some dates if they are open. :)
>
> Simon's Town where the penguins are can get really nice in winter as the South-Easter winds will stop. Scarborough where we are buying our new house is the small, upscale, beach town that we love for the digital nomad, free-rein kid, surf and yoga vibe, and it is pretty year-round in popularity. More of a pacific northwest beach style compared to Costa Rica, but super charming. The Chapman's Peak neighborhood in Noordhoek with the Farm Village and Commons is really amazing too, we spend a lot of time there also. We haven't been up to Greyton, but our friends who just moved here from Woodstock love it up there and keep vacillating between moving there or Scarborough, so that might also be worth checking out as it supposedly has that similar digital nomad/homeschool vibe we all are looking for, but it's not on the beach so not for Andre, lol.
>
> May is supposedly a really good time to go to the Kruger. The guide we had up there told us it was his favorite time because it is the end of the wet season and all the animals start coming back down to the river valleys. And it is mating season, so they are super active. He said it is the best time to visit as it is low season and few tourists, but the second-best chance to see animals next to the very dry time in late September.
>
> Sincerely Yours,
> Crystal Stranger, EA
> Partner and Chief Operating Officer
>
> Cleer.Tax
> crystal@cleer.tax
>
> **What is an enrolled agent?**
> Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.
>
> **How nice was my reply?**
>
> 
>
> On Thu, Apr 6, 2023 at 11:25 PM David Mckeegan, MBA, EA <dmckeegan@greenbacktaxservices.com> wrote:
>> Random question- how is the weather in Capetown around mid May? Carrie has googled extensively but looking for some inside advice.
>>
>> Thanks,
>>
>> David Mckeegan, MBA, EA