**Exhibit F**

**Optic Tax Affidavit About Jurisdiction**

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Optic Tax Affidavit About Jurisdiction |
| | : | |
| CRYSTAL STRANGER et al. | : | |
| | : | 2024-10-29 |

I, Crystal Stranger, am the CEO of Optic Tax, Inc., a Delaware corporation. I make all statements herein on personal knowledge.

Optic Tax has a mailing address in Sheridan, Wyoming. Its headquarters is in Scarborough, Cape Town, South Africa, where I live most of the time.

As demonstrated by the attached Exhibits G and H, Optic Tax does not have and has never had any clients or revenue in Connecticut. Nor does Optic Tax have any other meaningful contact with Connecticut.

(verification next page)

VERIFICATION

I, Crystal Stranger, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

signed: ............................................................

Here appeared before me, via Google Meet, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

..................................................    Date...... 2024-10-29 ..........................................

Alan Harrison
Commissioner of Conn. Superior Court        Place...... Milford, Connecticut ..........................................
431816