**Exhibit G**

**Stripe Revenue Report for Optic Tax**

 # Tax

Configure

Setup Thresholds Registrations Transactions

1 step remaining to start collecting tax automatically

Next up: Add a tax registration

View all steps >

Newly added to Stripe | Region | Clear filters

Last updated Oct 22, 2024

| Location | | Est. Sales/Transactions | L | |
|---|---|---|---|---|
| Cyprus | - | 3 transactions | ´ | ··· |
| Italy | - | 2 transactions | ´ | ··· |
| Poland | - | 2 transactions | ´ | ··· |
| Sweden | - | 2 transactions | ´ | ··· |
| United Kingdom | - | 2 transactions | ´ | ··· |
| Germany | - | 1 transaction | ´ | ··· |
| Ireland | - | 1 transaction | ´ | ··· |
| Romania | - | 1 transaction | ´ | ··· |
| Singapore | - | SGD 5,223 | ! | ··· |
| New Jersey | United States | $3,191 | Register + | ··· |
| California | United States | $10,090 | ! | ··· |

| | | | | | |
|---|---|---|---|---|---|
| New York | | United States | $4,891 | $ | ··· |
| Massachusetts | | United States | $598 | $ | ··· |
| Georgia | | United States | 1 transaction | 2 | ··· |
| Kentucky | | United States | 1 transaction | 2 | ··· |
| Texas | | United States | $2,500 | $ | ··· |
| Wisconsin | | United States | $499 | $ | ··· |
| Washington | | United States | $398 | $ | ··· |
| Colorado | | United States | $0 | $ | ··· |
| Indonesia | Digital product support | – | IDR 0 | I | ··· |
| Kenya | Digital product support | – | 0 transactions | ' | ··· |
| Unattributed revenue | | – | 3 transactions | - | ··· |

## Tax obligations monitoring

Stripe monitors Stripe-processed transactions for where you sell into.

### Monitor your tax obligations

Learn how to monitor your tax obligations based on your location.

Learn more about monitoring

### Registering for sales tax, VAT, and GST

Learn more about your tax obligations and how to register with jurisdictions.

Learn more about registering

### Guides about tax

Guides to help online businesses navigate tax compliance.

View guides