**Exhibit H**

**Stripe Explanation of "Unattributed" Revenue**

