**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

The Honorable S. Dave Vatti
915 Lafayette Boulevard
Room 429
Bridgeport, Connecticut 06604

| **Settlement Conference Order (In-Person Conference)** |
| --- |

This case is scheduled for a settlement conference with the Honorable S. Dave Vatti, United States Magistrate Judge.  Local counsel should notify any *pro hac vice* counsel of the date and time of the conference.

**Purpose; Preparation.**  The purpose of the settlement conference is to explore a cooperative resolution before additional litigation expenses and resources are expended.  All parties and their counsel must engage in good faith and with the preparation necessary to facilitate a potential resolution of the matter.  Counsel must be prepared to address the merits of the claims and defenses and to discuss a reasonable resolution consistent with the merits.

**Attendance.**  The settlement conference shall proceed in person.  If a party is a legal entity rather than an individual, a representative of the entity who is <u>fully authorized to decide all matters</u> pertaining to the case must attend and participate.

> For a plaintiff, "full authority" means final authority to dismiss the case with prejudice, and to accept in settlement an amount or terms down to the defendant's last offer.

> For a defendant, "full authority" means final authority to commit a defendant to pay, in the representative's own discretion, a settlement amount up to the plaintiff's prayer or the plaintiff's last demand, whichever is lower.

In cases where a party requires authority from an insurer to settle the case, <u>an insurance company representative with full authority to settle the case must attend and participate</u> unless the Court has excused the representative on timely request.  Any request to excuse shall be submitted no later than two weeks before the settlement conference date, and shall indicate whether the other parties consent.  If the Court permits an insurance company representative to attend remotely, the representative must <u>attend and participate</u> by remote means for the duration of the conference.

These requirements are intended to increase the efficiency and effectiveness of the settlement conference.  Failure to comply may result in the imposition of sanctions.

**Pre-conference demand and counteroffer.**  In order to ensure a productive discussion, the parties must exchange offers and demands before the conference and make a serious effort to settle the case on their own.  <u>Fourteen (14) days prior to the date of the settlement conference</u>, unless a different time is set by the Court, the plaintiff's counsel <u>must</u> serve a settlement demand upon

1

counsel for the defendant. The demand shall be accompanied by the plaintiff's damages analysis and include a summary of any outstanding liens. If the defendant disagrees with the plaintiff's calculation of damages, the defendant's counsel shall respond to the plaintiff's analysis <u>not later than seven (7) days before the conference, unless a different time is set by the Court</u>. The defendant <u>must</u> make a counteroffer prior to the settlement conference.

**Ex parte memorandum.** <u>Not later than seven (7) days prior to the date of the settlement conference</u>, counsel for each party must submit to Judge Vatti an ex parte, confidential settlement memorandum. This memorandum shall not exceed <u>ten (10) double-spaced pages</u> in length. The memorandum should set forth the legal elements of the claims and defenses asserted, the factual basis for these claims and defenses, what discovery is anticipated, the time required to complete discovery, any substantive motions contemplated, and the amount and nature of demands and/or offers made to date. <u>The names and contact telephone numbers of all persons participating in the conference must be included in the memorandum, with job titles if relevant</u>.

**<u>The settlement conference memorandum is an opportunity for counsel to bring into focus the crucial factual and legal issues in dispute, as well as any unique characteristics of the parties or this litigation that could impact the nature or amount of a potential settlement</u>**. <u>Counsel should not refer the Court to pleadings already filed in the case</u>. Exhibits should be submitted only when necessary – for example, a contract containing provisions that are central to the dispute – and are <u>not</u> a substitute for a cogent and thoughtful memorandum.

The memorandum shall be submitted by email to:
SDV_Settlement@ctd.uscourts.gov

**Continuances; Updates.** Any requests or questions relating to the settlement conference must be made to Chambers via the above email address. Continuances will be granted only for good cause clearly shown. If a continuance is requested, counsel making the request must indicate whether the other parties consent, and must notify all parties of any rescheduled date and time.

**The scheduling of a settlement conference does not affect existing case deadlines and shall not delay discovery unless the Court has entered a separate order to that effect.**

If the case is resolved before the date of the conference, the parties shall promptly advise Chambers by email to SDV_Settlement@ctd.uscourts.gov.