# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | |
| | : | CRYSTAL STRANGER'S MOTION FOR |
| CRYSTAL STRANGER et al. | : | PROTECTIVE ORDER REGARDING |
| | : | 30(b)(6) DEPOSITION |
| | : | |
| | : | 2024-10-30 |

Optic Tax has designated Crystal Stranger as its most knowledgeable person for the 30(b)(6) deposition noticed by Plaintiff Cleer for December 11, 2024, in-person in Stamford Connecticut.

Ms. Stranger, who lives in South Africa, respectfully moves the Court to protect her from the "annoyance, embarrassment, oppression, or undue burden or expense" of being compelled to attend an in-person deposition in Stamford, Connecticut on December 11, 2024. As a reasonable alternative to an in-person deposition, Ms. Stranger moves the Court to order a video deposition at a mutually agreeable date and time. Ms. Stranger proposes December 10 from 6 am – 1 pm New York time, pending availability of a reporter; or 8 am – 3 pm New York time, if a reporter is not available earlier in the day.

Attached is an Affidavit of Crystal Stranger About Difficulties of In-person Deposition. Ms. Stranger submits that her affidavit amply demonstrates the "annoyance,

embarrassment, oppression, and undue burden or expense" that would arise from requiring her to attend an in-person deposition in Stamford.

Respectfully submitted,

s/Alan Harrison

Alan Harrison ct29464

SANDOLLAR Law

6 West River Street #112

Milford, CT 06460

alan@sandollar-law.net

203.212.9996

*Counsel for Crystal Stranger*