# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Affidavit of Crystal Stranger About |
| | : | Difficulties of In-person Deposition |
| CRYSTAL STRANGER et al. | : | |
| | | 2024-10-24 |

I, Crystal Stranger, am a competent adult with full personal knowledge of the matters set forth herein.

Attending in-person a deposition in Stamford Connecticut on November 15, 2024 would cause me annoyance, embarrassment, oppression, and undue burden or expense for the following reasons.

The shortest travel times between Cape Town and JFK are 25 hours each way, and most tickets have one leg with at least 40 hours of travel time, and that is just to get to JFK, then there is transit time to Stamford on top of that. Thus it would end up being an entire week of travel for a one-day in-office deposition, with two solid days of travel on each end of the one day in office deposition. Additionally, the airfare cost would be at least $1,500-$2,000, then there is ground transport, hotels, etc, so the total cost would likely exceed $3,000 for economy fares.

But the cost involved in the time I would lose in giving consultations, webinars, everything else would be much more substantial in losing a full week of productive work time where my billable rate is up to $500/hr. For example, the webinar I am scheduled to give on the 21st of November I am being paid $2000 plus 25% of the revenue, so it typically is a huge loss of income for me not to work just one day, and I'm pretty sure I have at least one webinar scheduled each week until the end of the year, as this is webinar season for all the tax professionals who must get their tax education in by the end of the year.

Additionally, I have a young family with a husband who also works. My childcare and household responsibilities are significant and in South Africa it is very difficult to find appropriate household help on short notice. The expense and stress of bringing on a household helper for just one week, plus the uncertainty of whether a temporary helper can be found, add to the undue burden of an in-person deposition at any time.

I also have been suffering from chronic sinusitis lately, and I am seeing the doctor tomorrow to try and help with it. But long-distance high-altitude travel, such as a trip to JFK, would be extremely painful because of the pressure in my ears, and could risk rupturing an ear drum. I had surgery in my inner ears back in 2020 for the same issue, and it hasn't been a problem again until now, but I have been suffering for three weeks already.

Finally, I am already scheduled to travel within the continent the week of November 15 with over $6,000 worth of non-refundable tickets and accommodations. I will be in Tanzania on November 15.

For the above reasons, appearing in-person for a deposition in Stamford Connecticut on November 15 would be unduly annoying, embarrassing, oppressive, burdensome, and expensive.

My counsel has proposed to Cleer counsel a video deposition on November 19 as an alternative measure that still would give Cleer counsel the information they seek.

(verification next page)

VERIFICATION

I, …..Crystal Stranger..........................., being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing document are true and correct to the best of my knowledge, information and belief. Any documents attached to the document are true and correct copies of those documents as described in the document.

signed: ........*[signature]*..................

Here appeared before me, via Google Meet, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of this agreement.

.............*[signature]*.....................     ...2024-10-24............................
Notary signature                                     Date

Alan Harrison
Commissioner Superior Court                          ...Milford, Connecticut.................
431816                                               Place