# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | MOTION TO EXPEDITE |
| | : | |
| CRYSTAL STRANGER et al. | : | 2024-10-30 |

Defendant Crystal Stranger respectfully moves the Court to expedite decision on her Motions for Protective Order filed same date.

Ms. Stranger has been noticed for an individual in-person deposition on November 15, 2024 in Stamford, Connecticut. On the regular schedule, her motion for protection from that deposition would not be decided until November 20, 2024. But Ms. Stranger needs to know within the next week whether she has to disrupt her personal, work, and family schedules and finances to arrange a flight from Cape Town to New York, which will become increasingly difficult closer to the date of deposition.

Accordingly, Ms. Stranger respectfully moves the Court to decide upon the Motions for Protective Order by November 8.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996