## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Optic Tax's Second Motion for Protective |
| | : | Order |
| CRYSTAL STRANGER et al. | : | |
| | : | 2024-11-05 |

Defendant Optic Tax respectfully moves the Court for protection from (a) appearing at the settlement conference scheduled for December 9, 2024; and (b) the 30(b)(6) deposition that is scheduled for December 11, 2024.

In this regard, Optic Tax respectfully submits with reference to its pending Motion to Dismiss and associated affidavit (ECF 33, 42) that the Plaintiff Cleer LLC has not proven the Court's personal jurisdiction over Optic Tax. Therefore, Optic Tax is not properly before the Court for any purpose, including a settlement conference or a deposition.

Accordingly, Optic Tax respectfully requests that the Court postpone the settlement conference and deposition indefinitely pending a proper decision of its Motion to Dismiss.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996