EXHIBIT B

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98128324**
**Filing Date: 08/11/2023**

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 98128324 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\981\283\98128324\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | cleer.tax |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a large letter "C" containing bars from a graph at the bottom curve, with the word "cleer" in a stylized font to the right and ".tax" underneath in a smaller font. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 531 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Greenback Business Services LLC |
| *MAILING ADDRESS | 110 High Ridge Avenue |
| *CITY | Ridgefield |
| *STATE (Required for U.S. applicants) | Connecticut |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 06877 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Wyoming |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Business consulting services; bookkeeping; business development services, namely, providing start-up support for businesses of others |

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 045 |
| *****IDENTIFICATION** | Regulatory compliance auditing |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | John Di Giacomo |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Revision Legal, PLLC |
| **INTERNAL ADDRESS** | Suite D |
| **STREET** | 444 Cass Street |
| **CITY** | Traverse City |
| **STATE** | Michigan |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 49684 |
| **PHONE** | 231-714-0100 |
| **FAX** | 231-714-0200 |
| **EMAIL ADDRESS** | john@revisionlegal.com |
| **OTHER APPOINTED ATTORNEY** | Andrew Jurgensen (drew@revisionlegal.com) |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | John Di Giacomo |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | john@revisionlegal.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarks@revisionlegal.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 700 |
| *****TOTAL FEES PAID** | 700 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /David McKeegan/ |
| **SIGNATORY'S NAME** | McKeegan, David |
| **SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 4753258213 |
| **DATE SIGNED** | 08/11/2023 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98128324**
**Filing Date: 08/11/2023**

## To the Commissioner for Trademarks:

**MARK:** cleer.tax (stylized and/or with design, see mark)
The literal element of the mark consists of cleer.tax. The applicant is not claiming color as a feature of the mark. The mark consists of a large letter "C" containing bars from a graph at the bottom curve, with the word "cleer" in a stylized font to the right and ".tax" underneath in a smaller font.
The applicant, Greenback Business Services LLC, a limited liability company legally organized under the laws of Wyoming, having an address of

    110 High Ridge Avenue
    Ridgefield, Connecticut 06877
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035:  Business consulting services; bookkeeping; business development services, namely, providing start-up support for businesses of others
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

International Class 045:  Regulatory compliance auditing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: John Di Giacomo. Other appointed attorneys are Andrew Jurgensen (drew@revisionlegal.com). John Di Giacomo of Revision Legal, PLLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Suite D
    444 Cass Street
    Traverse City, Michigan 49684
    United States
    231-714-0100(phone)
    231-714-0200(fax)
    john@revisionlegal.com

John Di Giacomo submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    John Di Giacomo
    PRIMARY EMAIL FOR CORRESPONDENCE: john@revisionlegal.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@revisionlegal.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /David McKeegan/   Date: 08/11/2023
Signatory's Name: McKeegan, David
Signatory's Position: Principal
Signatory's Phone Number: 4753258213
Signature method: Sent to third party for signature
Payment Sale Number: 98128324
Payment Accounting Date: 08/11/2023

Serial Number: 98128324
Internet Transmission Date: Fri Aug 11 12:22:57 ET 2023
TEAS Stamp: USPTO/BAS-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20230811122259185218-98128324-
860e213eb5a667dd7e8c5eb9356fbecdce291fc1
293573502fbf2e336e4177289-CC-22578206-20
230811101443118038

