UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX,** | : : : : | Case No. 3:24-cv-01496-MPS Judge Michael P. Shea |
| Plaintiff, | : : | |
| v. | : : | |
| **CRYSTAL STRANGER, ET AL.,** | : : | |
| Defendants. | : | |

### AMENDED CORPORATE DISCLOSURE STATEMENT

Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer") submits this Amended Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and CTAO-22-36. Cleer states:

1. Cleer has no parent corporations, and no publicly traded corporation owns 10% or more of its stock.

2. Cleer asserts that the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 (federal question), 1332 (diversity), 1338(a)–(b) (original jurisdiction to adjudicate federal trademark claims), 18 U.S.C. § 1836 (original jurisdiction to adjudicate trade secret claims under the Defend Trade Secret Act of 2016 ("DTSA")), and 28 U.S.C. § 1367(a) (supplemental jurisdiction over all other related claims).

3. Cleer is a limited liability company registered in Wyoming and with its principal place of business in Connecticut.

4. Cleer has two members: David McKeegan and Carrie McKeegan, both of whom reside in Connecticut and Costa Rica.

5. No additional disclosures are required under CTAO-22-36 or the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmuskeamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 8, 2024, the foregoing Amended Corporate Disclosure Statement was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

*/s/ George B. Musekamp*
George B. Musekamp