**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | OPTIC TAX'S MOTION TO DISMISS |
| | : | UNDER RULE 12(b)(2) |
| CRYSTAL STRANGER et al. | : | |
| | : | 2024-11-19 |

Defendant Optic Tax respectfully moves the Court to dismiss the Complaint

under Rules 12(b)(2) and (6). The attached memorandum sets forth Optic Tax's

arguments in support of this motion.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996