# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | CRYSTAL STRANGER'S SECOND |
| | : | MOTION TO DISMISS |
| CRYSTAL STRANGER et al. | : | UNDER RULE 12(b)(5) |
| | : | |
| | | 2024-11-19 |

Defendant Crystal Stranger respectfully moves the Court to dismiss the Complaint under Rule 12(b)(5). The attached memorandum sets forth her arguments in support of this motion.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996