### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CLEER LLC | 3:24-cv-1496-MPS |
| v. | Judge Michael P. Shea |
| CRYSTAL STRANGER et al. | CRYSTAL STRANGER'S MEMORANDUM IN SUPPORT OF SECOND MOTION TO DISMISS UNDER RULE 12(b)(5) |
|  | 2024-11-19 |

## Legal Standards

### A person is not a party until served

*Murry Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999), holds that "[s]ervice of process, under longstanding tradition in our system of justice, is fundamental to **any procedural imposition** on a named defendant. ... **one becomes a party officially**, and is required to take action in that capacity, **only upon service of a summons** or other authority-asserting measure stating the time within which the party served must appear and defend." (emphasis added). Similarly, *2939, LLC v. Cont'l Indem. Co.*, 23-7466 (2nd Cir. Oct 23, 2024) ("the general rule [is] that one is not bound by a judgment in personam in a litigation in which he is not designated as a party or to which he has not been **made a party by service of process**.") (emphasis added). Accord, *Trans World Airlines, Inc. v. Hughes*, 449 F.2d 51 (2nd Cir. 1971). All three of these cases state as a given that service of process is

required to make someone "officially" a party to a case and "required to take action in that capacity" or subject to "**any** procedural imposition".

## Process has not been served to make Ms. Stranger a party

The Plaintiff alleges that process was served on Ms. Stranger through an "agent". ECF 31, page 2. However, Ms. Stranger has not authorized any agent to accept service on her behalf. *See* Ms. Stranger's Affidavit About Service of Process (Exhibit A). Therefore, process has not been served on Ms. Stranger, and she has not been made a party to this litigation.

## Conclusion

Having demonstrated that Ms. Stranger is not a party to this litigation. Ms. Stranger prays the Court to DISMISS the Complaint against her under Rule 12(b)(5).

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996