# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Second Affidavit of Crystal Stranger About |
| | : | Service of Process |
| CRYSTAL STRANGER et al. | : | |
| | : | 2024-10-28 |

I, Crystal Stranger, am a competent adult. I state the following based on personal knowledge, information, and belief.

(1) When the complaint was filed, I was enrolled in GeoBlue, a health insurance plan that requires the insured to live outside the United States, and for the 2023-2024 plan year David McKeegan was responsible for my enrollment and Cleer was responsible for the payment.

(2) David knew that I use RVMail, and that RVMail is a remote mail / scan-and-e-mail type service. In particular, I had several conversations with David about RVMail being the lowest priced service available. David knew that I had an RVMail address of

30 N Gould St, Suite 3088
Sheridan, WY 82801

which was the same address (with a different Suite number) also used by Greenback Business Services LLC, then later Cleer LLC. David knew this was not my residence address.

(3) As another user of scan-and-e-mail type services, David knows that such services do not by default provide registered agent services, and that such services can delay or lose mail in the scanning process, sometimes so that delivery is delayed for weeks. I had informed David that I sometimes had these problems with RVMail.

(4) David had his attorneys send process for both me and Optic Tax to RVMail, but not to my actual residence address or e-mail address, in what I believe was a hope that I wouldn't get actual notice until after a default judgment had been entered. In fact, I first learned of this matter from a Google Alert about a September 20 press release on law.com that named me and Optic Tax and I did not receive the RVMail until September 30.

(5) Both David and Carrie McKeegan knew I reside in Cape Town, South Africa as my main home base, and in WhatsApp chat (Exhibit D) and Gmail (Exhibit E) they asked me for South African travel advice and wished me "an easy flight back home to South Africa," demonstrating knowledge of my residence here.

VERIFICATION

I, Crystal Stranger, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief. Any documents attached to the Affidavit are true and correct copies of those documents as described in the Affidavit.

signed: ..................................................

Here appeared before me, via Google Meet, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

.................................................   Date......... 2024-10-29 .............................

Alan Harrison
Commissioner of Conn. Superior Court
431816

Place......... Milford, Connecticut .............................