# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Defendants' Joint Motion to Continue |
| | : | Settlement Conference |
| CRYSTAL STRANGER et al. | : | |
| | : | 2024-11-19 |

Defendants Crystal Stranger and Optic Tax, Inc. jointly move the Court to continue indefinitely the settlement conference currently scheduled for December 9, pending the Court's decisions of the motions to dismiss submitted this day. Counsel have conferred on this request. Plaintiff Cleer LLC does not consent to continuance.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996

*Attorney for Crystal Stranger*
*Attorney for Optic Tax, Inc.*