IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Motion for Service through Counsel |
| | : | |
| CRYSTAL STRANGER et al. | : | 2024-11-25 |

    Counterclaimant Crystal Stranger respectfully moves the Court to order service of process on Counterclaimdefendants David McKeegan and Carrie McKeegan through their counsel, George Musekamp, consistent with the Court's order that Ms. Stranger be served through her counsel. The McKeegans are residents of Costa Rica, so service under Rule 4(f)(3) would be proper. Mr. Musekamp is in communication with the McKeegans as the owners of Cleer LLC. Actual notice would be achieved and the McKeegans would not be prejudiced by service through counsel.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996