Crystal Stranger <crystalstranger@gmail.com>

## GBS

**dmckeegan@greenbacktaxservices.com** <dmckeegan@greenbacktaxservices.com>    Fri, Jan 3, 2020 at 8:43 PM
To: Crystal Stranger <crystalstranger@gmail.com>

Hi,

Its fine to keep those clients. I have yet to meet an accountant who doesn't have a "friends and family" practice!

Should I send the doc over for e-signature?

Thanks

Dave

**From:** Crystal Stranger <crystalstranger@gmail.com>
**Sent:** Friday, January 3, 2020 1:35 PM
**To:** David Mckeegan, MBA, EA <dmckeegan@greenbacktaxservices.com>
**Subject:** Re: GBS

Hi David,

Read through the contract, only consideration is my little side company I have, 1st Tax Inc. I have about 30 clients there, and haven't been accepting new clients for a couple of years. I just don't want to drop them because it's a lot of friends, friends of the family, etc. Would you be ok with me continuing this on weekends as long as it doesn't interfere with my work at GBS and that I'm not accepting new clients? I also would consider bringing these clients in to GBS when we negotiate the equity stake as they are predominately small business clients that would fit the business model. Please let me know your thoughts on this. Thank you.

Sincerely Yours,

Crystal Stranger, EA

**What is an enrolled agent?**

Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

On Fri, Jan 3, 2020 at 11:20 AM Crystal Stranger <crystalstranger@gmail.com> wrote:

> Hi David,
>
> This sounds great, I understand the need to work together for a while first before making an equity agreement. I will review the contract and get back to you with any questions on it and notify Taxes For Expats. I really enjoyed talking with you today and I'm looking forward to working with you.
>
> Sincerely Yours,
>
>
> Crystal Stranger, EA
>
>
>
> **What is an enrolled agent?**
>
> Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.
>
> [Quoted text hidden]