

Crystal Stranger <crystalstranger@gmail.com>

---

## Domain

**David McKeegan** <david@cleer.tax>  Mon, May 13, 2024 at 6:29 AM
To: crystalstranger@gmail.com

Hi Crystal,

Hope you are doing well.  Congrats on launching Optic!

I am writing to you in an attempt to resolve the ongoing issues since your departure. Our attorney has advised that you are in breach of your fiduciary duty to Cleer by maintaining control of the domain, despite being asked to turn it over to a company account for well over a year (basically since we found out it wasn't in a company account).  The trademark has come through further strengthening our case as the rightful owner of the domain.  She also advised that in her opinion this is a reportable ethics violation given you left with company property – the laptop and the domain name included.  These are the options as I see them at this point:

1. We buy out your equity for $216,559.85, which is 5x the profit in 2023 plus our bonuses added back.  Part of the buyout would be turning over the domain names, a 2-year non-compete and no-poaching agreement (clients, partners, and team).
2. You turn over the domain to the company and we do not dispute your 12% of the company equity (unless other similar ethical violations are discovered).
3. We go down the legal route and take you to court for both the domain and for failure to act in the best interests of the business and let the court decide. Our attorneys have advised us that you are not entitled to your equity rights given the fact that you have not acted in the best interests of the company which is part of your partnership agreement.

The domain is set to expire on May 26$^{th.}$  If you renew or fail to transfer the domain by this time this will be seen as your intent to continue to act in bad faith.

I think we need to wrap this up as it is becoming a major distraction and hindering my turnaround efforts.  Please respond within 7 days (by Monday May 20th). If you don't respond I will assume you have selected #3.

Sincerely,

David