---------- Forwarded message ---------
From: **David McKeegan** <david@cleertax.com>
Date: Thu, Aug 29, 2024 at 2:47 AM
Subject: Trackabi
To: Bookkeeping Team <bookkeeping@cleertax.com>
Cc: Carrie McKeegan <carrie@cleertax.com>, Donovan Chester Coral <dono@cleertax.com>

Hey Guys,

I did a quick video to show everyone how to set up Trackabi and what the views look like - on your end and my end.
https://www.loom.com/share/131279f6760e4452ad0f47736159e54f?sid=a1915da3-1c6e-4b5d-98a6-680fa3253f64

Mari said folks had a couple questions that I wanted to address:
1. Employee Monitoring - This isn't the intent here.  The goal is to capture the time spent on each client so we can make sure we are properly charging for clients.  I think that the app will take some screen shots, but they don't come through to my application.  I show this in the video.
2. Is time tracking for ever - no, I don't think so.  Really I want to run it for 2-3 months to make sure we are priced correctly but I don't know that we need it forever.  I think some of the CRM options have this as an option, but again its for billing purposes.
3.  If this is going to be part of the normal process will there be overtime?  Again, I don't think this will be a forever thing.  I have not thought much about the overtime question, I guess I want to see how long each of these clients is taking and then we can make determinations about compensation etc.

Again, please download and start using this as soon as you can, but everyone needs to have it set up and running by September 1st.  If you have any questions or issues about the installation/use please let me know.

Thanks!
Dave