**Subject:** Re: Our call
**From:** Crystal Stranger <crystal@cleer.tax>
**Date:** 1/25/24, 11:11
**To:** David McKeegan <david@cleer.tax>
**CC:** Alexandra Limin <alex@cleer.tax>

I can talk with her tomorrow as I have a call scheduled already. Do you want me to ask her to do any handoff to anyone about the scorecard and L10 creation?

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Partner and Chief Operating Officer

Cleer.Tax
crystal@cleer.tax



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.


On Wed, Jan 24, 2024 at 10:50 PM David McKeegan <david@cleer.tax> wrote:
> Hi,
>
> I thought you were speaking to Macarena since she will continue to work for you personally?
>
> If not then I can have a conversation with her. She would get the standard 2 weeks notice.
>
> Thanks
> Dave

On Wed, Jan 24, 2024 at 11:10 AM Crystal Stranger <crystal@cleer.tax> wrote:
> Hi Dave,
>
> Ok thank you for letting me know. What about Macarena? As she prepares the weekly scorecard and meetings now, are you going to keep her on for a transition period? You will need to give her notice otherwise as I am leaving in a week, but I imagine the notice period for letting her go without cause will be for a longer term than this. I am cc'ing Alex in here so that she can start handling all this from an HR perspective and assist with the practicalities.
>
> Sincerely Yours,
> Crystal Stranger, JD, EA, NTPI Fellow
> Partner and Chief Operating Officer
>
> Cleer.Tax
> crystal@cleer.tax
>
> 
>
> **What is an enrolled agent?**
> Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.
>
>
> On Wed, Jan 24, 2024 at 3:16 PM David McKeegan <david@cleer.tax> wrote:
>> Hi Crystal,
>>
>> Thanks for sending through your thoughts about an independent contractor role.  I think given where things stand, it doesn't make sense to have you continue as an IC.  As such your last day will be 1/31/2024, I will log that with Justworks today.  Can you please make sure to upload all of your files Box.com here.
>>
>> Please also send me a list of the clients you are currently working on by the end of day Friday so that I can make sure all is transitioned smoothly.
>>
>> Please let me know if you have any questions.

Thanks,
Dave

On Mon, Jan 22, 2024 at 12:42 AM Crystal Stranger <crystal@cleer.tax> wrote:
> Hi Dave,
>
> This isn't exactly what we agreed to, and we can discuss further today. But I have been thinking about it, and Staying through April is almost the extent of my vesting period, so unless it is financially rewarding, it doesn't make sense for me to do this, especially when the reputation risk is so high. Plus I've reviewed the contract more closely, and the noncompete doesn't apply, so those aspects are irrelevant.
>
> **Here are my terms as IC to stay through end of April:**
> Remainder of salary for year- $100k up front, $100k at end of April.
> If a sale is lined up prior to August, and I assist with it, my shares still escalate to 20% stake.
>
> **What that includes:**
> I keep up continuity with team members and clients.
> Answering challenging tax questions via email and in complex consultations.
> R&D credit and complex tax return high-level reviews.
> Help keep messaging accurate by reviewing communications and materials.
> Assist with sale and stay on until a reasonable tax director replacement can be found or term ends.
> Training of replacement if within the time period of agreement.
>
> **What that does not include:**
> Extension filing
> Content development
> Webinars
> Integrator work
>
> Since I don't feel a lot of trust after you removed my Google admin access, I will transfer the domain after receiving both salary equivalent payments. This is a better timeline anyways to transfer after the April deadline, as it likely will break many systems when it transfers. If you don't choose to do these terms then, I will transfer the domains in the sale due diligence process, as it gives me a bit of security about my minority stake.
>
> Sincerely Yours,
> Crystal Stranger, JD, EA, NTPI Fellow
> Partner and Chief Operating Officer
>
> Cleer.Tax
> [crystal@cleer.tax](mailto:crystal@cleer.tax)



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

On Thu, Jan 18, 2024 at 9:34 PM David McKeegan <david@cleer.tax> wrote:

> Crystal,
>
> I just wanted to recap our call today and set the to dos.  So your last day as a full time employee will be Jan 31st.  Obviously, there's going to be a lot of help I need from you to get access to systems, get full access to information etc. and I am working though what that all is.  I do need the domains today so we can get everything sorted, given the time sensitivity of it please send it through as soon as  you can.
>
> Dave:
>
> - Check Non-compete – how we give you the OK to do the 409a Valuation and Opinion Letter business
>
> - Check if you can stay on as an Independent Contract to review tax returns, answer team questions, and do consults.
>
> - Check if there is some sort of agreement we need to sign to say that you have earned 12% of the equity
>
> - Re your photos on the website – I want to wait until we tell the team before I remove them, but I will remove them and remove your name from the emails.
>
> Crystal:
>
> - Send me the code to move the domain names. (urgently please)
>
> - Send me the meeting invites (which I think you have done)
>
> - Send me a description of the 409a & Opinion business so I can review and give to the attorney.
>
> - Tell me how best to provide the equity to you.
>
> Not sure what I missed so let me know.
>
> Thanks
>
> Dave