# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLEER LLC,** | : |
| | : Case No. 3:24-cv-01496-JCH |
| Plaintiff, | : |
| | : Judge Michael P. Shea |
| **v.** | : |
| | : |
| **CRYSTAL STRANGER,** *et al.,* | : |
| | : |
| Defendant. | : |

### PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT AND AMENDED COMPLAINT ON DEFENDANTS' COUNSEL

Pursuant to the Court's November 22, 2024 Order [Doc. 61], the undersigned hereby provides notice that he has served the original summons, the complaint, and the amended complaint on counsel for Defendant Stranger, via electronic mail transmission and overnight mail, on November 25, 2024. Copies of the electronic mail transmission and Federal Express proof of delivery receipt is attached hereto as Exhibits A and B, respectively.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmuskeamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash, Smoak & Stewart
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109

                    Fax: (203) 969-3150
                    Michael.O'Malley@ogletree.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 26, 2024, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

                    */s/ George B. Musekamp*
                    George B. Musekamp (PHV)