# Exhibit A

# Martin, Beth M.

| | |
|---|---|
| **From:** | Alan Harrison <alan@sandollar-law.net> |
| **Sent:** | Monday, November 25, 2024 1:05 PM |
| **To:** | Martin, Beth M. |
| **Cc:** | Musekamp, George B.; Cohn, Evan |
| **Subject:** | Re: Cleer LLC v. Stranger, et al; Case No. 3:24-cv-01496 |



This message could be suspicious
- The sender's email address couldn't be verified.
- This is their first mail to some recipients.

Report or Mark Safe          Taft - Powered by Mimecast

Received with thanks.

Alan Harrison
alan@sandollar-law.net
Milford, CT
203.212.9996

On Mon, Nov 25, 2024, 13:04 Martin, Beth M. <bmartin@taftlaw.com> wrote:

> Counsel,
>
> Pursuant to the Court's November 22, 2024 Order (Doc. 61), attached please find a copy of the original summons, the complaint, and the amended complaint filed in this matter.
>
> Sincerely,
>
> Beth Martin
>
> 
> **Beth M. Martin**
> Paralegal
> bmartin@taftlaw.com
> **Dir:** 513.357.9338
> **Tel:** 513.381.2838   |   **Fax:** 513.381.0205
> 425 Walnut Street, Suite 1800
> Cincinnati, Ohio 45202-3957

**taftlaw.com**



Taft expands on Jan. 1, 2025 to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.