# Exhibit B

**Martin, Beth M.**

| | |
|---|---|
| **Subject:** | FW: Your shipment was delivered 770218191342 |

**From:** FedEx Tracking <TrackingUpdates@fedex.com>
**Sent:** Tuesday, November 26, 2024 10:39 AM
**To:** Thompson, Mindy <mthompson@taftlaw.com>
**Subject:** Your shipment was delivered 770218191342

We've included the delivery details for you



## Your shipment was delivered.

**Delivery Date**

Tue, 11/26/2024
10:29am

**Delivered to**

6 W RIVER ST, MILFORD, CT 06460

1

Report missing package

## How was your delivery?



# Tracking details

| | |
|---|---|
| **Tracking ID** | 770218191342 |
| **From** | Taft Stettinius & Hollister, LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH, US<br>45202 |
| **To** | Sandollar Law<br>6 W. River Street #112<br>MILFORD, CT, US<br>06460 |

| | |
|---|---|
| **Ship date** | Mon 11/25/2024 04:55 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 2.00 LB |
| **Service** | FedEx Priority Overnight |
| **Reference** | 118314-00001 |
| **Shipper reference** | 118314-00001 |
| **Department number** | CIN- |

**TRACK SHIPMENT**

3