## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Certificate of Service on McKeegans |
| | : | |
| CRYSTAL STRANGER et al. | : | 2024-11-27 |

On 2024-11-27 I served or caused to be served, upon David McKeegan and Carrie McKeegan, the following:

Docket 65, 65-1, 65-2, 65-3, 65-4, 65-5

at the following address:

c/o George Musekamp, Esq.

gmusekamp@taftlaw.com

425 Walnut Street, Suite 1800

Cincinnati, Ohio 45202-3957

by e-mail (Exhibit 1) and certified mail (Exhibit 2).

Respectfully submitted,

s/Alan Harrison

Alan Harrison ct29464

SANDOLLAR Law

6 West River Street #112

Milford, CT 06460

alan@sandollar-law.net

203.212.9996

**Exhibit 1**

**Subject:** Cleer v Stranger (CTD 3:24-cv-1496)
**From:** Alan Harrison <alan@sandollar-law.net>
**Date:** 11/27/24, 11:21
**To:** "Musekamp, George B." <gmusekamp@taftlaw.com>
**CC:** "Cohn, Evan" <ecohn@taftlaw.com>


Hi, George.

Please see attached answer and counterclaims to be served on David & Carrie McKeegan as well as Cleer.

Respectfully,

**Alan Harrison**
SANDOLLAR
6 W River St #112
Milford, CT
203.212.9996

Attachments:

| | |
|---|---:|
| 3_24-cv-01496 [65-1].pdf | 1.0 MB |
| 3_24-cv-01496 [65-2].pdf | 97.6 KB |
| 3_24-cv-01496 [65-3].pdf | 82.4 KB |
| 3_24-cv-01496 [65-4].pdf | 115 KB |
| 3_24-cv-01496 [65-5].pdf | 49.1 KB |
| 3_24-cv-01496 [65] Answer + Cclaims.pdf | 576 KB |

**Exhibit 2**

9589 0710 5270 1441 3998 28

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

$ $4.85

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage

$ $2.87

Total Postage and Fees

$ $7.72

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark
Here

NOV 27 2024

DOWNTOWN POST OFFICE