IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Motion to Continue Hearings |
| | : | |
| CRYSTAL STRANGER et al. | : | 2024-12-03 |

    Defendant Crystal Stranger respectfully moves the Court to continue the parties' settlement conference and preliminary injunction into March or later. She will not be able to attend in-person before then, due to a medical condition that prevents her flying from South Africa as noted in Exhibit 1. She is able to attend the settlement conference if it is conducted by video conference.

    Plaintiff Cleer LLC opposes continuance but is amenable to a video conference for settlement conference.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996