Exhibit 1



Dr MA Henry & Associates Incorporated (014 000 0124931)

**Medicross Fish Hoek**
23 5th Avenue
Fish Hoek
Cape Town
Tel: 0217823506
Email: FishHoek@medicross.co.za

| | | | |
|---|---|---|---|
| **First names:** | CRYSTAL | **Identity type:** | Passport number |
| **Last name:** | STRANGER | **Identity number:** | |
| **Contact number:** | +27730001024 | **Birth date:** | 1979 |
| **Email address:** | crystalstranger@gmail.com | **Gender:** | FEMALE |

Date: Nov 29, 2024

## Consult Certificate

This serves to confirm Ms Crystal Stranger is suffering from Eustachian Salpingitis and is advised not to fly for the next 3 months - she will be seeing an Ear Nose and Throat surgeon in an attempt to resolve the problem.

Yours Faithfully

*[signature]*

Dr Malcolm Anthony Henry
BPharm, Rhodes University (1981), MBChB (hons), University of Cape Town (1990)
HPCSA: MP0369063

Page 1 of 1

Document ID: 2pWR5aZIqXBCGKmJcbrIUDqLET4                        2024-11-29 13:27:42