**Subject:** DHL Shipment Notification : 9798313033
**From:** DHL - DO NOT REPLY <support@dhl.com>
**Date:** 12/10/24, 06:39
**To:** alan@sandollar-law.net

Notification for shipment event group "Clearance event" for 10 Dec 24.

AWB Number: 9798313033
Pickup Date: 2024-12-10 13:35:48
Service: P
Pieces: 1
Cust. Ref: 566845300
Description: USED - APPLE MAC LAPTOP

Ship From:

CRYSTAL STRANGER
33 ROOIBOK STREET
SCARBOROUGH, 7975
ZA

Ship To:

TAFT
425 WALNUT STREET
SUITE 1800
CINCINNATI, OHOhio 45202
US

EVENT CATEGORY

**10 Dec 24 1:38 PM - Customs clearance status updated. Note - The Customs clearance process may start while the shipment is in transit to the destination. - JOHANNESBURG,SOUTH AFRICA**

**Further Details -** The Clearance process for this shipment is on-going with additional details required for clearance
**Next Steps -** The clearance process will continue once the additional details are provided for clearance

Shipment status may also be obtained from our Internet site in South Africa under https://mydhl.express.dhl/za/en/auth/login.html - Alternatively contact us on 0860 345 000

Please do not reply to this email. This is an automated application used only for sending proactive notifications

You are receiving this email because a notification is configured to receive notifications from ProView. If you prefer not to receive future notification email of this type, click here to unsubscribe. Please note this URL is only valid for 1 day.













