# Exhibit A



Services   About   Knowledge   Audit Risk AI   Press

Contact

Get Started

State Tax Guides

# Connecticut Business Tax Guide

January 31, 2024



The Connecticut corporate tax rate is currently 7.5%, with possible surtaxes for specific businesses. Our guide provides a clear overview of corporate tax obligations in Connecticut, helping you understand what affects your business without overcomplication.

## Key Takeaways

- The Connecticut corporate tax rate is 7.5% on net income with specific surtaxes applied to corporations exceeding $100 million in income or within a combined unitary group, and alternative minimum tax ensures profitable corporations pay a minimum level of tax.

- Corporations must calculate their tax liability considering Connecticut-specific adjustments, utilize net operating loss deductions, comply with economic nexus rules, and consider potential tax credits and deductions to minimize their tax burden.

- Connecticut requires corporations to file tax returns punctually with appropriate documentation, and multi-state corporations must navigate unitary business tax calculations, while non-compliance with corporate tax laws can result in penalties.

# Exploring the Connecticut Corporate Tax Landscape



Corporations operating in the Constitution State face a variety of taxes. The most prominent of these is the corporate income tax, a levy imposed on corporations operating within the state. This tax is calculated based on the net income of the corporation, which is derived from its federal taxable income with specific adjustments unique to Connecticut. However, the corporate tax rate can fluctuate, leading to potential additional surtax obligations for businesses.

In addition to the standard corporate income tax, Connecticut also ensures that all profitable corporations contribute a minimum level of state tax through the imposition of an alternative minimum tax. Furthermore, Connecticut has embraced the concept of "economic nexus," which allows the state to tax out-of-state businesses engaging in significant economic activity within Connecticut, even if they do not have a physical presence in the state.

## Current Connecticut Corporate Tax Rates



Currently, Connecticut's corporate tax system includes the following rates and surtaxes:

- The corporate tax rate is set at 7.5% and applies to the net income base tax. This base tax is derived from federal taxable income, with Connecticut-specific adjustments.

- Corporations with a total income exceeding $100 million, or those filing as part of a combined unitary group, are subject to a surtax of 10% of the tax without regard to credits and tax credit recapture.

- The surtax has been extended for the 2023, 2024, and 2025 income years.

On top of the corporate income tax and surtax, corporations are also subject to a capital base tax. In Connecticut, this tax rate is 0.31% of the apportioned capital base, which includes the average value of a company's capital and is calculated after certain adjustments. There are also specific rules for certain corporations,

such as real estate investment trusts and financial service companies, which are levied a fixed capital base tax of $250.

Furthermore, corporations have the option to utilize a net operating loss deduction, which is limited to 50% of their pre-NOL income and can be carried forward for up to 20 years.

## Calculating Your Corporate Tax Liability in Connecticut

The calculation of your corporate tax liability in Connecticut commences with your corporation's federal taxable income. However, it's not quite as simple as applying the state tax rate to this figure. Specific adjustments are made to determine the Connecticut net income, which serves as the base for your corporate tax liability.

If your business operates in multiple states, you'll need to apportion your income using the percentage of sales made within Connecticut to reflect the correct tax liability. Lastly, don't forget about Net Operating Losses from prior years. These can be carried forward, allowing corporations to deduct these from future taxable income, subject to applicable limitations.

## Understanding Gross Receipts

In the computation of your corporate tax, 'gross receipts' is a vital term. Gross receipts encompass all income received or accrued, such as sales revenue, services income, and other forms of earnings. In Connecticut, under General Statutes, Chapter 219, gross receipts specifically include income obtained from sales of tangible personal property, rental or leasing of tangible personal property, and rendering of services.

Compliance with Connecticut law mandates corporations to accurately report their gross receipts on their Connecticut sales tax return. The state requires the reporting of gross receipts with the necessary deductions selected from a specified list. By understanding what constitutes gross receipts, corporations can ensure that they are accurately measuring and reporting their taxable income.

