**Exhibit P**

**Cleer's Inc 5000 Listing with Michigan Headquarters**

# Inc.
## Company Profile

NEWSLETTERS  SUBSCRIBE

Full List

## 2024 Inc 5000

Company

| 2,198 | Cleer |
| 2,199 | Rogers Heating & Cooling |
| 2,200 | Fitz Design |

Inc. 5000 companies meet strict criteria. See our methodology.

Full List

Company

### No. 2,198
# Cleer

Company helping startups tax-optimize their financials with all-inclusive packages that focus on proactive strategies to drive profitability and extend runway.

**COMPANY INFORMATION**

| | |
|---|---|
| **Industry** | Financial Services |
| **Location** | Grandville, Michigan |
| **Leadership** | David McKeegan |
| **Year Founded** | 2017 |
| **Website** | http://cleer.tax |

**INC. HONORS**

| | | |
|---|---|---|
| **Inc. 5000** | **No. 2198** (2024) *238% 3-Year Growth* | |
| | **No. 1632** (2023) | |
| **Regionals Midwest** | **No. 89** (2023) | |



# No.2,199
## Rogers Heating & Cooling

Halifax County, VA-based HVAC and electricity contractor focused on old-fashioned service delivered with modern, up-to-date techniques, tools and equipment.

COMPANY INFORMATION