**Exhibit Q**

**Stranger Affidavit for Optic Tax Reply**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Stranger Affidavit for Optic Tax Reply |
| | : | |
| CRYSTAL STRANGER et al. | : | |
| | : | |
| v. | : | 2024-12-15 |
| | : | |
| DAVID and CARRIE McKEEGAN | : | |

Now comes Crystal Stranger, who declares as to her personal knowledge or belief the following:

- I am a competent adult who understands the obligation of an oath.

- I am not a shareholder of Optic Tax.

- While at Cleer we always used Michigan as an address for signing tax returns, and were told to advise clients that Michigan was our headquarters in the US, if they asked.

- Cleer was registered for the Inc 5000 list in 2024 as a Michigan headquartered company, and won the Inc 5000 Regionals for the state of Michigan prior to making the nationwide Inc 5000 list. See Exhibit P, Cleer's Inc 5000 Listing with Michigan Headquarters.

- I never worked with a Connecticut client at Cleer. To the best of my knowledge, Cleer has no Connecticut clients.

- I never worked with a Connecticut client at Optic Tax. To the best of my knowledge, Optic Tax has no Connecticut clients.

- No shareholders, employees, or contractors of Optic Tax have ever been to Connecticut for business or pleasure.

- I am not the sole decision maker or the one providing most of the services at Optic Tax.

- Optic Tax has 23 team members working diligently, and they do the vast bulk of the work.

- The Optic Tax team set up Optic Tax's CRM system and workflows, they work directly with clients, they do all sales and customer support.

- Decisions such as setting pricing, what to include in service offerings, and the process used to complete engagements are determined collectively by the individual teams.

- The fact that I am the "face" of Optic Tax is irrelevant, as I was the "face" of Cleer also, even before I had any stake there.

- For my duties at Optic Tax, I do tax return reviews, set best practices in response to new laws, and create marketing materials.

- My personal bank accounts are kept separate from Optic Tax.

- Optic Tax's books and records are maintained separately.

- Company operations are separate and held with formal, regularly scheduled, team meetings.

- Optic Tax has a separate mailbox from me personally- the address for Optic Tax is at the same address of 30 N Gould St. However, Optic Tax uses Suite 21105, whereas I personally use suite 3088.

VERIFICATION

I, Crystal Stranger, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing are true and

correct to the best of my knowledge, information and belief. Any documents attached to this are true and correct copies of those documents as described herein.

signed: ..................................................

Here appeared before me, via Google Meet, the person named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, a voluntary signature and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

..................................................   Date.......... 2024-12-16 ..........................................
Alan Harrison
Commissioner of Conn. Superior Court    Place.......... Milford, Connecticut ..........................................
431816