UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX** | : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Michael P. Shea |
| Plaintiff, | : : : | |
| v. | : : | **PLAINTIFF CLEER TAX LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO** |
| **CRYSTAL STRANGER, ET AL.,** | : : | **DEFENDANT OPTIC TAX INC.'S MOTION TO DISMISS** *INSTANTER* |
| Defendants. | : | |

Pursuant to Rule 7(d) of the Local Rules, Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer") moves this Court for leave to file a Sur-Reply in opposition to Defendant Optic Tax Inc.'s ("Optic Tax") Motion to Dismiss. Good cause exists because Cleer's Sur-Reply is needed to address new "evidence" and argument that Crystal Stranger submitted that could have (and should have) been included in the underlying Motion to Dismiss.

Mainly, Stranger has submitted an Affidavit that, for the very first time, provides misleading "evidence" regarding Cleer's alleged headquarters, the McKeegans' residence, and Stranger's alleged non-ownership of Optic Tax. *See Travelers Indem. Co. v. Excalibur Reinsurance Corp.*, No. 3:11-CV-1209 CSH, 2013 WL 4012795, at *2 (D. Conn. Aug. 5, 2013) ("[I]n general, a party may not attempt to cure deficiencies in its moving papers by including new evidence in its reply to opposition papers."). According to courts in this District, "[w]hen new evidence appears in opposition papers, the non-moving party should seek leave, or may receive the Court's *sua sponte* permission, to file a sur-reply to address those new issues." *Id.*, at *3 (citing cases).

2

Cleer's Sur-Reply will help ensure that the Court is apprised of the correct facts that inform its consideration of Optic Tax's Motion to Dismiss. Accordingly, Cleer requests leave to file the brief Sur-Reply attached as Exhibit A.

    Respectfully submitted,

    */s/ George B. Musekamp*
    George B. Musekamp (pro hac vice)
    Evan H. Cohn (pro hac vice)
    Taft Stettinius & Hollister LLP
    425 Walnut Street, Suite 1800
    Cincinnati, OH  45202
    Ph: (513) 381-2838
    Fx: (513) 381-0205
    gmusekamp@taftlaw.com
    ecohn@taftlaw.com

    Michael S. O'Malley, Esq. (ct31784)
    Ogletree, Deakins, Nash,
    Smoak & Stewart, P.C.
    281 Tresser Boulevard
    Stamford, CT 06901
    Ph: (203) 969-3109
    Fx: (203) 969-3150
    Michael.o'malley@ogletree.com

    *Counsel for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 16, 2024, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)
