# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX** | : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Michael P. Shea |
| Plaintiff, | : : | |
| | : | **PLAINTIFF CLEER TAX LLC'S SUR-** |
| v. | : | **REPLY IN OPPOSITION TO** |
| | : | **DEFENDANT OPTIC TAX INC.'S** |
| **CRYSTAL STRANGER, ET AL.,** | : | **MOTION TO DISMISS** |
| | : | |
| Defendants. | : | |

First, Stranger on behalf of Optic Tax represents to the Court that she "is not a shareholder of Optic Tax (see Exhibit Q, Stranger Affidavit) and Optic Tax does not 'function[] as a façade for the dominant shareholder.'" (Optic Tax's Reply, Doc. 79 at 2). In Stranger's affidavit ("Stranger Aff."), she states: "I am not a shareholder of Optic Tax." (Stranger Aff., Doc. 79-2 at 2). Yet Optic Tax's website prominently promotes "Crystal Stranger, the visionary force and **owner of Optic Tax.**" It is impossible to reconcile those two conflicting statements.

Second, Stranger's affidavit introduces new "evidence" that Cleer is allegedly headquartered in Michigan, and that the McKeegans "reside in Costa Rica and Bali, but not Connecticut." (Reply, at p. 4 [Doc. 79]). The only "evidence" Stranger provides for this argument is the McKeegans' decor during the Zoom mediation, and a screenshot from a third-party website that is not controlled by Cleer or the McKeegans that apparently got an address from Cleer's Michigan mail receiving location.[1]

The more reliable evidence of Cleer's headquarters and the McKeegans' residence is found in Exhibits A and B and to the Verified First Amended Complaint which shows "110 High Ridge

---

[1] Notably, this website lists Cleer.tax as Cleer's website which Stranger claims she somehow owns.

Avenue, Ridgefield, Connecticut 06877" as Cleer's address based on information submitted by David McKeegan, under oath, to the United States Patent and Trademark Office:



The applicant, Greenback Business Services LLC, a limited liability company legally organized under the laws of Wyoming, having an address of
110 High Ridge Avenue
Ridgefield, Connecticut 06877
United States
XXXX

(First Amended Complaint [Doc. 55], Ex. B at p. 5).

**United States of America**
*United States Patent and Trademark Office*

# CLEER

Reg. No. 7,356,779
Registered Apr. 09, 2024
Int. Cl.: 35, 45

Greenback Business Services LLC (WYOMING LIMITED LIABILITY COMPANY)
110 High Ridge Avenue
Ridgefield, CONNECTICUT 06877

(*Id.* at Ex. A, p. 1).

Moreover, the Court may take judicial notice of a publicly available 2024 tax bill from the real estate auditor of the Town of Ridgefield, Connecticut which shows that "110 High Ridge Avenue, Ridgefield, Connecticut 06877" is the McKeegans' Connecticut residence[2]:

REAL ESTATE TAX BILL 2024   TAXPAYER COPY

Make checks payable to:
TOWN OF RIDGEFIELD
400 MAIN ST
RIDGEFIELD, CT 06877
203-431-2779

110 HIGH RIDGE AVE
E15-0036
1077-1138

| LIST NUMBER | DIST | BANK | ON GRAND LIST | TOTAL TAX DUE | PAYMENT DUE | PAYMENT DUE |
|---|---|---|---|---|---|---|
| 2023 01 0005822 | | CL | OCTOBER 1, 2023 | 21,289.24 | July 1, 2024 — 5,322.31 DELINQUENT AFTER AUG 1, 2024 | OCT 2024-5,322.31 JAN 2025-5,322.31 APR 2025-5,322.31 4 INSTS BILL |
| MILL RATE | GROSS ASSESSMENT | EXEMPTION | NET ASSESSMENT | | | |
| 26.3500 | 807,940 | 0 | 807,940 | | | |

