**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK** | : | Case No. 3:24-cv-01496-MPS |
| **BUSINESS SERVICES LLC) D/B/A** | : | |
| **CLEER TAX** | : | Judge Michael P. Shea |
| | : | |
| Plaintiff, | : | |
| | : | **PLAINTIFF CLEER TAX LLC'S SUR-** |
| v. | : | **REPLY IN OPPOSITION TO** |
| | : | **DEFENDANT OPTIC TAX INC.'S** |
| **CRYSTAL STRANGER, ET AL.,** | : | **MOTION TO DISMISS** |
| | : | |
| Defendants. | : | |

First, Stranger on behalf of Optic Tax represents to the Court that she "is not a shareholder of Optic Tax (see Exhibit Q, Stranger Affidavit) and Optic Tax does not 'function[] as a façade for the dominant shareholder.'" (Optic Tax's Reply, Doc. 79 at 2). In Stranger's affidavit ("Stranger Aff."), she states: "I am not a shareholder of Optic Tax." (Stranger Aff., Doc. 79-2 at 2). Yet Optic Tax's website prominently promotes "Crystal Stranger, the visionary force and **owner of Optic Tax.**" It is impossible to reconcile those two conflicting statements.

Second, Stranger's affidavit introduces new "evidence" that Cleer is allegedly headquartered in Michigan, and that the McKeegans "reside in Costa Rica and Bali, but not Connecticut." (Reply, at p. 4 [Doc. 79]). The only "evidence" Stranger provides for this argument is the McKeegans' decor during the Zoom mediation, and a screenshot from a third-party website that is not controlled by Cleer or the McKeegans that apparently got an address from Cleer's Michigan mail receiving location.[1]

The more reliable evidence of Cleer's headquarters and the McKeegans' residence is found in Exhibits A and B and to the Verified First Amended Complaint which shows "110 High Ridge

---

[1] Notably, this website lists Cleer.tax as Cleer's website which Stranger claims she somehow owns.

Avenue, Ridgefield, Connecticut 06877" as Cleer's address based on information submitted by

David McKeegan, under oath, to the United States Patent and Trademark Office:

The applicant, Greenback Business Services LLC, a limited liability company legally organized under the laws of Wyoming, having an address of

110 High Ridge Avenue
Ridgefield, Connecticut 06877
United States
XXXX

(First Amended Complaint [Doc. 55], Ex. B at p. 5).



**CLEER**

|  |  |
|---|---|
| Reg. No. 7,356,779 | Greenback Business Services LLC (WYOMING LIMITED LIABILITY COMPANY) |
| Registered Apr. 09, 2024 | 110 High Ridge Avenue |
| Int. Cl.: 35, 45 | Ridgefield, CONNECTICUT 06877 |

(*Id.* at Ex. A, p. 1).

Moreover, the Court may take judicial notice of a publicly available 2024 tax bill from the

real estate auditor of the Town of Ridgefield, Connecticut which shows that "110 High Ridge

Avenue, Ridgefield, Connecticut 06877" is the McKeegans' Connecticut residence[2]:

| | REAL ESTATE TAX BILL  2024 | | TAXPAYER COPY |
|---|---|---|---|
| Make checks payable to: TOWN OF RIDGEFIELD 400 MAIN ST RIDGEFIELD, CT 06877 203-431-2779 | | 110 HIGH RIDGE AVE E15-0036 1077-1138 | |

| LIST NUMBER | DIST | BANK | ON GRAND LIST | TOTAL TAX DUE | PAYMENT DUE | PAYMENT DUE |
|---|---|---|---|---|---|---|
| 2023 01 0005822 | | CL | OCTOBER 1, 2023 | 21,289.24 | July 1, 2024 | OCT 2024-5,322.31 JAN 2025-5,322.31 |
| MILL RATE | | GROSS ASSESSMENT | EXEMPTION | NET ASSESSMENT | | 5,322.31 | APR 2025-5,322.31 |
| 26.3500 | | 807,940 | 0 | 807,940 | | DELINQUENT AFTER AUG 1, 2024 | 4 INSTS BILL |

E150036

MCKEEGAN DAVID
MCKEEGAN CARRIE

---

[2] Available at https://www.mytaxbill.org/inet/bill/detail.do?type=0&byear=2021&btype=1&bnum=5789

By way of further example, Cleer uses the same Connecticut address for invoicing:

**Sold To:**
*Cleer LLC*
Lindsey Anderson

Account Number: B01487989
Invoice Number: INV12362643
PO Number:

**Bill To:**
*Cleer LLC*
David McKeegan
110 High Ridge Ave

Invoice Date: 12/09/2024
Payment Due By: 12/09/2024
Payment Terms: Due Upon Receipt
Payment Method: CreditCard

Ridgefield Connecticut 06877
United States

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses<br>*Service Period: 12/09/2024-03/08/2025* | $75.00 | 43 | $3,225.00 | $0.00 | $3,225.00 |

(Declaration of David McKeegan, Ex. 1 ¶ 2, Ex. A).  Many other examples exist but are too many to include in this filing.

In fact, Stranger has made a judicial admission that the McKeegans have appropriate contacts with Connecticut ***because she filed third-party claims against them in Connecticut.*** Stranger cannot on one hand cause harm to the McKeegans and claim they have no connections to Connecticut, but then on the other sue the McKeegans in Connecticut based on minimum contacts with Connecticut.   Accordingly, Optic Tax's Motion should be denied.

Respectfully submitted,

*/s/ George B. Musekamp*

George B. Musekamp (pro hac vice)
Evan H. Cohn (pro hac vice)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Ph: (513) 381-2838
Fx: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (ct31784)
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
281 Tresser Boulevard
Stamford, CT 06901
Ph: (203) 969-3109
Fx: (203) 969-3150
Michael.o'malley@ogletree.com

*Counsel for Plaintiff Cleer LLC (f/k/a
Greenback Business Services LLC) d/b/a
Cleer Tax*

170308784v1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 19, 2024, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)
