# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | Case No. 3:24-cv-01496-MPS |
| | Judge Michael P. Shea |
| Plaintiff, | |
| v. | |
| CRYSTAL STRANGER, et al., | DECLARATION OF DAVID MCKEEGAN |
| Defendants. | |

1. I am the Founder, President, and Chief Executive Officer of Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer").

2. Cleer is headquartered in Connecticut, and on December 9, 2024, Cleer received an invoice from Box directed to its Connecticut headquarters. (Exhibit A – Cleer Box Invoice).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16, 2024.

David McKeegan

19623108.1

# Exhibit A



# INVOCE

INV12362643
PO Number:



| | |
|---|---|
| **Sold To:** | Account Number: B01487989 |
| *Cleer LLC* | Invoice Number: INV12362643 |
| Lindsey Anderson | PO Number: |
| | |
| **Bill To:** | Invoice Date: 12/09/2024 |
| *Cleer LLC* | Payment Due By: 12/09/2024 |
| David McKeegan | Payment Terms: Due Upon Receipt |
| 110 High Ridge Ave | Payment Method: CreditCard |
| Ridgefield Connecticut 06877 | |
| United States | |

| Service | Unit Price | Quantity | Subtotal | Tax | TOTAL |
|---|---|---|---|---|---|
| Business Plus Account Licenses *Service Period: 12/09/2024-03/08/2025* | $75.00 | 43 | $3,225.00 | $0.00 | $3,225.00 |
| | | | | Invoice Subtotal: | $3,225.00 |
| | | | | Tax: | $0.00 |
| | | | | **Total:** | **$3,225.00** |
| | | | | Balance Due: | $3,225.00 |
| | | | | **Currency:** | USD |

| Payments and Adjustments ||||||
|---|---|---|---|---|---|
| Transaction Date | Transaction Number | Transaction Type | | Notes | Applied Amount |
| | | | | Balance Due: | $3,225.00 |

*Please note that failure to pay this invoice by the due date provided may result in suspension of services and the accrual of a late fee as outlined in the Box Service Agreement.*

---------------------------------------------------------------------------------------------------------------------------------

**Payments remitted without reference to relevant invoice number(s) will not be processed and will be returned.**

| | |
|---|---|
| Need to Update your Credit Card? Submit new billing information securely online at: **https://app.box.com/update** (be sure to login as the Box administrator) | Account Number: B01487989 |
| | Invoice Date: 12/09/2024 |
| | Invoice Number: INV12362643 |
| | Payment Due Date: 12/09/2024 |
| | Total Amount Due: $3,225.00 |
| | Amount Enclosed: _____ |

Copy of our W-9: **billing.app.box.com/W-9**

For additional Billing information or to pay via credit card, please visit our support site: **support.box.com**