UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CIVIL STANDARD MINUTES

Date: **1/10/2025**

Case #: **3:24-cv-01496-MPS**
Honorable Judge: **Maria Garcia**
Deputy Clerk: **Sarah Santos**

**Cleer LLC**
Vs.
**Crystal Stranger, et al**

Counsel for Pla(s): **George Musekamp & Michael O'Malley**
Counsel for Dft(s): **Alan Harrison**

Start Time: **4:01 p.m.**    End Time: **4:41 p.m.**
Reporter/ECRO/Courtsmart: **Courtsmart**
Recess (if more than ½ hr) _____ to _____
Interpreter: _____ Language: _____
Total Time: _____ hour(s) **40** minute(s)
Hearing held: ☐ in person   ☑ by video   ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument **30** | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: **Discovery Conference** **10** |

**MOTIONS**

■ Motion **to Compel (Doc #87)** _____ filed by ■ Pla ☐ Dft  ■ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft  ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24