# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : 3:24-cv-1496-MPS |
| v. | : Motion to Correct the Record |
| CRYSTAL STRANGER et al. | : |
| v. | : 2025-01-14 |
| DAVID and CARRIE McKEEGAN | : |

At page 15 of Docket 20 ("Defendants' Opposition to Injunctive Relief"), Ms. Stranger asserted: "Cleer's bookkeepers terminated their employments with Cleer and **then** reached out to Ms. Stranger." Fact discovery shows that in fact, Ms. Stranger reached out to Cleer's bookkeepers before they stopped working for Cleer.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996