EXHIBIT B

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2              DISTRICT OF CONNECTICUT

 3                NEW HAVEN DIVISION

 4                     *   *   *

 5   CLEER LLC,

 6       Plaintiff,

 7          vs.            CASE NO. 3:24-CV-01496-MPS

 8   CRYSTAL STRANGER,        VOLUME I - 1/13/2025

 9   et al.,

10       Defendants.

11                     *   *   *

12          Deposition via Zoom of CRYSTAL STRANGER,

13   Defendant herein, called by the Plaintiff for

14   cross-examination pursuant to the Federal Rules of

15   Civil Procedure, taken before me, Vicky L. Marcon,

16   a Notary Public within and for the State of Ohio,

17   at the offices of Taft Stettinius & Hollister LLP,

18   425 Walnut Street, Suite 1800, Cincinnati, Ohio,

19   on Monday, January 13, 2025, at 9:30 a.m.

20                     *   *   *

21

22

23

24

25
```

Page 44

```
 1          A.    I don't think that's up to me to
 2    define.
 3          Q.    Well, then why does it depend on
 4    how it's defined if --
 5          A.    Because that's a very broad term.
 6          Q.    And so, how do you define it?  If
 7    someone says, Ms. Stranger, don't solicit
 8    clients, how are you defining it?
 9          A.    The way I define it is, typically,
10    if a client reaches out to me, it would not be
11    solicitation.
12          Q.    So, if you reach out to them, it's
13    solicitation?
14          A.    In general, yes.
15          Q.    Okay.  Did you reach out to Cleer
16    clients prior to the one year expiring?
17          A.    Yes, to that 226 client list.
18          Q.    Actually, it was more than the 226
19    client list, wasn't it?  Don't you have a
20    mailing list of, like, 14,000 people?
21          A.    But those are not solicitations.
22          Q.    We'll get into that.  You say here
23    in your e-mail, things might change, but that's
24    where I'm at right now.  What did you mean by
25    that?
```

Page 142

1   don't recall exactly.

2           Q.   Okay.  Who did this go to?

3           A.   This went to the 226 list that had

4   been provided to me by the bookkeeping team.

5           Q.   So, going just strictly to current

6   prospective or former Cleer clients?

7           A.   This went to the 226 that were

8   provided to me from the bookkeeping team.  I

9   don't know if those were current, former, or

10  prospective Cleer clients, as I don't have

11  Cleer's list or any -- I don't even think Cleer

12  has a list, but I don't know what -- with

13  specificity on that.

14          Q.   How was the bookkeeping team

15  getting the contact information?

16          A.   I don't know.

17          Q.   This is targeted towards Cleer

18  clients, though.  Right?  When you say changes

19  to bookkeeping, you're talking about changing

20  from Cleer to Optic Tax.  Right?

21          A.   Yes.  Yes.

22          Q.   Okay.

23               (Thereupon, Exhibit 27, E-Mail -

24  Addressing Misinformation, was marked for purposes

25  of identification.)

Page 153

1          A.    This was -- I think I wrote that
2    response right at, like, basically the same
3    time I was sending the e-mail.  It would have
4    been right almost at the same time.
5          Q.    Okay.  What bookkeeping client
6    list did you have access to from the Cleer Tax
7    dot com domain?
8          A.    That was the 226 person list that
9    was shared with you.
10         Q.    I thought you said you got that
11   list from the bookkeeping team?
12         A.    I did.
13         Q.    So, why are you saying here you're
14   getting it from the Cleer dot Tax domain?
15         A.    I didn't say I got it from the --
16   I said I'm sending to that list from the Cleer
17   dot Tax domain.
18         Q.    Got it.
19         A.    I don't understand your question.
20         Q.    You're right.  So, you're telling
21   everybody you're going to send it from the
22   Cleer dot Tax domain?
23         A.    Yes.
24         Q.    You're going to send the letter?
25   Okay.

Page 154

1              A.    Yes.

2              Q.    And what's the e-mail marketing

3      software, then?

4              A.    That would be the Litemailer,

5      whatever it is.

6              Q.    That had 226 client contacts in

7      there?

8              A.    No.  It has the full client, my

9      full client list, the 14,000 persons, but it

