# Exhibit A

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF CONNECTICUT
 3                   NEW HAVEN DIVISION
 4                        *   *   *
 5    CLEER LLC,
 6       Plaintiff,
 7          vs.              CASE NO. 3:24-CV-01496-MPS
 8    CRYSTAL STRANGER,         VOLUME I - 1/13/2025
 9    et al.,
10       Defendants.
11                        *   *   *
12          Deposition via Zoom of CRYSTAL STRANGER,
13    Defendant herein, called by the Plaintiff for
14    cross-examination pursuant to the Federal Rules of
15    Civil Procedure, taken before me, Vicky L. Marcon,
16    a Notary Public within and for the State of Ohio,
17    at the offices of Taft Stettinius & Hollister LLP,
18    425 Walnut Street, Suite 1800, Cincinnati, Ohio,
19    on Monday, January 13, 2025, at 9:30 a.m.
20                        *   *   *
21
22
23
24
25
```

```
                                                   Page 178
 1   opinion.
 2           Q.   Right.  Exactly.  And you don't go
 3   back to Catherine and say, Catherine, why are
 4   you pulling information from your head, or
 5   wherever, about Cleer, do you?
 6           A.   Well, I had come up with this
 7   information originally at Cleer.  I didn't see
 8   any problem with that.  And I had created it
 9   again.  People were remembering it out of their
10   memory, and I don't really see why this -- I
11   don't understand the problem here.
12           Q.   You don't see a problem with
13   anything you did in this case, do you?
14           A.   No.  That's not true.
15           Q.   All right.  Tell me what you think
16   was a problem with your actions you took in
17   this case.
18           A.   I don't think I should have sent
19   the one e-mail from the Cleer dot Tax domain to
20   the 226 people that the bookkeeping team had
21   given me the list for.  I really don't.
22           Q.   Why not?
23           A.   Because it didn't -- it didn't
24   look the way I imagined it would, and it was
25   confusing to at least one person, and I felt
```

Page 179

1  bad about that afterwards.  I don't like to --
2  to have people be confused.  And yeah, I -- you
3  know, I do -- I do regret that action.
4          Q.   Do you think you said anything
5  false in that e-mail that you sent?
6          A.   No.  I don't think I said anything
7  false.
8          Q.   Speaking of that e-mail, let's
9  look at Exhibit 31.
10              (Thereupon, Exhibit 31, E-Mail -
11 Michal at Walletchat, Changes to Bookkeeping,
12 was marked for purposes of identification.)
13 BY MR. MUSEKAMP:
14         Q.   This is an e-mail from Michal at
15 Walletchat, and he's responding to your e-mail
16 that you regret sending.  Right?
17         A.   Yes.
18         Q.   And he says, here in the middle,
19 you are now soliciting business away from them
20 under a false subject.  This e-mail is not news
21 from Cleer about changes to bookkeeping.  You
22 are also not doing this to make sure existing
23 Cleer clients are covered.  There is no issue
24 with that.  You are simply soliciting business
25 for your new company with discounts, et cetera.

Page 195

```
 1           A.   Yes.
 2           Q.   Okay.  The Optic Tax bookkeepers
 3   continued to use the Cleer dot Tax domain to
 4   e-mail with clients.  Correct?
 5           A.   No.  We never used the Cleer dot
 6   Tax.  Only the one e-mail I sent to 226 clients
 7   was sent from Cleer dot Tax.
 8                (Thereupon, Exhibit 38, E-Mail -
 9   Betty Accounting, was marked for purposes of
10   identification.)
11   BY MR. MUSEKAMP:
12           Q.   And so, is this -- so, this e-mail
13   right here, Joanna Bommarito, Hello at Optic
14   Tax dot com, and it's to Yancy at Cleer dot
15   Tax, is Yancy working for Cleer at this time?
16           A.   This is -- this is forwarded -- I
17   believe these are e-mails that are forwarded
18   from the Cleer dot Tax domain when the e-mail
19   forwarding was set up.  It comes through in
20   this really weird format where it's being
21   forwarded from Customer Success.  So, it's --
22   when -- go back up again, please.  So, see
23   where it says, via Customer Success, Hello at
24   Optic Tax dot com?
25           Q.   Mm-hmm.
```