Civil- (Dec-2008)

HONORABLE: Maria E. Garcia
DEPUTY CLERK: Nick Langello
RPTR/ECRO/TAPE: CourtSmart
TOTAL TIME: ____ hours  14 minutes
DATE: 1/22/2025    START TIME: 4:10 PM    END TIME: 4:24 PM
LUNCH RECESS    FROM: ____    TO: ____
RECESS (if more than ½ hr)    FROM: ____    TO: ____

CIVIL NO. 3:24-cv-01496-MPS

Cleer LLC

vs

Stranger et al

George Musekamp, Michael O'Malley
Plaintiff's Counsel

Alan Harrison
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing             ☐ Show Cause Hearing
☐ Evidentiary Hearing        ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Stat. Conf.

☐ .....# ____ Motion ____    ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion ____    ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion ____    ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion ____    ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion ____    ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion ____    ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion ____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____     ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____     ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____     ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ____     ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ .......... ____    ☐ filed ☐ docketed
☐ .......... ____    ☐ filed ☐ docketed
☐ .......... ____    ☐ filed ☐ docketed
☐ .......... ____    ☐ filed ☐ docketed
☐ .......... ____    ☐ filed ☐ docketed
☐ .......... ____    ☐ filed ☐ docketed
☐ .......... Hearing continued until ____ at ____

Notes: Preliminary injunction hearing scheduled for 1/29/2025 at 10:00 AM before Judge Garcia. Half day reserved for 1/30.