**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX** | : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Maria E. Garcia |
| Plaintiff, | : : | |
| | : | **PLAINTIFF CLEER LLC'S** |
| v. | : | **PRELIMINARY INJUNCTION** |
| | : | **HEARING EXHIBIT LIST** |
| **CRYSTAL STRANGER, ET AL.,** | : : | |
| Defendants. | : | |

Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer") submits its exhibit list in the above-captioned case:

| Pl. Ex. | Tab | Description |
|---|---|---|
| 100 | 0 | Video - GBS Leadership Call June 6, 2022 (produced electronically) |
| 101 | 1 | Membership Vesting Agreement |
| 102 | 2 | Operating Agreement |
| 103 | 3 | (Dep. Ex. 59) 3/15/22 Podio for Rebranding |
| 104 | 4 | May 26, 2022 Email – Cleer3130 |
| 105 | 5 | May 26, 2022 Email – Cleer3134 |
| 106 | 6 | (Dep. Ex. 58) Name Silo Registration for Cleer Tax – May 26, 2022 |
| 107 | 7 | Cleertax.com WHOIS Printout |
| 108 | 8 | June 20, 2022 Email – Cleer3162 |
| 109 | 9 | (Dep. Ex. 60) Rebranding to Cleer Podio |
| 110 | 10 | July 19, 2022 Email – Cleer3166 |
| 111 | 11 | (Dep. Ex. 61) Registering Other Names on Behalf of Cleer |
| 112 | 12 | (Dep. Ex. 62) July 19, 2022 Email – TM Lawyer |
| 113 | 13 | July 19, 2022 Email – Cleer3295 |
| 114 | 14 | July 19, 2022 Email – Cleer3291 |
| 115 | 15 | August 1, 2022 Email – Cleer3257 |
| 116 | 16 | May 26, 2023 Credit Card Renewal |
| 117 | 17 | (Dep. Ex. 63) Trademark Application 8/11/23 |
| 118 | 18 | Logo Podio (Cleer3306) |
| 119 | 19 | Logo Email – (Cleer3307) |
| 120 | 20 | (Dep. Ex. 65) January 23, 2024 Email |
| 121 | 21 | (Dep. Ex. 66) January 23, 2024 Email |
| 122 | 22 | January 23, 2024 Calendar Invite – Cleer3133 |
| 123 | 23 | Comparison of Email Lists – Stipulated Demonstrative (prod. elec.) |

