# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX** | : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Maria E. Garcia |
| Plaintiff, | : : | |
| v. | : : : | **PLAINTIFF CLEER LLC'S PRELIMINARY INJUNCTION HEARING WITNESS LIST** |
| **CRYSTAL STRANGER, ET AL.,** | : : | |
| Defendants. | : | |

Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer") submits its witness list in the above-captioned case:

1. David McKeegan; and

2. Crystal Stranger.

Cleer reserves the right to call any other individuals identified by Defendants and any individuals needed for rebuttal, impeachment, or authentication.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)
Evan H. Cohn (pro hac vice)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Ph: (513) 381-2838
Fx: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (ct31784)
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.

2

        281 Tresser Boulevard
        Stamford, CT 06901
        Ph: (203) 969-3109
        Fx: (203) 969-3150
        Michael.o'malley@ogletree.com

        *Counsel for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax*

**CERTIFICATE OF SERVICE**

2

3

The undersigned certifies that on January 24, 2024, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

                                                   */s/ George B. Musekamp*
                                                  George B. Musekamp (pro hac vice)