# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX** | : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Maria E. Garcia |
| Plaintiff, | : : | |
| | : | **PLAINTIFF CLEER LLC'S AMENDED** |
| v. | : | **PRELIMINARY INJUNCTION** |
| | : | **HEARING EXHIBIT LIST** |
| **CRYSTAL STRANGER, ET AL.,** | : : | |
| Defendants. | : | |

Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer") submits its amended exhibit list in the above-captioned case:

| Pl. Ex. | Tab | Description |
|---|---|---|
| 100 | 0 | Video - GBS Leadership Call June 6, 2022 (produced electronically) |
| 101 | 1 | Membership Vesting Agreement |
| 102 | 2 | Operating Agreement |
| 103 | 3 | (Dep. Ex. 59) 3/15/22 Podio for Rebranding |
| 104 | 4 | May 26, 2022 Email – Cleer3130 |
| 105 | 5 | May 26, 2022 Email – Cleer3134 |
| 106 | 6 | (Dep. Ex. 58) Name Silo Registration for Cleer Tax – May 26, 2022 |
| 107 | 7 | Cleertax.com WHOIS Printout |
| 108 | 8 | June 20, 2022 Email – Cleer3162 |
| 109 | 9 | (Dep. Ex. 60) Rebranding to Cleer Podio |
| 110 | 10 | July 19, 2022 Email – Cleer3166 |
| 111 | 11 | (Dep. Ex. 61) Registering Other Names on Behalf of Cleer |
| 112 | 12 | (Dep. Ex. 62) July 19, 2022 Email – TM Lawyer |
| 113 | 13 | July 19, 2022 Email – Cleer3295 |
| 114 | 14 | July 19, 2022 Email – Cleer3291 |
| 115 | 15 | August 1, 2022 Email – Cleer3257 |
| 116 | 16 | May 26, 2023 Credit Card Renewal |
| 117 | 17 | (Dep. Ex. 63) Trademark Application 8/11/23 |
| 118 | 18 | Logo Podio (Cleer3306) |
| 119 | 19 | Logo Email – (Cleer3307) |
| 120 | 20 | (Dep. Ex. 65) January 23, 2024 Email |
| 121 | 21 | (Dep. Ex. 66) January 23, 2024 Email |
| 122 | 22 | January 23, 2024 Calendar Invite – Cleer3133 |
| 123 | 23 | Comparison of Email Lists – Stipulated Demonstrative (prod. elec.) |

| | | |
|---|---|---|
| 124 | 24 | (Dep. Ex. 9) Buy out of Shares – August 9, 2024 |
| 125 | 25 | Optic Tax Website – "Read More" link from Dec. 5 Blast Email |
| 126 | 26 | (Dep. Ex. 31) – September 7, 2024 Email from Stranger |
| 127 | 27 | (Dep. Ex. 48) December 5, 2024 Blast Email |
| 128 | 28 | (Dep. Ex. 4) Limin NDA w/Cleer |
| 129 | 29 | (Dep. Ex. 5) HNY Email |
| 130 | 30 | (Dep. Ex. 14) Defendants' Opposition to Injunctive Relief |
| 131 | 31 | Ind. Contractor Agreement w/ Bookkeeper (Magpayo) |
| 132 | 32 | (Dep. Ex. 19) September 18, 2024 Email |
| 133 | 33 | (Dep. Ex. 70) September 18, 2024 Conversation with Anne Tungcab |
| 134 | 34 | (Dep. Ex. 15) Limin Independent Contractor Agreement w/ Optic Tax |
| 135 | 35 | (Dep. Ex. 38) September 14, 2024 Email |
| 136 | 36 | (Dep. Ex. 43) September 20, 2024 Email |
| 137 | 37 | (Dep. Ex. 12) September 6, 2024 Email |
| 138 | 38 | Optic Tax Website – "Services" link from all Blast Emails |
| 139 | 39 | (Dep. Ex. 21) September 6, 2024 Email |
| 140 | 40 | (Dep. Ex. 44) September 21, 2024 Email |
| 141 | 41 | (Dep. Ex. 27) September 9, 2024 Email |
| 142 | 42 | (Dep. Ex. 30) September 10, 2024 Email |
| 143 | 43 | Optic Tax Website – "Learn More" - December 2024 Blast Email at Ex. 46 |
| 144 | 44 | October 8, 2024 Blast Email |
| 145 | 45 | (Dep. Ex. 49) Temporary Restraining Order |
| 146 | 46 | December Blast Email |
| 147 | 47 | January Blast Email |
| 148 | 48 | (Dep. Ex. 80) Invention Assignment Agreement w/ Stranger |
| 149 | 49 | (Dep. Ex. 73) January 26, 2024 Email |
| 150 | 50 | (Dep. Ex. 67) Stranger's Responses to Cleer's First Set of Interrogatories |
| 151 | 51 | (Dep. Ex. 69) January 25, 2024 Email |
| 152 | 52 | Stranger and David Video - January 22, 2024 (produced electronically) |
| 153 | 53 | (Dep. Ex. 42) September 18, 2024 Email – Friendly Reminder |
| 154 | 54 | (Dep. Ex. 35) September 19, 2024 Email – Dragori Games |
| 155 | 55 | GBS Leadership Video - August 21, 2023 (produced electronically) |
| 156 | 56 | (Dep. Ex. 20) September 6, 2024 Email – Nic Agapito |
| 157 | 57 | (Dep. Ex. 82) – Tungcab NDA |
| 158 | 58 | Optic Tax Client List 14k + 226 (produced electronically) |
| 159 | 59 | (Dep. Ex. 75) Cleer Client List (produced electronically) |
| 160 | 60 | August 29, 2024 Email to Magpayo – Tax Work |
| 161 | 61 | August 29, 2024 Email to Berna – Tax Work |
| 162 | 62 | August 29, 2024 Email to Lyn – Tax Work |
| 163 | 63 | August 29, 2024 Email to Dani – Tax Work |
| 164 | 64 | August 29, 2024 Email to Mari – Opportunity |
| 165 | 65 | August 29, 2024 Email to Bea – Opportunity |
| 166 | 66 | August 29, 2024 Email to Seth – Changes |
| 167 | 67 | August 29, 2024 Email to Evan – New Opportunity |
| 168 | 68 | August 29, 2024 Email to Melody – Opportunity |

