**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CLEER LLC | : 3:24-cv-1496-MPS |
| v. | : |
| CRYSTAL STRANGER et al. | : Defendants' PI Hearing Exhibits and Witness list |
| v. | : |
| DAVID and CARRIE McKEEGAN | : 2025-01-28 |

## Witnesses

- David McKeegan
- Crystal Stranger

## Direct Exhibits

- Exhibit 501/102 GBS / Cleer Operating Agreement
- Exhibit 502/101 GBS / Cleer Membership Vesting Agreement
- Exhibit 503/124 Gmail from David McKeegan to Crystal Stranger "Re Cleer" → 3_24-cv-01496-005431 et seq
- Exhibit 505 excerpt from Cleer's Client List → CLEER000649 et seq.
- Exhibit 506 CLEER3144 et seq
- Exhibit 507 Stranger Domain Name Receipts for cleer.tax → 3:24-cv-1496-00280 et seq.
- Exhibit 508 Re: Domain access! → CLEER 1935 et seq
- Exhibit 509 ICANN Lookup (cleer.tax) → 3_24-cv-01496-005435 et seq
- Exhibit 510 Re Client Referrals → CLEER1930 et seq
- Exhibit 511 GBS → 3_24-cv-01496-005425 et seq
- Exhibit 512 Simplifying 2024 Startup Taxes: A Complete Guide (Cleer Tax) page 6 → 3_24-cv-01496-005406
- Exhibit 513 Cleer Price List 2023 → CLEER496 et seq
- Exhibit 514 Re: Your case 02022605 - CANCEL MY ACCOUNT → CLEER2050 et seq

- Exhibit 515 Cleer Team Access and Accounts → 3_24-cv-01496-005407 et seq
- Exhibit 520 Screenshots of Crystal Stranger's GBS iCloud folder *Cleer objects