**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date: **January 29, 2025**

**Cleer**
Vs.
**Stranger et al**

Start Time **10:24**   End Time **5:05**
Recess (if more than ½ hr) **12:57** to **1:35**
Total Time **06** hour(s) **03** minute(s)

Case #: **3:24cv1496**
Honorable Judge: **Maria E. Garcia**
Deputy Clerk: **Diahann Lewis**
Counsel for Pla(s): **Musekamp, O'Malley, Cohn**
Counsel for Dft(s): **Harrison**
Reporter/ECRO/Courtsmart: **Diana Huntington**
Interpreter: _____ Language: _____
Hearing held ✓ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ■ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

■ Motion **to Dismiss** _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion **Preliminary Injunction** _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

**Defendant has no objections to exhibits; plaintiff objects to #520.**

Rev. 3/21/24