**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date: **January 30, 2025**

**Cleer**
Vs.
**Stranger et al (dft did not appear)**

Start Time: **9:45**   End Time: **11:20**
Recess (if more than ½ hr): _____ to _____
Total Time: **01** hour(s) **35** minute(s)

Case #: **3:24cv1496**
Honorable Judge: **Maria E. Garcia**
Deputy Clerk: **Diahann Lewis**
Counsel for Pla(s): **Musekamp, O'Malley, Cohn**
Counsel for Dft(s): **Harrison**
Reporter/ECRO/Courtsmart: **Diana Huntington**
Interpreter: _____ Language: _____
Hearing held: ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ■ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

☐ Motion **to dismiss** _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Evidentiary Hearing re preliminary injunction held; oral argument on motion to dismiss held; plaintiff and defendant rest; briefing/findings of facts due 2/12/2025; TRO remains in full effect and parties shall remain in compliance.

Rev. 3/21/24