## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Notice re Docket 120 |
| | : | |
| CRYSTAL STRANGER et al. | : | |
| | : | |
| v. | : | 2025-01-30 |
| | : | |
| DAVID and CARRIE McKEEGAN | : | |

    Counsel for Defendants today has provided to Ms. Stranger, by e-mail, a copy of Docket 120 and a copy of Docket 34 (the TRO).

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996