✑AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| Cleer LLC | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Stranger et al | Case Number: 3:24CV1496 (MPS) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Maria E. Garcia, U.S.M.J. | Musekamp, O'Malley, Cohn | Harrison |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/29/2025, | Diana Huntington | Diahann Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/29/2025 | | | David McKeegan, Ridgefield, CT (Pltff Direct) |
| 101 | | 1/29/2025 | x | Full | Membership Vesting Agreement (joint exhibit) |
| 102 | | 1/29/2025 | x | Full | Operating Agreement (joint exhibit) |
| 103 | | 1/29/2025 | x | Full | Podio for Rebranding |
| 104 | | 1/29/2025 | x | Full | 5/26/2022 Email - Cleer3130 |
| 105 | | 1/29/2025 | x | Full | 5/26/2022 Email - Cleer3134 |
| 106 | | 1/29/2025 | x | Full | Name Silo Registration for Cleer Tax - May 26, 2022 (Dep. Ex. 58) |
| 107 | | 1/29/2025 | x | Full | Cleertax.com WHOIS Printout |
| 108 | | 1/29/2025 | x | Full | 6/20/2022 Email - Cleer3162 |
| 100 | | 1/29/2025 | x | Full | Video - GBS Leadership Call 6/6/2022 |
| 109 | | 1/29/2025 | x | Full | Rebranding to Cleer Podio (Dep. Ex. 60) |
| 110 | | 1/29/2025 | x | Full | 7/19/2022 Email - Cleer3166 |
| 111 | | 1/29/2025 | x | Full | Registering Other Names on Behalf of Cleer (Dep. Ex. 61) |
| 112 | | 1/29/2025 | x | Full | 7/19/2022 Email - TM Lawyer (Dep. Ex. 62) |
| 113 | | 1/29/2025 | x | Full | 7/19/2022 Email - Cleer3295 |
| 115 | | 1/29/2025 | x | Full | 8/1/2022 Email - Cleer3257 |
| 116 | | 1/29/2025 | x | Full | 5/26/2023 Credit Card Renewal |
| 118 | | 1/29/2025 | x | Full | Logo Podio (Cleer3306) |
| 119 | | 1/29/2025 | x | Full | Logo Email - (Cleer3307) |
| 117 | | 1/29/2025 | x | Full | Trademark Application (Dep. Ex. 63) |
| 155 | | 1/29/2025 | x | Full | GBS Leadership Video 8/21/2023 |
| 152 | | 1/29/2025 | x | Full | Stranger and David Video 1/22/2024 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

✎AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Cleer LLC | | vs. | | Stranger et al | CASE NO. 3:24CV1496 (MPS) |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 120 | | 1/29/2025 | x | Full | Logo Email 1/23/2024 (Dep. Ex. 65) |
| 151 | | 1/29/2025 | x | Full | 1/25/2024 Email |
| 121 | | 1/29/2025 | x | Full | 1/23/2024 Email |
| 122 | | 1/29/2025 | x | Full | 1/23/2024 Calendar Invite - Cleer3133 |
| 124 | | 1/29/2025 | x | Full | 8/9/2024 Buyout of Shares |
| | 515 | 1/29/2025 | x | Full | Cleer Team Access and Accounts |
| 190 | | 1/29/2025 | x | Full | List of Cleer Employees |
| 157 | | 1/29/2025 | x | Full | Tungcab NDA |
| 131 | | 1/29/2025 | x | Full | Independent Contractor w/ Bookkeeper (Magpayo) |
| 128 | | 1/29/2025 | x | Full | Limin NDA w/Cleer (Dep. Ex. 4) |
| 139 | | 1/29/2025 | x | Full | 9/6/2024 Email (Dep. Ex. 21) |
| 141 | | 1/29/2025 | x | Full | 9/9/2024 Email (Dep. Ex. 27) |
| 145 | | 1/29/2025 | x | Full | Temporary Restraining Order |
| 127 | | 1/29/2025 | x | Full | 12/5/2024 Blast Email |
| 159 | | 1/29/2025 | x | Full | Cleer Client List (Dep. Ex. 75) 12/18/2024 |
| 123 | | 1/29/2025 | x | Full | Comparison of Email Lists - Stipulated Demonstrative |
| | 517 | 1/29/2025 | x | ID | McKeegan Deposition |
| | 516 | 1/29/2025 | x | ID | Interrogatory Responses |
| | 504 | 1/29/2025 | x | ID | Letter from Taft Stettinius to Crystal Stranger |
| | | 1/29/2025 | | | Crystal Stranger, Capetown, South Africa (pltff direct) |
| 149 | | 1/29/2025 | x | Full | 1/26/2024 Email (Dep. Ex. 73) |
| 130 | | 1/29/2025 | x | Full | Defendant's Opposition to Injunctive Relief (Dep. Ex. 14) |
