Crystal Stranger
33 Rooibok St.
Scarborough, WC 7975
South Africa

Alan Harrison
6 West River St. #112
Milford, CT 06460
USA

RE: TERMINATION OF LEGAL REPRESENTATION AND REQUEST FOR FEE WAIVER AND REFUND

CASE NAME: CLEER LLC V. CRYSTAL STRANGER et al.
CASE NUMBER: 3:24-cv-1496-MPS

Dear Mr. Harrison,

This letter serves as formal notice that I am terminating your legal representation in the above-referenced matter, effective immediately. After careful consideration I have decided to proceed pro se in the case. For Optic Tax, I believe it is not possible for me to withdraw and represent the company pro se, regarding the pending Motion to Dismiss for Personal Jurisdiction, and thus this is termination solely of my personal representation. I request that you promptly file a Motion of Withdrawal of counsel before the court.

I am also requesting that you waive any outstanding fees related to the trial on January 29th and 30th that you were too ill with COVID-19 and unprepared, and thus unable to provide effective counsel. During this appearance you did not introduce evidence and, by your own admission, were not providing able representation. As a result, I believe I am entitled to a refund for the services provided in preparation and trial that were not adequately rendered.

Additionally, I request that you please provide me an affidavit of your positive COVID test on the date of the trial, and promptly provide the transcript when it arrives for the hearing. I still intend to cover the cost of the hearing transcript and the McKeegan deposition transcript which is pending.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Crystal Stranger