# Exhibit A

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF CONNECTICUT
 3                  NEW HAVEN DIVISION
 4                       *   *   *
 5   CLEER LLC,
 6      Plaintiff,
 7          vs.               CASE NO. 3:24-CV-01496-MPS
 8   CRYSTAL STRANGER,            VOLUME I - 1/13/2025
 9   et al.,
10      Defendants.
11                       *   *   *
12          Deposition via Zoom of CRYSTAL STRANGER,
13   Defendant herein, called by the Plaintiff for
14   cross-examination pursuant to the Federal Rules of
15   Civil Procedure, taken before me, Vicky L. Marcon,
16   a Notary Public within and for the State of Ohio,
17   at the offices of Taft Stettinius & Hollister LLP,
18   425 Walnut Street, Suite 1800, Cincinnati, Ohio,
19   on Monday, January 13, 2025, at 9:30 a.m.
20                       *   *   *
21
22
23
24
25
```

Page 222

1      Q.   I'll show you what's marked as
2 Exhibit 48.  This is another, what I'll call a
3 blast e-mail from Hello at Optic Tax dot com.
4 Do you see that?
5      A.   Yes.
6      Q.   Did this go out to all 14,000
7 people on the mailing list, as well?
8      A.   Yes.
9      Q.   All right.  And you see this here,
10 it went to Chinkin Chonk at gmail dot com?
11      A.   Yeah.
12      Q.   Do you see that?
13      A.   Yeah.
14      Q.   Do you know what that is?
15      A.   No.
16      Q.   Did you know that's a dummy e-mail
17 that Cleer used to set up its systems?
18      A.   I did not know that.
19      Q.   How would that e-mail account get
20 on Optic Tax's 14,000 person mailing list?
21      A.   I don't know.  Who created that
22 account?
23      Q.   I'm representing to you that Cleer
24 set this gmail account up.
25      A.   But who at Cleer set it up?

Page 223

1       Q.   Why does that matter?
2       A.   Because the team members at Cleer
3  had been told not to have any contact with me,
4  but a lot of them were still attending my
5  webinars and had told me that because they
6  didn't have any training at Cleer.  So, I
7  imagine someone could have signed up for a
8  webinar, signed up for something with me with
9  that e-mail address.
10      Q.   This was created by IT to set up,
11 basically, a dummy e-mail list for when they
12 were testing different client orders.  And I'm
13 sure Mr. Harrison can get that testimony from
14 Mr. McKeegan when he deposes him.  Other than a
15 webinar, do you have any idea how Optic Tax
16 could have got this e-mail account?
17      A.   I have no idea.  Maybe they signed
18 up for something on my website to track what
19 I'm doing.  I don't know.
20      Q.   Could it be because Optic Tax
21 somehow had a client list belonging to Cleer?
22      A.   I don't know.  I don't know how
23 that would have happened.
24      Q.   The TRO went on on October 26,
25 2024, by the Judge.  Do you recall that?