# EXHIBIT B

EXHIBIT
PL. EX. 127

---------- Forwarded message ---------
From: **Optic Tax** <hello@optictax.com>
Date: Thu, Dec 5, 2024 at 1:45 AM
Subject: December U.S. Tax Deadline Alert
To: Chinkin Chonk <chinkinchonk@gmail.com>

Two critical deadlines are fast approaching- don't let December 15th and January 1st catch you off guard. Get prepared today!

View in browser



About     News!     Services

1



# Don't Miss These Critical Year-End Tax Deadlines!

As the year comes to a close, it's time to prepare for two essential deadlines that could impact your business. Here's what you need to know:

### When To Make Estimated Section 1446 Tax Payments

The installments are due by the 15th day of the 4th, 6th, 9th, and 12th months of the partnership's tax year. If any date falls on a Saturday, Sunday, or legal holiday, the installment is due on the next regular business day.

## December 16th, 2024: 4th Quarter Estimated Tax Payments Due

For calendar-year taxpayers (meaning tax year ending December 31st), the following payments must be submitted by this date:

- **Corporations**: 4th quarter estimated income tax payment.
- **LLCs/Partnerships**: 4th quarter withholding tax for foreign partners reported on Form 8804-W.

If you file individual tax returns (Form 1040 or 1040NR) and make estimated payments the date is a little further out- January 15th, 2025. But I've seen a ton of misinformation online with other sites (thank you Chat GPT and Google for awarding the same wrong information with high search results) saying that the Corporate Estimated Tax deadline and Partnership Withholding Deadlines are January 15th, which is just incorrect.

If you read the instructions of these forms it shows that the tax return is due on the 15th day of the 12th month in the tax year, but it is the next business day if it falls on a weekend or holiday. So since December 15th is a Sunday, this means the deadline is the 16th this year.

Before you make partnership withholding payments though, you may want to verify the amounts are correct. I have seen a lot of foreign-owned LLCs where they have been advised the wrong amount of withholding tax to pay in. Form 8804-c can often be used to reduce or eliminate partnership withholding for foreign-owned partnerships, including LLCs.

Learn More!

3

# 2. January 1, 2025: Initial FinCEN BOI Report Due

The Financial Crimes Enforcement Network (FinCEN) Beneficial Ownership Information (BOI) report is a new requirement that came from the Corporate Transparency Act. Most U.S. corporations, LLCs, and other entities are required to disclose details about their beneficial owners- meaning the people who directly or indirectly own or control the company. This includes providing information like names, addresses, and government-issued ID numbers.

For companies formed before 2024, the initial BOI report must be filed by January 1, 2025. While this isn't an annual requirement, updates are mandatory whenever there are changes to ownership or beneficial owner details.

**Who needs to file?**
All companies formed **prior to 2024** are required to submit their initial BOI report to FinCEN by this date. Companies **formed in 2024** must file within 90 days of formation, and those **formed in 2025** will need to file within 30 days.

**What is the BOI report?**
This report discloses beneficial ownership information, including details about individuals who own or control your company.

**What's next?**

- **No Annual Reports Required:** Unlike other filings, the BOI is **not an annual report.**

4

- **Updates are Mandatory:** If the ownership structure or beneficial owner details (e.g., address or ID number) change, you must file an **updated report** within **30 days** of the change.



With FinCEN BOI the biggest mistakes I normally see are in determining who a Beneficial Owner is. For more information on how to make that determination I have written an article just about this subject with more detailed information about how to determine Beneficial Owners, or you can always reach out to us for help

Read More



Best regards

Crystal Stranger, EA, JD, NTPI Fellow

hello@optictax.com

**Optic Tax**

30 N Gould St. Ste 21105

Sheridan, WY, USA

You received this email because you signed up on one of our websites or made a purchase from us.

Unsubscribe Now