# EXHIBIT C



Services    About    Knowledge    Audit Risk AI    Press

Contact

Get Started

# Startup Tax and Finances Done Right

At Optic Tax we are experts in helping your startup succeed. Whether you just started your U.S. corporation or you need complex foreign subsidiary tax structuring and compliance, we are here to help!

## Our services

### All-Inclusive Bookkeeping and Tax

Need full monthly accounting support? We are here with you every step of the way. Our bookkeeping packages include full set-up with chart of accounts, monthly financials, end of year tax preparation, and unlimited consultations with our team of tax experts whenever you have a need. For more info Visit our  Bookkeeping Services Page  Now!

### C-Corp and LLC Tax Preparation

We are experts in taxation for U.S. LLCs and Corporations and can handle everything from a simple startup to a complex international structure. We can help you optimize your small business tax deductions, provide strategic corporate tax returns, or help you file the complicated tax forms such as Form 5472 and Form 5471. Visit our Tax Services Page for more information now!

## Foreign Corporate Returns (Form 5471)

When a US person or company owns a foreign corporation they have complex filing requirements. With constantly evolving international tax laws, these filings are complex and require specialty expertise to ensure accuracy and avoid costly penalties. Our service provides end-to-end management of these obligations, ensuring seamless compliance. Sign up for our Foreign Subsidiary Tax Return package today!

## Foreign LLC Disregarded Entity Tax

Foreign-owned disregarded entities (FODEs) are required to file Form 1120 and Form 5472 annually, even if the LLC has no income or is inactive. Failure to comply can result in penalties of $25,000 or more. We handle all required filings, guide you through complex tax rules, and help mitigate potential penalties to keep your business protected and compliant. Our Single Owner Foreign-Owned LLC Tax Filing Service ensures that your U.S.-based LLC stays compliant with IRS regulations.

## Foreign-Owned LLC Partnership Tax

Tax returns for foreign-owned partnerships are complex, but at Optic Tax we make it straightforward. We manage every critical aspect, detailing foreign sourcing of income and reporting for foreign partners using Forms K-2, K-3, 8804, and 8805. We also ensure you benefit from treaty exemptions and optimize withholding. This all-in-one package ensures precise, compliant filings while minimizing risks and providing peace of mind. Foreign-Owned LLC Partnership package today!

## ITIN and 83(b) Elections

Filing an 83(b) election on Form 15620 can be crucial for non-U.S. founders with vesting agreements, but to complete this process, you must first have an Individual Taxpayer Identification Number (ITIN) obtained by filing a 1040-NR tax return. Our service streamlines this complex process, helping you file for an ITIN and submit a 1040-NR tax return, making it possible to complete your 83(b) election on time. Learn more about our ITIN Application Service here.

# FinCEN BOI Filing for the CTA

Optic Tax's FinCEN Beneficial Ownership Information (BOI) filing service simplifies compliance with the Corporate Transparency Act (CTA) for businesses. For just $199, we provide complete and accurate BOI reporting to ensure your company meets all FinCEN requirements, avoiding costly fines and penalties. Check out our FinCEN BOI Filing service today!

# Delaware Franchise Tax Filing

Our Delaware Franchise Tax Filing Service simplifies the process of staying compliant with Delaware's annual tax requirements for corporations. For just $199, we handle everything from calculating your tax using the most favorable method to filing your report on time, ensuring your business avoids penalties and remains in good standing. Let our experts manage the complexities of your Delaware Franchise Tax Filing today.

# BE-12 and BE-13 Report Filing

U.S. businesses with foreign ownership or investment must remain compliant with the Bureau of Economic Analysis (BEA) reporting requirements. Whether you're reporting new foreign investments, acquisitions, or meeting periodic filing requirements, we handle the entire process from data collection to submission, ensuring accuracy and peace of mind. Contact us today to ensure your business stays compliant with BE-12 and BE-13 regulations.

# R&D Tax Credits

Research and Development tax credits are a massive opportunity for many businesses to get tax credits, especially in early years where companies are not yet earning income as these credits can be offset against payroll tax. However, many credit preparers do not do full due diligence or take the §174 amortization issues into account. To learn more please visit our R&D Tax Credit Page here.

# Corporate Formation Package

From personalized one-on-one consultations to form your LLC or corporation, to setting up your bookkeeping with 3 months of free service, we ensure your business is ready for success. Our package includes filing essential tax elections like Form 8832 or the 83(b) election, acquiring your EIN and ITIN, and preparing estimated tax projections to keep you ahead of IRS requirements. With Optic Tax's Corporate Formation and Tax

Structuring Package you're covered from formation to financial organization, all at an affordable rate.

