# EXHIBIT D



Services   About   Knowledge   Audit Risk AI   Press

Contact

Get Started

Articles

# Understanding Beneficial Ownership for FinCEN BOI Compliance

PL. EX. 125

November 25, 2024

The most challenging part of filing a FinCEN BOI form is accurately identifying beneficial owners of reporting companies. This often overlooked step is crucial for complying with the Financial Crimes Enforcement Network's (FinCEN) Beneficial Ownership Information (BOI) requirements.



## Who is a Beneficial Owner?

A beneficial owner is an individual who directly or indirectly meets one of the following criteria:

1. **Substantial Control**: Exercising significant authority over the company.
2. **Ownership Interest**: Owning or controlling at least 25% of the company's ownership interests.

These individuals must be natural persons—entities like trusts or corporations are not classified as beneficial owners. However, in certain cases, a reporting company can report information about an entity instead of a natural person, provided specific conditions are met.

## Substantial Control Defined

Substantial control refers to roles or actions where individuals significantly influence a reporting company's decisions. This includes but is not limited to:

- Senior officers such as the CEO, CFO, or general counsel.
- Individuals who appoint or remove key personnel or directors.

- Those making critical business, financial, or structural decisions.

For example, someone influencing how a company manages its finances or operations—whether formally through a role or informally through agreements—may qualify as having substantial control.

## Understanding Ownership Interests

Ownership interests encompass shares of equity, stock, voting rights, or any mechanism establishing ownership. Determining whether an individual meets the 25% threshold requires examining both direct and indirect ownership. For instance, someone who owns equity through another entity may still qualify as a beneficial owner if their indirect ownership surpasses the 25% threshold.

## Complex Situations in Determining Beneficial Ownership

### No Individuals Meet the 25% Ownership Threshold

Even when no one owns 25% or more, FinCEN expects that every reporting company will have at least one individual exercising substantial control. This ensures compliance and accountability within every organization.

### Entities Holding Ownership

If a corporate entity owns 25% or more of a reporting company, individuals owning or controlling the corporate entity are often reportable. In some cases, exempt entities or special rules apply, where the reporting company might report the name of an entity instead of individual owners.

### Trusts and Beneficial Ownership

Ownership or control through trusts introduces additional complexity. For instance:

- A trustee with authority over trust assets may qualify as a beneficial owner.
- Beneficiaries with the right to withdraw substantial assets may also qualify.
- A grantor or settlor with revocation rights can similarly meet beneficial ownership criteria.

These scenarios demand a detailed understanding of trust agreements and the relationships within.

# Exceptions to Beneficial Ownership Reporting

Certain individuals are exempt from being classified as beneficial owners, including:

1. Accountants or lawyers providing general services without exercising substantial control.
2. Designated agents, nominees, or custodians acting under specific roles.

These exceptions, detailed in FinCEN's Small Entity Compliance Guide, require careful review to determine eligibility and ensure accurate reporting.

# Reporting Challenges

## Multiple Beneficial Owners

A company may have numerous beneficial owners, each requiring detailed reporting. Ensuring all relevant individuals are captured in filings without redundancy or omissions is vital.

## Ownership Disputes

When ownership is under litigation, reporting companies must provide interim reports, listing individuals with claims to substantial control or ownership. Once resolved, updates must be submitted promptly to reflect changes.

## Special Reporting Rules

When ownership is held through a mix of exempt and non-exempt entities, identifying the correct individuals to report becomes even more complex. For example, in community property states, spouses share equal ownership of assets and income acquired during the marriage, which can complicate compliance with FinCEN's Beneficial Ownership Information (BOI) reporting requirements. For example, if a spouse holds a 25% ownership interest in an entity and the other spouse owns an additional 25%, their combined ownership could meet the 25% threshold requiring disclosure, even if neither spouse individually exceeds it. This nuanced interplay underscores the importance of understanding community property laws when determining reportable ownership under FinCEN rules.

## Consequences of Non-Compliance

Failure to accurately report beneficial owners can result in severe penalties, including substantial fines or legal consequences. Moreover, non-compliance undermines trust and can affect business relationships.

## Why Optic Tax for BOI Reporting?

Identifying and reporting beneficial ownership is fraught with challenges, from interpreting nuanced control relationships to untangling complex ownership structures. FinCEN's guidelines, while comprehensive, often leave room for interpretation, making professional assistance indispensable.

At Optic Tax, we specialize in guiding businesses through this intricate process. Our expertise ensures compliance with FinCEN's regulations while minimizing the risk of errors. Here's why working with Optic Tax is a strategic choice:

1. **Expert Analysis**: Our team thoroughly reviews your company's structure to identify all potential beneficial owners, avoiding oversights.
2. **Customized Solutions**: We tailor our approach to your unique situation, addressing complex arrangements like trusts or multi-layered ownership.
3. **Regulatory Updates**: We stay ahead of evolving FinCEN regulations to keep your filings accurate and up-to-date.
4. **Streamlined Process**: From initial analysis to final submission, we simplify the reporting process, saving you time and reducing stress.

## The Bottom Line

Determining who qualifies as a beneficial owner under FinCEN's BOI requirements is far from straightforward. Misinterpretations can lead to costly mistakes and compliance risks. Whether your company faces challenges with substantial control, intricate ownership structures, or special reporting rules, professional guidance is invaluable.

Optic Tax is here to help, we have a package for filing FinCEN BOI for just $199. Don't leave your BOI reporting to chance—partner with experts who understand the complexities and care about your business's success.



Posted by Crystal Stranger JD, EA, NTPI Fellow

## Leave a Reply

**OPTIC TAX**

Tax strategies to give you 20/20 vision

| Product | Company | Resources |
|---|---|---|
| Bookkeeping | Services | Cookies |
| Taxes | About | Terms of Service |
| Dissolution | Knowledge | Privacy Policy |
| R&D Credits | Audit Risk AI | FAQs |
| FinCEN BOI | Press | Guarantee |
| Consults | Contact | Get Started |