# EXHIBIT E

It's official- the FinCEN BOI is now voluntary and the January 1st 2025 deadline is a thing of the past.     View in browser





About       News!       Services



# FinCEN agrees to stay BOI enforcement because of the Texas Case!

I've send you prior information about the FinCEN Beneficial Ownership Report (BOI) so I wanted to share this breaking news with you:

On December 3, 2024, a federal court in the Eastern District of Texas issued a preliminary injunction blocking enforcement of the CTA nationwide. The court's decision in *Texas Top Cop Shop, Inc., et al. v. Garland, et al.* has significant implications for companies facing the CTA's January 1, 2025, BOI reporting deadline. This means that, at least for now, compliance with the CTA is voluntary.

**What Does This Mean for Your Company?**

Here's what you need to know:

- **Reporting Is Temporarily Optional:** The injunction means businesses won't face penalties for failing to file BOI reports while the order is in effect. This means the January 1, 2025 deadline is a thing of the past.
- **Voluntary Filings Are Still Allowed:** Clients who wish to avoid potential future compliance issues can still submit their BOI reports now. This could be especially helpful for those nearing the 90-day filing window after certain triggering events, dissolving companies, or correcting previously filed FinCEN BOI reports.
- **Prepare for Possible Changes:** The Department of Justice has already filed an appeal, and the injunction could be modified or lifted. Businesses that are prepared will be ahead of the curve if reporting obligations resume.

## FinCEN's Response

I had been waiting to share this exciting news until FinCEN had actually responded, as with the SBA case earlier this year instead of making a stay of the whole BOI reporting rules they just applied it to SBA members who were active in good standing prior to the date of the court's ruling. I wasn't sure if with the Texas case if they would really agree with the nationwide injunction and follow this, or try to find some technicalities to roll it back on. But [FinCEN posted on their website](#) over the weekend that they were fully complying with the injunction. Here is the full news blast:

*"In light of a recent federal court order, reporting companies are not currently required to file beneficial ownership information with FinCEN and are not subject to liability if they fail to do so while the order remains in force. However, reporting companies may continue to voluntarily submit beneficial ownership information reports.*

---

The Corporate Transparency Act (CTA) plays a vital role in protecting the U.S. and international financial systems, as well as people across the country, from illicit finance threats like terrorist financing, drug trafficking, and money laundering.  The CTA levels the playing field for tens of millions of law-abiding small businesses across the United States and makes it harder for bad actors to exploit loopholes in order to gain an unfair advantage.

On Tuesday, December 3, 2024, in the case of *Texas Top Cop Shop, Inc., et al. v. Garland, et al.*, No. 4:24-cv-00478 (E.D. Tex.), a federal district court in the Eastern District of Texas, Sherman Division, issued an order granting a nationwide preliminary injunction that: (1) enjoins the CTA, including enforcement of that statute and regulations implementing its beneficial ownership information reporting requirements, and, specifically, (2) stays all deadlines to comply with the CTA's reporting requirements. The Department of Justice, on behalf of the Department of the Treasury, filed a Notice of Appeal on December 5, 2024.

*Texas Top Cop Shop* is only one of several cases in which plaintiffs have challenged the CTA that are pending before courts around the country. Several district courts have denied requests to enjoin the CTA, ruling in favor of the Department of the Treasury. The government continues to believe—consistent with the conclusions of the U.S. District Courts for the Eastern District of Virginia and the District of Oregon—that the CTA is constitutional.

While this litigation is ongoing, FinCEN will comply with the order issued by the U.S. District Court for the Eastern District of Texas for as long as it remains in effect. Therefore, reporting companies are not currently required to file their beneficial ownership information with FinCEN and will not be subject to liability if they fail to do so while the preliminary injunction remains

in effect. Nevertheless, reporting companies may continue to voluntarily submit beneficial ownership information reports."

This is especially great news for those who had complicated reporting requirements- like companies who couldn't reach certain beneficial owners, or if the beneficial owners did not have identification documents that were on the approved document list. Overall this is a big win for taxpayers, but it still isn't a bad idea to file voluntarily, just to make sure that a filing isn't missed later if the program is deemed constitutional and FinCEN moves forward with enforcement again. Optic Tax can help you with determining the value of still filing, or determining other complex filing rules for your company.

Learn More!



Best regards

Crystal Stranger, EA, JD, NTPI Fellow

hello@optictax.com

**Optic Tax**

30 N Gould St.  Ste 21105

Sheridan, WY, USA

You received this email because you signed up on one of our websites or made a purchase from us.

Unsubscribe Now