# EXHIBIT F

EXHIBIT PL. EX. 143

Services   About   Knowledge   Audit Risk AI   Press   Contact

Get Started



# FinCEN Beneficial Ownership Information Report Filing

The Corporate Transparency Act (CTA) altered the way businesses operate in the U.S. with the new Beneficial Ownership Information (BOI) filing requirements.

Managed by the Financial Crimes Enforcement Network (FinCEN), the goal of this requirement is to increase transparency and prevent illicit activities like money laundering. Since January 1, 2024, domestic and foreign entities registered to do business in the U.S. must submit detailed reports on their beneficial owners, ensuring full disclosure of company ownership.

Understanding who qualifies as a beneficial owner is key to compliance, but not as simple as it first looks. Under the CTA, any individual who holds significant control or owns at least 25% of a company's ownership interests is required to submit personal information, including name, address, and an identifying document number. The key though is that significant control is not always easy to define, for example, an investor who used a SAFE note and has a board seat would meet the definition of substantial control and require reporting as a beneficial owner. This is why working with a knowledgeable filing partner rather than using a self-filing tool.

Entities created before January 1, 2024, must file their first initial report by January 1, 2025. And new businesses formed during 2024 have just 60 days to file their first report! After this, there is no annual filing, but if the information changes because of fundraising or if beneficial owners change their address or receive a new identification document, then an amended FinCEN BOI form is required. Also, when a company is closed a final FinCEN BOI report is due to report that the company is no longer active and to amend the status to exempt status.

The cost of non-compliance is steep. Failing to report complete and accurate information to FinCEN can result in fines of up to $500 per day, and intentional violations can lead to criminal charges with penalties up to $10,000 or two years in prison. Compliance isn't optional, it's necessary to protect your business from significant financial and legal risks.

Don't let the complexity of the Corporate Transparency Act catch you off guard. Ensuring your company meets its BOI filing requirements is essential to staying compliant and avoiding costly penalties. Let our team help you navigate these new regulations and keep your business on the right track. Contact us today to learn how we can assist with your BOI reporting needs, we file for just $199.

Get Started Now!

## Simplify Your FinCEN BOI Filing for Just $199

Avoid the complexities of FinCEN Beneficial Ownership Information (BOI) reporting with our easy-to-use, comprehensive filing service—priced at just $199. Our solution takes the guesswork out of the process, ensuring your business stays compliant with the new Corporate Transparency Act (CTA) regulations, without breaking the bank.

For $199, you'll receive:

- **Full BOI Compliance**: We'll handle every detail, ensuring your BOI report meets all FinCEN requirements.
- **Fast, Hassle-Free Filing**: Simply provide us with the necessary information, and we'll take care of the rest.
- **Expert Guidance**: Our team of experts will guide you through the process, answering any questions and keeping you informed every step of the way.
- **Penalty Protection**: Avoid costly penalties with our accurate and timely filing service, ensuring your business meets its deadlines and stays in good standing.

Don't risk non-compliance and the hefty fines that come with it. For just $199, our BOI filing service makes sure your business is fully compliant, saving you time, stress, and money. Contact us today to get started!

**Questions? Schedule a Call Today**

# OPTIC TAX

Tax strategies to give you 20/20 vision

| Product | Company | Resources |
|---|---|---|
| Bookkeeping | Services | Cookies |
| Taxes | About | Terms of Service |

| | | |
|---|---|---|
| Dissolution | Knowledge | Privacy Policy |
| R&D Credits | Audit Risk AI | FAQs |
| FinCEN BOI | Press | Guarantee |
| Consults | Contact | Get Started |