# EXHIBIT G

Two critical deadlines are fast approaching- don't let December 15th and January 1st catch you off guard. Get prepared today!   [View in browser](#)



About    News!    Services



# Essential Tax Deadlines for Startups in 2025

Tax season can be challenging for startups, but preparation is the key to success. To help you stay compliant and avoid costly penalties, I've compiled a list of the **2025 tax deadlines** tailored to startups. I've also designed an easy-to-follow infographic for quick reference.

**Key Deadlines to Keep in Mind**

- **January 15:** IRS e-filing for businesses re-opens.
- **January 31:** Forms W-2, 1099-NEC, 1099-MISC, and more due for employee and contractor payments.
- **February 28:** Domestic US dividend filings are due on 1099-DIV.
- **March 1:** Deadline for Delaware Franchise Tax Filing for Delaware Corporations..
- **March 15:** Deadline for MMLLC and S-Corp tax returns or extensions to be filed (forms 1065, 1120-S). Also C-Corp & S-Corp elections (Forms 8832, 2553).
- **April 15:** Federal tax filings for individuals, single-owner LLCs, and C-Corps (Forms 1040, 1120) + Q1 estimated tax payments due.
- **June 1:** Deadline for Delaware LLCs to pay the .
- **September 15:** Final deadline for S-Corp and partnership returns on extension.
- **October 15:** Final extended filing deadline for individuals and corporations.

Missing deadlines can result in steep penalties, such as the $25,000 fine for late Form 5472 filings or per-partner penalties for partnerships. Staying ahead of these dates is crucial for compliance and financial health.

[Learn More!]

# OPTIC TAX'S
# 2025 TAX CALENDAR
## for Startups and Tech Companies

**JANUARY 31ST** — **REPORT COMPENSATION**
- 1099-NEC for Independent Contractors
- 1099-MISC for Rents & Royalties
- 1099-K for 3rd Party Payment Providers
- W-2 & W-3 Forms for Employees

**FEBRUARY 28TH** — **DIVIDENDS**
- 1099-DIV for US shareholders
- 1042-S for Foreign Dividends Due March 15
- Payments of earnings made to shareholders are dividends by default

**MARCH 1ST** — **DELAWARE FRANCHISE**
- Annual Report & Tax Due for Delaware Corporations
- Calculated by the number of shares issued & assets at year end.

**MARCH 15TH** — **LLC/S-CORP EXTENSION**
- 1065- Partnerships
- 8805 – Income share for foreign partners
- 1120-S – S-Corps
- 8832/2555 Election to be C-Corp or S-Corp

**MARCH 31ST** — **MISC PAYMENT FORMS**
- 1099 Form eFiling deadline
- Deadline for the remaining payment information returns: 1097, 1098,
- 1099s – Excluding NEC, 3921, 3922, W-2G

**APRIL 15TH** — **C-CORP/INDIVIDUALS**
- "Tax Day"- Tax Return or Extension Due Date
- 1120- C-Corp
- 5472 - Foreign Owned Entity
- 1040- Single Owner LLC, & Individual

**JUNE 1ST** — **DE LLC FRANCHISE**
- LLC DE Franchise Annual Fee due
- Note that no return is filed for this, just a payment is made on the Delaware website.

Click [here] to download the infographic and save it for quick reference throughout the year. Share it with your team or peers to help them stay organized too!

# FinCEN BOI Filing Voluntary

You may have noticed there were no deadlines on the list above about the FinCEN Beneficial Ownership Information (BOI) report, this is because filing the BOI is currently voluntary due to the nationwide injunction from the Texas case.

Here is what is currently posted on FinCEN's website:

> 🚨 **Alert:** Ongoing Litigation – *Texas Top Cop Shop, Inc., et al. v. Garland, et al.,* No. 4:24-cv-00478 (E.D. Tex.) & Voluntary Submissions [Updated January 2, 2025]
>
> *In light of a recent federal court order, reporting companies are not currently required to file beneficial ownership information with FinCEN and are not subject to liability if they fail to do so while the order remains in force. However, reporting companies may continue to voluntarily submit beneficial ownership information reports.*
>
> *Current Status of Texas Top Cop Shop, Inc., et al. v. Garland, et al., No. 4:24-cv-00478 (E.D. Tex.) and Voluntary Submissions*
>
> The Corporate Transparency Act (CTA) plays a vital role in protecting the U.S. and international financial systems, as well as people across the country, from illicit finance threats like terrorist financing, drug trafficking, and money laundering. The CTA levels the playing field for tens of millions of law-abiding small businesses across the United States and makes it harder for bad actors to exploit loopholes in order to gain an unfair advantage.
>
> On Tuesday, December 3, 2024, in the case of *Texas Top Cop Shop, Inc., et al. v. Garland, et al.,* No. 4:24-cv-00478 (E.D. Tex.), the U.S. District Court for the Eastern District of Texas, Sherman Division, issued an order granting a nationwide preliminary injunction. The Department of Justice, on behalf of the Department of the Treasury (Treasury), filed a Notice of Appeal on December 5, 2024 and separately sought of stay of the injunction pending that appeal.
>
> On December 23, 2024, a panel of the U.S. Court of Appeals for the Fifth Circuit granted a stay of the district court's preliminary injunction entered in *Texas Top Cop Shop, Inc.,* pending the outcome of Treasury's ongoing appeal of the district court's order. Treasury immediately issued an alert notifying the public of this ruling and recognizing that reporting companies may have needed additional time to comply with beneficial ownership reporting requirements, Treasury extended reporting deadlines. However, on December 26, 2024, a different panel of the U.S. Court of Appeals for the Fifth Circuit issued an order vacating the Court's December 23, 2024 order granting a stay of the preliminary injunction. On December 31, 2024, the Department of Justice, on behalf of Treasury, sought a stay of the injunction pending the ongoing appeal from the Supreme Court of the United States.
>
> In the meantime, as of December 26, 2024, the injunction issued by the district court in *Texas Top Cop Shop,* Inc. is once again in effect. FinCEN is complying with—and will continue to comply with—the district court's order for as long as it remains in effect. As a result, reporting companies are not currently required to file beneficial ownership information with FinCEN. Reporting companies may continue to voluntarily submit beneficial ownership information reports.

There was a real whiplash around this, as the injunction had been overturned just before Christmas, and FinCEN had issued a notice that they were extending the deadline just 13 days, to January 13th! After this announcement, the court revisited the issue, and the appeals court let the injunction stand pending the litigation.

Please note that this could change at any time, and FinCEN gave such a short extension that it could be tough to file in time if/when this does become law again. Since a new president is coming into office in another week anything could happen about this law and other laws that have been questionable for a while. But rest assured, I am monitoring this and other legal changes to help keep you informed. If you have any questions you can always feel free to reach out.



Best regards

Crystal Stranger, EA, JD, NTPI Fellow

hello@optictax.com

**Optic Tax**

30 N Gould St.  Ste 21105

Sheridan, WY, USA

Thank you for subscribing to our newsletter.

Unsubscribe Now