# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK | : | Case No. 3:24-cv-01496-MPS |
| BUSINESS SERVICES LLC) D/B/A | : | |
| CLEER TAX, | : | Judge Michael P. Shea |
| | : | |
| Plaintiff, | : | **PLAINTIFF CLEER LLC'S** |
| | : | **RESPONSE TO MOTION TO** |
| v. | : | **WITHDRAW AND CRYSTAL** |
| | : | **STRANGER'S REQUEST TO** |
| CRYSTAL STRANGER, et al., | : | **PROCEED PRO SE** |
| | : | |
| Defendants. | : | |

Plaintiff Cleer LLC ("Cleer") does not oppose Mr. Harrison's request to withdraw as counsel. It does, however, oppose Ms. Stranger's request to proceed pro se. Ms. Stranger is not a licensed attorney and cannot represent Defendant Optic Tax. Accordingly, counsel will have to remain involved in some capacity. Allowing Ms. Stranger to proceed as pro se will only result in her engaging in the unauthorized representation of Optic Tax.

Moreover, as the Court is aware, Ms. Stranger, without any explanation, fled from this Court's jurisdiction while still subject to cross-examination. She is also subject to a pending Motion for Contempt. By refusing to follow the Court's Orders, instructions, and most basic rules of litigation, Ms. Stranger has forfeited the ability to proceed pro se and requires minding.

Finally, Ms. Stranger lives in South Africa which will make it incredibly difficult to manage this litigation without having an attorney presence in Connecticut.

Based on the foregoing, Cleer respectfully requests that the Court deny Ms. Stranger's request to proceed pro se.

Respectfully submitted,

/s/ George B. Musekamp
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel:  (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

171129908v1

### <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on February 4, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel of record.

*/s/ George B. Musekamp*

3