# Exhibit A

```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - x
                                   :
CLEER LLC,                         :   No. 3:24CV1496(MPS)
                                   :
            Plaintiff              :
                                   :
      v.                           :
                                   :
CRYSTAL STRANGER, et al.,          :
                                   :   New Haven, Connecticut
            Defendants             :   January 30, 2025
                                   :
- - - - - - - - - - - - - - - - - x


         HEARING ON MOTION FOR PRELIMINARY INJUNCTION
                    AND MOTION TO DISMISS

                         VOLUME II


B E F O R E:

       THE HONORABLE MARIA E. GARCIA, U.S.M.J.


A P P E A R A N C E S:

    FOR THE PLAINTIFF:

            TAFT STETTINIUS & HOLLISTER LLP
                425 Walnut Street, Ste. 1800
                Cincinnati, Ohio 45202
            BY: GEORGE MUSEKAMP, ESQ.
                EVAN COHN, ESQ.

    FOR THE DEFENDANTS:

                ALAN HARRISON, ESQ.
                6 West River, Ste. #112
                Milford, Connecticut 06460



                                    Diana Huntington, RDR, CRR
                                    Official Court Reporter
```

1  tested positive for COVID.  So just out of precaution and
2  the fact that I keep coughing and can't drive, I'm
3  appearing virtually.
4              THE COURT:  Any objection to Attorney Harrison
5  appearing virtually?
6              MR. HARRISON:  No objection.
7              THE COURT:  Attorney Harrison, your client is
8  not here.
9              MR. HARRISON:  Yes, Your Honor.  I'm just
10 communicating with her now about that.  I am kind of
11 surprised.
12             THE COURT:  Well, we can't proceed without her.
13 I'm thinking if she is not going to attend, then perhaps
14 plaintiff will rest.  I don't know if there's any other
15 evidence they'd like to introduce.  And if she's not here
16 to put on her case, then perhaps the hearing will be
17 closed and you can all file your findings of fact and
18 conclusions of law by February 18th.
19             MR. HARRISON:  Your Honor, would there be any
20 possibility to continue the hearing until next week?
21             THE COURT:  What's the basis for the request?
22 We're all here.  The Court cleared its day in order to
23 accommodate today as a second day for evidence.  Everybody
24 is here.  I haven't heard any reason why Ms. Stranger is
25 not here.

```
 1              MR. HARRISON:  Your Honor, I told Ms. Stranger
 2   that Mr. Musekamp and I would ask the Court for a
 3   continuance.  And based on that alone, she took off.
 4              THE COURT:  She took off to where?
 5              MR. HARRISON:  She's in, I think, Poughkeepsie.
 6   I'm not sure.
 7              THE COURT:  Well, there hasn't been a motion to
 8   continue filed, has there?
 9              MR. HARRISON:  No, Your Honor.  We were supposed
10   to confer with you this morning about that.
11              THE COURT:  I guess I'll turn to
12   Attorney Musekamp in terms of how plaintiff thinks it
13   would be appropriate to proceed.
14              MR. MUSEKAMP:  Your Honor, my position would be
15   that we combine, under Rule 65, the preliminary injunction
16   with a final hearing on the merits.  And I would move
17   under Rule 50 essentially for a directed verdict.  Based
18   on the testimony and evidence presented to the Court,
19   she's admitted to everything.  And she's not going to
20   apparently defend herself and put up any case.  So we
21   would rest, ask to move all the exhibits, and frankly ask
22   for a ruling today because there is no contrary testimony
23   from Ms. Stranger on any of the positions we took.
24              THE COURT:  Attorney Harrison?
25              MR. HARRISON:  Your Honor, I was not really
```