# Exhibit B

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF CONNECTICUT
 3                  NEW HAVEN DIVISION
 4                       *   *   *
 5   CLEER LLC,
 6      Plaintiff,
 7          vs.              CASE NO. 3:24-CV-01496-MPS
 8   CRYSTAL STRANGER,          VOLUME I - 1/13/2025
 9   et al.,
10      Defendants.
11                       *   *   *
12         Deposition via Zoom of CRYSTAL STRANGER,
13   Defendant herein, called by the Plaintiff for
14   cross-examination pursuant to the Federal Rules of
15   Civil Procedure, taken before me, Vicky L. Marcon,
16   a Notary Public within and for the State of Ohio,
17   at the offices of Taft Stettinius & Hollister LLP,
18   425 Walnut Street, Suite 1800, Cincinnati, Ohio,
19   on Monday, January 13, 2025, at 9:30 a.m.
20                       *   *   *
21
22
23
24
25
```

Page 60

```
 1  car as part of rebranding the company to Cleer
 2  dot Tax?
 3          A.   Well, if I had, I still don't
 4  think it would have belonged to the company.
 5          Q.   My question was yes or no, did you
 6  share your house and your car, as purposes of
 7  rebranding the company, to Cleer dot Tax?
 8          A.   Well, I think I did, yes.
 9          Q.   So, possibly, Cleer has an
10  ownership stake in your house and your car
11  then, huh?
12          A.   That's an interesting conclusion
13  that you draw there.  That's very broad.  I
14  don't know how well that will -- it's not up
15  for me to say, though, a layperson.
16          Q.   Why don't we take two minutes, or
17  five.  We can refresh coffee.  We've been going
18  for about an hour.
19          A.   That sounds great.
20               MR. MUSEKAMP:  Okay.  We'll come
21  back -- let's call it five.
22               (Break taken.)
23  BY MS. MUSEKAMP:
24          Q.   Okay.  Ms. Stranger, I want to go
25  back to this domain issue.  It's your position
```

```
                                              Page 61
 1   you gave Cleer an oral license to use Cleer dot
 2   Tax.  Is that right?
 3           A.   That's the presumption.  I don't
 4   think we set any type of agreement for that,
 5   but I did give them access, and I gave them
 6   access many times it was requested, to make
 7   changes to the domain.
 8           Q.   Was there ever discussion with
 9   anybody at Cleer where you said, I'm giving you
10   an oral license or authorization to use this,
11   but, just so you know, I own it?
12           A.   I don't think the status of it was
13   discussed in those terms.
14           Q.   In any terms even close to that?
15   I mean, what was discussed over who would own
16   Cleer dot Tax?
17           A.   It wasn't ever discussed.
18           Q.   So, how did you give Cleer dot Tax
19   an oral license?
20           A.   By giving them usage of it, by
21   allowing access.
22           Q.   Well, you understand oral means
23   spoken.  Right?
24           A.   Can't it also be by actions that
25   are unspoken?
```