# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Ms. Stranger's Motion for Continuance |
| | : | |
| CRYSTAL STRANGER et al. | : | |
| | : | |
| v. | : | 2025-02-08 |
| | : | |
| DAVID and CARRIE McKEEGAN | : | |

  Now comes Crystal Stranger, by and through undersigned counsel, and respectfully moves the Court to continue all pending motions and briefing deadlines (including the February 12 deadline for proposed findings of fact and conclusions of law related to the January 29–30 preliminary injunction hearing) until such time as Ms. Stranger might enter a pro se appearance and the Court might grant counsel's Motion to Withdraw.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996