UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : : | Case No. 3:24-cv-01496-MPS  Judge Michael P. Shea |
| Plaintiff, | : : | **PLAINTIFF CLEER LLC'S OPPOSITION TO MOTION TO CONTINUE** |
| v. | : : | |
| CRYSTAL STRANGER, et al., | : : | |
| Defendants. | : | |

Plaintiff Cleer LLC ("Cleer") opposes Defendants Crystal Stranger's request to continue all pending motions and briefing deadlines for several reasons.

First, Ms. Stranger has not complied with Local Rule 7(b). She has not shown any particularized showing "that the limitation in question cannot reasonably be met despite the diligence of the party seeking the extension." She has not included a statement that there is "objection to the motion" nor whether she has previously sought any prior extensions as required by the Local Rule.

Second, there is no good cause to grind this case to a halt while Ms. Stranger attempts to proceed pro se, assuming the Court allows her. Ms. Stranger cannot on one hand attempt to delay these proceedings by fleeing from the Court's jurisdiction while still under cross-examination, and then on the other request an extension of time for "good cause." Moreover, as Cleer's counsel stated on the record, the decision on the preliminary injunction is of an emergency nature to Cleer

1

171129908v1

and the Court shortened the time for preparing the Findings of Fact and Conclusions of Law for that reason.

Third, Cleer recently obtained evidence that ***Optic Tax continues to solicit Cleer's clients*** even while the Motion for Contempt is pending. Ms. Stranger's attempt to delay these matters further appears to be a ploy to further undermine the Court's Orders.

Cleer has been working diligently to meet the Court's deadline and plans to do so. Ms. Stranger has provided no reason why she cannot do the same. Based on the foregoing, Cleer respectfully requests that the Court deny Ms. Stranger's Motion.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on February 10, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel of record.

<em>/s/ George B. Musekamp</em>

171129908v1