UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : | Case No. 3:24-cv-01496-MPS Judge Michael P. Shea |
| Plaintiff, | : : : | **PLAINTIFF CLEER LLC'S SECOND MOTION FOR CONTEMPT OF COURT'S TEMPORARY RESTRAINING ORDER** |
| v. | : : | |
| CRYSTAL STRANGER, et al., | : : | |
| Defendants. | : | |

Plaintiff Cleer LLC ("Cleer") filing a Motion for Contempt was apparently not enough to stop Defendants from continuing to violate this Court's Temporary Restraining Order. On February 8, 2025, one of Cleer's clients sent the following email to Cleer:

> ---------- Forwarded message ---------
> From: **Marcos Sanchez** <marcos.sanchez@siux.co>
> Date: Sat, Feb 8, 2025 at 1:16 AM
> Subject: Re: Access Issue – Request for Documents
> To: Daenielle Reyes <daenielle@cleertax.com>
>
> Hi Daenielle,
> I just wanted to follow up and let you know that I was able to access the documents after all. Apologies for the trouble, and thank you for your time—I really appreciate it!
>
> Also, I wanted to take this opportunity to mention that I'm about to start the 2024 tax filing process. The team that assisted me with the 2023 filing recently reached out, offering a significantly different price for handling it through Optic Tax. This has created some confusion on my end, and I'd love to clarify how things stand before moving forward.
>
> Could we discuss this? Let me know your thoughts.
>
> Best,
> Marcos Sanchez

1

(*See* Ex. A – Declaration of David McKeegan at Ex. 1).

True to her word, Ms. Stranger has still done nothing to ensure that Defendants comply with the Court's Order. Optic Tax is still soliciting and contacting Cleer's clients. Given Defendants' repeated, intentional, and brazen violations, Cleer respectfully requests that the Court award attorney's fees, dismiss Defendants' claims, with prejudice, and award judgment in favor of Cleer including enforcing the non-competition provision contained in the Operating Agreement, which is the only way Ms. Stranger will comply with her contractual and Court-imposed obligations.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on February 10, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel of record.

                 */s/ George B. Musekamp*

171129908v1