EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Michael P. Shea |
| Plaintiff, | : : | **DECLARATION OF DAVID MCKEEGAN** |
| v. | : : | |
| CRYSTAL STRANGER, et al., | : : | |
| Defendants. | : | |

1.      I am the Founder, President, and Chief Executive Officer of Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer").

2.      Attached as Exhibit 1 is a true and accurate copy of an email Cleer received from a client on February 8, 2025 advising Cleer that Optic Tax Inc. had recently reached out and offered to file the client's 2024 taxes for less than what Cleer would charge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025.

David McKeegan

1

EXHIBIT 1

---------- Forwarded message ---------
From: **Marcos Sanchez** <marcos.sanchez@siux.co>
Date: Sat, Feb 8, 2025 at 1:16 AM
Subject: Re: Access Issue – Request for Documents
To: Daenielle Reyes <daenielle@cleertax.com>


Hi Daenielle,
I just wanted to follow up and let you know that I was able to access the documents after all. Apologies for the trouble, and thank you for your time—I really appreciate it!

Also, I wanted to take this opportunity to mention that I'm about to start the 2024 tax filing process. The team that assisted me with the 2023 filing recently reached out, offering a significantly different price for handling it through Optic Tax. This has created some confusion on my end, and I'd love to clarify how things stand before moving forward.

Could we discuss this? Let me know your thoughts.

Best,
Marcos Sanchez