FEB 5 2025 PM 12:24
FILED-USDC-CT-NEW HAVEN

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | CRYSTAL STRANGER NOTICE OF |
| | : | SUBSTITUTE COUNSEL AND PRO SE |
| CRYSTAL STRANGER et al. | : | APPEARANCE |
| | : | |
| | : | |

To the Clerk of the Court, all parties, and Alan Harrison of Sandollar Law:

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, I, Crystal Stranger, hereby notify the court that I am terminating the representation of Alan Harrison in the above-captioned case. Effective immediately, I am representing myself pro se int he matter above.

My contact information is as follows:

Crystal Stranger

33 Rooibok St. Scarborough, WC 7975, South Africa

+1 (310)739-7699

crystalstranger@gmail.com

1

Respectfully submitted,

*[signature]*

Crystal Stranger

Pro Se Litigant

Date: February 5th, 2025