FEB 5 2025 PM 12:24
FILED-USDC-CT-NEW HAVEN

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : 3:24-cv-1496-MPS |
| | : |
| v. | : CRYSTAL STRANGER MOTION BY |
| | : SELF-REPRESENTED LITIGANT TO |
| CRYSTAL STRANGER et al. | : PARTICIPATE IN ELECTRONIC FILING |

I am a Defendant in this civil action. I have filed an appearance as a self- represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

• A computer with access to the internet.

• Mozilla Firefox (Version 71.x and higher) or Safari (Version 13.x and higher) or Chrome (Version 78.x and higher) or Microsoft Edge (Version 42.x and higher).

• Adobe Reader (Version 7 or greater).

• Ability to create PDF files.

1

- An upgraded PACER account.

My contact information is as follows:

Crystal Stranger

33 Rooibok St. Scarborough, WC 7975, South Africa

+1 (310)739-7699

crystalstranger@gmail.com

Respectfully submitted,

*[signature]*

Crystal Stranger

Pro Se Litigant

Date: February 3rd, 2025