**Subject:** Fwd: Activity in Case 3:24-cv-01496-MPS Cleer LLC v. Stranger et al Order on Motion to Withdraw as Attorney
**From:** Alan Harrison <alan@sandollar-law.net>
**Date:** 2/11/25, 17:36
**To:** Crystal Stranger <crystalstranger@gmail.com>


Hi, Crystal.

Please see below.

The Court has GRANTED my motion to withdraw from representing you, and has GRANTED your motion to file electronically. I still am in the case as the attorney for Optic Tax until you can retain other counsel for the company.

The Court has DENIED my motion for continuance, so you will need to file the proposed findings of fact and conclusions of law by TOMORROW.

Respectfully,

Alan Harrison
alan@sandollar-law.net
203.212.9996
SANDOLLAR Law
6 W River St
Unit 112
Milford CT 06460


-------- Forwarded Message --------
**Subject:** Activity in Case 3:24-cv-01496-MPS Cleer LLC v. Stranger et al Order on Motion to Withdraw as Attorney
   **Date:** Tue, 11 Feb 2025 17:08:12 -0500
   **From:** CMECF@ctd.uscourts.gov
       **To:** CMECF@ctd.uscourts.gov


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
District of Connecticut

Notice of Electronic Filing
The following transaction was entered on 2/11/2025 5:08 PM EST and filed on 2/11/2025
Case Name: Cleer LLC v. Stranger et al

Case Number: 3:24-cv-01496-MPS https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?161351 Filer:

Document Number: 142

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.ctd.uscourts.gov/doc1/04119008053?caseid=161351&de_seq_num=397&magic_num=40205604


Docket Text:
ORDER granting [124] Motion to Withdraw as Attorney. Attorney Alan Harrison's representation is terminated solely as to Defendant Crystal Stranger.<br>ORDER denying [133] Motion to Continue.<br>Attorney Harrison is hereby ordered to provide a copy of this Order by whatever means necessary to Ms. Stranger and file proof of service on the docket on or before February 14, 2025.<br>Signed by Judge Maria E. Garcia on 2/11/2025. (Esposito, A.)


3:24-cv-01496-MPS Notice has been electronically mailed to:
Alan Harrison alan@sandollar-law.net, alan.sandollar.law.net@recap.email

George Musekamp GMusekamp@taftlaw.com, CIN_Docket_Assist@taftlaw.com

Michael Seamus O'Malley michael.o'malley@ogletree.com, annabelle.torres@ogletree.com, karen.chapman@ogletree.com, stadocketing@ogletreedeakins.com
Evan Cohn ecohn@taftlaw.com, CIN_Docket_assist@taftlaw.com

3:24-cv-01496-MPS Notice has been delivered by other means to:
Crystal Stranger
33 Rooibok St
Scarborough, WC 7975
S. Africa

The following document(s) are associated with this transaction:
Document description: Main Document Original filename: n/a
Electronic document Stamp: [STAMP dcecfStamp_ID=1034868047 [Date=2/11/2025] [FileNumber=8183236-0]
[3c6431360289556669fd7b7f88b9faba7ae41fa76bf77bafeaa37438c337ba568e16adeccae1adfe128692b9b890a284008dd591616064ac1e69bf722c4c55a2]]