**OPPOSITION TO CLEER LLC'S SECOND MOTION FOR CONTEMPT OF COURT'S TEMPORARY RESTRAINING ORDER**

# Exhibit A





