**OPPOSITION TO CLEER LLC'S SECOND MOTION FOR CONTEMPT OF COURT'S TEMPORARY RESTRAINING ORDER**

# Exhibit B

**Print date:** February 13, 2025
**Thread author:** Yancy Gonzales
**Thread subject:** We'd like to welcome you to Optic Tax!

**You**
Hello ,

Thank you for choosing Optic Tax for your tax preparation needs, we are excited to help you get started.

We understand that you need to file these as soon as possible, and we're here to help.  To determine the most suitable tax package, could you please provide us with the following information:

- Company Name:
- Type of Company (C-Corp, S-Corp, LLC Partnership, LLC US Single Owner, LLC FODE):
- Incorporation date:
- State of incorporation:
- 2024 gross annual income:
- 2024 gross annual expenses:
- Do you have a foreign subsidiary? (Y/N):
- Do you have foreign shareholders? (Y/N):
- Have you filed your 2024 Tax Return? (Y/N):
- If no, have you filed for an extension? (Y/N):
- Have you already filed the FinCEN BOI report?

I'll be awaiting your response and we'll go from there. Meanwhile, please do not hesitate to let me know if you have any questions or concerns.

Also, we are excited to introduce you to our secure client portal, designed to provide you with a seamless and efficient experience. As part of our continued investment in technology to improve your experience, we have implemented this portal to give you better access to key information and services.

**Security**

The portal is SOC 2 certified, ensuring the highest level of security for your data, and supports two-factor authentication (2FA), exceeding IRS security requirements. You can now safely upload documents, track progress, ask questions in real-time, and pay for our services—all in one place.

Learn more about our technology investments here.

**Mobile app**

In addition to web access, you can access on your phone using our mobile for iOS and Android. The app is rated 4.9/5 on the iOS store with over 5,000 reviews - we can't wait for you to use it.

- Download for iOS
- Download for Android

If you need any further information about the portal, please do not hesitate to contact us or visit Client Help.

**What to expect - activation email**

You will soon receive a separate email with an activation link to create your password. Once set up, you'll have full access to all the features on both desktop and mobile.

We are looking forward to working with you!

Best Regards,
Yancy

Feb-07-2025, 11:39 PM  

**Marcos German Sanchez**

Hello, nice to meet you Yancy,
Thank you for introducing me to the client portal. I appreciate your assistance in our tax preparation process.

Here is the requested information:
• Company Name: **SIUX STUDIO LLC MARCOS SANCHEZ MBR**
• Type of Company: **Delaware LLC (LLC Foreign Partnership)**
• Incorporation Date: **July 13, 2022**
• State of Incorporation: **Delaware**
• 2024 Gross Annual Income: ███████
• 2024 Gross Annual Expenses: ███████
• Foreign Subsidiary: **No**
• Foreign Shareholders: **Yes, we are five foreign partners**
• 2024 Tax Return Filed: **No**
• Extension Filed: **No**
• FinCEN BOI Report Filed: **Yes**

Please let me know the next steps and which tax package would be most suitable for our situation. If you need any additional information, feel free to reach out.

Looking forward to your guidance.
Best regards,
Marcos

 Feb-08-2025, 12:31 AM

**You**

Hi Marcos,

Thank you for providing the needed information. I have sent a tax organizer for you to fill out. Once done, a tax accountant will be assigned for you to initiate the tax preparation.

Meanwhile, please do not hesitate to let me know if you have any questions or concerns.

Feb-08-2025, 10:55 AM  


**Marcos German Sanchez**

Hi Yancy,

Thank you for reaching out. Before proceeding with filling out the tax organizer and sharing sensitive information about the LLC, I would like to understand the costs of your services, as well as any additional forms or requirements that may apply, considering that our LLC has five foreign members.

Could you provide details on the pricing structure and any extra filings needed in our case? I appreciate your guidance on this.
Looking forward to your response.

Feb-10-2025, 8:20 PM


**Annie Idloy** Internal message

This is being addressed by Yancy via email

Feb-12-2025, 10:24 PM