**OPPOSITION TO CLEER LLC'S SECOND MOTION FOR CONTEMPT OF COURT'S TEMPORARY RESTRAINING ORDER**

# Exhibit C

Clients

SIUX... Overview Info Docs Communication Organizers

## Account details

Archive Edit

SIUX STUDIO LLC MARCOS SANCHEZ MBR
Company

SM6

Log in as account (read-only)

### Account info

| | |
|---|---|
| Tags | Tax: 1065 Tax: New Client |
| Team members | Crystal Stranger Annie Idloy |
| Customer Success Accountant | Annie Idloy |

## History of changes

| DATE | ACCESS | USER NAME |
|---|---|---|
| Feb-12 05:24 PM | Removed | Alexandra L. |
| Feb-12 05:24 PM | Assigned | Annie I. |
| Feb-8 05:54 AM | Assigned | Alexandra L. |
| Feb-7 06:39 PM | Assigned | Crystal S. |

Close

## Client mobile app

No contacts have downloaded & logged in to the mobile app

Share via:

Download on the App Store

GET IT ON Google Play

## Contacts

Signer priority Add contacts

| | Login | Notify | Email sync |
|---|---|---|---|
| Marcos German Sanchez | | | |
| marcos.sanchez@siux.co<br>Signatory authority | On | On | On |