OPPOSITION TO CLEER LLC'S MOTION FOR SANCTIONS

# Exhibit A



Dr MA Henry & Associates Incorporated (014 000 0124931)

Medicross Fish Hoek
23 5th Avenue
Fish Hoek
Cape Town
Tel: 0217823506
Email: FishHoek@medicross.co.za

| | | | |
|---|---|---|---|
| First names: | CRYSTAL | Identity type: | Passport number |
| Last name: | STRANGER | Identity number: |  |
| Contact number: | +27730001024 | Birth date: | |
| Email address: | crystalstranger@gmail.com | Gender: | FEMALE |

Date: Dec 06, 2024

## Consult Certificate

This serves to confirm Ms Crystal Stranger is suffering from Eustachian Salpingitis and is advised not to fly for the next 3 months. She was seen on 25th Oct 2024 and again on the 1st Nov and then after an overseas trip on the 29th Nov - despite adequate treatment this last flight resulted in significant discomfort in the eustachian tube area and hence the need for referral and possible balloon dilatation of the eustachian tube or a stent - she will be seeing an Ear Nose and Throat surgeon in an attempt to resolve the problem.

Yours Faithfully

Dr Malcolm Anthony Henry
BPharm, Rhodes University (1981), MBChB (hons), University of Cape Town (1990)
HPCSA: MP0369063

Page 1 of 1

Document ID: 2pqecOu6SxsjRsPmd9oPeAuiAfg

2024-12-06 17:15:11