OPPOSITION TO CLEER LLC'S MOTION FOR SANCTIONS

# Exhibit B



**Dr MICHAEL MOLYNEAUX**
EAR, NOSE & THROAT (ENT) SURGEON
MB ChB, FC ORL (SA) MMed (Stell) | Practice NO: 0637297

30/01/2025

Dr M. Henry

23 5 th Ave
Fish Hoek

Thank you for the referral of Crystal Stranger

DOB: ▰

Presenting with ear congestion and hearing difficulties for 3 months following an upper respiratory tract infection in October 2024. Reports high-pitched tinnitus (more pronounced in right ear) and ear pressure sensation. Notable history of balloon eustachian tube dilation surgery in 2020 for recurrent ear infections. Current examination reveals normal otoscopic findings with no fluid, normal tympanometry bilaterally, and evidence of temporomandibular joint muscle dysfunction with right-sided tenderness and clicking. Assessment indicates TMJ muscle dysfunction with referred ear symptoms. Management includes muscle relaxants (SpasMend/MyloSpaz), pre-flight nasal spray (Beclate), and counselling regarding TMJ management options including physiotherapy and maxillofacial review. Patient has been cleared for air travel with appropriate precautions.

Thank you for your continued support and please contact me with any further queries.

Best wishes

Michael Molyneaux

SUITE 114 EAST MEDICAL SUITES, MEDICLINIC CONSTANTIABERG, BURNHAM ROAD PLUMSTEAD 7800
ROOM 303 MEDICAL SUITES, KINGSBURY HOSPITAL, WILDERNESS ROAD, CLAREMONT, 7700
Tel: +27 (0) 21 201 8709 | Mobile: 084 596 9677 | Email: entcape@gmail.com | Website: www.entsurgeon.co.za