OPPOSITION TO CLEER LLC'S MOTION FOR SANCTIONS

# Exhibit C



Dr MA Henry & Associates Incorporated (014 000 0124931)

**Medicross Fish Hoek**
23 5th Avenue
Fish Hoek
Cape Town
Tel: 0217823506
Email: FishHoek@medicross.co.za

| | | | | |
|---|---|---|---|---|
| **First names:** | CRYSTAL | **Identity type:** | | Passport number |
| **Last name:** | STRANGER | **Identity number:** | | ✕ |
| **Contact number:** | +27730001024 | **Birth date:** | | ✕ |
| **Email address:** | crystalstranger@gmail.com | **Gender:** | | FEMALE |

Date: Feb 14, 2025

## Referral Letter

I, the undersigned, request a consultation for **CRYSTAL STRANGER** from:

**Name:** Dr Rushdie Hendricks
**Discipline:** Maxillo-Facial & Oral Surgeon

**Dear Dr Rushdie Hendricks**

Thanks for seeing Crystal who has had long standing eustachian salpingitis with stenting and recently saw Dr Mike Molyneaux who after examination felt her problem currently is more likely TM joint instability - he requested a referral to Max facial - could you please assess and advise

Thanks and regards

Dr Malcolm Anthony Henry
BPharm, Rhodes University (1981), MBChB (hons), University of Cape Town (1990)
HPCSA: MP0369063

Document ID: 2t1dYwrESiayKDfbhi9BrpUNNFS

Page 1 of 1

2025-02-14 10:59:25