OPPOSITION TO CLEER LLC'S MOTION FOR SANCTIONS

# Exhibit D



**Apple Danbury Fair Mall**
7 Backus Avenue, Space C-221
Danbury, CT 06810
danburyfairmall@apple.com
203-546-6340
www.apple.com/retail/danburyfairmall

---

January 30, 2025  10:27 AM

---

| | |
|---|---:|
| **iPhone 16 Pro 128GB Desert Titanium** | $ 999.00 |

Part Number: ▰▰▰▰▰▰
Serial Number: ▰▰▰▰▰▰
IMEI: ▰▰▰▰▰▰
Return Date: Feb. 13, 2025

For Support, Visit: www.apple.com/support

| | |
|---|---:|
| **iPhone Trade-In** | ($ 250.00) |

Part Number: D7193G/A
Serial Number: YXCDJ17Q47
Linked to IPHONE 16 PRO DESERT 128GB-USA(D745MX95FW)
Quote includes a premium for buying a new device today. If you decide to return today's purchase, this premium will not be refunded and your trade in value will be applied to an Apple Gift Card in the amount of $ 235.00

---

**Trade In Information**

IPHONE 13,NAMM,128GB,PINK
Part Number: ▰▰▰▰▰▰
Serial Number: ▰▰▰▰▰▰
IMEI: ▰▰▰▰▰▰

--Is the battery swollen?

No

---

Use of iPhone constitutes acceptance of the iPhone terms and conditions and other third party terms and conditions found in the iPhone box, or at http://www.apple.com/legal/sla/.

If you are not fully satisfied with your iPhone purchase, you can return your undamaged iPhone within 14 days of purchase for a full refund with no restocking fee.

If you disagree with these terms and conditions you can return the iPhone in accordance with the Apple Store's return policy http://www.apple.com/legal/sales_policies/retail.html

For information on Apple's privacy policy see www.apple.com/privacy

https://www.apple.com/legal/sales-support/trade-in/us/

---

| | |
|---|---:|
| Sub-Total | $ 749.00 |
| Tax | $ 47.57 |
| **Total** | **$ 796.57** |