OPPOSITION TO CLEER LLC'S MOTION FOR SANCTIONS

# Exhibit E

 Crystal Stranger <crystalstranger@gmail.com>

**Your new device is almost ready**

**Google Fi Wireless** <noreply@google.com>  Thu, Jan 30, 2025 at 6:24 PM
Reply-To: Google Fi Wireless <noreply@google.com>
To: crystalstranger@gmail.com



# Your new device is almost ready

Fi is moving your number to a iOS device.

Service setup typically takes around 20 minutes. Once complete, your iOS device will be able to view, send and receive calls, texts, and voicemails associated with your number.

Setup started: January 30, 2025 at 8:24 AM PST.

If this was you, you don't need to do anything.

If this wasn't you, start by securing your Google account. Then:

1. Open the Google Fi app on your phone and transfer your number back.
2. Sign in on web and enable Number lock.

Need help? We're available 24/7 by phone, chat, or email.

Your account    Get support    Help forum

You have received this mandatory email service announcement to update you about important information regarding your Google Fi Wireless account.



Google North America Inc.
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA