**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Motion to Withdraw as Counsel for |
| | : | Optic Tax |
| CRYSTAL STRANGER et al. | : | |
| | : | |
| v. | : | |
| | : | 2025-02-18 |
| DAVID and CARRIE McKEEGAN | : | |

      Undersigned counsel, Alan Harrison, moves the Court under D.Conn.L.Civ.R. 7(e) to permit him to withdraw as counsel for Defendant Optic Tax. The motion is based on Rule 1.16(b)(6) of the Connecticut Rules of Professional Conduct, in that continued representation "has been rendered unreasonably difficult by the client". The motion also is based on Rule 1.16(b)(5) of the Connecticut Rules of Professional Conduct, in that "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled".

## Legal standard

      D. Conn. L.Civ.R. 7(e) provides:

Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed pro se, and that the party whose counsel seeks to withdraw has elected to proceed

pro se, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a pro se appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw the appearance after notice to the party that failure to either engage successor counsel or file pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

The Court "has a great deal of discretion in deciding a motion for withdrawal of counsel." *Vachula v. General Elec. Capital Corp.*, 199 F.R.D. 454, 457 (D.Conn. 2000) citing *Whiting v. Lacara*, 187 F3d. 317, 320 (2d Cir. 1999). "As a first step in considering counsel's request, the court looks to the Rules of Professional Conduct as approved by the Judges of the Connecticut Superior Court ... to determine whether withdrawal is permissive or mandatory given the facts presented." *Id.* (Internal citation omitted.)

Rule 1.16(b) of the Rules of Professional Conduct provides that "a lawyer may withdraw from representing a client if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; **[or]** (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; **[or]** (6)

the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client[.]"

In *Matza v. Matza*, 226 Conn. 166, 180 (1993) the Connecticut Supreme Court discussed the parameters and the appropriate scope of a court's inquiry pursuant to motion to withdraw as counsel pursuant to rule 1.16(b). The Court found that the attorney's ability to withdraw was not predicated upon any "factual underpinnings" supporting withdrawal, but rather, was based upon the attorney's good faith belief that continued representation was inappropriate under Rule 1.16(b).

## Basis of motion

Counsel has a good faith belief that continued representation is inappropriate under Rule 1.16(b).

## Notice to party

Optic Tax has been informed of this motion by e-mail to Ms. Stranger, Optic Tax's CEO. See Exhibit A (e-mail to Ms. Stranger and attachment thereto).

## Prayer for relief

WHEREFORE, undersigned counsel prays the Court to grant permission to withdraw as counsel for Optic Tax.

Respectfully submitted,
s/Alan Harrison
Alan Harrison ct29464
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460
alan@sandollar-law.net
203.212.9996