**Subject:** Notice to Optic Tax of Motion to Withdraw
**From:** Alan Harrison <alan@sandollar-law.net>
**Date:** 2/17/25, 18:26
**To:** Crystal Stranger <crystalstranger@gmail.com>

```
Dear Crystal:

Please see attached Notice to Optic Tax of Motion to Withdraw.

Thank you for your attention to this matter.

Respectfully,

Alan Harrison
```
[alan@sandollar-law.net](mailto:alan@sandollar-law.net)
```
203.212.9996
SANDOLLAR Law
6 W River St
Unit 112
Milford CT 06460
```

Attachments:

| | |
|---|---|
| Notice to Optic Tax of Motion to Withdraw.pdf | 111 KB |
| Motion to Withdraw as Counsel for Optic Tax.pdf | 48.1 KB |



2025-02-17

Crystal Stranger
crystalstranger@gmail.com
CEO, Optic Tax
33 Rooibok Street
Scarborough, Cape Town 7975 ZA

Re: Notice to Optic Tax of Motion to Withdraw

Dear Crystal:

I will be filing the attached motion, which seeks the court's permission to no longer represent Optic Tax in case 24-cv-1496 Cleer v. Stranger et al. The Court will set a date and time to hear the motion, or may decide it on the papers. If the Court sets a date and time to hear the motion, Optic Tax may be represented by other counsel to oppose the motion. If my motion to withdraw is granted, Optic Tax will need to engage another attorney; and if Optic Tax does not engage another attorney, a default judgment may be rendered against Optic Tax.

Respectfully,

Alan Harrison
alan@sandollar-law.net
203.212.9996

SANDOLLAR
6 W River St #112
Milford, CT 06460