# Exhibit A



**Hello, Crystal Stranger (crystal@optictax.com)**

Edit

| | |
|---|---|
| **Total Upcoming Courses:** | **Total Past Courses** |
| 3 | 35 |
| **Total Upcoming Registrations:** | **Total Registrations (all time)** |
| 714 | 26,245 |
| | **Average Review Score (all time)** |
| | 4.70 |

**Create & Schedule Webinars**
Add new courses, and use our custom calendar to reserve the ideal dates and times for your courses.

Click Here

**Review Past Webinars**
See how your past courses have performed. Access webinar recordings and other available data.

Click Here

**Upcoming Webinars & Session Details**
Access login link(s), update course details, and add/edit materials.

Click Here

**Self-Study Webinars**
See how your Self-Study courses have performed. Access attendee details and other available data.

Click Here