# Exhibit B

X

| | Date | Title | Col1 | Col2 | Rating |
|---|---|---|---|---|---|
| ○ | Sep 10, 2024 | BEYOND THE FBAR: NEW FINCEN REQUIREMENTS WITH HEFTY PENALTIES | 1,190 | 714 | 4.76 |
| ○ | Aug 30, 2024 | ETHICS: THE HIDE AND SEEK GAME OF OFFSHORE FINANCE AND CIRCULAR 230 ETHICS | 22 | 21 | 4.85 |
| ○ | Aug 27, 2024 | TAX TRANSPARENCY IN A GLOBALIZED WORLD: INTERNATIONAL INFORMATION RETURNS | 836 | 516 | 4.78 |
| ○ | Aug 27, 2024 | SECTION 174 R&D CAPITALIZATION REGULATIONS: COMPLIANCE AND REGULATION UPDATES | 573 | 367 | 4.72 |
| ○ | Aug 26, 2024 | ETHICS OF ADVERTISING: WHERE CIRCULAR 230 AND FTC RULES MEET | 16 | 16 | 4.77 |
| ○ | Jul 25, 2024 | SECTION 174 R&D CAPITALIZATION REGULATIONS: COMPLIANCE AND REGULATION UPDATES | 410 | 200 | 4.73 |
| ○ | Jul 19, 2024 | TAX TRANSPARENCY IN A GLOBALIZED WORLD: INTERNATIONAL INFORMATION RETURNS | 770 | 398 | 4.77 |
| ○ | Jul 1, 2024 | SHATTERING ILLUSIONS: THE TRUTH BEHIND TAX-FREE INVESTMENTS IN C-CORPS | 1,144 | 669 | 4.75 |
| ○ | Jun 27, 2024 | SECTION 174 R&D CAPITALIZATION REGULATIONS: COMPLIANCE AND REGULATION UPDATES | 506 | 290 | 4.68 |
| ○ | Jun 27, 2024 | ETHICS: THE HIDE AND SEEK GAME OF OFFSHORE FINANCE AND CIRCULAR 230 ETHICS | 26 | 26 | 4.92 |
| ○ | Jun 12, 2024 | TAX TRANSPARENCY IN A GLOBALIZED WORLD: INTERNATIONAL INFORMATION RETURNS | 1,094 | 668 | 4.73 |
| ○ | Jun 6, 2024 | LLC TAX ESSENTIALS: UNPACKING RECENT CHANGES FOR CLIENT IMPACTS | 13 | 13 | 4.99 |
| ○ | May 30, 2024 | A TAXPAYER'S ROADTRIP: JOURNEY THROUGH THE TAX CODES OF 50 STATES | 19 | 19 | 4.51 |
| ○ | May 23, 2024 | THE HIDDEN DANGERS OF LLC TAXATION FOR FOREIGN INVESTORS IN U.S. ASSETS | 647 | 446 | 4.72 |
| ○ | May 20, 2024 | ETHICS: THE HIDE AND SEEK GAME OF OFFSHORE FINANCE AND CIRCULAR 230 ETHICS | 39 | 39 | 4.78 |
| ○ | May 1, 2024 | FORM 5471: INSIDER TIPS ON U.S. TAX COMPLIANCE FOR FOREIGN CORPORATIONS | 6 | 6 | 4.9 |
| ○ | Apr 23, 2024 | SECTION 174 R&D CAPITALIZATION REGULATIONS: COMPLIANCE AND REGULATION UPDATES | 1,000 | 643 | 4.72 |
| ○ | Apr 5, 2024 | MASTERING FINCEN BOI: ADAPTING TO LAW CHANGES AND DEVELOPING FILING STRATEGIES | 6 | 4 | 5 |
| ○ | Mar 18, 2024 | TAX FREE INVESTMENT INCOME: PLANNING WITH QSBS AND OTHER STRUCTURING TOOLS | 339 | 201 | 4.68 |