# Exhibit G



Your IP | Pay Online | Email Login     📞 1.236.425.4400 

HOME    SERVICES    SUPPORT    ABOUT US    NEWS    CONTACT

# Shutting Down Your Website: What It Means for Your Domain and SEO

January 3rd 2025

At SilverServers, we've seen firsthand how easy it is for businesses to overlook the value of their website and domain—sometimes with unexpected consequences. Recently, we had a client who was in the process of shutting down their business and decided to take their website offline, believing it was no longer necessary.



A month later, when potential buyers expressed interest in purchasing the business, they started asking about the website and its SEO value. Unfortunately, the site had been offline for over a month. Many of the pages had already been de-indexed by search engines, and it took considerable effort to bring the site back online and recover some of its lost SEO value.

We want to help you avoid this scenario. Whether you're closing your site temporarily, shutting it down for good, or transitioning to a new domain, your decisions can have long-term consequences for your domain and business. Your website's domain can be a valuable asset—not just for its SEO value, but also as a branding tool or even a resale opportunity.

In this post, we'll explore what happens to your domain name and SEO when your site goes offline and offer practical tips to help you navigate this process smoothly. Whether your goal is to preserve SEO rankings, provide a seamless transition for visitors, or unlock the hidden value in your domain, this article has you covered.

## 1. Your Domain Name: What Happens Next?

### Keep Your Domain Registered (With or Without Hosting)

If you decide to shut down your website but want to retain ownership of your domain, you can keep it registered by continuing to pay the renewal fees. Whether or not you actively host a website on it, the domain remains yours, preventing others from purchasing it.

Search engines may eventually stop indexing it due to the lack of activity if you choose not to host content on the domain (a practice sometimes called "domain parking"). While this won't harm the domain itself, extended inactivity could impact its SEO value over time. However, keeping the domain registered ensures you retain control and flexibility for future use.

### Letting Your Domain Expire

On the other hand, if you don't pay to renew your domain, it will eventually expire and become available for others to purchase. Depending on the SEO value your domain has built up, someone may scoop it up as soon as it becomes available. Domains with a good history, traffic, and backlink profile are often seen as valuable real estate for other site owners or marketers.

## 2. SEO Value: What to Expect

### Losing Your Rankings

Once your website is no longer accessible, your SEO rankings will begin to decline. Search engines like Google will attempt to access your site's pages, but when they find nothing there, they'll eventually remove your site from their index. If your pages aren't accessible for an extended period, you'll lose the ranking positions you once held for various search terms.

### Impact on Backlinks

One of the hardest things to lose when a site goes offline is the power of backlinks. Backlinks from reputable sources are a major factor in your SEO rankings, and if your site is no longer available, the SEO value those links provide is lost as well. If another website links to your content but that content is now inaccessible, it can negatively impact your site's authority.

### Traffic Drops to Zero

If your website is offline, organic traffic from search engines will cease. Over time, this can impact your brand visibility and make it harder to build momentum if you decide to relaunch in the future. Regular, high-quality traffic is one of the core factors that Google uses to evaluate a site's relevance, and extended downtime will likely result in your site being de-indexed.

## 3. Redirects and Status Codes: Supporting Your Community

If you're shutting down your website but not your business, or if your company has been purchased, it's worth considering how your decisions affect visitors, collaborators, and the broader online community. Using tools like redirects and status codes can ensure a smooth experience for anyone landing on your site, preserve your SEO value (if that's a priority),and minimize disruptions to other businesses or individuals who may rely on your site.

**Note:** Setting up the redirects or status codes described in this section requires an active hosting service. If you're no longer paying for hosting, you won't be able to implement these tools. In that case, you can disregard this section.

### Redirects: Guiding Visitors and Supporting Collaborators

A redirect sends visitors (and search engines) from an old URL to a new one. While this helps users find the right destination, it also supports other businesses and websites that might be linking to your content or who have benefitted from a long-standing backlink from your content. For example:

- If your company has been purchased, redirects can seamlessly guide visitors to the new business's website, ensuring they can continue to find the products or services they need.
- If you're moving your website to a different domain, redirects ensure that collaborators or partners linking to your site don't end up with broken links.
- If you're retiring specific pages, you can guide visitors to related content, an informational page, or even to a competitor you respect.
- If your website provided backlinks to other companies, a redirect plan minimizes the SEO impact caused to those companies when they no longer have your backlink.

