# Exhibit I

CLEER, LLC vs CRYSTAL STRANGER, et al Job 38345
David Mckeegan January 15, 2025 Page 125

```
 1        A.   No.  You know, I think probably the
 2   main differentiator for us versus the other
 3   million competitors out there are that we tend
 4   to focus on entrepreneurs who incorporate in
 5   the United States but who aren't necessarily in
 6   the United States or aren't necessarily U.S.
 7   citizens.
 8        Q.   As the CEO, are you familiar with
 9   the competitive --
10             THE REPORTER:  What was that,
11   Counsel?
12   BY ATTORNEY HARRISON:
13        Q.   As the CEO, are you familiar with
14   the competitive landscape?
15        A.   Somewhat, yeah.
16        Q.   Who are your main competitors?
17        A.   Well, at the moment, it's just Optic
18   Tax.
19        Q.   Okay.  So what was the nature of the
20   agreement by which Cleer had the right to use
21   Cleer.tax?
22             ATTORNEY MUSEKAMP:  I'm going
23   to object to the form of the question.
24   BY ATTORNEY HARRISON:
25        Q.   Okay.  Why did you think that Cleer
```

EcoScribe Solutions    888.651.0505