# Exhibit J

# Joint Venture Agreement

THIS AGREEMENT (the "Agreement) is made as of May 31st 2024 by and between:

**Infinite Goose Limited**, (the "First Party"), and **Avanjo, LLC**, (the "Second Party" and collectively, the "Parties").

WHEREAS the First Party is engaged in the business of IT software

WHEREAS the Second Party is engaged in the business of Information technology services.

WHEREAS the Parties wish to join together in a joint venture for the purpose of First Party managing Second Party customers and leads list with the perspective to increase customer/lead LTV (Lifetime Value).

**This agreement is a MOU type of friendly agreement and does not have any legal binding.**

## Agreement Content

**Please read carefully before proceeding**

NOW THEREFORE BE IT RESOLVED, in consideration of the mutual covenants, promises, warranties and other good and valuable consideration set forth herein, the Parties agree as follows:

**1. Purpose.**

- The Joint Venture shall be formed between the parties for the purpose of increasing customer/lead LTV (Lifetime Value).

- Both parties have agreed to find mutual dates to carry out any promotions.

- (Party A) Infinite Goose Limited will use their proprietary promotional sequences to run campaigns for both parties.

**Both Parties agree to the following Promotions:**

### Promo 1:

(a) Infinite Goose promotes a product from their Portfolio on **Avanjo, LLC all product's email list of around 6700 Paid LTDs Customers.**

(b) Infinite Goose will pay **$4000 USD** to carry out a promotion on the **Avanjo, LLC all product's email list of around 6700 Paid LTDs Customers.**

This promotion is dependant on the following assumptions that Avanjo, LLC:

- Agree to run the promo on Avanjo, LLC all product's email list of around 6700 Paid LTDs Customers.

- Agree to show evidence of the entire user base list with email addresses. (A quick screen recording or read only access to the Email Service Provider)

- Will show evidence of setting up email sequences. (A quick screen recording or read only access to the Email Service Provider)

- Will share stats of each email sent within 24 hours. (A quick screen recording or read only access to the Email Service Provider)]

- Understand that the Promo will last around 5 days and will contain 7 emails.

- The promo schedule will be shared once the agreement has been signed.

**Payment Guarantee :** Payment is guaranteed upon fulfilling your obligations

Infinite Goose will pay **$1000 USD** upfront once they have seen the evidence of the paid user base with email addresses

Infinite Goose will pay another **$1500 USD** after the first 4 emails are scheduled and sent

Infinite Goose will pay the final **$1500 USD** once the remaining 3 emails are set up and sent in the Email Service provider.

Rough schedule will be shared by our CEO once the agreement is signed in our WhatsApp or Telegram group chat

**Please note there will be no revenue share for this promo 1 as Infinite Goose agrees to pay upfront for the Promo slot.**

## 2. Contributions.

2.1  The Parties shall each make an initial contribution to the Joint Venture according to the following terms:

- Will share stats of each email sent within 24 hours. (A quick screen recording or read only access to the Email Service Provider)]

- Understand that the Promo will last around 5 days and will contain 7 emails.

- The promo schedule will be shared once the agreement has been signed.

**Payment Guarantee :** Payment is guaranteed upon fulfilling your obligations

Infinite Goose will pay **$1000 USD** upfront once they have seen the evidence of the paid user base with email addresses

Infinite Goose will pay another **$1500 USD** after the first 4 emails are scheduled and sent

Infinite Goose will pay the final **$1500 USD** once the remaining 3 emails are set up and sent in the Email Service provider.

Rough schedule will be shared by our CEO once the agreement is signed in our WhatsApp or Telegram group chat

**Please note there will be no revenue share for this promo 1 as Infinite Goose agrees to pay upfront for the Promo slot.**

## 2. Contributions.

2.1 The Parties shall each make an initial contribution to the Joint Venture according to the following terms:

Neither Party shall be obligated to offer any business opportunities or to conduct business exclusively with the other Party by virtue of this Agreement.

6. **Term.**

This Agreement shall remain in full force and effect, till 31st December 2024. Upon the expiration of the Initial Term, both parties will mutually decide if they wish to renew.

7. **Confidentiality.**

Any information pertaining to either Party's business to which the other Party is exposed as a result of the relationship contemplated by this Agreement shall be considered to be "Confidential Information." Neither Party may disclose any Confidential Information to any person or entity, except as required by law, without the express written consent of the affected Party.

8. **Further Actions.**

The Parties hereby agree to execute any further documents and to take any necessary actions to complete the formation of the Joint Venture.

9. **Assignment.**

Neither Party may assign or transfer their respective rights or obligations under this Agreement without prior written consent from the other Party. Except that if the assignment or transfer is pursuant to a sale of all or substantially all of a Party's assets, or is pursuant to a sale of a Party's business, then no consent shall be required. In the event that an assignment or transfer is made pursuant to either a sale of all or substantially all of the Party's assets or pursuant to a sale of the business, then written notice must be given of such transfer within 10 days of such assignment or transfer.

10. **Governing Law.**

This Agreement shall be construed in accordance with, and governed in all respects by, the laws of the State of the United Kingdom, without regard to conflicts of law principles.

## 11. Counterparts.

This Agreement may be executed in several counterparts, each of which shall constitute an original and all of which, when taken together, shall constitute one agreement.

## 12. Severability.

If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

## 13. Notice.

Any notice required or otherwise given pursuant to this Agreement shall be in writing and mailed certified return receipt requested, postage prepaid, or delivered by overnight delivery service, addressed as follows:

If to First Party: Hammad Akbar

**Infinite Goose Limited**
521 Green Lane

Small Heath Birmingham
United Kingdom

B9 5PT

If to Second Party: Crystal Stranger

**Avanjo, LLC**

30 N Gould St. Ste 3088,

Sheridan, WY 82801

## 14. Headings.

The headings for section herein are for convenience only and shall not affect the meaning of the provisions of this Agreement.

## 15. Entire Agreement.

This Agreement constitutes the entire agreement between First Party and Second Party, and supersedes any prior understanding or representation of any kind preceding the date of this Agreement. There are no other promises, conditions, understandings or other agreements, whether oral or written, relating to the subject matter of this Agreement.

**Hammad Akbar**

Infinite Goose Limited (Party A)

*[signature]*

*[signature]*

**Crystal Stranger**

Avanjo, LLC (Party B)