# Exhibit K

 **Gmail**  Crystal Stranger <crystal@optictax.com>

## Re: Gusto Info Requst

**Alexandra Limin** <alex@optictax.com>  Thu, Oct 31, 2024 at 3:51 AM
To: Ian Gray <ian.gray@gusto.com>
Cc: Michaël Vasseur <michael.vasseur@gusto.com>, Mari Moronia <mari@optictax.com>, Crystal Stranger <crystal@optictax.com>

Hi Ian,

I hope you are doing well. Thank you for your email. This is Alex. May I know why you need to get the credentials for the Wise account? Mari invited all our foreign IC team members to set up their respective Gusto accounts and this is all done too. We would like to ask for your kind assistance for us to add the wages for us to proceed with the payroll. This is the next step that is still pending. We hope to run our first payroll by November 4th. Please let me know if you have any questions or concerns. Thank you, Ian.



Sincerely Yours,
Alexandra Limin, MBM
HR - Customer Success Accountant

OpticTax.com
alex@optictax.com



On Thu, Oct 31, 2024 at 3:10 AM Ian Gray <ian.gray@gusto.com> wrote:
> Mari,
>
> Could you also provide the user name and pw you use to log in to Wise? My Transfers and Onboarding team will need that information to accept the request to get involved here.
>
> Regards,
> Ian Gray

On Wed, Oct 30, 2024 at 7:33 AM Michaël Vasseur <michael.vasseur@gusto.com> wrote:
> Good morning Mari,
>
> Which number is best to call, I just tried and it says the number we have is not valid?
>
> Thank you!

On Wed, Oct 30, 2024 at 8:29 AM Ian Gray <ian.gray@gusto.com> wrote:
> Mari,
>
> Let me introduce Michaël from our Implementation team to assist with the onboarding of your international contractors.
>
> Michaël - could you send your calendar link to Mari for her to book at her convenience?
>
> Regards,
> Ian Gray
>
> On Tue, Oct 29, 2024 at 8:47 PM Mari Moronia <mari@optictax.com> wrote:
>> Hi Ian,
>>
>> Crystal hasn't started paying herself yet, which is why those details haven't been inputted. We previously paid the international contractors via Wise and have since added them to the account.
>>
>> On a side note, we're encountering issues with inputting each international contractor's wages. Could you please provide more details on how to complete this process?
>>
>> Sincerely Yours,
>> **Mari Moronia**
>> Bookkeeping Team Lead
>>
>> OpticTax.com
>> mari@optictax.com
>>
>> 
>>
>> On Wed, Oct 30, 2024 at 2:59 AM Ian Gray <ian.gray@gusto.com> wrote:
>>> Mari,
>>>
>>> Looks like the name of your current payroll provider, admin name, and pw to log in were not provided on the questionnaire we initially had filled out (not sure if that was you, Crystal, or someone else).
>>>
>>> Could you provide that information to us at your earliest convenience? Once we have this info, our Transfers team should be able to accept your request.
>>>
>>> Regards,
>>>
>>> --
>>> **Ian Gray**
>>> Partner Advising | 888-525-1968 ex. 1725
>>>
>>> **Gusto** | The people platform built for small businesses
>>> Partner Success & Setup Team | 415-918-2367 - setup@gusto.com
>>> Customer Care Team | 800-936-0383 - support@gusto.com
>>>
>>> This email may be considered a promotional message. If you do not wish to receive these emails from us, you may choose to unsubscribe using the link below. If you've previously unsubscribed from our emails and would like to get back in touch, you may choose to subscribe again.
>>>
>>> Gusto © 2023. 525 20th Street San Francisco, CA 94107
>>> **Unsubscribe** | Privacy Policy