# Exhibit L



**PostNet Sun Valley**
Shop G70 Long Beach Mall
c/o Buller Louw & Sunnydale Roads
Sun Valley
7985

sunvalley@postnet.co.za
Tel: (021) 785 3812
Fax: (021) 785 3814

Vat Reg: 4110249333

## Tax Invoice

Till 1 Sale # 235254   14:43:45   24/10/2024

| Code | Description | Qty | Total |
|---|---|---|---|
| 53 | COURIER - INTER | 1 | 2 598.00 |
| Vat Included | | | 0.00 |
| **Subtotal** | | | **2 598.00** |
| MasterCard | | | 2 598.00 |

Cashier                              FADIEL

Have A Great PostNet Day !!!



Contact:
+270730001024

Contact:
GEORGE B. MUSEKAMP
+15133579453

C US-FFT-FFT

Features / Services (Service Code)
Duties & Taxes Unpaid(DS)
Demand Surcharge(NX)

Pieces
1

Signature        Date (DD.MM.YYYY)

Contents: USED -
APPLE MAC LAPTOP

WAYBILL 45 6036 3975
License Plates of pieces in shipment
JD014600011779976275

- page 1 of 1 -