# Exhibit M



## TAX Invoice Duplicate

| | |
|---|---|
| Generated Date | 2024/10/24 10:44:32 AM |
| iStore Constantia Village | |
| VAT Reg: 4660259799 | |

ZA Online Store Pty Ltd. t\a iStore
Company Reg No: 2003/022401/07
1 Sandton Drive, Sandton
2146
Contact: 087 057 5500

| Sales Order | Invoice | Branch Invoice | CTB010356 |
|---|---|---|---|

| Sold to Address | Ship to Address | Sales Details | 2024/10/24 10:41:52 AM |
|---|---|---|---|
| 30 N Gould St. #3088 | | Customer # | CTCS0000 |
| Sheridan, WY | | Customer Name | Crystal Stranger |
| United States of America | | Customer P/O # | |
| | | Telephone | Empty Field |
| | | Salesperson | C06048 |
| 82801 | | Operator | KylHop6048 |
| | | Branch | CT |
| | | Cust. TAX Reg. # | |

| StockCode | Description | Qty | U/M | Price | Discount | Total Price |
|---|---|---|---|---|---|---|
| MRX33ZE/A | MBP 14-inch M3 PRO,11C CPU & 14C GPU,512GB S | 1.00 | EA | 45,499.00 | | 45,499.00 |
| | Serial: | 1.00 | | | | |

------- Payment Receipt -------
Payment amount: 45499.00
Paid as: Card Credit Integrated(Integrated Ca
Br: CT Oper:KylHop6048
Date:2024-10-24 10:43:19

### Invoice Summary

| | |
|---|---|
| Total (VAT excl) R | 39,564.35 |
| TAX R | 5,934.65 |
| AMOUNT PAID R | 45,499.00 |

ZA Online Store (Pty) Ltd trading as iStore.

Returns, refunds & exchanges are subject to iStore T's & C's at the time of purchase and returns must include all original packaging, original tax invoice and proof of payment. The product must be returned, unopened, in the same condition within 30 days of purchase date to receive a full refund. If the product is returned opened and unsealed, a 20% handling fee will apply. All Apple hardware carries a 12 month warranty from date of purchase. Refer to packaging of all other products for warranty information.
iTunes and App Store Gift Cards can be redeemed using South African iTunes accounts only and are strictly non-refundable.
For full Terms and Conditions please visit www.myistore.co.za

All iPhone purchases come with the added benefit of Free iCarePlus for iPhone, which provides you with an additional 1-year warranty and covers accidental damage.Free iCarePlus is exclusively offered for new iPhone purchases and does not apply to Certified Pre-Owned (CPO), PLG, or iStore Certified Pre-Owned iPhone purchases (all iStore Certified Pre-Owned iPhone models include a 2-year warranty).To activate iCarePlus, please register your details on our website within 14 days of purchasing your iPhone.
Once registered, you will receive an email containing your iCare Warranty Confirmation details. To activate, visit: istore.co.za/freeicareplus
For full Terms and Conditions please visit www.istore.co.za