# Exhibit N




**PostNet Sun Valley**
Shop G70 Long Beach Mall
c/o Buller Louw & Sunnydale Roads
Sun Valley
7985

sunvalley@postnet.co.za
Tel: (021) 785 3812
Fax: (021) 785 3814

Vat Reg: 4110249333

## Tax Invoice

Till 2 Sale # 27770   13:11:26   10/12/2024

| Code | Description | Qty | Total |
|---|---|---|---|
| 11004 | Box Size 4 | 1 | 30.00 |
| 11009 | Bubble Wrap Larg | 1 | 19.00 |
| 53 | COURIER - INTER | 1 | 5 017.00 |

Vat Included                                6.39
**Subtotal**                             5 066.00
Visa                                      5 066.00

Cashier                                  MICHAELA

Have A Great PostNet Day !!!

act:
0730001024

act:
RGE B. MUSEKAMP
133579453

S-FFT-FFT

ervices (Service Code)
axes Unpaid(DS)
rcharge(NX)

Pieces
1

Date (DD.MM.YYYY)

Contents: USED -
APPLE MAC LAPTOP

- page 1 of 1 -