# Exhibit O

CLEER, LLC vs CRYSTAL STRANGER, et al  
David Mckeegan January 15, 2025

Job 38345  
Page 84

```
 1   do that for you?
 2        A.    I did ask a CPA to calculate the
 3   capital account balance.
 4        Q.    I'm sorry.  I didn't -- it glitched.
 5   I missed your answer.
 6        A.    I said I did ask a CPA to calculate
 7   the capital account balance.
 8        Q.    According to Section 4.1?
 9        A.    Again, I don't recall if I sent her
10   Section 4.1 or not.  Are you saying it's not
11   calculated that way?
12        Q.    I'm asking whether you know it's
13   calculated that way.
14        A.    I don't know.
15        Q.    As a majority member of the LLC,
16   were you aware that you had any kind of duty
17   toward the minority member?
18        A.    I don't know.
19        Q.    Okay.  Did you instruct Lindsey
20   Anderson in 2023 to record $400,000 in bonuses
21   for you and your wife?
22        A.    I don't know.
23        Q.    You don't remember whether you
24   recorded $400,000 in bonuses for yourself and
25   your wife?
```

1   A.   I don't know why I would instruct
2   Lindsey to do that.
3   Q.   Why not?
4   A.   Well, Lindsey didn't have anything
5   really to do with the finances.
6   Q.   What was Justworks?
7   A.   Justworks is a PEO, which is how we
8   run our benefits and payroll for Cleer.
9   Q.   Did Lindsey Anderson have access to
10  Justworks?
11  A.   Yeah.  I believe she did.
12  Q.   Did Lindsey Anderson have the
13  ability to cut checks via Justworks?
14  A.   I think she could add employees, add
15  and remove employees, but I don't think she can
16  cut checks.
17  Q.   Okay.  So your testimony is that you
18  didn't instruct Lindsey Anderson in 2023 to
19  record $400,000 in bonuses to you and your wife
20  in Justworks?
21  A.   I don't recall doing that or not
22  doing that.
23  Q.   I feel like if I was dealing with an
24  amount of $400,000, I would remember whether or
25  not I had made instructions about that amount.

```
 1            Are you sure you don't recall?
 2       A.   Well, this is probably...  2023,
 3  that would have been December 2023, so you're
 4  talking over a year ago.  Yeah.  Like, if I --
 5  just to be frank, we had sold our other
 6  business.
 7            We were in the middle of a diligence
 8  process.  Was that -- no, maybe that was a
 9  little bit before.  I don't remember.
10            But, you know, $400,000 is and is
11  not a lot of money.
12       Q.   Okay.  That makes sense to me.
13            Let me pull up Exhibit 6.
14            (Deposition Exhibit No. 6 was
15  marked for identification.)
16  BY ATTORNEY HARRISON:
17       Q.   All right.  So there's three columns
18  here.  There's account, there's June 2nd to
19  December 31, 2023, and there's January 1st to
20  August 8, 2024.
21       A.   Sorry.  That's not what I have in
22  the folder as Exhibit 6.
23       Q.   Are you sure?
24       A.   Yes.  I have an E-mail.
25                 ATTORNEY MUSEKAMP:  Same here.
```