# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNNECTICUT

| | | |
|---|---|---|
| **CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX,** | : : : | **Case No. 3:24-cv-01496-MPS** |
| | : | **Judge Michael P. Shea** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CRYSTAL STRANGER, et al.,** | : | **DECLARATION OF GEORGE** |
| | : | **MUSEKAMP** |
| **Defendants.** | : | |

1.      I am counsel for Plaintiff Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer").

2.      Attached as Exhibits 1 and 2 are true and accurate copies of communications between me and Alan Harrison, former counsel for Defendants Crystal Stranger and Optic Tax Inc.

3.      Mr. Harrison and I had a meet and confer during which we agreed to limit the scope of the subpoena Defendants issued to Nicolle Wiseman to topic numbers 6 and 9.

4.      Attached as Exhibit 3 is a true and accurate copy of an email Ms. Stranger sent Lindsey Anderson, to whom Cleer issued a subpoena, instructing her what she did and did not need to respond to based on agreement of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2025.

*/s/ George B. Musekamp*_____
George B. Musekamp

19623108.1

# EXHIBIT 1

## Cohn, Evan

| | |
|---|---|
| **From:** | Alan Harrison <alan@sandollar-law.net> |
| **Sent:** | Friday, January 17, 2025 12:13 PM |
| **To:** | Musekamp, George B.; Cohn, Evan |
| **Subject:** | Re: We intend to subpoena Nicole Wiseman |

George,

We can do one subpoena now for the p/i hearing and another later for trial evidence, which will be more burdensome on Ms. Wiseman at least because she'll get served twice instead of once. Or we can just do the one subpoena now and be done with it.

Respectfully,

Alan Harrison
SANDOLLAR
6 W River St #112
Milford CT 06460
203.212.9996

On 1/17/25 12:08, Musekamp, George B. wrote:
> Alan -
>
> We object to the breadth of this subpoena.  It is requesting proprietary information belonging to Cleer that has nothing to do with the PI hearing or when Ms. Stranger was even an owner of the company. The court has not yet permitted or ordered full blown discovery.  We have also produced the relevant financial statements of Cleer that you requested.
>
> Will you agree to narrow the scope solely to topic number 9 and narrowing topic 6 solely to Ms. Stranger's capital account? If not, please explain the basis for requesting the remaining information.
>
> Thanks,
> George
>
> -----Original Message-----
> From: Alan Harrison <alan@sandollar-law.net>
> Sent: Thursday, January 16, 2025 4:03 PM
> To: Musekamp, George B. <GMusekamp@taftlaw.com>; Cohn, Evan
> <ECohn@taftlaw.com>
> Subject: We intend to subpoena Nicole Wiseman
>
> Hi, George, Evan.
>
> Please see attached.
>
> Thank you.
>
> Respectfully,
>
> Alan Harrison

1

> SANDOLLAR
> 6 W River St #112
> Milford CT 06460
> 203.212.9996
>
>

> SANDOLLAR

## Cohn, Evan

**From:**      Musekamp, George B.
**Sent:**      Thursday, January 23, 2025 9:08 AM
**To:**        Alan Harrison
**Cc:**        Cohn, Evan
**Subject:**   Re: Wiseman subpoena

That is fine on both fronts.

> On Jan 23, 2025, at 9:05 AM, Alan Harrison <alan@sandollar-law.net> wrote:
>
>
> George,
>
> If it's your position that the tax returns aren't relevant to the Capital Accounts, would you
> like me to wait until after the 26(f) conference to serve that subpoena?
>
> Also, are we still on for February 4 for the 26(f) conference? It's quite overdue at this point.
>
> Respectfully,
>
> Alan Harrison
> SANDOLLAR Law
> 6 W River St
> Unit 112
> Milford CT 06460
> 203.212.9996

 **George B. Musekamp,** Partner
Employment & Labor Relations / Litigation
Direct: 513.357.9453 | Office Ext: 59453
Taft Office: Cincinnati



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a
prominent 130-year-old law firm.  Now over 1,000 attorneys strong.  Learn more **here.**

> On 1/23/25 08:51, Musekamp, George B. wrote:

1

We didn't. And that's not what the subpoena asks for. If you want to serve a new subpoena that asks for the tax returns, we can respond. But as written, you are requesting information beyond the scope and not informing us of the information you are requesting and misleading Ms. Wiseman.

