# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - x
                                  :
CLEER LLC,                        :  No. 3:24CV1496(MPS)
                                  :
              Plaintiff           :
                                  :
        v.                        :
                                  :
CRYSTAL STRANGER, et al.,         :
                                  :  New Haven, Connecticut
              Defendants          :  January 29, 2025
                                  :
- - - - - - - - - - - - - - - - - x


       HEARING ON MOTION FOR PRELIMINARY INJUNCTION
                 AND MOTION TO DISMISS

                        VOLUME I


B E F O R E:

       THE HONORABLE MARIA E. GARCIA, U.S.M.J.


A P P E A R A N C E S:

    FOR THE PLAINTIFF:

          TAFT STETTINIUS & HOLLISTER LLP
              425 Walnut Street, Ste. 1800
              Cincinnati, Ohio 45202
          BY: GEORGE MUSEKAMP, ESQ.
              EVAN COHN, ESQ.

    FOR THE DEFENDANTS:

              ALAN HARRISON, ESQ.
              6 West River, Ste. #112
              Milford, Connecticut 06460



                              Diana Huntington, RDR, CRR
                              Official Court Reporter
```

1   she worked at Cleer.
2           Thank you, Your Honor.
3           THE COURT:  Thank you.
4           You can call your first witness.
5           MR. MUSEKAMP:  Your Honor, we call David
6   McKeegan.
7           THE CLERK:  Please raise your right hand.
8
9                   DAVID McKEEGAN,
10      called as a witness, having been first duly
11       sworn, was examined and testified as follows:
12
13          THE CLERK:  Please state your name and spell
14  your last name.
15          THE WITNESS:  David McKeegan, M-C-K-E-E-G-A-N.
16          THE CLERK:  Give us your city and state of
17  employment.
18          THE WITNESS:  I work remotely, so it's wherever
19  I happen to be.  Ridgefield, Connecticut, as of yesterday.
20          THE CLERK:  Thank you.
21          THE COURT:  You can be seated.  There's a step
22  there too.
23          MR. MUSEKAMP:  Need any water or anything?
24          THE COURT:  There should be water there.
25          I'm going to ask that you take the microphone

1    Q.    It's got a numeral 6 at the start of the paragraph.
2    A.    Okay.
3    Q.    That's about calculating and allocating Cleer's net
4    profit, right?
5    A.    That says, "Describe the process related to the
6    calculation and allocation of Cleer's net profit among
7    capital accounts in each year that Ms. Stranger was a
8    member of Cleer, including how Cleer arrived at its
9    valuation."
10   Q.    Okay.  And in response to that interrogatory, did you
11   say or write "Cleer's officers reviewed the Operating
12   Agreement and complied with its terms"?
13   A.    I reviewed the operating agreement.  I saw that we
14   had to get a capital account calculation.  And then I
15   asked our CPA to do that calculation.
16   Q.    So in your deposition did you testify that you didn't
17   make any effort to comply with the Operating Agreement?
18   A.    I never would have thought of calculating a capital
19   account had I not read the Operating Agreement and seeing
20   that there was a capital account valuation required.
21   Q.    Okay.  Mr. McKeegan, are you a resident of
22   Connecticut?
23   A.    I own a home here.  I have a mortgage and a car.  But
24   I don't live here full-time.  But I don't live anywhere in
25   the United States full-time.

1  Q.   Okay.  Have you said at different times that you are
2  a resident of Connecticut?
3  A.   No, I don't believe so.
4  Q.   For example, did you say in the verified complaint
5  that you maintain United States residency in Connecticut?
6  A.   No.  I said I have a residence in Connecticut,
7  meaning I own a home.
8  Q.   Okay.  Does Cleer use Salesforce?
9  A.   We do, yes.
10 Q.   Does it work right?
11 A.   It's getting better.
12 Q.   Can you tell me more about that, please?
13 A.   In what way?
14 Q.   Well, you say it's getting better.  It was worse
15 before.  How was it worse?
16 A.   Previously it was quite a shambles.  And there was a
17 lot of information that was going into it incorrectly,
18 things were breaking all the time, we couldn't get
19 accurate reporting out of it.
20 Q.   Okay.  When did you implement Salesforce?
21 A.   I don't know.  I would guess -- you know, it was a
22 couple years ago.  It was 2021, 2022, I would guess.  That
23 was a project that Ms. Stranger was working on.
24 Q.   Okay.  And what is the point of having Salesforce or
25 using Salesforce as a company?