# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Alan Harrison's Motion to Clarify |
| | : | |
| CRYSTAL STRANGER et al. | : | |
| | : | |
| v. | : | 2025-02-26 |
| | : | |
| DAVID and CARRIE McKEEGAN | : | |

Now comes the undersigned, Alan Harrison, with the following question.

At Docket 155, the Court has granted my motion to withdraw (Docket 149) as Optic Tax's representative. Notwithstanding the foregoing, the Court has ordered me to serve a copy of Docket 155 on Optic Tax's representative no later than **March 3**. But Optic Tax does not have a representative now, and pursuant to Docket 155 may not have one until March 14 if ever. There is no guarantee that I will know the identity of Optic Tax's future representative if any.

Could the Court please clarify on whom I should serve the Order?

Respectfully submitted,
s/Alan Harrison
Alan Harrison (ctd 29464)
alan@sandollar-law.net
203.212.9996
SANDOLLAR Law
6 West River Street #112
Milford, CT 06460