# EXHIBIT A



Yancy Gonzales <yancy@optictax.com>

# LLC Tax presentation 2024
10 messages

**Marcos Sanchez** <marcos.sanchez@siux.co>  Wed, Feb 12, 2025 at 12:05 AM
To: hello@optictax.com

Hello,
I saw that several of the people I worked with last year on 2023 tax preparation at Cleer Tax are working here so I would like to know the pricing scheme.

• Company Name: SIUX STUDIO LLC MARCOS SANCHEZ MBR
• Type of Company: Delaware LLC (LLC Foreign Partnership)
• Incorporation Date: July 13, 2022
• State of Incorporation: Delaware
• 2024 Gross Annual Income: $32,546.59
• 2024 Gross Annual Expenses: -$9,697.75
• Foreign Subsidiary: No
• Foreign Shareholders: Yes, we are 5 foreign partners
• 2024 Tax Return Filed: No
• Extension Filed: No
• FinCEN BOI Report Filed: Yes

Could you please provide details on the pricing structure and additional paperwork required in our case due to the number of members to see the cost difference compared to Cleer Tax?

Thank you for your guidance in this regard.
Looking forward to your response.
Thanks

**Yancy Gonzales** <yancy@optictax.com>  Wed, Feb 12, 2025 at 2:08 AM
To: Marcos Sanchez <marcos.sanchez@siux.co>
Cc: hello@optictax.com

Hi Marcos,

I hope you are doing well. Thank you for reaching out to Optic Tax for your tax filing needs.

We offer comprehensive tax packages for LLC tailored to meet your business's needs. The pricing for our packages varies depending on the higher of your company's income or expenses for the year. Based on the provided information, you are best qualified with our **$799** federal tax package.

We will work with you to ensure you receive the best possible tax package based on your needs. We'll provide you with a customized quote and proposal once we have a better understanding of your business's data.

Below are our basic tax packages and their corresponding prices:

| Income/Expenses (Packages) | Price |
|---|---:|
| $0 Return | $299.00 |
| $1 - $10,000 | $399.00 |
| $10k - $150k | $799.00 |
| $150k - $500k | $999.00 |
| $500k - $1M | $1,199.00 |
| $1M - $5M | $1,999.00 |
| $5M - $10M | $2,999.00 |
| $10M - $20M | $3,999.00 |

Package inclusions:

**LLC**
- Federal Tax Return - Form 1120, Form 1065 or Form 1040 & Schedule C
- One State Tax Return (if needed)
- Up to 3 Forms 5472 (for companies with foreign owners) and additional **$99** per exceeding form.
- Up to 3 K-1s (Report of Partner or Shareholder Ownership)

**How to Get Started:**
1. You may refer to this website or simply sign up via our **self-service link**.
2. After completing your registration, you will receive a welcome email, followed by a Tax Organizer for you to fill out.
3. Once we receive everything, one of our tax accountants will review them and reach out for any additional information, if needed. Otherwise, you will be sent an Engagement Letter along with a Tax Proposal for the corresponding services/forms required.

If you have any questions, please do not hesitate to let me know.

Thank you!

Sincerely,
Yancy Gonzales
Senior Customer Success Accountant
yancy@optictax.com



[Quoted text hidden]

---

**Marcos Sanchez** <marcos.sanchez@siux.co>                                        Wed, Feb 12, 2025 at 3:15 AM

To: Yancy Gonzales <yancy@optictax.com>
Cc: hello@optictax.com

Perfect, thank you very much for your answer.
I would also like to know how much the bookkeeping service would cost to make the records for the year 2024.

Thank you in advance!
Marcos.

[Quoted text hidden]

---

**Yancy Gonzales** <yancy@optictax.com>   Wed, Feb 12, 2025 at 3:45 PM
To: Marcos Sanchez <marcos.sanchez@siux.co>
Cc: hello@optictax.com

Hi Marcos,

To provide the most suitable bookkeeping package for your 2024 financial statements, can you please provide the overall number of transactions for the year?

Thank you!

Sincerely,
Yancy Gonzales
Senior Customer Success Accountant
yancy@optictax.com



[Quoted text hidden]

---

**Marcos Sanchez** <marcos.sanchez@siux.co>   Wed, Feb 12, 2025 at 8:01 PM
To: Yancy Gonzales <yancy@optictax.com>
Cc: hello@optictax.com

Hi Yancy,
The overall number of transactions for 2024 is approximately 145, all processed through Mercury.com.

Let me know if you need any further details.

Best, Marcos

[Quoted text hidden]

---

**Annie Idloy** <annie@optictax.com>   Wed, Feb 12, 2025 at 10:34 PM
To: Marcos Sanchez <marcos.sanchez@siux.co>
Cc: hello@optictax.com

Hi Marcos,

Thank you for your response. This is Annie, the assigned Customer Success Accountant to your account.

We can offer our starting price of $500 for the 2024 bookkeeping clean-up.

I would also like to add that our initial tax return pricing starts at $799, but the final pricing will be determined by the tax accountant assigned to your account. This will be based on the completion of your bookkeeping clean-up (if you choose this service) or once the tax organizer has been completed.

I hope this helps. Let me know if you have any other questions or concerns.

