# EXHIBIT B



**Re: Access Issue – Request for Documents**

Delete

**Message** Details

From: **Marcos Sanchez (/lightning/r/0034z00002yyz6jAAA/view)** 9:00 AM | Today
To: Dani Reyes (/lightning/r/0055e000007O6BMAA0/view)

**Related**

**(0) (/lightning/r/EmailMessage/02sVy00000Lzxf0IA**

**(2) (/lightning/r/EmailMessage/02sVy00000Lzxf0IA**

Dani Reyes (/lightnin...
Type: User

Marcos Sanchez (/lig...
Type: Contact

View All
(/lightning/r/EmailMessage/02sVy00000Lzxf0IAB/related/EmailMess

**Other Related People (1)**

Marcos Sanchez (/lightning/r/003Vy0000038p6...
Type: Contact

**Related To (1)**

SIUX STUDIO LLC MARCOS SANCHEZ MBR (...
Account

Hi Daenielle,

I really appreciate your willingness to review the pricing and explore possible adjustments.

We had a great experience working with Cleer Tax last year, and I would love to continue our collaboration. However, the pricing difference is making me hesitate. Last year, our filing with Cleer Tax was **$2,542**, whereas the same professionals at Optic Tax are now offering the same process for approximately **$1,500 - 1.700** (including **$799** for the federal tax package, **$500** for bookkeeping, and **$99** for additional forms for our five partners).

Given this difference, I would love to know if there's room for adjustments on your end. I'm happy to share any additional details you may need.
I'm attaching below the email from Optic Tax for your reference. Looking forward to your thoughts.

Context of 2024 presentation:
• Gross Annual Income: **$32,546.59**
• Gross Annual Expenses: **-$9,697.75**
• Overall number of transactions: **145**

Best,
Marcos

---------

Hi Marcos,
I hope you are doing well.

We offer comprehensive tax packages for LLC tailored to meet your business's needs. The pricing for our packages varies depending on the higher of your company's income or expenses for the year. Based on the provided information, you are best qualified with our **$799** federal tax package. We can offer our starting price of **$500** for the 2024 bookkeeping clean-up.

We will work with you to ensure you receive the best possible tax package based on your needs. We'll provide you with a customized quote and proposal once we have a better understanding of your business's data.

Below are our basic tax packages and their corresponding prices:

| Income/Expenses (Packages) | Price |
| --- | --- |
| $0 Return | $299.00 |
| $1 - $10,000 | $399.00 |
| $10k - $150k | $799.00 |
| $150k - $500k | $999.00 |
| $500k - $1M | $1,199.00 |
| $1M - $5M | $1,999.00 |
| $5M - $10M | $2,999.00 |
| $10M - $20M | $3,999.00 |

Package inclusions:

**LLC**
- Federal Tax Return - Form 1120, Form 1065 or Form 1040 & Schedule C
- One State Tax Return (if needed)
- Up to 3 Forms 5472 (for companies with foreign owners) and additional **$99** per exceeding form.
- Up to 3 K-1s (Report of Partner or Shareholder Ownership)

**How to Get Started:**
1. You may refer to this website or simply sign up via our **self-service link**.
2. After completing your registration, you will receive a welcome email, followed by a Tax Organizer for you to fill out.

2/12/25, 12:11 PM

Case 3:24-cv-01496-MPS    Document 162-2    Filed 02/28/25    Page 4 of 5

Box.com Case Issue. Request for Documents.| Salesforce

3. Once we receive everything, one of our tax accountants will review them and reach out for any additional information, if needed. Otherwise, you will be sent an Engagement Letter along with a Tax Proposal for the corresponding services/forms required.

If you have any questions, please do not hesitate to let me know.
Thank you!

Sincerely,
Yancy Gonzales
Senior Customer Success Accountant
yancy@optictax.com

El lun, 10 feb 2025 a la(s) 9:52 a.m., Daenielle Reyes (daenielle@cleertax.com) escribió:

Hi Marcos,

Thank you for reaching out to Cleer Tax and Bookkeeping. I'm glad to hear that you were able to access your Box folder! For your convenience, I've also sent you a separate email with the link to the folder.

Regarding Optic Tax, could you forward me a copy of the pricing they offered you? I'd be happy to review it and share it with our manager to explore possible adjustments. I'm confident that we can match—or even offer a better value—but I'll need the details to discuss potential discounts.

If you have any other questions or concerns please let me know.


Have a great day!


Best Regards,

**DAENIELLE REYES**

Tax Accountant
daenielle@cleertax.com



https://www.cleertax.com/


On Sat, Feb 8, 2025 at 1:16 AM Marcos Sanchez <marcos.sanchez@siux.co> wrote:
Hi Daenielle,
I just wanted to follow up and let you know that I was able to access the documents after all. Apologies for the trouble, and thank you for your time—I really appreciate it!

Also, I wanted to take this opportunity to mention that I'm about to start the 2024 tax filing process. The team that assisted me with the 2023 filing recently reached out, offering a significantly different price for handling it through Optic Tax. This has created some confusion on my end, and I'd love to clarify how things stand before moving forward.

Could we discuss this? Let me know your thoughts.

Best,
Marcos Sanchez

El vie, 7 feb 2025 a la(s) 2:08 p.m., Marcos Sanchez (marcos.sanchez@siux.co) escribió:
Hi Daenielle,

I hope you're having a great day.
I'm trying to access the tax filing documents, FINCEN report, bookkeeping records, and other files we've been working on together with Cleer Tax, but I'm unable to do so. It seems the password has expired, and I'm caught in an infinite loop when trying to log in.

Would you mind sharing the documents with me again at your convenience? I'd really appreciate it.

Thank you in advance!
Best,
Marcos Sanchez