# EXHIBIT A

    Crystal Stranger <crystalstranger@gmail.com>

# Fwd: Zoom Conference on the Record at 9:30 AM in CR 4
2 messages

---

**Alan Harrison** <alan@sandollar-law.net>  Thu, Jan 30, 2025 at 4:05 PM
To: Crystal Stranger <crystalstranger@gmail.com>

Hi, Crystal.

Please see below. We are going ahead today.

Yours faithfully,

Alan Harrison
SANDOLLAR Law
Milford, CT
203.212.9996

-------- Forwarded Message --------
**Subject:** Zoom Conference on the Record at 9:30 AM in CR 4
**Date:** Thu, 30 Jan 2025 13:52:10 +0000
**From:** Alyssa Esposito <Alyssa_Esposito@ctd.uscourts.gov>
**To:** Musekamp, George B. <GMusekamp@taftlaw.com>, dcohen_stephanzouras.com <dcohen@stephanzouras.com>, alan@sandollar-law.net <alan@sandollar-law.net>
**CC:** Diahann Lewis <Diahann_Lewis@ctd.uscourts.gov>


Counsel:

The Court will resume the preliminary injunction hearing at 9:30 AM on Zoom. Counsel who are able, will appear in person.

A link will be mailed to you and filed on the docket.


Alyssa Esposito

Career Law Clerk to the Honorable Maria E. Garcia

U.S. District Court for the District of Connecticut
141 Church Street
New Haven, CT 06510
(203) 773-2022

---

**Crystal Stranger** <crystalstranger@gmail.com>  Fri, Jan 31, 2025 at 12:36 AM
To: Alan Harrison <alan@sandollar-law.net>

Was I supposed to attend in person then? This isn't clear. And I never received a Zoom link, and I didn't see this until afternoon as I was out of communication transferring my phone over as I thought it was a totally shot day.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

## What is an enrolled agent?
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]