# Exhibit B

 **Crystal Stranger <crystal@optictax.com>**

## former client of cleer
1 message

████████████████  Sat, Mar 1, 2025 at 10:20 AM
To: "OpticTax.com" <crystal@optictax.com>

Hi Crystal
I wanted to avoid chaos by staying with the cleer tax team, but unfortunately things have been very challenging with their team.
I know it's tax season, so i don't expect it to happen overnight or before we close the books for 2024, but the longer we wait, the greater the task will wait.

Please let me know when we can have a quick call to see how we can come on board ASAP.

Thank you


onvers on  a a   a  orm

Book a meeting
👉 Read our latest blog