# Exhibit C

 <span style="color:gray">Crystal Stranger &lt;crystalstranger@gmail.com&gt;</span>

---

## Meet and Confer Over Former Cleer Client
2 messages

---

**Crystal Stranger** &lt;crystalstranger@gmail.com&gt;  Wed, Mar 5, 2025 at 10:50 PM
To: "George B. Musekamp" &lt;gmusekamp@taftlaw.com&gt;, Evan Cohn &lt;ecohn@taftlaw.com&gt;

Hi George,

You have always accused me of not reaching out for a meet and greet when clients solicit me and want to leave Cleer, and I received an email like that which I haven't responded to in fear of further problems with you, even though I don't think someone writing me out of the blue like this would be a solicitation. Please see the attached unsolicited email I received from a client of Cleer's who is unhappy there and wants to leave, and let me know what I should do to comply.

FYI I have redacted the client information to protect their privacy per my ethical requirements as this is not covered under the court order for discovery. Thank you for your assistance in resolving this matter.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow


**What is an enrolled agent?**

Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

---

 **Optic Tax Consultancy Mail - former client of cleer.pdf**
46K

---

**Musekamp, George B.** &lt;GMusekamp@taftlaw.com&gt;  Thu, Mar 6, 2025 at 12:25 AM
To: Crystal Stranger &lt;crystalstranger@gmail.com&gt;
Cc: "Cohn, Evan" &lt;ECohn@taftlaw.com&gt;

Hi Crystal,

You have always accused me of providing legal advice and that is somehow unethical conduct. You have also taken the position that you are only prohibited from contacting clients you had direct contact with while at Cleer but have redacted the name of the client.

Regardless, we have given you our position on your obligations under the TRO in this scenario - see our second motion for contempt.

Also, you have continuing obligations of supplementation under Fed. R. Civ. P. 26. Please produce an unredacted copy of the email.

Thanks,
George

> On Mar 5, 2025, at 3:53 PM, Crystal Stranger &lt;crystalstranger@gmail.com&gt; wrote:
>
> [Quoted text hidden]
> &lt;Optic Tax Consultancy Mail - former client of cleer.pdf&gt;

**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
**Dir:** 513.357.9453
**Tel:** 513.381.2838  |  **Fax:** 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati  Ohio 45202-3957

**Taft Bio**
**Download vCard**
**taftlaw.com**



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Now over 1,000 attorneys strong.  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.