**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | DEFENDANT CRYSTAL STRANGER'S |
| | : | MOTION FOR LEAVE TO FILE SUR- |
| CRYSTAL STRANGER et al. | : | REPLY IN OPPOSITION OF MOTION |
| | : | FOR SANCTIONS |
| | : | |

Pursuant to Rule 7(d) of the Local Rules, Pro Se Defendant Crystal Stranger respectfully moves this Court for leave to file a Sur-Reply in opposition to Plaintiff Cleer Tax LLC's Motion for Contempt of Court. Good cause exists because my Sur-Reply is needed to address new arguments and evidence submitted with their reply to Defendant's Opposition.

In the interest of fairness and to ensure a complete and accurate record, Defendant requests leave to file the attached Sur-Reply.

### I. REASONS FOR GRANTING LEAVE

1. **Plaintiff's Reply Introduces New Arguments** – Plaintiff's Reply provides new evidence and arguments that mischaracterizes the nature of Defendant's attorney Alan Harrison's emails, suggesting that it was evidence I was informed of the court proceedings, when in fact I could not view that email until the evening because it was

1

marked as spam. And that I went to Danbury to replace my malfunctioning iPhone when there were stores in New Haven that I could have gone to instead.

2. **Plaintiff Misstates Key Facts** – The Reply falsely asserts that "The Court never gave any indication that it intended to continue these proceedings" (Doc 163, at 4). But this was incorrect as can be viewed in Exhibit B. Defendant must be permitted to clarify the record, particularly when the Plaintiff explicitly waived the right to ask for a Motion for Contempt in exchange for admission of their evidence.

3. **Due Process Requires Correction of the Record**. The introduction of new arguments and evidence in the reply prejudices Defendant, as there was no prior opportunity to respond. Fundamental fairness and due process warrant the opportunity to address these newly raised points, particularly concerning the accuracy and relevance of the email presented by Plaintiff.

## II. LEGAL STANDARD

Courts routinely grant leave to file a sur-reply when a reply introduces new arguments or evidence that were not included in the initial motion. See *Travelers Indem. Co.* v. Excalibur *Reinsurance Corp.*, No. 3:11-CV-1209 CSH, 2013 WL 4012795, at *2 (D. Conn. Aug. 5, 2013) ("[I]n general, a party may not attempt to cure deficiencies in its moving papers by including new evidence in its reply to opposition papers."). A sur-reply is particularly appropriate when a moving party raises factual or legal assertions for the first time in a reply brief, thereby depriving the opposing party of an opportunity to respond.

III. **CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that the Court grant leave to file the attached Sur-Reply, attached as Exhibit A.

Respectfully submitted,

Crystal Stranger

Pro Se Litigant

Date: February 18th, 2025