Exhibit B

```
 1  prepared for my client not to show up today.  I think she
 2  does have some case on the merits of her counterclaims
 3  which she has not had an opportunity to present this early
 4  in the process because, as you know, the preliminary
 5  injunction hearing is not really the time or place for her
 6  to be heard on her counterclaims.  So I'd ask that if she
 7  hasn't had an opportunity to present evidence on her
 8  counterclaims, the Court should consider it's premature to
 9  render a directed verdict on the case as a whole.
10          THE COURT:  Go ahead, Attorney Musekamp.
11          MR. MUSEKAMP:  Just so I'm clear, I wasn't
12  moving for a directed verdict on everything in the case,
13  only on what's been presented to the Court on the
14  preliminary injunction.
15          Frankly, Your Honor, I think she's in contempt
16  of court.  She's a sworn-in witness in the middle of
17  testimony.  I think there's adverse inferences, I think
18  she's in contempt.  Honestly, I've never seen anything
19  like this before.
20          THE COURT:  You know, there's a couple different
21  ways we could proceed.  I could hold her in contempt,
22  potentially issue a capias for her to come and testify,
23  that's one route.  Or -- and this may be the more
24  advantageous avenue for your client, I don't know, is to
25  say you've put in your evidence.  And Attorney Harrison,
```

1  if you want to call Mr. McKeegan to the stand and put
2  in -- you can call whatever witnesses you want to call,
3  Attorney Harrison, right?  We're here for the hearing.
4  And conclude today.  But I'm not going to continue this
5  hearing.  We are all here.  It was clear that we had a
6  hearing today.  You're here today even though you have
7  COVID.  And this hearing is going to close today.  I've
8  been provided no justification for why this hearing has to
9  be continued and why the Court's and the parties'
10 resources need to continue to be drained.
11         MR. MUSEKAMP:  Your Honor, the second option is
12 fine with us.  That's, I think, how we'd like to proceed.
13         We will rest.
14         I would ask just that the other exhibits that I
15 was going to use be admitted.  I ask for an adverse
16 inference that -- obviously they say what they say,
17 Your Honor, and you can read them.  But since she's not
18 here to testify and I can't cross her, I think they all
19 should come in.
20         THE COURT:  Okay.  So what are the exhibits,
21 Attorney Musekamp, that you're looking to introduce that
22 haven't yet been introduced?
23         MR. MUSEKAMP:  I think I left off on
24 Exhibit 132.  I don't think I moved to admit that one yet,
25 but I would move to admit it.