Exhibit C



Fwd: Zoom Conference on the Record at 9:30 AM in CR 4    Inbox

Alan Harrison <alan@sandollar-law.net>
to me

Jan 30, 2025, 4:05 PM

Be careful with this message. The sender hasn't authenticated this message so Gmail can't verify it actually came from them.

Report spam    Looks safe

Hi, Crystal.

Please see below. We are going ahead today.

Yours faithfully,

Alan Harrison
SANDOLLAR Law
Milford, CT
203.212.9996

---------- Forwarded Message ----------
Subject: Zoom Conference on the Record at 9:30 AM in CR 4
Date: Thu, 30 Jan 2025 13:52:10 +0000
From: Alyssa Esposito <Alyssa_Esposito@ctd.uscourts.gov>
To: Musekamp, George B. <GMusekamp@taftlaw.com>, jbohen_stephanzouras.com <jbohen@stephanzouras.com>, alan@sandollar-law.net <alan@sandollar-law.net>
CC: Dahann Lewis <Dahann_Lewis@ctd.uscourts.gov>

Counsel:
The Court will resume the preliminary injunction hearing at 9:30 AM on Zoom. Counsel who are able, will appear in person.
A link will be mailed to you and filed on the docket.

Alyssa Esposito
Career Law Clerk to the Honorable Maria E. Garcia
U.S. District Court for the District of Connecticut
141 Church Street
New Haven, CT 06510
(203) 773-2022

Crystal Stranger <crystalstranger@gmail.com>
to Alan

Jan 31, 2025, 12:36 AM

Was I supposed to attend in person then? This isn't clear. And I never received a Zoom link, and I didn't see this until afternoon as I was out of communication transferring my phone over as I thought it was a totally shut day.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

What is an enrolled agent?
Enrolled agents (EAs) are America's tax experts. EAs are the only federally-licensed tax practitioners who specialize in taxation and also have unlimited rights to represent taxpayers before the Internal Revenue Service.

--

Reply    Forward