# Exhibit D

 **Crystal Stranger &lt;crystalstranger@gmail.com&gt;**

---

## 9:05 Email
3 messages

---

**Crystal Stranger** &lt;crystalstranger@gmail.com&gt;     Sat, Feb 22, 2025 at 1:56 PM
To: "George B. Musekamp" &lt;gmusekamp@taftlaw.com&gt;, Evan Cohn &lt;ecohn@taftlaw.com&gt;, Alan Harrison &lt;alan@sandollar-law.net&gt;

George,

Attached is the email both as printed, and the screenshot as I view it with the spam header.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

---

**2 attachments**


image.jpg
22K

📄 **GmailFull - Fwd: Zoom Conference on the Record at 9:30 AM in CR 4.pdf**
84K

---

**Musekamp, George B.** &lt;GMusekamp@taftlaw.com&gt;     Sat, Feb 22, 2025 at 2:59 PM
To: Crystal Stranger &lt;crystalstranger@gmail.com&gt;
Cc: "Cohn, Evan" &lt;ECohn@taftlaw.com&gt;, Alan Harrison &lt;alan@sandollar-law.net&gt;

Where did you go to get your phone transferred?

> On Feb 22, 2025, at 6:59 AM, Crystal Stranger &lt;crystalstranger@gmail.com&gt; wrote:
>
> [Quoted text hidden]
> &lt;GmailFull - Fwd: Zoom Conference on the Record at 9:30 AM in CR 4.pdf&gt;
> &lt;image.jpg&gt;

**Taft/**

**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
**Dir:** 513.357.9453
**Tel:** 513.381.2838   |   **Fax:** 513.381.0205

425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**Taft Bio**
**Download vCard**
**taftlaw.com**



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm. Now over 1,000 attorneys strong. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**Crystal Stranger** <crystalstranger@gmail.com>                                     Mon, Feb 24, 2025 at 7:02 PM
To: "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: "Cohn, Evan" <ECohn@taftlaw.com>, Alan Harrison <alan@sandollar-law.net>

This is in the evidence I uploaded- Danbury Mall Apple Store, in Danbury, CT.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]