# Exhibit A

                                                                245

1           MR. HARRISON:  Your Honor, I told Ms. Stranger
2    that Mr. Musekamp and I would ask the Court for a
3    continuance.  And based on that alone, she took off.
4           THE COURT:  She took off to where?
5           MR. HARRISON:  She's in, I think, Poughkeepsie.
6    I'm not sure.
7           THE COURT:  Well, there hasn't been a motion to
8    continue filed, has there?
9           MR. HARRISON:  No, Your Honor.  We were supposed
10   to confer with you this morning about that.
11          THE COURT:  I guess I'll turn to
12   Attorney Musekamp in terms of how plaintiff thinks it
13   would be appropriate to proceed.
14          MR. MUSEKAMP:  Your Honor, my position would be
15   that we combine, under Rule 65, the preliminary injunction
16   with a final hearing on the merits.  And I would move
17   under Rule 50 essentially for a directed verdict.  Based
18   on the testimony and evidence presented to the Court,
19   she's admitted to everything.  And she's not going to
20   apparently defend herself and put up any case.  So we
21   would rest, ask to move all the exhibits, and frankly ask
22   for a ruling today because there is no contrary testimony
23   from Ms. Stranger on any of the positions we took.
24          THE COURT:  Attorney Harrison?
25          MR. HARRISON:  Your Honor, I was not really