Exhibit B

146

1  Q.   Okay.  Have you said at different times that you are

2  a resident of Connecticut?

3  A.   No, I don't believe so.

4  Q.   For example, did you say in the verified complaint

5  that you maintain United States residency in Connecticut?

6  A.   No.  I said I have a residence in Connecticut,

7  meaning I own a home.

8  Q.   Okay.  Does Cleer use Salesforce?

9  A.   We do, yes.

10  Q.   Does it work right?

11  A.   It's getting better.

12  Q.   Can you tell me more about that, please?

13  A.   In what way?

14  Q.   Well, you say it's getting better.  It was worse

15  before.  How was it worse?

16  A.   Previously it was quite a shambles.  And there was a

17  lot of information that was going into it incorrectly,

18  things were breaking all the time, we couldn't get

19  accurate reporting out of it.

20  Q.   Okay.  When did you implement Salesforce?

21  A.   I don't know.  I would guess -- you know, it was a

22  couple years ago.  It was 2021, 2022, I would guess.  That

23  was a project that Ms. Stranger was working on.

24  Q.   Okay.  And what is the point of having Salesforce or

25  using Salesforce as a company?