# Exhibit C

```
                                                              25

 1   she worked at Cleer.
 2            Thank you, Your Honor.
 3            THE COURT:  Thank you.
 4            You can call your first witness.
 5            MR. MUSEKAMP:  Your Honor, we call David
 6   McKeegan.
 7            THE CLERK:  Please raise your right hand.
 8
 9                     DAVID McKEEGAN,
10       called as a witness, having been first duly
11       sworn, was examined and testified as follows:
12
13            THE CLERK:  Please state your name and spell
14   your last name.
15            THE WITNESS:  David McKeegan, M-C-K-E-E-G-A-N.
16            THE CLERK:  Give us your city and state of
17   employment.
18            THE WITNESS:  I work remotely, so it's wherever
19   I happen to be.  Ridgefield, Connecticut, as of yesterday.
20            THE CLERK:  Thank you.
21            THE COURT:  You can be seated.  There's a step
22   there too.
23            MR. MUSEKAMP:  Need any water or anything?
24            THE COURT:  There should be water there.
25            I'm going to ask that you take the microphone
```