Exhibit A

 Gmail                                                                                              Crystal Stranger <crystalstranger@gmail.com>

## Meet and Confer on Client List
9 messages

**Musekamp, George B.** <GMusekamp@taftlaw.com>                                                 Fri, Feb 21, 2025 at 4:56 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

Crystal –

I am writing on our obligation to meet and confer regarding your request for Cleer's client list. Alan needs to be part of this discussion as the information you are seeking is for the benefit of Optic Tax.

Please let me know when you are available.

Thanks,
George


**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**Taft Bio**
**Download vCard**
**taftlaw.com**



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Now over 1,000 attorneys strong.  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**Crystal Stranger** <crystalstranger@gmail.com>                                                 Fri, Feb 21, 2025 at 5:01 PM
To: "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

Hi George,

I'm available now, or we could chat over the weekend perhaps. On Monday I am quite booked out though, and I only have time available at 11am EST for half an hour. With the time difference, typically in the morning East Coast time is the only times I am available. Thank you for setting this up as these issues would be great to resolve promptly.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Musekamp, George B.** <GMusekamp@taftlaw.com>                                    Fri, Feb 21, 2025 at 6:27 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

I am available now for the rest of the day.

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>                                    Fri, Feb 21, 2025 at 7:01 PM
To: "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

Hi George,

Do you want to give me a call now? Not sure if Alan is getting these messages, sounded like he had prior engagements today, but I think the dispute is mainly between us, so maybe we just need to confer?

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Alan Harrison** <alan@sandollar-law.net>                                    Fri, Feb 21, 2025 at 7:49 PM
To: Crystal Stranger <crystalstranger@gmail.com>, "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: "Cohn, Evan" <ECohn@taftlaw.com>

Hi. I just got all these e-mails.

I am available.

[Quoted text hidden]

---

**Musekamp, George B.** <GMusekamp@taftlaw.com>                                    Fri, Feb 21, 2025 at 8:08 PM

To: Alan Harrison <alan@sandollar-law.net>, Crystal Stranger <crystalstranger@gmail.com>
Cc: "Cohn, Evan" <ECohn@taftlaw.com>

Alan - Crystal and I conferred.

She will provide me with a copy of your email that we requested. Depending on legibility, I may request the same from you.

We are going to provide her with the stipulated overlapping list (plus the 226-person Cleer client list) which we claim constitutes the current and prospective clients that are off limits for purposes of the TRO. Crystal claims our list is not accurate. Thus, there is no agreement. Per the TRO, "absent conferral **and agreement**, Stranger may not contact any customers or suppliers or prospective customers or suppliers of Cleer LLC or its predecessors." Because there is no agreement, there can be no contact with any customers or suppliers.

Nevertheless, Crystal intends to contact the Court to claim our list is not accurate. It is unclear what she wants the Court to do, especially given the fact that she did not provide any contrary evidence at the hearing and the PI should be coming out very soon.

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>    Fri, Feb 21, 2025 at 9:25 PM
To: "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

George-

Your playing dumb act is getting old. I have told you very clearly what I want- a list of the clients related to the TWO YEARS prior to me leaving my employment in Cleer. This was very clearly stated in both the MVA and the TRO as the term that I am restricted to not contact clients who I was in direct or indirect contact with during that period. At the very least this DOES NOT include clients added to Cleer's list after 2/1/2024. Thus the list you provided that runs through December 18th, 2024 is completely inadequate, and the continuing proposition you make that this is reasonable and you are making a "reasonable conferral and agreement" is nothing short of absurd.

Also, your assumption that I gave you permission to ask for those emails from Alan is misplaced. I told you if the one I send that I think reflects the position reasonably is not adequately legible, I will send you another version. It is completely inappropriate that you misstate what I say in this way and overstep your authority. Let me be clear, you are not my attorney and you do not speak for me, neither does Alan. Wishing you a wonderful weekend.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Musekamp, George B.** <GMusekamp@taftlaw.com>    Fri, Feb 21, 2025 at 9:43 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

Crystal –

Let's refrain from the name calling.

I just sent you the list that we discussed. I disagree that the list that runs through December 18, 2024 is inadequate considering that Optic Tax's employees and IC's were continuing to access Cleer's information to solicit Cleer's clients well after February 1, 2024 and you were removed as a member on August 9, 2024.

I never told Alan that you gave me permission to ask for emails, and I don't need your permission or your authority to request information from Optic Tax – whom you do not and cannot represent. While you may think you are a licensed attorney, you are not. I told Alan I would ask him for the email if the one you send me is illegible. Alan, as the attorney, can then take whatever position he wants in light of you agreeing that the privilege was waived.

Thanks,

George

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>  Sat, Feb 22, 2025 at 1:31 PM
To: "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

George-

I did not call any names, I was just calling out your behaviour as you repeatedly are stating the same unreasonable position under the guise that it is the only reasonable approach. But any reasonable person would disagree.

Also, I do not appreciate your commentary here. As on our call yesterday, you continue to disparage me and make light of my case, which is a violation of Connecticut rule 3.4(e).

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]