Exhibit B

 **Gmail**  Crystal Stranger <crystalstranger@gmail.com>

---

## Email

---

**Musekamp, George B.** <GMusekamp@taftlaw.com>  Tue, Feb 18, 2025 at 6:26 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: "Cohn, Evan" <ECohn@taftlaw.com>, Alan Harrison <alan@sandollar-law.net>

Crystal - you did waive privilege again when you put your and Alan's text communications in a court filing. As the court already stated, there is no such thing as selective waiver.  If Alan's email is discussing your attendance or a request for continuance, it has to be produced. Please let us know by the end of the day tomorrow as we have to file an opposition in response to your motion for a mistrial.

More important is the motion for contempt that you filed claiming we engaged in witness tampering. Please advise whether you are withdrawing so we do not have to bring another motion for sanctions.

> On Feb 18, 2025, at 11:08 AM, Crystal Stranger <crystalstranger@gmail.com> wrote:
>
> [Quoted text hidden]