# Exhibit C

 Crystal Stranger <crystalstranger@gmail.com>

## Passport

**Musekamp, George B.** <GMusekamp@taftlaw.com>  Fri, Feb 14, 2025 at 4:01 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: Alan Harrison <alan@sandollar-law.net>, "Cohn, Evan" <ECohn@taftlaw.com>

Crystal - If we do not have a legible copy of your passport by Monday, we plan to contact the court on Tuesday. Please advise how you would like to proceed.

Taft /

George B. Musekamp
Partner

mailto:GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

http://www.taftlaw.com/bio/GMusekamp@taftlaw.com
http://www.taftlaw.com/vcard/GMusekamp@taftlaw.com
http://www.taftlaw.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.