Exhibit F

 Gmail

Crystal Stranger <crystalstranger@gmail.com>

## DHL Shipment Notification : 9798313033
3 messages

**DHL - DO NOT REPLY** <support@dhl.com>                                    Sat, Feb 15, 2025 at 10:21 AM
To: crystalstranger@gmail.com

Notification for shipment event group "Customs clearance" for 15 Feb 25.

AWB Number: 9798313033
Pickup Date: 2024-12-10 13:35:48
Estimated Delivery Date: 2024-12-17 23:59:00
Service: P
Pieces: 1
Cust. Ref: 566845300
Description: USED - APPLE MAC LAPTOP

Ship From:                          Ship To:
                                    TAFT
CRYSTAL STRANGER                    425 WALNUT STREET
33 ROOIBOK STREET                   SUITE 1800 OH OHIO
SCARBOROUGH, 7975                   CINCINNATI, OHOhio
ZA                                  45202
                                    US

EVENT CATEGORY
**15 Feb 25 10:20 AM - Customs clearance status updated. Note - The Customs clearance process may start
while the shipment is in transit to the destination. - JOHANNESBURG,SOUTH AFRICA**

**Further Details -** Shipment has been given a release status by Customs.
**Next Steps -** Unless there is an adhoc physical examination or a stop by another regulatory authority the shipment will
proceed to DHL delivery facility. Please continue to monitor the progress online.

Shipment status may also be obtained from our Internet site in South Africa under https://mydhl.express.dhl/za/
en/auth/login.html - Alternatively contact us on 0860 345 000

Please do not reply to this email. This is an automated application used only for sending proactive notifications

You are receiving this email because a notification is configured to receive notifications from ProView. If you prefer not
to receive future notification email of this type, click here to unsubscribe. Please note this URL is only valid for 1 day.

**Crystal Stranger** <crystalstranger@gmail.com>                              Sat, Feb 15, 2025 at 2:08 PM
To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Alan Harrison <alan@sandollar-law.net>

Hi George,

Looks like customs has mysteriously been cleared (I didn't send them anything else). Like I said, they probably lost it
or someone took it, and now it finally showed up again so they cleared customs and are sending it out finally, which is
a relief as I thought it was gone for good. This kind of thing happens a lot here. We need to chat about how you will
safely ship it back to me when done with your review. My husband will be in Seattle for a Bill and Melinda Gates
Foundation event in a couple weeks, so possibly you could ship it to him there somehow for him to bring it back?

Would be safer than sending back to South Africa as I don't want this to happen again when going the other direction. Thank you.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>                                    Thu, Feb 20, 2025 at 9:38 PM
To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Alan Harrison <alan@sandollar-law.net>

Hi George,

I wanted to raise this to the top of your inbox as I still haven't heard back about if you can overnight the computer to my husband in Seattle next week when you are done looking at it. I really don't want this type of customs holdup when it is on it's way back to me again, and I would appreciate you addressing this promptly. Thank you.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]