# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th of March of twenty twenty-five,

_____

| | |
|---|---|
| Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax, | **ORDER**<br>Docket No. 25-530 |
|      Plaintiff-Counter-Defendant-Appellee, | |
| v. | |
| Crystal Stranger, | |
|      Defendant-Counter-Claimant-Appellant, | |
| Optic Tax Inc., | |
|      Defendant, | |
| Carrie McKeegan, David McKeegan, | |
|      Counter-Defendant. | |

_____

     Appellant Crystal Stranger has filed a notice of appeal from a magistrate judge order dated March 3, 2025. The order appears to be non-appealable. See 28 U.S.C. §1291, 1291; 28 U.S.C. § 36(b)(1), (c)(1). Appellant is advised that the order may be appropriate for the district judge to review upon Appellant's filing of objections. See 28 U.S.C. § 636 (b)(1).

     IT IS HEREBY ORDERED that Appellant Crystal Stranger filed a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due March 21, 2025. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/07/2025