# Exhibit A

   Crystal Stranger <crystalstranger@gmail.com>

## Cleer v. Stranger; Case No. 3:24cv01496

**Musekamp, George B.** <GMusekamp@taftlaw.com>   Thu, Mar 20, 2025 at 8:31 PM
To: Alyssa Esposito <Alyssa_Esposito@ctd.uscourts.gov>
Cc: Crystal Stranger <crystalstranger@gmail.com>, "Cohn, Evan" <ECohn@taftlaw.com>

Ms. Esposito –

I am writing to seek clarification of the Court's recommended preliminary injunction specifically as to the transfer of the Cleer.tax domain. The Court recommended granting Cleer's Motion for a Preliminary Injunction (which included the request to have the Cleer.tax domain transferred to Cleer), but we do not see that relief addressed in the Order. The recommendation further provides that Ms. Stranger is enjoined from "maintaining" the Cleer.tax domain which we interpret to mean she is enjoined from "keeping" the domain. On page 34 of the proposed preliminary injunction, there appears to be a missing Paragraph No. 7 as there is an "and" at the end of Paragraph No. 6, but no Paragraph No. 7. Perhaps this issue was to be addressed at Paragraph No. 7 but was inadvertently deleted.

I can file a formal motion if preferred.

Thanks,

George



**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati  Ohio 45202-3957

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,000 attorneys strong.**

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.