## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : : : | Case No. 3:24-cv-01496-MPS<br><br>Judge Michael P. Shea<br>Magistrate Judge Maria E. Garcia |
| Plaintiff, | : : | |
| v. | : : : | **PLAINTIFF CLEER LLC'S OPPOSITION TO DEFENDANT CRYSTAL STRANGER'S MOTION TO CLARIFY** |
| CRYSTAL STRANGER, et al., | : : | |
| Defendants. | : | |

On March 4, 2025, Defendant Crystal Stranger filed a Motion to Clarify, effectively asking this Court to entirely rewrite the temporary restraining order it issued against her in October 2024. On March 20, 2025, the Court entered its Recommended Ruling granting in full Cleer's Motion for Preliminary Injunction. (Doc. 182). If not moot already, Ms. Stranger's Motion to Clarify will be moot when the Court formally enters the preliminary injunction.

For these reasons, Cleer respectfully requests that the Court deny and disregard Ms. Stranger's Motion to Clarify.

    Respectfully submitted,

    */s/ George B. Musekamp*
    George B. Musekamp (PHV)
    Evan H. Cohn (PHV)
    Taft Stettinius & Hollister LLP
    425 Walnut Street, Suite 1800
    Cincinnati, Ohio 45202
    Tel: (513) 381-2838
    Fax: (513) 381-0205
    gmusekamp@taftlaw.com
    ecohn@taftlaw.com

2

>Michael S. O'Malley, Esq. (CT31784)
>Ogletree, Deakins, Nash,
>Smoak & Stewart P.C.
>281 Tresser Boulevard
>Stamford, CT 06901
>Tel: (203) 969-3109
>Fax: (203) 969-3150
>Michael.O'Malley@ogletree.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 25, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel of record.

*/s/ George B. Musekamp*

2