# Exhibit B

**OPTIC TAX, INC.**
**2025 ANNUAL MEETING OF THE BOARD OF DIRECTORS**

**Background**

A **telephonic regular** meeting of the Board of Directors of Optic Tax Inc., a Delaware corporation (the "Company"), was held at **Cape Town, South Africa** on **January 26, 2025** at **10:00 PM**, pursuant to notice given in accordance with the Delaware General Corporation Law and the Company's Bylaws.

The following directors were present at the meeting in person: Crystal Stranger The following directors were present through remote means whereby the directors could hear and be heard by the other directors: Simeon Stern. The Corporate Secretary acted as Secretary of the meeting.

**Call to Order and Quorum**

The **Chairman** called the meeting to order. Based on the number of directors in attendance at the meeting and the Company's by-laws, the Secretary determined that a quorum was present and stated that the meeting could proceed.

**Order of Business**

The first order of business before the meeting was the approval of the actions of the Board: ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

After the Secretary's review of the minutes, the directors approved the actions of the last meeting.

**Discussion of Topics**

The next item discussed at the meeting was **the restricted stock cancellation agreement of Crystal Stranger.**

- The discussion progressed as follows, and the following conclusion, action items, or next steps were reached: **that due to the rising legal costs and expenditures, that in exchange for valuable consideration of the compensation and reimbursements of Crystal Stranger by Optic Tax that she would sign an agreement that her unvested Restricted Stock units would be cancelled and the shares would return to the company treasury.**

Following the discussion of topics, the Secretary reviewed the schedule of upcoming board and committee meetings for the remainder of the calendar year. The **Chairman** highlighted that the next meeting of the Board was scheduled to be held on **January 31st, 2026**, at the same location. He/she requested that any concerns about the timing of the next meeting be submitted to the Secretary. There being no other business to consider, the meeting was adjourned at **10:59 PM**.

[SIGNATURE PAGE FOLLOWS]

The undersigned attests to the accuracy of these Board minutes, and shall include such minutes in the records of the Company.

[SECRETARY]:

_____
(Signature)

_____
Crystal Stranger
(Please Print)