# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-five.

Before:    Maria Araújo Kahn,
                *Circuit Judge.*

_____

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

    Plaintiff-Counter-Defendant-Appellee,

v.

Crystal Stranger,

    Defendant-Counter-Claimant-Appellant,

Optic Tax Inc.,

    Defendant,

Carrie McKeegan, David McKeegan,

    Counter-Defendants.

_____

**ORDER**

Docket Nos. 25-530(L), 25-663(Con)

    Appellant, pro se, moves for a partial stay of the district court's temporary restraining order pending resolution of this appeal.

    IT IS HEREBY ORDERED that the motion for a partial stay pending appeal is REFERRED to a three-judge motions panel. To the extent Appellant requests a temporary or immediate stay pending decision by the panel, that request is DENIED.

                                                   For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/08/2025