# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | Case No. 3:24-cv-01496-MPS |
| | Judge Michael P. Shea |
| Plaintiff, | **DECLARATION OF DAVID MCKEEGAN** |
| v. | |
| CRYSTAL STRANGER, et al., | |
| Defendants. | |

1.       I am the Founder, President, and Chief Executive Officer of Cleer LLC (f/k/a Greenback Business Services LLC) d/b/a Cleer Tax ("Cleer").

2.       It recently came to my attention that Defendant Optic Tax Inc. ("Optic Tax") has linked its client portal to Optictaxglobal.com, the website for Optic Tax Global ("OTG"), a Delaware corporation which filed its Certificate of Incorporation with the Delaware Secretary of State on April 30, 2025—just ten days after this Court issued its Recommended Ruling granting Cleer's Motion for Preliminary Injunction against Optic Tax and Defendant Crystal Stranger ("Stranger").  Attached as Exhibit A is a true and accurate copy of OTG's Certificate of Incorporation.  Attached as Exhibit B is a true and accurate copy of the landing page for when a user clicks Optic Tax's client portal on optictax.com, which links to Optictaxglobal.com and states it is "managed by Optic Tax Global."

3.       According to the Delaware Secretary of State website, the initial director of OTG is David Kayisuti Mutetwa, who, upon information and belief, resides in Gauteng, South Africa, and is associated with Stranger.

1

2

4. OTG offers the same services Optic Tax offers, which are directly competitive with the services Cleer offers. Attached as Exhibit C is a true and accurate copy of OTG's website describing the services it offers.

5. OTG's website directs its users looking to exercise their rights under its Privacy Policy to contact Leonor Da Costa, a former Cleer employee who Stranger poached to work at Optic Tax. Attached as Exhibit D is a true and accurate copy of OTG's website directing users to Ms. Da Costa.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2025.

*David McKeegan*

box SIGN    1XV35335-1XJWLXX8

David McKeegan

2

# EXHIBIT A

# Delaware

Page 1

The First State

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "OPTIC TAX GLOBAL, INC." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE THIRTIETH DAY OF APRIL, A.D. 2025, AT 12:05 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "OPTIC TAX GLOBAL, INC.".



Charuni Patibanda-Sanchez, Secretary of State

10179731  8100H  
SR# 20252947791  

Authentication: 203849357  
Date: 06-03-25  

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:05 PM 04/30/2025
FILED 12:05 PM 04/30/2025
SR 20251887683 - File Number 10179731

# CERTIFICATE OF INCORPORATION
# OF
# OPTIC TAX GLOBAL, INC.

## ARTICLE I

The name of the corporation is Optic Tax Global, Inc. (the "Corporation").

## ARTICLE II

The address of the Corporation's registered office in the state of Delaware is 131 Continental Dr, Suite 305, in the city of Newark, zip code 19713, and county of New Castle. The name of its registered agent at such address is Legalinc Corporate Services Inc.

## ARTICLE III

The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the Delaware General Corporation Law.

## ARTICLE IV

The aggregate number of shares which the Corporation shall have authority to issue is 1000 shares of capital stock all of which shall be designated "Common Stock" and have a par value of $0.1 per share.

## ARTICLE V

The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors. Elections of directors need not be by written ballot unless otherwise provided in the Bylaws of the Corporation. In furtherance of and not in limitation of the powers conferred by the laws of the state of Delaware, the Board of Directors of the Corporation is expressly authorized to make, amend or repeal Bylaws of the Corporation.

## ARTICLE VI

To the fullest extent permitted by the Delaware General Corporation Law, as the same exists or as may hereafter be amended, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

The Corporation shall indemnify to the fullest extent permitted by law any person made or threatened to be made a party to an action or proceeding, whether criminal, civil, administrative or investigative, by reason of the fact that such person, such person's testator or intestate is or was a director or officer of the Corporation or any predecessor of the Corporation, or serves or served at any other enterprise as a director or officer at the request of the Corporation or any predecessor to the Corporation.

Neither any amendment nor repeal of this Article VI, nor the adoption of any provision of the Corporation's Certificate of Incorporation inconsistent with this Article VI, shall eliminate or reduce the effect of this Article VI in respect of any matter occurring, or any action or proceeding accruing or arising or that, but for this Article VI, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

## ARTICLE VII

Unless the Corporation consents in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware shall be the sole and exclusive forum for (A) any derivative action or proceeding asserting a claim on behalf of the Corporation, (B) any action or proceeding asserting a claim of breach of a fiduciary duty owed by

any current or former director, officer, employee or agent of the Corporation to the Corporation or the Corporation's stockholders, (C) any action or proceeding asserting a claim against the Corporation arising pursuant to any provision of the Delaware General Corporation Law or the Corporation's Certificate of Incorporation or Bylaws, (D) any action or proceeding asserting a claim as to which the Delaware General Corporation Law confers jurisdiction upon the Court of Chancery of the State of Delaware, or (E) any action or proceeding asserting a claim governed by the internal affairs doctrine, in each case subject to said Court of Chancery having personal jurisdiction over the indispensable parties named as defendants therein.

## ARTICLE VIII

The powers of the incorporator are to terminate upon the filing of this Certificate of Incorporation. The name and mailing address of the person who is to serve as the initial director of the Corporation until the first annual meeting of stockholders of the Corporation, or until such director's successor is elected and qualified, are:

David Kayisuti Mutetwa
34 Brier Ave #559
Wilmington DE 19805
United States

## ARTICLE IX

The name and mailing address of the incorporator is as follows:

David Kayisuti Mutetwa
34 Brier Ave #559
Wilmington DE 19805
United States

Executed on 4/30/2025

*David Kayisuti Mutetwa*
David Kayisuti Mutetwa, Incorporator

# EXHIBIT B

## Bookkeeping Services

### Stay Investor-Ready. Always.

At Optic Tax Global, we don't just "do your books"—we turn them into a growth asset. Whether you're behind, scaling fast, or preparing for a funding round, our expert team delivers financial clarity that drives better decisions.

### What We Offer

✅ **Catch-Up Bookkeeping**
Falling behind? We specialize in untangling messy books and getting you back on track—fast.

✅ **Full-Service Bookkeeping**
Want to stay hands-off? We handle everything: reconciliations, reporting, compliance—you name it.

✅ **Financial Reconstruction**
Need clean, U.S. GAAP-compliant financials for investors or tax season? We'll rebuild your books with speed and precision.

### Why Choose Optic Tax Global?

- **Built for Startups** – Tailored solutions for high-growth, fast-paced companies
- **U.S. GAAP Experts** – Perfect for foreign founders navigating U.S. compliance
- **Global Reach** – Cross-border support without the communication headaches
- **Customized Service** – No cookie-cutter templates—just bookkeeping that fits your business

## 2. C-Corp & LLC Tax Preparation

### Smart, strategic filings tailored to your entity.

*From basic startups to complex structures, we prepare tax returns that optimize deductions and reduce risk. Our services include:*

- Small business tax optimization
- Corporate tax strategy
- Complex forms like 5471 and 5472

## 3. Foreign Corporate Tax Returns (Form 5471)

### Own a foreign subsidiary? We've got you covered.

*These returns are complex—and mistakes are expensive. We handle:*

- Accurate Form 5471 prep
- Compliance with international reporting laws
- End-to-end filing management

# EXHIBIT C



# EXHIBIT D

# Exercising your rights

You may exercise the rights specified above by submitting a consumer request to:

Leonor Da Costa
Customer Success Lead
support@optictaxglobal.com
34 Brier Ave, Unit #559, Wilmington, DE 19805, USA