# Exhibit A



Crystal Stranger <crystalstranger@gmail.com>

## Cleer.tax Transfer

**Musekamp, George B.** <GMusekamp@taftlaw.com>  
To: Crystal Stranger <crystalstranger@gmail.com>  
Cc: "Cohn, Evan" <ECohn@taftlaw.com>

Thu, Jun 19, 2025 at 8:49 PM

Crystal –

Without providing you legal advice because I am not your lawyer, filing a motion for reconsideration or notice of appeal does not relieve you of your obligations to comply with the Court's Order. You are welcome to do your own independent research. It is our position that the domain must be transferred within 48 hours of the Court's Order.

==I still have the computer and will retain it until it has been forensically examined which we will perform as part of discovery in this matter.== We can then discuss providing the laptop to a neutral third-party until this case is complete. It is Cleer's position that the laptop belongs to the company. So the record is clear, you did not send the laptop 6 months ago – after you claimed it was stolen or was lost, it mysteriously cleared customs just in time for us not to have it for the PI hearing 4 months ago.

Please confirm that you will withdraw your earlier appeal of the TRO in light of your newly filed appeal of the preliminary injunction.

Thanks,

George

[Quoted text hidden]