JUN 25 2025 AM 10:55
FILED-USDC-CT-NEW HAVEN

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC, | ) |
| Plaintiff, | ) Case No.: 3:24cv1496 (MPS) |
| v. | ) BOND ON INJUNCTION |
| CRYSTAL STRANGER AND OPTIC TAX, INC., | ) Bond No.: S-981789 |
| Defendant(s). | ) |

We, CLEER LLC, as Principal, and NGM INSURANCE COMPANY, as Surety, are bound to the above shown Defendant(s), as Obligee, in the sum of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) lawful money of the United States of America, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns jointly and severally.

THE CONDITION OF THIS BOND IS SUCH; That if the Principal shall pay all costs and damages that the Obligee may sustain in consequence of the Principal improperly obtaining a temporary injunction or restraining order in this action, then this bond is void; otherwise it remains in full force and effect.

Signed, sealed and dated this 20th day of June, 2025.

**NGM INSURANCE COMPANY**
55 West Street, Keene, NH 03431

By: Nicholas A. Hanley, Attorney-in-Fact

**PRINCIPAL**

By: Attorney for Principal

APPROVED on _____, 2025.

_____
(Judge)(Clerk)