

425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Tel: 513.381.2838 | Fax: 513.381.0205
taftlaw.com

**George Musekamp**
513.357.9453
GMusekamp@taftlaw.com

June 24, 2025

**VIA FEDERAL EXPRESS**

Clerk of Courts
Richard C. Lee U.S. Courthouse
United States District Court
141 Church Street
New Haven, CT 06510

    Re:    **Cleer LLC v. Crystal Stranger - Case No. 3:24-CV-1496**
           **Preliminary Injunction Order #208**

Dear Sir/Madam:

    Pursuant to Judge Shea's Order [Doc. 208], please find enclosed a $150,000 surety bond that was ordered to be posted by Plaintiff Cleer, LLC in the matter referenced above. Please contact me if you have any questions.

                                         Sincerely,

                                         George Musekamp
                                         *Counsel for Plaintiff Cleer, LLC*

GM:ajy
Enclosure

Taft Stettinius & Hollister LLP / Taftlaw.com / The Modern Law Firm
173742240v1