

ORIGIN ID:LUKA  (513) 357-9430
GEORGE MUSEKAMP
TAFT STETTINIUS & HOLLISTER, LLP
425 WALNUT STREET
SUITE 1800
CINCINNATI, OH 45202
UNITED STATES US

SHIP DATE: 24JUN25
ACTWGT: 1.00 LB
CAD: 109756669/INET4535

BILL SENDER

TO  CLERK OF COURTS - U.S. DISTRICT
RICHARD C. LEE U.S. COURTHOUSE
141 CHURCH STREET

NEW HAVEN CT 06510
(000) 000-0000
INV:
PO:   REF: 118314-00001
      DEPT: CIN-




FedEx
TRK# 8822 6368 0510
0201

WED - 25 JUN 10:30A
PRIORITY OVERNIGHT

XS EFBA           06510
              CT-US   BDL



58GJ1/0CF5/59F2

