# EXHIBIT A

**From:** Crystal Stranger <crystalstranger@gmail.com>
**Date:** February 15, 2025 at 7:09:15 AM EST
**To:** "Musekamp, George B." <GMusekamp@taftlaw.com>, Alan Harrison <alan@sandollar-law.net>
**Subject:** Fwd: DHL Shipment Notification : 9798313033

Hi George,

Looks like customs has mysteriously been cleared (I didn't send them anything else). Like I said, they probably lost it or someone took it, and now it finally showed up again so they cleared customs and are sending it out finally, which is a relief as I thought it was gone for good. This kind of thing happens a lot here. We need to chat about how you will safely ship it back to me when done with your review. My husband will be in Seattle for a Bill and Melinda Gates Foundation event in a couple weeks, so possibly you could ship it to him there somehow for him to bring it back? Would be safer than sending back to South Africa as I don't want this to happen again when going the other direction. Thank you.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.