EXHIBIT C

**Cohn, Evan**

**From:** Crystal Stranger <crystalstranger@gmail.com>
**Sent:** Wednesday, July 2, 2025 8:59 AM
**To:** Musekamp, George B.
**Cc:** Cohn, Evan
**Subject:** Re: Cleer/Stranger - not a discovery dispute

Dear Mr. Musekamp,

Thank you, I'll be available for the court call at 9:00 a.m. as planned.

As for the computer, I can just take it to the Apple Store to have it factory reset, I've done that in the past when I've forgotten a password before, they just wipe it and start fresh. Good to do that every once in a while anyways, so it doesn't bog down with unnecessary prior software versions.

Best regards,

Ms. Crystal Stranger

On Wed, Jul 2, 2025 at 1:38 PM Musekamp, George B. <GMusekamp@taftlaw.com> wrote:

> I will call you at 9.
> How are you going to use the computer to watch movies if you can't login?
>
> > On Jul 2, 2025, at 5:02 AM, Crystal Stranger <crystalstranger@gmail.com> wrote:
> >
> > Dear Mr. Musekamp,
> >
> > Because of the time difference, I am available to call the court between 9:00 and 10:00 a.m. only. Please confirm a time within that window.
> >
> > Regarding the computer: I do not have the recovery key, and I regularly change my passwords to ensure digital security. However, all of my data is cloud-based and encrypted, there is no sensitive data stored on the device itself.
> >
> > The value of the computer lies in its utility. I use it while traveling, particularly to watch movies with my children. It's a personal item, not a data resource. Again, this is why I do not understand why you consider this a discovery dispute, as you have had my computer

for six months and it is up to you to do forensic analysis, then to return it to me as my personal property.

Lastly, I would appreciate it if you would address me as **Ms. Stranger** in future communications. We are not friends on a first-name basis, and I believe professional courtesy should be maintained, particularly in the context of this ongoing litigation.

Sincerely,
Ms. Crystal Stranger

On Wed, Jul 2, 2025 at 3:24 AM Musekamp, George B. <GMusekamp@taftlaw.com> wrote:

> Crystal - you state below that Wednesday would work for a call to the court. It is currently Tuesday at 9:23 PM est. Tomorrow is Wednesday. What time can we call the court?
>
> Thanks,
> George
>
> > On Jun 30, 2025, at 12:58 PM, Crystal Stranger <crystalstranger@gmail.com> wrote:
> >
> > Dear Mr. Musekamp,
> >
> > Was that today? I'm so sorry, I genuinely thought today was Sunday. I had taken my mom out for high tea and just got home, which explains the unusually heavy traffic on the way back.
> >
> > Since the court granted the preliminary injunction requested by your client, I'm no longer allowed to have a business or employment obligations anchoring my schedule. Without that structure, I've genuinely lost track of time more than once, and unfortunately today was one of those instances.
> >
> > That said, I'm still happy to reschedule. Would Wednesday work for a new time? I'll try to set extra reminders to prevent another mix-up.
> >
> > Thank you for your understanding,
> >
> > Sincerely Yours,
> >
> > Crystal Stranger, JD, EA, NTPI Tax Fellow
> >
> > **What is an enrolled agent?**
> > Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.



**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838 | Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard
prominent 130-year-old law firm. Learn more **here.**

---

Taft has expanded to **Southeast Florida**, with the addition of Mrachek Law, a distinguish
litigation firm. Learn more **here.**

On Mon, Jun 30, 2025 at 4:03 PM Musekamp, George B. <GMusekamp@taftlaw.com> wrote:

Crystal - I called you for our 10 am call with the court but you did not answer. When are you available for a conference with the court?

> On Jun 26, 2025, at 5:54 AM, Crystal Stranger <crystalstranger@gmail.com> wrote:
>
> 310-739-7699

Taft /

George B. Musekamp
Partner

mailto:GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838 | Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

http://www.taftlaw.com/bio/GMusekamp@taftlaw.com
http://www.taftlaw.com/vcard/GMusekamp@taftlaw.com

http://www.taftlaw.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.