# Exhibit B

   Crystal Stranger <crystalstranger@gmail.com>

## DHL Shipment Notification : 9798313033
3 messages

**DHL - DO NOT REPLY** <support@dhl.com>  Mon, Feb 24, 2025 at 2:29 PM
To: crystalstranger@gmail.com

Notification for shipment event group "Exception" for 24 Feb 25.

AWB Number: 9798313033
Pickup Date: 2024-12-10 13:35:48
Estimated Delivery Date: 2024-12-17 23:59:00
Service: P
Pieces: 1
Cust. Ref: 566845300
Description: USED - APPLE MAC LAPTOP

Ship From:

CRYSTAL STRANGER
33 ROOIBOK STREET
SCARBOROUGH, 7975
ZA

Ship To:
TAFT
425 WALNUT STREET
SUITE 1800 OH OHIO
CINCINNATI, OHOhio
45202
US

**EVENT CATEGORY**
**24 Feb 25 7:28 AM - On hold awaiting for payment of shipment related fees - ERLANGER, UNITED STATES OF AMERICA**

**Further Details -** The shipment will be processed for delivery or further movement once the shipment related fees are paid
**Next Steps -** Please contact us if you wish to provide new instructions.

Shipment status may also be obtained from our Internet site in South Africa under https://mydhl.express.dhl/za/en/auth/login.html - Alternatively contact us on 0860 345 000

Please do not reply to this email. This is an automated application used only for sending proactive notifications

You are receiving this email because a notification is configured to receive notifications from ProView. If you prefer not to receive future notification email of this type, click here to unsubscribe. Please note this URL is only valid for 1 day.

---

**DHL - DO NOT REPLY** <support@dhl.com>  Mon, Feb 24, 2025 at 3:37 PM
To: crystalstranger@gmail.com

Notification for shipment event group "Exception" for 24 Feb 25.

AWB Number: 9798313033
Pickup Date: 2024-12-10 13:35:48
Estimated Delivery Date: 2024-12-17 23:59:00

Service: P
Pieces: 1
Cust. Ref: 566845300
Description: USED - APPLE MAC LAPTOP

Ship From:

CRYSTAL STRANGER
33 ROOIBOK STREET
SCARBOROUGH, 7975
ZA

Ship To:
TAFT
425 WALNUT STREET
SUITE 1800 OH OHIO
CINCINNATI, OHOhio
45202
US

EVENT CATEGORY
24 Feb 25 8:36 AM - Shipment is on hold - ERLANGER, UNITED STATES OF AMERICA

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>   Tue, Feb 25, 2025 at 10:36 AM
Draft To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>, Alan Harrison <alan@sandollar-law.net>

Hi George,

Now this looks like my computer is being further held up because you haven't paid the customs duties the recipient has to pay, are you still in touch with them to resolve this? It really is unfortunate that I have been deprived of my property unnecessarily for this long already, I would like to get this over with and get my computer back as soon as possible, so please address whatever is needed on your end promptly as I have already emailed you two other times in the last 10 days over the issue about how you are planning to ship it back to me without any answer, and I am getting really concerned now with this further delay.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the only federally-licensed tax practitioners who specialize in taxation and also have unlimited rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]