

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT 06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT 06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michael Bozek**
Division Manager, Hartford

**Michelle Rynne**
Operations Analytics Manager and Courthouse Construction Liaison

March 18, 2025

Crystal Stranger
30 N Gould St.
Ste 3088
Sheridan, WY 82801

Case Number & Caption: Cleer LLC v. Stranger et al; 3:24-cv-01496-MPS

Dear Ms. Stranger:

The following are too bulky to return to you by mail.

☐ Plaintiff's exhibits            ☐ Government's exhibits
☑ Defendant's exhibits         ☐ Other:_____

Please contact the undersigned between 9:00 a.m. and 4:00 p.m. to arrange for the above item(s) to be picked up. They are currently being held in the in the clerk's office in ☐ **Bridgeport** ☑ **New Haven** ☐ **Hartford**.

If they are not picked up by ____04/22/25____, they will be destroyed pursuant to Local Rule 83.6(d).

Thank you,
Dinah Milton Kinney, Clerk

By: __/s/Sarah Santos__
     Deputy Clerk

---
Acknowledgement

Exhibits returned to:_____ on _____.
                              Print name                                            date

Rev.6/6/24