# Exhibit A

**Affidavit of Crystal Stranger**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | Affidavit of Crystal Stranger About Optic Tax |
| | : | Global |
| CRYSTAL STRANGER et al. | : | |
| | : | 2025-07-14 |

I, Crystal Stranger, submit this Supplemental Affidavit to update my prior sworn declaration submitted in connection with my Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 209-1].

1. I am the Defendant in this action and submit this Affidavit in support of my motion for Rule 11 sanctions in connection with Plaintiff's filing of a second Motion for TRO and Preliminary Injunction [ECF No. 207] based on the false assertion that I am involved in "Optic Tax Global, Inc."

2. I am not now, and have never been, an owner, officer, employee, contractor, or agent of Optic Tax Global. I have received no compensation or financial interest from any entity operating under that name.

3. After seeing Plaintiff's filing, I conducted my own investigation and located Mr. David K. Mutetwa, who confirmed via LinkedIn that he is the sole founder and operator of Optic Tax Global and that he has no connection to me whatsoever. A copy of that exchange is attached as Exhibit E.

4. The time required to investigate this false claim and prepare my opposition caused me to incur the following costs:
   - $9.70 in printing and mailing;
   - $10,978 in lost time based on my professional rate as an Enrolled Agent ($499/hr × 22 hrs).

1

Documentation supporting these expenses is attached as Exhibit B and Exhibit C.

5. Since stepping away from business activity on April 16, 2025, I have remained on full leave. I have not solicited clients, worked with former colleagues, or taken part in any tax, finance, or compliance-related activity.

6. This litigation This litigation has continued to take a substantial toll on my health. I am scheduled for surgery on July 22, 2025, due to physical complications aggravated by the ongoing stress. I remain on full leave from all professional activities and have not participated in any new business ventures or planning since stepping away.

7. I make this affidavit to correct the record, prevent further harm from false claims, and support the imposition of appropriate sanctions against Plaintiff's counsel under Rule 11.

VERIFICATION

I, Crystal Stranger, being first duly cautioned and sworn, hereby depose and state upon personal knowledge that the factual allegations contained in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief. Any documents attached to the Affidavit are true and correct copies of those documents as described in the Affidavit.

signed: ......[signature]......

Here appeared before me, those persons named above, whose identity is personally known to me or proven on the basis of satisfactory evidence, and they made, in my presence, voluntary signatures and an oath or affirmation vouching for the truthfulness and completeness of the foregoing.

......[signature/stamp 7261630-0]...... Date: 2025-07-015

Place: Jeffrey's Bay

[Stamp: SOUTH AFRICAN POLICE SERVICE / JEFFREYS BAY / 15 JUL 2025 / STATION COMMANDER / SUID-AFRIKAANSE POLISIEDIENS]

2