# Exhibit B

**Rule 11 Cost Summary**

| Date | Task Description | Hours Worked | Hourly Rate | Subtotal (USD) |
| --- | --- | --- | --- | --- |
| 2025-06-17 | Prepared response to Plaintiff's motion (research, drafting, compiling exhibits) | 8 | 499 | 3992.00 |
| 2025-06-18 | Continued drafting and refinement of response filing | 3 | 499 | 1497.00 |
| 2025-06-19 | Finalized and filed response to Plaintiff's motion | 4 | 499 | 1996.00 |
| 2025-06-20 | Drafted Rule 11 motion and safe harbor letter | 3 | 499 | 1497.00 |
| TBD | Prepare affidavit, final packet, and file if no withdrawal | 4 | 499 | 1996.00 |
| 2025-06-20 | Certified Mail to Plaintiff's Counsel | 0 | 0 | 7.70 |
| TBD | Printing affidavit + service copies | 0 | 0 | 2.00 |
| | TOTAL | | | 10985.70 |