# Exhibit C

**Documentation of Billable Rate**

 Crystal Stranger <crystal@optictax.com>

## New Event: Joseph Geus - 10:30am Wed, Oct 23, 2024 - Professional Support Consultation

Calendly <notifications@calendly.com>  Tue, Oct 15, 2024 at 1:00 AM
Reply-To:
To: crystal@optictax.com



Hi Crystal Stranger,

A new event has been scheduled.

**Event Type:**
Professional Support Consultation

**Invitee:**
Joseph Geus

**Invitee Email:**


**Text Reminder Number:**


**Event Date/Time:**
10:30am - Wednesday, October 23, 2024 (Mountain Time - US & Canada)

**Description:**

This is a 1 hour tax consultation for tax or legal professionals to discuss more complex tax matters in a confidential space. During this call you will have an option to share tax returns or documents for a professional review or to get a third-party opinion, within the time frame allotted.

**Location:**

This is a Zoom web conference.

> **Attendees can join this meeting from a computer, tablet or smartphone.**
> https://us06web.zoom.us/j/81051636604
>
> One tap mobile:
> +1 309 205 3325,,81051636604#
> +1 312 626 6799,,81051636604#
>
> They can also dial in using a phone.
> US: +1 309 205 3325, +1 312 626 6799, +1 646 931 3860, +1 929 205 6099, +1 301 715 8592, +1 305 224 1968, +1 669 444 9171, +1 669 900 6833, +16892781000, +1 719 359 4580, +1 253 205 0468, +1 253 215 8782, +1 346 248 7799, +1 360 209 5623, +1 386 347 5053, +1 507 473 4847, +1 564 217 2000
> Meeting ID: 810-516-36604
>
> Find your local number: https://us06web.zoom.us/u/klFhK79oY

**Invitee Time Zone:**
Pacific Time - US & Canada

**Amount Paid:**
$499.00 USD

**Payment Terms:**
Rescheduling must be done 24 hours in advance. With good reason we will allow one rescheduling for a missed call or inability to join because of technical issues, but after two missed calls payment will be required again for rescheduling. Thank you and we are looking forward to talking with you soon!

Questions:

**What is your Company's Name?**

JG BUSINESS MANAGEMENT

**Please share anything that will help prepare for our meeting.**

FOLLOWUP TO YOUR CPAAcademy WEB CONFERENCE

View event in Calendly

---
**Pro Tip!**

**Use Calendly with your other tools**

Calendly works with the tools you already use including Zoom, Salesforce, Zapier and more. See all integrations

---

Sent from Calendly					Report this event