# Exhibit E

**LinkedIn Conversation With Owner of Optic Tax Global**



2







