# Exhibit G

**Email Communication Between Defendant and Plaintiff's Counsel That Went Unanswered**

 Gmail                                              Crystal Stranger <crystalstranger@gmail.com>

## Rule 11(c)(2) Safe-Harbor Notice – Cleer LLC v. Stranger, No. 3:24-cv-01496-MPS

4 messages

**Crystal Stranger** <crystalstranger@gmail.com>                                              Fri, Jun 20, 2025 at 11:39 AM
To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>, Michael.O'Malley@ogletree.com

Dear Counsel,

Please find attached a Rule 11(c)(2) safe-harbor notice and accompanying motion for sanctions concerning the false and unsupported allegations made in Plaintiff's *Second Motion for Immediate Temporary Restraining Order and Preliminary Injunctive Relief* (ECF No. 207), specifically those linking me to the entity "Optic Tax Global, Inc."

As detailed in the motion and supporting documentation, these accusations are contrary to the public record and to my sworn affidavit on file with the Court (ECF Nos. 209, 209-1). You are hereby given the required twenty-one (21) day notice under Rule 11(c)(2) to withdraw or correct the offending material. If you do not do so by July 14th, 2025, I will file the motion with the Court and seek appropriate sanctions, including monetary relief.

A copy of this notice has also been sent via certified mail. Please confirm receipt.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

---

4 attachments

-  DemandLetter-Rule11Withdrawal.pdf  
  114K
-  DraftMotionForRule11Santctions-ExhibitA-Affidavit of Crystal Stranger About Expenses.pdf  
  144K
- MotionforRule11Sanctions-ExhibitB-Rule11 Cost Summary.pdf  
  40K
-  MotionforRule11Sanctions-ExhibitC-Professional Support Consultation.pdf  
  113K

---

**Crystal Stranger** <crystalstranger@gmail.com>                                              Wed, Jul 2, 2025 at 11:10 AM
To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>, Michael.O'Malley@ogletree.com

Dear Mr. Musekamp, Mr. Cohn, and Mr. O'Malley,

I write to follow up on my June 20th correspondence providing the required Rule 11(c)(2) safe-harbor notice concerning the false and unsupported allegations contained in Plaintiff's Second Motion for Immediate Temporary Restraining Order and Preliminary Injunctive Relief (ECF No. 207), specifically the accusations linking me to "Optic Tax Global, Inc."

As detailed in the previously sent motion and supporting documentation, these allegations are directly contradicted by both the public record and my sworn affidavit already on file with the Court (ECF Nos. 209, 209-1).

You are reminded that the safe-harbor period expires on **July 14, 2025**, and that if the motion is not withdrawn or corrected by that date, I intend to file the Rule 11 motion with the Court and seek appropriate sanctions.

Pursuant to Rule 11(c)(1), **I intend to seek sanctions against each of you individually** as signatories to ECF No. 207, as the motion contains factual allegations lacking evidentiary support in violation of Rule 11(b)(3). Courts have consistently held that each attorney who signs a filing is personally responsible for ensuring its factual and legal sufficiency. See *Business Guides, Inc. v. Chromatic Commc'ns*, 498 U.S. 533, 543 (1991).

Please promptly withdraw your motion so that I do not need to move forward with these actions. Thank you.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow


**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the only federally-licensed tax practitioners who specialize in taxation and also have unlimited rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>                    Wed, Jul 2, 2025 at 11:17 AM
To: michael.o'malley@ogletree.com

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>                    Mon, Jul 14, 2025 at 2:23 PM
To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>, michael.o'malley@ogletree.com

Dear Counsel,

I am writing one final time regarding the certified Rule 11(c)(2) safe-harbor notice I sent on June 20, 2025, concerning Plaintiff's Second Motion for Immediate Temporary Restraining Order and Preliminary Injunctive Relief [ECF No. 207].

As you are aware, the 21-day period for withdrawal has now expired. I have received no response and no indication that Plaintiff intends to withdraw the motion, despite its demonstrably false allegations and lack of evidentiary support, particularly with regard to any alleged connection between myself and Optic Global.

In the continued absence of action to correct the record, I intend to file a Rule 11 motion with the Court later today.

Respectfully,
Crystal Stranger


**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the only federally-licensed tax practitioners who specialize in taxation and also have unlimited rights to represent taxpayers before the Internal Revenue Service.

On Fri, Jun 20, 2025 at 11:39 AM Crystal Stranger <crystalstranger@gmail.com> wrote:
[Quoted text hidden]