# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five.

_____

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

    Plaintiff-Counter-Defendant-Appellee,

v.

Crystal Stranger,

    Defendant-Counter-Claimant-Appellant.

_____

**ORDER**

Docket No. 25-1575

    On June 26, 2025, the Court issued a notice pursuant to Federal Rule of Appellate Procedure 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated July 3, 2025,

    It is ORDERED that the stay of this appeal is hereby lifted. Appellant must file a Local Rule 31.2 scheduling notification within 14 days of the date of this order.

    It is further ORDERED that Appellee's response to Appellant's motion for a partial stay pending appeal must be filed within 10 days of the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/09/2025