# EXHIBIT A

    Gmail                                           Crystal Stranger <crystal@optictax.com>

# Anne and Rajah offers
5 messages

**Alexandra Agapito** <alex@optictax.com>                               Fri, Sep 6, 2024 at 10:09 AM
To: Crystal Stranger <crystal@optictax.com>

Hi Crystal,

Anne and Rajah can join us in the company. Anne started today while Rajah can start on Monday, September 09.

These are the offers I plan to send them and please let me know if my understanding is correct.

1. Anne's previous salary is at Php 78,200 (USD 1,421.82) plus 10% commission once work is done and invoice is paid or she can choose the 35% straight commission per month (invoice paid and work is done).

2. Rajah's previous salary is at Php 69,000 (USD 1,254.55) plus 10% commission once work is done and invoice is paid or she can choose the 35% straight commission per month (invoice paid and work is done).

Please let me know if my understanding is correct, particularly the commission part. Also, here are their personal email addresses so we can add them in GMAIL. I am trying to add them but it has an error message.

1. Antonieta Tungcab - annetungcab@gmail.com
2. Rajah Rey Rilveria - rajahrilveria@gmail.com

Please let me know if you have any questions or concerns. Thank you.

**No license available for new user**

You have reached the user limit for your organization. Please contact your super admin for further assistance

OK

Sincerely Yours,
Alexandra Limin, MBM
HR - Customer Success Accountant

OpticTax.com
alex@optictax.com

CONFIDENTIAL

3:24-cv-1496-00920



**Crystal Stranger** <crystal@optictax.com>    Fri, Sep 6, 2024 at 10:16 AM
To: Alexandra Agapito <alex@optictax.com>

OK great, this sounds good. I will add them in Google Admin. Thank you.

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Chief Executive Officer

OpticTax.com
crystal@optictax.com



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

---

**Crystal Stranger** <crystal@optictax.com>    Fri, Sep 6, 2024 at 10:20 AM
To: Alexandra Agapito <alex@optictax.com>

Question first though- should we remove anyone in Gmail who didn't join that we added in there? Looks like everyone activated their accounts, but I haven't seen Yancy at meetings, is she still joining us?

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Chief Executive Officer

OpticTax.com
crystal@optictax.com



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

CONFIDENTIAL                                    3:24-cv-1496-00921

**Alexandra Agapito** <alex@optictax.com>　　　　　　　　　　　　　　　　Fri, Sep 6, 2024 at 10:22 AM
To: Crystal Stranger <crystal@optictax.com>

Hi Crystal,

Thank you for your confirmation, so the 10% commission is calculated from the invoice/sale price right? Yes, Charlenne and Yancy are committed to join us. They are on a PTO until today and they will file their resignations on Monday also. Thank you.

Sincerely Yours,
Alexandra Limin, MBM
HR - Customer Success Accountant

OpticTax.com
alex@optictax.com



[Quoted text hidden]

---

**Crystal Stranger** <crystal@optictax.com>　　　　　　　　　　　　　　　　Fri, Sep 6, 2024 at 11:08 AM
To: Alexandra Agapito <alex@optictax.com>

OK great, thank you.

Sincerely Yours,
Crystal Stranger, JD, EA, NTPI Fellow
Chief Executive Officer

OpticTax.com
crystal@optictax.com



**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3:24-cv-1496-00922