## Available Deductions and Credits

A variety of tax credits and deductions are available for businesses in Connecticut. New tax credit programs include:

- Contributions to youth development organizations

- ABLE accounts

- Workforce housing development

- Donations for childcare centers

- Production companies of eligible theatrical productions

- Participation in the Jobs CT tax rebate program

However, it's important to note that Connecticut law stipulates that tax credits generally cannot reduce a corporation's tax liability by more than 50.01%. Certain credits, such as R&E and R&D Tax Credits, allow an increase of up to 60% for the income year 2022, and up to 70% for the income year 2023 and thereafter.

In addition to credits, corporations in Connecticut may also deduct 'ordinary and necessary' business expenses as allowed under IRC § 162. Specific deductions such as exempt interest income, state and local income taxes, and royalties paid to a related member can also be deducted when determining their corporation business tax liability. By taking advantage of these deductions and credits, corporations can significantly reduce their tax liability in Connecticut.

## Compliance and Filing Requirements

After calculating your tax liability and investigating potential deductions and credits, you should proceed to file your corporate tax returns in Connecticut. The state offers a variety of convenient options for doing so. Businesses can file their Connecticut corporate tax returns online using the state's website or over the phone through the Business TeleFile System.

Electronic payments can be made through myconneCT, or by credit or debit card with an additional convenience fee. Remember, the CT REG number assigned by the Department of Revenue Services is crucial for tax filing and appears on all returns and correspondence.

## Filing Deadlines

In the process of filing your corporate tax returns in Connecticut, punctuality is of the essence. Corporations whose estimated tax for the current year exceeds $1,000 must pay their tax in four installment payments. It's crucial to submit your tax returns on time. Late or amended corporate tax returns in Connecticut are subject to a penalty of 15% of the tax due or a minimum of $50. Additionally, an interest rate of 1% per month is charged from the due date until payment is made.

It's important to note that the filing frequency for certain taxes has changed. Effective from the calendar quarter starting on October 1, 2023, the highway use fee filings in Connecticut are due quarterly, not monthly. Keeping track of these deadlines can help you avoid unnecessary penalties and interest charges.

## Required Documentation

Ensure you have the necessary documentation available when filing your corporate tax returns in Connecticut. For LLCs in Connecticut, you are required to file the Business Entity Tax using Form OP-424, Business Entity Tax Return. Having this form ready will help streamline your filing process and ensure you meet all the compliance requirements set by the Connecticut Department of Revenue Services.

## Taxation of Different Business Entities



Connecticut imposes different tax requirements on various business entities. Some important tax changes to note include:

- The pass-through entity tax will become optional starting January 1, 2024. This change includes the elimination of the standard base method and the requirement to use the alternative base method.

- The bi-annual business entity tax was eliminated as of January 1, 2020.

- The pass-through entity tax credit was reduced to 87.5% from 93.01%.

These changes have important implications for businesses operating in Connecticut.

The type of business entity plays a significant role in the taxes it is subject to. LLCs, for example, are classified differently based on whether they are partnerships or corporations. An LLC classified as a partnership is subject to the Business Entity Tax, while an LLC classified as a corporation is not. Single Member LLCs (SMLLCs) that are disregarded for federal tax purposes are taxed similar to a sole proprietorship.

On the other hand, S corporations:

- are treated as pass-through entities for federal and state tax purposes
- are not subject to the corporation business tax in Connecticut
- must file Form OP-424 for the Business Entity Tax
- a foreign S corporation doing business in Connecticut must also file Form OP-424 and is subject to the Business Entity Tax.

## Economic Nexus and Its Impact on Corporate Taxes



In our globally connected world, it is common for businesses to operate across state boundaries. In such scenarios, the concept of 'economic nexus' comes into

play. Economic nexus eliminates the need for physical presence as a determinant for state taxation. Instead, tax obligations are based on revenue or transaction thresholds, such as $100,000 in sales or 200 transactions within Connecticut.