E150036

MCKEEGAN DAVID
MCKEEGAN CARRIE

---

[2] Available at https://www.mytaxbill.org/inet/bill/detail.do?type=0&byear=2021&btype=1&bnum=5789

By way of further example, Cleer uses the same Connecticut address for invoicing:

| | |
|---|---|
| **Sold To:**<br>*Cleer LLC*<br>Lindsey Anderson | Account Number: B01487989<br>Invoice Number: INV12362643<br>PO Number: |
| **Bill To:**<br>*Cleer LLC*<br>David McKeegan<br>110 High Ridge Ave | Invoice Date: 12/09/2024<br>Payment Due By: 12/09/2024<br>Payment Terms: Due Upon Receipt<br>Payment Method: CreditCard |
| Ridgefield Connecticut 06877<br>United States | |

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 12/09/2024-03/08/2025* | $75.00 | 43 | $3,225.00 | $0.00 | $3,225.00 |

(Declaration of David McKeegan, Ex. 1 ¶ 2, Ex. A). Many other examples exist but are too many to include in this filing.

In fact, Stranger has made a judicial admission that the McKeegans have appropriate contacts with Connecticut *because she filed third-party claims against them in Connecticut.* Stranger cannot on one hand cause harm to the McKeegans and claim they have no connections to Connecticut, but then on the other sue the McKeegans in Connecticut based on minimum contacts with Connecticut. Accordingly, Optic Tax's Motion should be denied.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)
Evan H. Cohn (pro hac vice)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Ph: (513) 381-2838
Fx: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

3

                    Michael S. O'Malley, Esq. (ct31784)
                    Ogletree, Deakins, Nash,
                    Smoak & Stewart, P.C.
                    281 Tresser Boulevard
                    Stamford, CT 06901
                    Ph: (203) 969-3109
                    Fx: (203) 969-3150
                    Michael.o'malley@ogletree.com

*Counsel for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 16, 2024, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)

# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Michael P. Shea |
| Plaintiff, | : : | |
| v. | : : | |
| CRYSTAL STRANGER, et al., | : : | DECLARATION OF DAVID MCKEEGAN |
| Defendants. | : | |

1. I am the Founder, President, and Chief Executive Officer of Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer").

2. Cleer is headquartered in Connecticut, and on December 9, 2024, Cleer received an invoice from Box directed to its Connecticut headquarters. (Exhibit A – Cleer Box Invoice).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2024.

David McKeegan

19623108.1

# Exhibit A

...





**INV12362643**
PO Number:

**Sold To:**
*Cleer LLC*
Lindsey Anderson

**Bill To:**
*Cleer LLC*
David McKeegan
110 High Ridge Ave

Ridgefield Connecticut 06877
United States

Account Number: B01487989
Invoice Number: INV12362643
PO Number:

Invoice Date: 12/09/2024
Payment Due By: 12/09/2024
Payment Terms: Due Upon Receipt
Payment Method: CreditCard

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 12/09/2024-03/08/2025* | $75.00 | 43 | $3,225.00 | $0.00 | $3,225.00 |

| | |
|---|---|
| Invoice Subtotal: | $3,225.00 |
| Tax: | $0.00 |
| **Total:** | **$3,225.00** |
| Balance Due: | $3,225.00 |
| **Currency:** | USD |

| Payments and Adjustments ||||||
|---|---|---|---|---|
| Transaction Date | Transaction Number | Transaction Type | Notes | Applied Amount |
| | | | Balance Due: | $3,225.00 |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

-----------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

Need to Update your Credit Card?
Submit new billing information securely online at: **https://app.box.com/update**
(be sure to login as the Box administrator)

Account Number: B01487989
Invoice Date: 12/09/2024
Invoice Number: INV12362643
Payment Due Date: 12/09/2024
Total Amount Due: $3,225.00
Amount Enclosed: _____

Copy of our W-9: billing.app.box.com/W-9

For additional Billing information or to pay via credit card, please visit our support site: support.box.com

Box Inc. | 900 Jefferson Ave, Redwood City, CA 94063