10     has the -- I had put the 226 in there.

11             Q.    So, did that e-mail that you sent

12     out, Exhibit 16, go out to the 14,000 or the

13     226?

14             A.    Which e-mail again?  That went to

15     the 226.

16             Q.    So, when you say here that you're

17     sending it from the marketing software, you

18     actually didn't do that?

19             A.    What do you mean?

20             Q.    It says, I'm preparing a letter to

21     send the whole bookkeeping client list from

22     e-mail marketing software.  You told me the

23     e-mail marketing software had the 14,000

24     people.

25             A.    But you can choose who you send it

Page 214

1    domain redirect.

2            Q.    Right.  We'll take a look at

3    Exhibit 46.

4                  (Thereupon, Exhibit 46, E-Mail - Last

5    Day for Guaranteed Deadline Filing, was marked for

6    identification.)

7    BY MR. MUSEKAMP:

8            Q.    This is an e-mail sent out from

9    October 28th at 2024 from Hello at Optic Tax

10   dot com.  This looks like kind of a blast

11   e-mail here, for lack of a better term.

12           A.    Yes.

13           Q.    Who did this go to?

14           A.    The 14,000 list.

15           Q.    Okay.  And remind me again, how

16   did you get the 14,000 list?

17           A.    The list was part of the Zenitha,

18   or a portion of it was part of the Zenitha

19   company, when we acquired it, and then it was

20   added to -- with people who had attended

21   webinars, had, you know, met with me at

22   different times, the other lists that my

23   assistant had.

24           Q.    Of that 14,000 e-mail list, did

25   you know about 5400 overlap with Cleer's

Page 215

1   mailing list?

2          A.    Did not know that.

3          Q.    Does that surprise you that the

4   number is that high?

5          A.    Yeah, I guess.

6          Q.    You have no reason to suspect that

7   Cleer would have access to Optic Tax's 14,000

8   e-mail list, do you?

9          A.    Well, I hope not.  It was marked

10  attorney eyes only when it was sent to you.

11         Q.    Why would you not want Cleer to

12  have access to Optic Tax's mailing list?

13         A.    I don't know, just privacy, I

14  guess, after everything I've been through with

15  the McKeegans.

16         Q.    So, at the end here -- so, the

17  date on this e-mail is October 8th.  So, you

18  had been in business for about 30 days, give or

19  take.  Well, I guess -- I said been in

20  business.  You were competing at that point

21  with Cleer for about 30 days.  How about that?

22         A.    Yes.

23         Q.    Okay.  So, at the end here it

24  says, you've received this e-mail because you

25  signed up on our website or made a purchase

Page 216

1    from us.

2                    Was that accurate for the 14,000

3    people that you sent this to?

4            A.    Probably not.  I didn't -- I

5    didn't set the e-mail structure up.

6            Q.    This would also go to the 226

7    Cleer clients, as well.  Right?

8            A.    I believe so, yes.

9            Q.    All right.  Those Cleer clients

10   hadn't previously made any purchases with Optic

11   Tax.  Right?

12           A.    I don't know.

13           Q.    I'll go to Exhibit 47.

14                    (Thereupon, Exhibit 47, E-Mail -

15   Confirming Extensions, was marked for

16   identification.)

17   BY MR. MUSEKAMP:

18           Q.    You say here to Hello at Optic Tax

19   dot com -- sorry.  Who's on the Hello at Optic

20   Tax e-mail chain or list?

21           A.    Do you want a list of people?

22           Q.    Yeah, just is it the sales team?

23   Is it everybody?  Is it CSA team?  Who is it?

24           A.    CSA team.

25           Q.    Okay.  And you're e-mailing the

Page 222

1        Q.   I'll show you what's marked as
2   Exhibit 48.  This is another, what I'll call a
3   blast e-mail from Hello at Optic Tax dot com.
4   Do you see that?
5        A.   Yes.
6        Q.   Did this go out to all 14,000
7   people on the mailing list, as well?
8        A.   Yes.
9        Q.   All right.  And you see this here,
10  it went to Chinkin Chonk at gmail dot com?
11       A.   Yeah.
12       Q.   Do you see that?
13       A.   Yeah.
14       Q.   Do you know what that is?
15       A.   No.