| 124 | 24 | (Dep. Ex. 9) Buy out of Shares – August 9, 2024 |
|---|---|---|
| 125 | 25 | Optic Tax Website – "Read More" link from Dec. 5 Blast Email |
| 126 | 26 | (Dep. Ex. 31) – September 7, 2024 Email from Stranger |
| 127 | 27 | (Dep. Ex. 48) December 5, 2024 Blast Email |
| 128 | 28 | (Dep. Ex. 4) Limin NDA w/Cleer |
| 129 | 29 | (Dep. Ex. 5) HNY Email |
| 130 | 30 | (Dep. Ex. 14) Defendants' Opposition to Injunctive Relief |
| 131 | 31 | Ind. Contractor Agreement w/ Bookkeeper (Magpayo) |
| 132 | 32 | (Dep. Ex. 19) September 18, 2024 Email |
| 133 | 33 | (Dep. Ex. 70) September 18, 2024 Conversation with Anne Tungcab |
| 134 | 34 | (Dep. Ex. 15) Limin Independent Contractor Agreement w/ Optic Tax |
| 135 | 35 | (Dep. Ex. 38) September 14, 2024 Email |
| 136 | 36 | (Dep. Ex. 43) September 20, 2024 Email |
| 137 | 37 | (Dep. Ex. 12) September 6, 2024 Email |
| 138 | 38 | Optic Tax Website – "Services" link from all Blast Emails |
| 139 | 39 | (Dep. Ex. 21) September 6, 2024 Email |
| 140 | 40 | (Dep. Ex. 44) September 21, 2024 Email |
| 141 | 41 | (Dep. Ex. 27) September 9, 2024 Email |
| 142 | 42 | (Dep. Ex. 30) September 10, 2024 Email |
| 143 | 43 | Optic Tax Website – "Learn More" - December 2024 Blast Email at Ex. 46 |
| 144 | 44 | October 8, 2024 Blast Email |
| 145 | 45 | (Dep. Ex. 49) Temporary Restraining Order |
| 146 | 46 | December Blast Email |
| 147 | 47 | January Blast Email |
| 148 | 48 | (Dep. Ex. 80) Invention Assignment Agreement w/ Stranger |
| 149 | 49 | (Dep. Ex. 73) January 26, 2024 Email |
| 150 | 50 | (Dep. Ex. 67) Stranger's Responses to Cleer's First Set of Interrogatories |
| 151 | 51 | (Dep. Ex. 69) January 25, 2024 Email |
| 152 | 52 | Stranger and David Video - January 22, 2024 (produced electronically) |
| 153 | 53 | (Dep. Ex. 42) September 18, 2024 Email – Friendly Reminder |
| 154 | 54 | (Dep. Ex. 35) September 19, 2024 Email – Dragori Games |
| 155 | 55 | GBS Leadership Video - August 21, 2023 (produced electronically) |
| 156 | 56 | (Dep. Ex. 20) September 6, 2024 Email – Nic Agapito |
| 157 | 57 | (Dep. Ex. 82) – Tungcab NDA |
| 158 | 58 | Optic Tax Client List 14k + 226 (produced electronically) |
| 159 | 59 | (Dep. Ex. 75) Cleer Client List (produced electronically) |
| 160 | 60 | August 29, 2024 Email to Magpayo – Tax Work |
| 161 | 61 | August 29, 2024 Email to Berna – Tax Work |
| 162 | 62 | August 29, 2024 Email to Lyn – Tax Work |
| 163 | 63 | August 29, 2024 Email to Dani – Tax Work |
| 164 | 64 | August 29, 2024 Email to Mari – Opportunity |
| 165 | 65 | August 29, 2024 Email to Bea – Opportunity |
| 166 | 66 | August 29, 2024 Email to Seth – Changes |
| 167 | 67 | August 29, 2024 Email to Evan – New Opportunity |
| 168 | 68 | August 29, 2024 Email to Melody – Opportunity |

| 169 | 69 | August 29, 2024 Email to Catherine – Touching Base |
| --- | --- | --- |
| 170 | 70 | August 30, 2024 Email to Angel – Touching Base |
| 171 | 71 | August 30, 2024 Email to Annie – Possible Opportunity |
| 172 | 72 | August 30, 2024 Email to Edita – Changes |
| 173 | 73 | September 1, 2024 Email to Dono – Checking In |
| 174 | 74 | Facebook Messenger – Anne Tungcab – September 6, 2024 |
| 175 | 75 | Intentionally Blank |
| 176 | 76 | Facebook Messenger – Charmaine Sabas – August 29, 2024 |
| 177 | 77 | Facebook Messenger – Seth Lapuz – September 1, 2024 |
| 178 | 78 | Facebook Messenger – Nica Agapito – August 29, 2024 |
| 179 | 79 | Facebook Messenger – Angelene Dayrit – August 21, 2024 |
| 180 | 80 | Facebook Messenger – Donnie Coral – September 2, 2024 |
| 181 | 81 | Facebook Messenger – Jamaica Estancia Lasac – August 30, 2024 |
| 182 | 82 | Facebook Messenger – Angel Resma – August 30, 2024 |
| 183 | 83 | Facebook Messenger – Judelyn Abanag – August 29, 2024 |
| 184 | 84 | Facebook Messenger – Alyssa Gonzales – August 29, 2024 |
| 185 | 85 | Facebook Messenger – Catherine Dizon Meniosa – August 30, 2024 |
| 186 | 86 | Facebook Messenger – Enricka De Ramos – August 21, 2024 |
| 187 | 87 | Facebook Messenger – Evan Cagud – August 29, 2024 |
| 188 | 88 | Facebook Messenger – Daniel M. Pamintuan – August 30, 2024 |
| 189 | 89 | September 6, 2024 Email – Anne and Rajah Offers |
|  |  |  |

Cleer reserves the right to refer to or introduce any exhibit introduced by Defendants or for purposes of impeachment.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)
Evan H. Cohn (pro hac vice)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Ph: (513) 381-2838
Fx: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (ct31784)
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
281 Tresser Boulevard
Stamford, CT 06901
Ph: (203) 969-3109

        Fx: (203) 969-3150
        Michael.o'malley@ogletree.com

*Counsel for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 24, 2024, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)