| 169 | 69 | August 29, 2024 Email to Catherine – Touching Base |
| --- | --- | --- |
| 170 | 70 | August 30, 2024 Email to Angel – Touching Base |
| 171 | 71 | August 30, 2024 Email to Annie – Possible Opportunity |
| 172 | 72 | August 30, 2024 Email to Edita – Changes |
| 173 | 73 | September 1, 2024 Email to Dono – Checking In |
| 174 | 74 | Facebook Messenger – Anne Tungcab – September 6, 2024 |
| 175 | 75 | Messages – Lindsey Anderson – September 4, 2024 |
| 176 | 76 | Facebook Messenger – Charmaine Sabas – August 29, 2024 |
| 177 | 77 | Facebook Messenger – Seth Lapuz – September 1, 2024 |
| 178 | 78 | Facebook Messenger – Nica Agapito – August 29, 2024 |
| 179 | 79 | Facebook Messenger – Angelene Dayrit – August 21, 2024 |
| 180 | 80 | Facebook Messenger – Donnie Coral – September 2, 2024 |
| 181 | 81 | Facebook Messenger – Jamaica Estancia Lasac – August 30, 2024 |
| 182 | 82 | Facebook Messenger – Angel Resma – August 30, 2024 |
| 183 | 83 | Facebook Messenger – Judelyn Abanag – August 29, 2024 |
| 184 | 84 | Facebook Messenger – Alyssa Gonzales – August 29, 2024 |
| 185 | 85 | Facebook Messenger – Catherine Dizon Meniosa – August 30, 2024 |
| 186 | 86 | Facebook Messenger – Enricka De Ramos – August 21, 2024 |
| 187 | 87 | Facebook Messenger – Evan Cagud – August 29, 2024 |
| 188 | 88 | Facebook Messenger – Daniel M. Pamintuan – August 30, 2024 |
| 189 | 89 | September 6, 2024 Email – Anne and Rajah Offers |
|  |  |  |

Cleer has replaced Exhibit 131 with the executed version of the same document and added Exhibit 175, which was previously marked as left intentionally blank due to administrative error. Cleer has produced these exhibits on Defendants and will bring physical copies for the Court and counsel for Defendants to replace in the physical exhibit binders Cleer sent by FedEx. Cleer reserves the right to refer to or introduce any exhibit introduced by Defendants or for purposes of impeachment.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)
Evan H. Cohn (pro hac vice)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Ph: (513) 381-2838
Fx: (513) 381-0205
gmusekamp@taftlaw.com

ecohn@taftlaw.com

Michael S. O'Malley, Esq. (ct31784)
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
281 Tresser Boulevard
Stamford, CT 06901
Ph: (203) 969-3109
Fx: (203) 969-3150
Michael.o'malley@ogletree.com

*Counsel for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 27, 2025, the foregoing was electronically filed with the Court's CM/ECF system and the system will send electronic notice to all counsel of record.

*/s/ George B. Musekamp*
George B. Musekamp (pro hac vice)