| 160 | | 1/29/2025 | x | Full | 8/29/2024 Email to Magpayo - Tax Work |
| 161 | | 1/29/2025 | x | Full | 8/29/2024 Email to Berna - Tax Work |
| 162 | | 1/29/2025 | x | Full | 8/29/2024 Email to Lyn - Tax Work |
| 163 | | 1/29/2025 | x | Full | 8/29/2024 Email to Dani - Tax Work |
| 164 | | 1/29/2025 | x | Full | 8/29/2024 Email to Mari - Opportunity |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Cleer LLC | vs. | | Stranger et al | CASE NO. 3:24CV1496 (MPS) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 165 | | 1/29/2025 | x | Full | 8/29/2024 Email to Bea - Opportunity |
| 166 | | 1/29/2025 | x | Full | 8/29/2024 Email to Seth - Changes |
| 167 | | 1/29/2025 | x | Full | 8/29/2024 Email to Evan - New Opportunity |
| 168 | | 1/29/2025 | x | Full | 8/29/2024 Email to Melody - Opportunity |
| 169 | | 1/29/2025 | x | Full | 8/29/2024 Email to Catherine - Touching Base |
| 170 | | 1/29/2025 | x | Full | 8/30/2024 Email to Angel - Touching Base |
| 171 | | 1/29/2025 | x | Full | 8/30/2024 Email to Annie- Possible Opportunity |
| 172 | | 1/29/2025 | x | Full | 8/30/2024 Email to Edita - Changes |
| 173 | | 1/29/2025 | x | Full | 9/1/2024 Email to Dono - Checking In |
| 174 | | 1/29/2025 | x | Full | 9/6/2024 Facebook Messenger - Anne Tungcab |
| 175 | | 1/29/2025 | x | Full | Messages - Lindsey Anderson - 9/4/2024 |
| 176 | | 1/29/2025 | x | Full | Facebook Messenger - Charmaine Sabas - 8/29/2024 |
| 177 | | 1/29/2025 | x | Full | Facebook Messenger - Seth Lapuz - 9/1/2024 |
| 178 | | 1/29/2025 | x | Full | Facebook Messenger - Nica Agapita - 8/29/2024 |
| 179 | | 1/29/2025 | x | Full | Facebook Messenger - Angelene Dayrit 8/21/2024 |
| 180 | | 1/29/2025 | x | Full | Facebook Messenger - Donnie Coral 9/2/2024 |
| 181 | | 1/29/2025 | x | Full | Facebook Messenger - Jamaica Estancia Lasac 8/30/2024 |
| 182 | | 1/29/2025 | x | Full | Facebook Messenger- Angel Resma 8/30/2024 |
| 183 | | 1/29/2025 | x | Full | Facebook Messenger - Judelyn Aganag 8/29/2024 |
| 184 | | 1/29/2025 | x | Full | Facebook Messenger - Alyssa Gonzales - 8/29/2024 |
| 185 | | 1/29/2025 | x | Full | Facebook Messenger - Catherine Dizon Meniosa 8/30/2024 |
| 186 | | 1/29/2025 | x | Full | Facebook Messenger - Enricka De Ramos 8/21/2024 |
| 187 | | 1/29/2025 | x | Full | Facebook Messenger - Evan Cagud 8/29/2024 |
| 188 | | 1/29/2025 | x | Full | Facebook Messenger - Daniel M. Pamintuan 8/30/2024 |
| 133 | | 1/29/2025 | x | Full | 9/18/2024 Conversation with Anne Tungcab (Dep. Ex. 70) |
| 132 | | 1/29/2025 | x | Full | 9/18/2024 Email (Dep. Ex. 19) |
| | | 1/30/2025 | | | David McKeegan, Ridgefield, CT (Dft Direct) |

Page 3 of 4 Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Cleer LLC | vs. | | Stranger et al | CASE NO. 3:24CV1496 (MPS) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 512 | 1/30/2025 | x | Full | Simplifying 2024 Startup Taxes: A Complete Guide (Cleer Tax) page 6 |
| 156 | | 1/30/2025 | x | Full | 9/6/2024 Email - Nic Agapito |
| 135 | | 1/30/2025 | x | Full | 9/14/2024 Email |
| 153 | | 1/30/2025 | x | Full | 9/18/2024 Email - Friendly Reminder (Dep. Ex. 42) |
| 137 | | 1/30/2025 | x | Full | 9/6/2024 Email |
| 142 | | 1/30/2025 | x | Full | 9/10/2024 Email |
| 140 | | 1/30/2025 | x | Full | 9/21/2024 Email |
| 144 | | 1/30/2025 | x | Full | 10/8/2024 Blast Email |
| 138 | | 1/30/2025 | x | Full | Optic Tax Website - "Services" link from all Blast Emails |
| 125 | | 1/30/2025 | x | Full | Optic Tax Website - "Read More" link from Dec. 5 Blast Email |
| 146 | | 1/30/2025 | x | Full | December Blast Email |
| 147 | | 1/30/2025 | x | Full | January Blast Email |
| | 505 | 1/30/2025 | x | Full | Excerpt from Cleer's Client List |