## Company Dissolution Tax Services

Our corporate and LLC dissolution tax services provide a streamlined solution for closing your business with accuracy and compliance. Our expert team ensures that all necessary forms are filed correctly and on time, calculating closing capital balances and deactivating your EIN to prevent future tax issues. With our comprehensive service, you can ensure a clean exit from your business operations. Check out our Company Dissolution Tax package today!

## Corporate Structure Changes

Are you looking to transition between entity types, such as converting from an LLC to a C-Corporation or electing S-Corp status? We can help you with whatever you need, from filing necessary state-level documents and IRS tax elections (Forms 8832 and 2553) to registering foreign corporations across multiple states. Our comprehensive Corporate Structure Change Service ensures full legal compliance while optimizing your business for tax efficiency and future growth.

## Corporate Meeting Minutes

Optic Tax offers professional preparation of corporate meeting minutes to help businesses maintain compliance and protect their corporate veil. Our Corporate Meeting Minutes service ensures accurate documentation of shareholder and board of directors' meetings, capturing essential details like voting outcomes, agenda discussions, and financial updates. With most states requiring meeting minutes as part of corporate governance, we help businesses stay compliant, safeguard against legal risks, and foster accountability. For $199 per year, Optic Tax handles both current and retroactive meeting minutes and securely stores records in our Client Portal for easy access anytime. Trust Optic Tax to streamline your corporate documentation with precision and care.

## Tax Consultations

Harness the power of strategic tax planning with our expert consultants. Whether you're an individual or a business entity, we provide personalized consultation services to

optimize your tax position, enhance efficiency, and achieve your financial goals. Book your one-on-one Consultation Call now!

# Case studies



## Extending Runway Through Startup Tax Optimization

*Challenge:* A burgeoning tech startup faced the common challenge of optimizing its financial resources to extend its runway. The intricate landscape of tax laws and regulations added an extra layer of complexity to this endeavor, requiring a strategic approach to ensure sustainable growth.

*Optic Tax Solution:* Optic Tax stepped in to devise a comprehensive tax optimization strategy tailored to the unique needs of the tech startup. Crystal Stranger, Optic Tax's Senior Tax Director, leveraged her extensive experience in finance and taxation to identify opportunities for maximizing deductions, implementing efficient financial structures, and ensuring compliance with relevant tax codes.

*Outcome:* Through meticulous tax planning and optimization, the tech startup successfully extended its financial runway. Optic Tax's strategic approach enabled

the company to leverage available tax credits, deductions, and incentives specific to the tech industry. Crystal's guidance empowered the startup to make informed financial decisions, fostering a sustainable growth trajectory. The optimized tax strategy not only provided immediate financial relief but also laid the foundation for long-term fiscal resilience. This case underscores Optic Tax's ability to navigate the intricacies of tax laws to support startups in achieving their financial objectives.



# Resolving a CPA's Complex International Tax Situation

*Challenge:* A seasoned CPA faced a formidable challenge when confronted with a client situation entailing intricate international tax forms. Navigating the complexities of cross-border taxation, reporting requirements, and compliance issues became a daunting task for the CPA.

*Optic Tax Solution:* Recognizing the specialized nature of the challenge, Optic Tax, with its expertise in international tax matters, provided targeted support. Crystal Stranger, Optic Tax's Senior Tax Director and an Enrolled Agent with a Juris Doctor of Law degree, led the initiative. Crystal's proficiency in international tax laws and extensive experience ensured a thorough understanding of the complexities involved.

*Outcome:* With Optic Tax's assistance, the CPA successfully tackled the intricacies of international tax forms. Crystal's expertise in cross-border taxation proved instrumental in streamlining the reporting process and ensuring compliance. The CPA gained valuable insights and practical knowledge, enhancing their ability to handle

similar challenges in the future. The client, facing complex international tax obligations, received accurate and well-informed solutions, strengthening their confidence in the CPA's capabilities. Optic Tax's tailored approach demonstrated its prowess in resolving highly specialized tax scenarios.

# OPTIC TAX

Tax strategies to give you 20/20 vision

| Product | Company | Resources |
|---|---|---|
| Bookkeeping | Services | Cookies |
| Taxes | About | Terms of Service |
| Dissolution | Knowledge | Privacy Policy |
| R&D Credits | Audit Risk AI | FAQs |
| FinCEN BOI | Press | Guarantee |
| Consults | Contact | Get Started |