Redirects aren't just about convenience; they're about being a responsible participant in your online network. When your site goes down, it can leave gaps for businesses or individuals who rely on your links to provide value to their audience. Redirecting traffic reduces the burden on them to find alternatives and protects their reputation as well.

### Preserving SEO Value and Maintaining Relationships

## Preserving SEO Value and Maintaining Relationships

SEO value is particularly important when your business relies on traffic or visibility from search engines, but redirects can also help maintain trust within your online community:

- Redirects let search engines know where your content has moved, so your website's authority isn't lost unnecessarily.

- Redirects signal to search engines that you're not simply removing a backlink to a site you previously supported. Instead, they indicate that the authority and ranking value associated with that link should be permanently transferred to the new destination, rather than being lost when your backlink disappears.

- Even if SEO isn't your focus, redirects prevent collaborators or partners from losing the value they gain from linking to your website.

If your company has been purchased, redirecting to the website of the new business that acquired your company is a professional way to ensure continuity for your customers. It helps them transition smoothly and strengthens SEO and trust in the overall brand.

Additionally, thoughtful redirection can show respect for your visitors. For instance, if you're shutting down your business, you might redirect to a competitor you admire. This not only helps your visitors but also strengthens relationships within your industry.

## Letting Search Engines Know What's Happening

If your site is temporarily offline, tools are available to let search engines know what's happening. For example:

- Use status codes like **503 (Service Unavailable)** to signal that your site is temporarily down and will return.

-This prevents search engines from removing your site from their index prematurely, which can help maintain visibility during planned downtime.

## When Does This Matter?

Redirects and status codes are especially important in these situations:

- **Rebranding or Moving Domains:** Redirects ensure visitors and search engines can find your new site.

- **Your Company Is Acquired:** Redirects seamlessly transition visitors to the new business's website, helping customers and collaborators adapt.

- **Retiring Your Site Permanently:** Redirects to sensible new URLs help maintain SEO value and ensure a smooth transition for visitors and collaborators.

- **Minimizing Impact on Partners:** Collaborators linking to your site won't have to deal with broken links, helping you maintain a positive reputation within your network.

If none of this applies to you, keeping it simple is fine! Just remember that broken links or error messages can create headaches for others and impact how your business is perceived.

## Need Help?

At SilverServers, we understand that shutting down or transitioning a website can be a complex process. Our team can help you:

- Set up redirects or status codes to ensure a smooth transition.

- Evaluate the impact on your SEO value and find solutions to preserve it.

- Manage the process of redirecting visitors to a new business or competitor's website.

If you're unsure about the best steps to take, reach out to us today. We're here to help you make the process as

seamless as possible while protecting your brand, collaborators, and online community.

## Closing Thoughts: Ensuring a Smooth Transition for Your Website and Domain

Shutting down a website doesn't have to mean losing everything you've built. Whether your goal is to preserve SEO value, maintain a seamless experience for your visitors, or explore resale opportunities for your domain, there are steps you can take to make the process smoother.

From setting up redirects and managing status codes to parking your domain or listing it for sale, the choices you make now can have a lasting impact. Even if SEO isn't your top priority, avoiding broken links and error messages can help protect your brand's reputation and keep your options open for the future.

At SilverServers, we're here to help you make informed decisions. Whether you need guidance on managing your domain, transitioning your website, or preserving SEO value, our team has the expertise to support you every step of the way.

If you're planning to shut down your website or want to discuss the best options for your domain, give us a call today. Let's work together to ensure your website's transition is handled with care, preserving the value and opportunities you've created online.

For related content on these topics, visit the SEO Tips or Domain Names and Registration sections of our blog!





### Contact

765 Lorne ST, Kamloops, BC V2C 1W7

1-236-425-4400

Email Support

### Useful Links

### Testimonials

**- Ace High Storage**
The Silverservers Group have been awesome from the start. Their website technical and creative abilities have exceeded my expectat has reflected very positively in my business bottom line. Our monthly customer/technical support and brainstorming of ideas are very

**Jocelyn Shuman, South Peace Grain**
We have been consistently impressed with Silver Servers' level of service and advice. Updating and using our website is simple and ef operation thanks to Silver Servers and their design team.

Copyright © 2025. All rights reserved.   Terms of Use | Privacy Policy | Your IP: 45.248.78.247