On Jan 23, 2025, at 8:40 AM, Alan Harrison <alan@sandollar-law.net> wrote:

I'm sorry. I thought we had agreed to Capital Accounts (topics 5–9) and as I explained, I think tax returns are relevant to those topics.

On 1/23/25 08:28, Musekamp, George B. wrote:

Did you instruct her to produce information beyond the agreed upon scope? Nicole was informed that the subpoena is limited to topic 9 and communications relating to the same since you did not inform her.

The word tax return does not even appear in the subpoena and you are now going not only beyond the scope of our agreement, but the scope of the subpoena you even served.

On Jan 23, 2025, at 7:52 AM, Alan Harrison <alan@sandollar-law.net> wrote:

George,

Are you or Evan instructing David to instruct Nicole to not comply with the subpoena?

Respectfully,

Alan Harrison
SANDOLLAR Law
6 W River St

2

Unit 112
Milford CT 06460
203.212.9996

On 1/23/25 07:49, Alan Harrison
wrote:

> Hi, George.
>
> We presently are
> looking for
> *company* tax
> returns. I don't see
> how David's
> personal returns
> would be relevant to
> the company's
> capital accounts.
> They may be
> relevant to
> counterclaims but
> that's not right now.
>
> Respectfully,
>
> Alan Harrison
> SANDOLLAR Law
> 6 W River St
> Unit 112
> Milford CT 06460
> 203.212.9996
>
> On 1/23/25 07:47,
> Musekamp, George
> B. wrote:
>
>> Are
>> you
>> trying
>> to get
>> the
>> comp
>> any
>> tax
>> return
>> s or
>> perso
>> nal tax

3

## Cohn, Evan

| | |
|---|---|
| **From:** | Alan Harrison <alan@sandollar-law.net> |
| **Sent:** | Thursday, January 23, 2025 7:49 AM |
| **To:** | Musekamp, George B. |
| **Cc:** | Cohn, Evan |
| **Subject:** | Re: Wiseman subpoena |

 **This message could be suspicious**

• Similar name as someone you've contacted.
• The sender's email address couldn't be verified.

Report or Mark Safe                              Taft - Powered by Mimecast

Hi, George.

We presently are looking for *company* tax returns. I don't see how David's personal returns would be relevant to the company's capital accounts. They may be relevant to counterclaims but that's not right now.

Respectfully,

Alan Harrison
SANDOLLAR Law
6 W River St
Unit 112
Milford CT 06460
203.212.9996

On 1/23/25 07:47, Musekamp, George B. wrote:

> Are you trying to get the company tax returns or personal tax returns ?

>> On Jan 23, 2025, at 6:32 AM, Alan Harrison <alan@sandollar-law.net> wrote:

>> Hi, Evan.

>> We agreed that the subpoena would be limited to capital account information. Tax returns relate to capital accounts because capital accounts generally are calculated in preparation of tax returns. We want to see whether all the numbers matched.

Respectfully,

Alan Harrison
SANDOLLAR Law
6 W River St
Unit 112
Milford CT 06460
203.212.9996

On 1/23/25 06:29, Cohn, Evan wrote:

Alan,

Can you please advise on George's question about the scope of Wiseman's subpoenas?  Have you been asking Ms. Wiseman for more than what you told us you agreed to ask for?

Evan

> On Jan 23, 2025, at 6:26 AM, Alan Harrison <alan@sandollar-law.net> wrote:
>
> I'm not sure about Ms. Anderson.
>
> We will be amending the counterclaims.
>
>>
Taft /

Evan H. Cohn
Attorney


mailto:ECohn@taftlaw.com
Dir: 513.357.9687
Tel: 513.381.2838  |  Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957


http://www.taftlaw.com


This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

On 1/22/25 19:21, Musekamp, George B. wrote:
>> Alan - based on our conversation, you agreed to limit the wiseman subpoena to the capital account calculation and related communications. I have been informed you are now asking for tax returns which is not part of the subpoena and beyond the agreed upon scope. Please advise if this is true so we can move forward with our motion to quash if so.
>>
>> Also, have you heard from Ms. Anderson? She did not respond to our subpoena.

>>
>>
>

>>
>>
>

3

# EXHIBIT 2

## Cohn, Evan

| | |
|---|---|
| **From:** | Alan Harrison <alan@sandollar-law.net> |
| **Sent:** | Friday, January 17, 2025 2:45 PM |
| **To:** | Cohn, Evan |
| **Cc:** | Musekamp, George B. |
| **Subject:** | Re: Notice of Subpoenas |

 **This message could be suspicious**

• Similar name as someone you've contacted.