Sincerely,
Annie Idloy
Customer Success Accountant
OpticTax.com
annie@optictax.com



[Quoted text hidden]

---

**Yancy Gonzales** <yancy@optictax.com>　　　　　　　　　　　　　　　　　　Wed, Feb 12, 2025 at 11:00 PM
To: Marcos Sanchez <marcos.sanchez@siux.co>
Cc: hello@optictax.com

Hi Marcos,

Thank you for providing the needed information. Based on the number of transactions and income & expenses of the company, you are most qualified with our $249/month lookback bookkeeping. Although, I'm happy to inform you that we have an ongoing promotion. Should you subscribe for 2025 bookkeeping with us, we can prepare for the company's 2024 for **$500**.

I'm excited to let you know that our **OpticPlus bookkeeping package** for **$249**/month is a perfect fit for your needs. This package is ideal for companies with less than $10K in monthly income and expenses, and it's a great option for businesses like yours that are starting to grow and expect more transactions in the future.

**Here's what's included in the OpticPlus package:**

- **Monthly bookkeeping reconciliations** to keep your records up to date
- **Annual business tax return filing**, ensuring all your tax obligations are met
- Filing of **five Form 1099-MISC**, saving you time during tax season
- Full support for **USD currency transactions**
- **Form 5472 filing** for foreign ownership (if applicable)
- **Expert tax advisory and strategic planning** to help maximize your financial growth

If you have any questions or concerns about this, please do not hesitate to let me know.

Sincerely,
Yancy Gonzales
Senior Customer Success Accountant
yancy@optictax.com



[Quoted text hidden]

---

**Marcos Sanchez** <marcos.sanchez@siux.co>    Thu, Feb 13, 2025 at 12:36 AM
To: Yancy Gonzales <yancy@optictax.com>
Cc: hello@optictax.com

Hi Yancy,

Thank you for the detailed information regarding your OpticPlus bookkeeping package. After reviewing the offer, I wanted to share a few thoughts and clarify some aspects.

Unfortunately, the **$249/month** fee for the OpticPlus package is a bit beyond our budget at the moment. Given that our transaction volume is not high, and considering that most of our recurring digital service debits are automatic, we find it simpler to gather all invoices at year-end and export the income and expenses from Mercury Bank to handle it retroactively.

On average, our monthly income and expenses range between **$3K-4K**, and since we only receive one transfer via Stripe, we do not anticipate a significant increase in the number of transactions in the future.

Regarding the Form 5472 filing and the other points related to our LLC's foreign ownership, I have a few questions:
• How much is each additional K-1 form?
• Does the package include the Schedule K-3 for Form 1065, or are there additional costs?
• Does it also include the Form 8805 filings, or will there be extra charges for that?

Additionally, I received an email from Optic Tax earlier, which mentioned that the initial cost for the tax filing is **$799**. However, the final price will be determined by the assigned tax advisor based on the completion of the bookkeeping process. Not knowing the final price until the end leaves me with some uncertainty, and I'd appreciate more clarity on that point.

As I mentioned earlier, we have 5 foreign members, and it would be really helpful to get an estimated cost for the entire process. This will help us make an informed decision on whether to continue with Cleer Tax or move forward with your services.

Looking forward to hearing back from you.

Best regards,
Marcos

---

**Yancy Gonzales** <yancy@optictax.com>    Thu, Feb 13, 2025 at 1:07 PM
To: Marcos Sanchez <marcos.sanchez@siux.co>
Cc: hello@optictax.com

Hi Marcos,

Thank you for expressing your thoughts on this matter. I understand your sentiment on our bookkeeping package. Although, please note that the bookkeeping package includes preparation for your 2025 tax return. Alternatively, we have an OpticMizer bookkeeping package. Our **Opticmizer Package** is a perfect fit for companies with **less than $5K in monthly income and expenses**, offering excellent value at just **$99/month**.

Here's what's included:

- **Bi-Annual Reviews**: Twice a year, your dedicated accountant will review your statements to ensure proper reconciliation and categorization, providing you with investor-ready Profit & Loss and Balance Sheets.
- **Dedicated Accountant**: You'll have a personal accountant to answer your questions regarding expense categorization, classifications, and other bookkeeping needs.
- **20% off Annual Business Tax Return Filing**: Enjoy discounted pricing for your annual business tax return.
- **Form 1099-MISC Filing**: We offer **$99 per form** for 1099-MISC filing, making it easy and affordable to stay compliant.

To provide more detailed information on the inclusion concerns, kindly be informed that Form 8805 is included in the package and each additional K-1 Form is at **$99.** Please note that K-3 is not included and this would cost **$99** per form.

Kindly note that the final price will be determined once the tax accountant reviews all the documents of the client as further forms needed may arise upon preparation of the return.

I hope this helps, and do not hesitate to raise it if you have any further questions.

Thank you!


Sincerely,
Yancy Gonzales
Senior Customer Success Accountant
yancy@optictax.com



[Quoted text hidden]

---

**Yancy Gonzales** <yancy@optictax.com>                                         Thu, Feb 13, 2025 at 1:15 PM
To: Crystal Stranger <crystalstranger@gmail.com>

Hi Crystal,

For your reference on this.

Sincerely,
Yancy Gonzales
Senior Customer Success Accountant
yancy@optictax.com



[Quoted text hidden]