Connecticut's economic nexus legislation taxes corporations, partnerships, and S corporations that derive income from the state or engage in purposeful economic activities within Connecticut. This means they are required to file a Connecticut Corporation Business Tax return, even without a physical presence in the state. The frequency, quantity, and systematic nature of a business's economic contacts in the state, like licensing intangible property rights, contribute to establishing an economic nexus in Connecticut. Economic nexus in Connecticut was initially enacted on December 1st, 2018, and thresholds for it were updated on July 1st, 2019, setting sales and use tax requirements to a reduced limit of $100,000 in gross receipts and 200 transactions.

## Strategies for Minimizing Corporate Tax in Connecticut

Despite taxes being a necessary aspect of conducting business, corporations can implement certain strategies to reduce their tax liability in Connecticut. For example, corporations can apply for a new tax credit for production companies of eligible pre- and post-Broadway productions and live theatrical tours performed at qualified facilities in Connecticut. Additionally, starting January 1, 2025, corporations in Connecticut that offer an employee stock-sharing arrangement to participating employees can be exempt from the corporate surtax.

Deductions also play a significant role in tax minimization. Corporations in Connecticut may deduct 'ordinary and necessary' business expenses for Connecticut corporation business tax liability calculations. New legislation has been enacted effective for income years beginning on or after January 1, 2023, permitting such deductions.

Businesses should also explore the changes in corporation business tax credits, including amendments to the tax credit for human capital investment and the increase in film production tax credits related to sales and use taxes.

## Updates and Changes to Connecticut Corporate Tax Laws

Maintaining updated knowledge of tax law changes is vital for tax compliance and efficient financial planning. Some significant updates include:

- Extension of the 10% corporation business surtax for three additional years, affecting income years beginning on or after January 1, 2023, and continuing through the 2023, 2024, and 2025 income years.

- Introduction of a 6.35% sales and use tax, a local 3% sales tax, and an excise tax based on THC content for authorized retail sales of cannabis beginning January 10, 2023.

- Updates to personal income tax brackets, effective January 1, 2024.

Governor Lamont's fiscal year 2023 budget included $600 million in tax cuts, extends the gas tax holiday, the child tax credit, and increases the property tax credit. The state has also introduced various new tax credits, including those for contributions to eligible developers of workforce housing and for businesses making cash contributions to nonprofit organizations for scholarships to private schools, with specific fiscal caps and effective dates. Tax credits for investments and human capital have been expanded, and tax exemptions are granted for home heating oil and aviation fuel from the petroleum products gross earnings tax, and for eligible corporations offering employee stock-sharing arrangements.

Legislative efforts are now estimating the state tax gap annually, alongside new compliance and filing requirements to promote tax compliance and discourage avoidance.

# Navigating Multi-State Taxation

Businesses operating in multiple states encounter distinct challenges in terms of taxation. In Connecticut, companies operating in multiple states must register each entity conducting business in the state and file the appropriate tax returns, such as the Corporation Business Tax return on Form CT-1120 or the Combined Unitary Corporation Business Tax Return on Form CT-1120CU.

The presence of employees or economic activities in a state can trigger tax filing requirements and minimum tax payments for businesses, even without significant in-state sales. For businesses that include a group of commonly owned businesses engaged in integrated business activities across states, also known as a unitary business, tax liability is calculated on a combined unitary basis. This includes all entities subject to Connecticut's Corporation Business Tax. Entities like S-corporations, LLCs, and partnerships have their state income tax paid at the owner level based on the business's nexus, influencing the owners' tax compliance obligations.

Connecticut factors in a company's property, employees, and sales when determining reportable state income, with an emphasis on market-based sourcing which assigns sales to the location of the customers. As businesses expand into new markets, their state tax liabilities are calculated on the share of the business revenue attributable to each state. Businesses operating across state lines are subject to varying income tax filing requirements and must navigate complex, state-specific income apportionment rules.

Corporations can choose different filing bases for combined unitary tax returns, such as water's-edge, worldwide, or affiliated group basis, which determine the included entities in the combined group for tax purposes.