16       Q.   Did you know that's a dummy e-mail
17  that Cleer used to set up its systems?
18       A.   I did not know that.
19       Q.   How would that e-mail account get
20  on Optic Tax's 14,000 person mailing list?
21       A.   I don't know.  Who created that
22  account?
23       Q.   I'm representing to you that Cleer
24  set this gmail account up.
25       A.   But who at Cleer set it up?

Page 224

1          A.    Yes.

2          Q.    What did you do after the TRO went

3     on to make sure that you weren't sending these

4     types of blast e-mails to Cleer clients?

5          A.    The blast e-mails are not a

6     solicitation.  This is only an informative

7     e-mail.

8          Q.    Got it.  So, this e-mail, the

9     Optic Tax, Hello at Optic Tax dot com, also

10    went out to the 226 Cleer clients?

11         A.    Yes.  This is informational only.

12         Q.    Okay.  So, you didn't do anything

13    to stop these blast e-mails from going out to

14    Cleer's clients?

15         A.    It's informational.

16         Q.    Right.  So, the answer to my

17    question is you didn't do anything to stop

18    these blast e-mails from going out to Cleer

19    clients.  Right?

20         A.    I don't know.  I have to look back

21    if I -- I don't think so, because I didn't

22    remove that list, because I was told not to

23    remove anything, also.  So, it's in a middle

24    ground where I can't do anything, right,

25    apparently, which is, you know, what's so

Page 225

1    frustrating about this.

2           Q.    Are you aware the Court told

3    counsel that the days of blast e-mails are

4    over, something along those lines?  I don't

5    want to directly quote the Court, but -- were

6    you aware of that?

7           A.    I was not told that when -- not in

8    those words.

9           Q.    Okay.  Were you sending these

10   e-mails for the purposes of developing

11   business?

12          A.    No.  I was sending them to share

13   information on deadlines on this one.

14          Q.    So, here you're actually telling

15   everybody on that 14,000 person list that if

16   they need information or help you can,

17   basically, reach out to Optic Tax for us to

18   help.  Right?

19          A.    Yeah, for help, for advice, if

20   they're confused.  I wrote an informational

21   article about it.  And I give people lots of

22   advice on it.  I get tons of e-mails from

23   people asking me questions about their BOI

24   filing that's not just related to, you know, us

25   selling or doing anything.  I advise lots of

Page 227

1    Right?

2          A.    Yes, but I don't believe it was a

3    violation of this.

4          Q.    How many of these type of, quote,

5    informational e-mails that you're calling them

6    have you sent out after this Court's order went

7    on?

8          A.    A few.

9          Q.    Five?  Ten?  Fifteen?

10         A.    I don't know.  Three.

11               MR. MUSEKAMP:  Alan, if we could get

12   those sooner than -- or, like, today, that would

13   be great.  Sorry.  I talked over you.  I didn't

14   mean to, Alan.  Sorry.  Are you amenable to

15   producing those to us, Alan?

16               MR. HARRISON:  Yeah, sure.

17               THE WITNESS:  Except you realize it's

18   nearly ten o'clock at night, and for him to

19   produce it is me producing it, and this is getting

20   far past my bedtime.

21   BY MR. MUSEKAMP:

22         Q.    I appreciate that.  And you've

23   never reached out to Cleer before you sent

24   these informational e-mails to ask for any sort

25   of instruction or guidance on whether or not we

Page 228

1    thought those were solicitation e-mails or not?

2          A.    Am I supposed to be in contact

3    directly with Cleer?  I thought when lawyers

4    are involved you're not supposed to talk with

5    them.

6          Q.    Your counsel could have.  It

7    actually says right here in the order, right,

8    the parties shall confer in a good faith, it

9    should say, in an effort to enable Stranger and

10   other persons working with her to contact

11   customers and suppliers with whom Stranger had

12   no direct or indirect contact or solicitation

13   on behalf of Cleer two years prior to her

14   termination.  Absent conferral and agreement,

15   Stranger may not contact any customers or