• The sender's email address couldn't be verified.

Report or Mark Safe                                    Taft - Powered by Mimecast

Hi, George, Evan.

Same note regarding the Simeon Stern subpoena as we have regarding Lindsey Anderson. Topics 1 and 2 are overbroad and unduly personal, the rest are fine.

Please call when you get a chance. I think we have to go through the whole procedure before I can file motions to quash. Or maybe you can send out superseding subpoenas. Please let me know.

Respectfully,

Alan Harrison
alan@sandollar-law.net
Milford, CT
203.212.9996

On Fri, Jan 10, 2025, 14:07 Cohn, Evan <ECohn@taftlaw.com> wrote:

> Alan,
>
>
> Attached are four subpoenas we're sending out today.  Let us know if you have any questions.
>
>
> Have a great weekend.
>
>
> Evan



**Evan H. Cohn**
Attorney
ECohn@taftlaw.com
Dir: 513.357.9687
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**taftlaw.com**



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Now over 1,000 attorneys strong.  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# EXHIBIT 3



Lindsey Anderson <lindseyclareanderson@gmail.com>

---

**Fwd: Notice of Subpoenas**

---

**Crystal Stranger** <crystalstranger@gmail.com>                                                    Sat, Jan 18, 2025 at 3:00 AM
To: Lindsey Clare Anderson <lindseyclareanderson@gmail.com>

Hi Lindsey,

My lawyer said for me to share this with you. The first two items on the Subpoena you do not need to answer. They are not planning to reissue at this time, but he said just the email should be enough for you to reply without not complying. Please feel free to confirm this with Maria and let me know what you find out. Thank you.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

---------- Forwarded message ---------
From: **Alan Harrison** <alan@sandollar-law.net>
Date: Fri, Jan 17, 2025 at 10:43 PM
Subject: Fwd: Notice of Subpoenas
To: Crystal Stranger <crystalstranger@gmail.com>

Alan Harrison
alan@sandollar-law.net
Milford, CT
203.212.9996

---------- Forwarded message ---------
From: **Cohn, Evan** <ECohn@taftlaw.com>
Date: Fri, Jan 17, 2025, 15:41
Subject: RE: Notice of Subpoenas
To: Alan Harrison <alan@sandollar-law.net>
Cc: Musekamp, George B. <GMusekamp@taftlaw.com>

Alan,

We're fine with cutting Items 1 and 2 from the subpoenas to Stern and Anderson, but we're not going to reissue subpoenas at this juncture as we anticipate compliance from the subpoenaed individuals per the subpoenas' instructions early next week.  If you want to let Stern and Anderson know to comply with all Items other than 1 and 2 by their respective responsive dates, that's fine.

Thanks,

Evan

---

**From:** Alan Harrison <alan@sandollar-law.net>
**Sent:** Friday, January 17, 2025 2:45 PM
**To:** Cohn, Evan <ECohn@taftlaw.com>
**Cc:** Musekamp, George B. <GMusekamp@taftlaw.com>
**Subject:** Re: Notice of Subpoenas

Hi, George, Evan.

Same note regarding the Simeon Stern subpoena as we have regarding Lindsey Anderson. Topics 1 and 2 are overbroad and unduly personal, the rest are fine.

Please call when you get a chance. I think we have to go through the whole procedure before I can file motions to quash. Or maybe you can send out superseding subpoenas. Please let me know.

Respectfully,

Alan Harrison
alan@sandollar-law.net
Milford, CT
203.212.9996

On Fri, Jan 10, 2025, 14:07 Cohn, Evan <ECohn@taftlaw.com> wrote:

> Alan,
>
> Attached are four subpoenas we're sending out today.  Let us know if you have any questions.
>
> Have a great weekend.
>
> Evan
>
>  **Evan H. Cohn**
> Attorney
> ECohn@taftlaw.com
> **Dir:** 513.357.9687
> **Tel:** 513.381.2838   |   **Fax:** 513.381.0205
> 425 Walnut Street, Suite 1800
> Cincinnati, Ohio 45202-3957
>
> **taftlaw.com**
>
> 
>
> Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Now over 1,000 attorneys strong.  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.