# Resources for Connecticut Corporate Tax Assistance



Dealing with the intricacies of corporate tax can pose a challenge. Thankfully, the Connecticut Department of Revenue Services (DRS) provides tools and guidance for tax filings and answers questions related to state tax administration.

If you need assistance with your corporate taxes, you can contact the Connecticut Department of Revenue Services at 450 Columbus Blvd. Suite 1, Hartford, CT 06103, or via phone at 860-297-5962.

# Understanding Connecticut Sales Taxes

In Connecticut, sales taxes constitute a substantial part of corporate tax responsibilities. The state imposes a sales tax on a range of transactions, including the sale of tangible personal property and certain services. To collect Connecticut sales tax, businesses must obtain a Connecticut sales tax permit and be aware of the sales tax rate in the state, which is 6.35%, levied on the retail sale, lease, or rental of most goods and taxable services. Establishing a sales tax nexus in the state can be triggered by various activities, including maintaining a commercial or legal place of business, having employees, goods, or inventory in the state, or achieving a certain amount of sales or transactions within the state. For a comprehensive understanding, refer to a Connecticut sales tax guide. Additionally, businesses must file Connecticut sales tax returns to report their sales tax obligations and determine how much sales tax they owe.

Services that are subject to sales tax in Connecticut include:

- Business analysis
- Management
- Management consulting
- Public relations services

In addition, Software as a Service (SaaS) products are also taxable in Connecticut. This means that if your business provides a SaaS product to customers in Connecticut, you are required to collect and remit sales tax.

Understanding these rules can help ensure your business remains compliant with Connecticut sales tax laws, properly collect sales tax, and manage sales tax filing.

## Summary

In conclusion, navigating Connecticut's corporate tax landscape can be complex, but with a comprehensive understanding of the state's corporate tax laws, businesses can effectively plan their tax strategies, remain compliant, and even save money. From understanding the different types of taxes and their rates to calculating tax liability, navigating multi-state taxation, and leveraging available deductions and credits, there are many factors to consider. However, with the right resources and assistance, businesses can successfully navigate Connecticut's corporate tax landscape. Remember, knowledge is power, and understanding these laws can empower you to make the best financial decisions for your business.

## Frequently Asked Questions

## What taxes do employers pay in Connecticut?

Employers in Connecticut are responsible for paying State Unemployment Insurance (SUI) taxes, with rates ranging from 1.1% to 7.8%. New employers will pay 3.0% in 2024, and the taxable wage base will rise to $25,000 for each employee in the same year.

## What is the Connecticut corporate tax surtax?

The Connecticut corporate tax surtax is 10% of taxes owed for the 2018 to 2022 income years, and this extension is applicable to income years beginning on or after January 1, 2023.

## What is the CT income tax rate for 2023?

For tax year 2023, Connecticut's personal income tax rates range from 3% to 6.99%, with various deductions and credits available to reduce tax liability.

## What is the business tax in CT?

The business tax rate in Connecticut is 7.50 percent. Additionally, there is a 7.50 percent corporate income tax rate.

## What is the corporate income tax rate in Connecticut?

The corporate income tax rate in Connecticut is 7.5%. It is applied to the net income base tax.

## Can you help with state taxes?

If you have questions about Alaska or any state taxes, book a consultation today. View our services page for more information on the various types of consultations and tax optimization services available at Optic Tax.



Posted by Crystal Stranger JD, EA, NTPI Fellow

## Leave a Reply

## OPTIC TAX

Tax strategies to give you 20/20 vision

### Product

Bookkeeping

Taxes

Dissolution

R&D Credits

FinCEN BOI

Consults

### Company

Services

About

Knowledge

Audit Risk AI

Press

Contact

### Resources

Cookies

Terms of Service

Privacy Policy

FAQs

Guarantee

Get Started

Case 3:24-cv-01496-MPS     Document 77-1     Filed 12/10/24     Page 15 of 15