16   suppliers or prospective customers or suppliers

17   of Cleer LLC or its predecessors.  Right?

18         A.    Yes, that's what it says.

19         Q.    And you did that.  You contacted

20   customers of Cleer.  Right?

21         A.    I don't know.  I thought you guys

22   were in discussion.  There's been lots and lots

23   of discussions between you guys as attorneys.

24   I don't know what goes on in those, because I'm

25   not present at them.

EXHIBIT 46

Optic Tax Consultancy Mail - Re: Last Day for Guaranteed Deadline Filing!                                              11/27/24, 5:34 PM

 Gmail                                                                    Crystal Stranger <crystal@optictax.com>

**Re: Last Day for Guaranteed Deadline Filing!**
14 messages

**Matt Murphy** <matt@turtleaudio.com>                                                          Tue, Oct 8, 2024 at 7:13 PM
To: Optic Tax <hello@optictax.com>
Cc: Turtle Finance <finance@turtleaudio.com>, crystal@optictax.com

Thanks for the reminder

My company is Turtle Audio, Inc and Cleer handled my taxes for the last couple of years. We are still pre-revenue so the filing should be pretty straightforward. A couple of things to note
• Our finance director Kurt is cc'd to this email, please let him know what is needed from us for the filing
• The company is located in CA but last year it still showed us in NY as well. The return for 2022 was marked as 'final' for NY and I've submitted all the required paperwork for surrender of authority for NY. I'm still waiting on the final notice from them that it's complete but I've spoken to someone at the NY DOS and they have everything they need
• Our company is part of the Gust Launch platform, can you please point me to the link to pay as a Gust customer? Historically it's been $349 to file as a Gust company.

Please let me know the best way to start, and please keep Kurt - finance@turtleaudio.com - looped in on all requests.

Matt Murphy

On Oct 8, 2024, at 7:28 AM, Optic Tax <hello@optictax.com> wrote:

Submit Your Tax Docs Today and Avoid Paying Extra for Late Submissions!                          View in browser



# Last Day for Guaranteed Deadline Filing!

Submit Your Tax Docs Today and Avoid Paying Extra for Late Submissions!
Sign up by tonight, October 8th, at Midnight and we will guarantee that your
tax return is filed on time- or you pay us nothing!*

Sign Up Now!

Hi ,

This is it—today is the **last day** to submit your tax documents and
ensure **guaranteed filing by the October Deadline**! The October deadline
is fast approaching, and we want to help you file on time without any extra
costs.

Here's how you can benefit by submitting your documents today:

- **Avoid Rush Fees:** After today, a rush fee of 50% of the total cost will
  apply to any late submissions to ensure timely filing.

CONFIDENTIAL                                                        3:24-cv-1496-01881

EXHIBIT
46

Optic Tax Consultancy Mail - Re: Last Day for Guaranteed Deadline Filing?

Case 3:24-cv-01496-MPS    Document 99-2    Filed 01/17/25    Page 17 of 28    11/27/24, 5:34 PM

- **Guaranteed On-Time Filing:** Get peace of mind knowing your tax return will be filed accurately and on time.
- **Maximize Savings:** Let us double-check your details to ensure you're getting the best possible deductions.

Don't wait until it's too late! Send us your documents now and secure your spot for tax filing without the rush fee.

If you've already gathered your documents, email them to us right away or upload them to your client portal. Need assistance? Our team is here to help!

**Take action today to avoid extra fees!** Sign up Now!



Best regards
Crystal Stranger
CEO, Optic Tax
crystal@optictax.com

P.S. Submissions received after today will incur rush fees to guarantee filing before the deadline, so don't delay!

 

**Optic Tax**

30 N Gould St. Sheridan, WY, United States of America

*Certain tax returns such as those with foreign subsidiaries, returns for more than just the 2023 tax year, or those needing bookkeeping cleanups are exempted from the "free tax return guarantee."

You received this email because you signed up on our website or made a purchase from us.

Unsubscribe Now

---

**Crystal Stranger** <crystal@optictax.com>                                    Tue, Oct 8, 2024 at 7:17 PM
To: Matt Murphy <matt@turtleaudio.com>
Cc: Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>

Hi Matt,

Thank you for reaching out. We have a new portal system that all our invoicing and document upload goes through, so you can sign up for that here: https://optictax.taxdome.com/en-us/signup

CONFIDENTIAL                                    3:24-cv-1496-01882

We actually lowered our prices and ditched the discounts, to make pricing more fair. So if you have a $0 return then the price will be $299, and if there are up to $10,000 in income or expenses it would be $399, but we could discount that to $349, if that is the case. Please let us know if you have any questions. Wishing you all the best and looking forward to working with you again.

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Chief Executive Officer

OpticTax.com
crystal@optictax.com



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Matt Murphy** <matt@turtleaudio.com>                                    Tue, Oct 8, 2024 at 9:54 PM
To: Crystal Stranger <crystal@optictax.com>
Cc: Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>

Thanks Crystal, just signed up. We'll talk soon!

-mm
[Quoted text hidden]

---

**Catherine Meniosa** <catherine@optictax.com>                          Wed, Oct 9, 2024 at 3:40 AM
To: Matt Murphy <matt@turtleaudio.com>
Cc: Crystal Stranger <crystal@optictax.com>, Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>

Hi Matt,

This is Cath, the assigned CSA for Turtle Audio, Inc. Thank you for choosing Optic Tax!

We are now waiting for you to complete and submit the Tax Organizer along with the required documents. You can access the organizer by logging into your TaxDome portal account.

Once we receive your completed organizer and all necessary documents, one of our tax accountants will be assigned to your account. They will reach out if any additional information is needed. Otherwise, you can expect a proposal for the required services and forms.

Thank you again for choosing Optic Tax. If you have any questions in the meantime, feel free to reach out.

Have a great day!

Sincerely,
Catherine Meniosa
Customer Success Accountant
catherine@optictax.com



[Quoted text hidden]

---

**Matt Murphy** <matt@turtleaudio.com>                                   Thu, Oct 10, 2024 at 8:42 AM
To: Catherine Meniosa <catherine@optictax.com>
Cc: Crystal Stranger <crystal@optictax.com>, Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>

Hey the tax organizer is completed, I only filled out ownership info of the person that was above 20%, I remember that from prior years that below that threshold is not necessary.

Please let us know if you need anything else, thanks

Matt Murphy
[Quoted text hidden]

---

**Catherine Meniosa** <catherine@optictax.com>                          Thu, Oct 10, 2024 at 8:44 AM
To: Matt Murphy <matt@turtleaudio.com>
Cc: Crystal Stranger <crystal@optictax.com>, Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>

Hi Matt,

CONFIDENTIAL

3:24-cv-1496-01883

Thank you for sending in your tax organizer and documents. One of our tax accountants will be assigned to your account. They will reach out if any additional information is needed. Otherwise, you can expect a proposal for the required services and forms.

We appreciate your cooperation and understanding during this busy time.

If you have any questions in the meantime, feel free to reach out.

Have a great day!

Sincerely,
Catherine Meniosa
Customer Success Accountant
catherine@optictax.com



[Quoted text hidden]

---

**Matt Murphy** <matt@turtleaudio.com>                                                    Sun, Oct 13, 2024 at 12:11 AM
To: Catherine Meniosa <catherine@optictax.com>
Cc: Crystal Stranger <crystal@optictax.com>, Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>

Hey I've just received the contract to sign, but it is saying there is an additional state return. Turtle Audio used to be in NY but as I mentioned earlier, last year was the final return. I've done the surrender of authority paperwork, just waiting on NY to finalize it so there should only be 1 federal and 1 state return (CA) needed.

Can you take a look and let me know, thanks

Matt Murphy
[Quoted text hidden]

---

**Catherine Meniosa** <catherine@optictax.com>                                            Sun, Oct 13, 2024 at 12:53 AM
To: Matt Murphy <matt@turtleaudio.com>
Cc: Crystal Stranger <crystal@optictax.com>, Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>, Anne Tungcab <anne@optictax.com>

Hello Matt,

Thank you for bringing this matter to our attention. We will look into it and get back to you. In the meantime, I've looped in your tax accountant, Anne, in this email. She will be able to provide more details and explain things further.

We appreciate your patience.

Sincerely,
Catherine Meniosa
Customer Success Accountant
catherine@optictax.com



[Quoted text hidden]

---

**Matthew Murphy** <matt@turtleaudio.com>                                                  Sun, Oct 13, 2024 at 1:25 AM
To: Catherine Meniosa <catherine@optictax.com>
Cc: Crystal Stranger <crystal@optictax.com>, Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>, Anne Tungcab <anne@optictax.com>

Thank you, and the return last year was filed by Cleer so you should have it in your system showing as final New York return.
Thanks for looking into it I appreciate it

> On Oct 12, 2024, at 3:53 PM, Catherine Meniosa <catherine@optictax.com> wrote:

[Quoted text hidden]

---

**Crystal Stranger** <crystal@optictax.com>                                                Sun, Oct 13, 2024 at 7:40 AM
To: Matthew Murphy <matt@turtleaudio.com>
Cc: Catherine Meniosa <catherine@optictax.com>, Optic Tax <hello@optictax.com>, Turtle Finance <finance@turtleaudio.com>, Anne Tungcab <anne@optictax.com>

Hi Matthew,

Thank you for your message. Please note that we are an independent company and not part of Cleer, so we do not have any of your prior tax records from Cleer. You will need to download them from your prior year Box account and provide that. Please let us know if you have any questions. Wishing you all the best.

CONFIDENTIAL

3:24-cv-1496-01884

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Chief Executive Officer

OpticTax.com
crystal@optictax.com



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Turtle Finance** <finance@turtleaudio.com>      Sun, Oct 13, 2024 at 1:28 PM
To: Crystal Stranger <crystal@optictax.com>
Cc: Matthew Murphy <matt@turtleaudio.com>, Catherine Meniosa <catherine@optictax.com>, Optic Tax <hello@optictax.com>, Anne Tungcab <anne@optictax.com>

Hi Crystal,
We already uploaded the 2022 tax return in the portal using the taxdome link provided. Attached is another copy in PDF format - please let us know if this will help finalize our 2023 return.

Thank you,
Kurt

[Quoted text hidden]

---

📄 **Tax Docs_Turtle Audio Inc_2022_Client Copy.pdf**
3606K

---

**Crystal Stranger** <crystal@optictax.com>      Sun, Oct 13, 2024 at 2:16 PM
To: Turtle Finance <finance@optictax.com>
Cc: Matthew Murphy <matt@turtleaudio.com>, Catherine Meniosa <catherine@optictax.com>, Optic Tax <hello@optictax.com>, Anne Tungcab <anne@optictax.com>

Thank you Kurt!

Anne will be in touch if there are any questions. Wishing you all the best.

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Chief Executive Officer

OpticTax.com
crystal@optictax.com



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Matt Murphy** <matt@turtleaudio.com>      Sun, Oct 13, 2024 at 6:48 PM
To: Crystal Stranger <crystal@optictax.com>
Cc: Turtle Finance <finance@turtleaudio.com>, Catherine Meniosa <catherine@optictax.com>, Optic Tax <hello@optictax.com>, Anne Tungcab <anne@optictax.com>

Thanks Crystal, sorry for the confusion I had it in my mind that Optic Tax was a progression of Cleer so I thought you'd have all my old info.
Thanks Kurt for re-submitting it

Anne I saw your message on the secure portal, is there a way to add Kurt (finance@turtleaudio.com) to that thread? I can answer one of the questions but I need his visibility for all finance related questions.

If not I can send you the answer I know, and then ask Kurt to log in as me and follow up with the financial questions

Thanks
Matt Murphy
[Quoted text hidden]

---

**Catherine Meniosa** <catherine@optictax.com>      Mon, Oct 14, 2024 at 1:33 AM

CONFIDENTIAL

3:24-cv-1496-01885

To: Matt Murphy <matt@turtleaudio.com>
Cc: Crystal Stranger <crystal@optictax.com>, Turtle Finance <finance@turtleaudio.com>, Optic Tax <hello@optictax.com>, Anne Tungcab <anne@optictax.com>

Hi Matt,

I've added Kurt (finance@turtleaudio.com) as an additional contact in your account. He will receive a separate email with a link to activate his access. Once activated, Kurt will be able to view the same account, but please note he won't have signatory access.

Please let me know if you need further assistance.

Sincerely,
Catherine Meniosa
Customer Success Accountant
catherine@optictax.com


**Optic Tax**

[Quoted text hidden]

CONFIDENTIAL

3:24-cv-1496-01886

EXHIBIT 48

---------- Forwarded message ---------
From: **Optic Tax** <hello@optictax.com>
Date: Thu, Dec 5, 2024 at 1:45 AM
Subject: December U.S. Tax Deadline Alert
To: Chinkin Chonk <chinkinchonk@gmail.com>



Two critical deadlines are fast approaching- don't let December 15th and January 1st catch you off guard. Get prepared today!

View in browser

Optic Tax

About      News!      Services

EXHIBIT

48



# Don't Miss These Critical Year-End Tax Deadlines!

As the year comes to a close, it's time to prepare for two essential deadlines that could impact your business. Here's what you need to know:

### When To Make Estimated Section 1446 Tax Payments

The installments are due by the 15th day of the 4th, 6th, 9th, and 12th months of the partnership's tax year. If any date falls on a Saturday, Sunday, or legal holiday, the installment is due on the next regular business day.

## December 16th, 2024: 4th Quarter Estimated Tax Payments Due

For calendar-year taxpayers (meaning tax year ending December 31st), the following payments must be submitted by this date:

- **Corporations**: 4th quarter estimated income tax payment.
- **LLCs/Partnerships**: 4th quarter withholding tax for foreign partners reported on Form 8804-W.

If you file individual tax returns (Form 1040 or 1040NR) and make estimated payments the date is a little further out- January 15th, 2025. But I've seen a ton of misinformation online with other sites (thank you Chat GPT and Google for awarding the same wrong information with high search results) saying that the Corporate Estimated Tax deadline and Partnership Withholding Deadlines are January 15th, which is just incorrect.

If you read the instructions of these forms it shows that the tax return is due on the 15th day of the 12th month in the tax year, but it is the next business day if it falls on a weekend or holiday. So since December 15th is a Sunday, this means the deadline is the 16th this year.

Before you make partnership withholding payments though, you may want to verify the amounts are correct. I have seen a lot of foreign-owned LLCs where they have been advised the wrong amount of withholding tax to pay in. Form 8804-c can often be used to reduce or eliminate partnership withholding for foreign-owned partnerships, including LLCs.

Learn More!

3

# 2. January 1, 2025: Initial FinCEN BOI Report Due

The Financial Crimes Enforcement Network (FinCEN) Beneficial Ownership Information (BOI) report is a new requirement that came from the Corporate Transparency Act. Most U.S. corporations, LLCs, and other entities are required to disclose details about their beneficial owners- meaning the people who directly or indirectly own or control the company. This includes providing information like names, addresses, and government-issued ID numbers.

For companies formed before 2024, the initial BOI report must be filed by January 1, 2025. While this isn't an annual requirement, updates are mandatory whenever there are changes to ownership or beneficial owner details.

**Who needs to file?**

All companies formed **prior to 2024** are required to submit their initial BOI report to FinCEN by this date. Companies **formed in 2024** must file within 90 days of formation, and those **formed in 2025** will need to file within 30 days.

**What is the BOI report?**

This report discloses beneficial ownership information, including details about individuals who own or control your company.

**What's next?**

- **No Annual Reports Required:** Unlike other filings, the BOI is **not an annual report.**

- **Updates are Mandatory:** If the ownership structure or beneficial owner details (e.g., address or ID number) change, you must file an **updated report** within **30 days** of the change.



With FinCEN BOI the biggest mistakes I normally see are in determining who a Beneficial Owner is. For more information on how to make that determination I have written an article just about this subject with more detailed information about how to determine Beneficial Owners, or you can always reach out to us for help



Read More



Best regards

Crystal Stranger, EA, JD, NTPI Fellow

hello@optictax.com

**Optic Tax**

30 N Gould St.  Ste 21105

Sheridan, WY, USA

You received this email because you signed up on one of our websites or made a purchase from us.

Unsubscribe Now