# EXHIBIT B

## INDEPENDENT CONTRACTOR AGREEMENT

This Agreement is made effective as of **September 09, 2024,** by and between **Optic Tax Inc.** ("Company"), a limited liability company, and **Rajah Rey Rilveria** ("Contractor").

      WHEREAS, the Contractor has expertise in the area of Tax Preparation; and

      WHEREAS; the Company desires that the Contractor provide advice and assistance to the Company in their area of expertise; and

      WHEREAS, the Contractor desires to provide such advice and assistance to the Company under the terms and conditions of this Agreement.

      NOW, THEREFORE, the Company and the Contractor hereby agree as follows:

1. *Contracted Services:*

Subject to the terms and conditions of this Agreement, the Company hereby retains Contractor to perform the services specifically set out below in the *Scope of Work* statement and made a part hereof ("Services").

The Contractor shall render services hereunder with promptness and diligence in a workmanlike manner and at a level of proficiency to be expected of a Contractor with the same background and experience. Services shall be rendered at such times and places as shall be mutually agreed upon by the Company and the Contractor.

The scope of the work will include the following activities and work arrangements.

Title: **Junior Tax Accountant**

(1) Tax Preparation and

(2) Any additional tasks as needed and subject to change within the absolute discretion of Company. Contractor and Company may add the additional tasks upon written agreement by both parties and subject to the terms and conditions of this Agreement. Contractor agrees to perform those duties to the best of his ability that are deemed necessary to meet the expectations and goals of the Company as established from time to time by Company.

(3) a. Flexible work schedule - you set your hours and decide when and where you work. Occasional evening and weekend work may be required as job duties demand.

b. Unlimited vacation policy - as long as you are getting the work done and not stressing your teammates out you can schedule in advance any days off, and as many as you want. Black out months for days off are during the peak tax season months which includes the last three weeks of March until the mid of April and the last three weeks of September until the mid of October.

The Services also can include other tasks which the Parties may agree on.

The Contractor represents and warrants to the Company that it is under no contractual or other restrictions or obligations which are inconsistent with the execution of this Agreement or which will interfere with the performance of the Services.

**CONFIDENTIAL**

3:24-cv-1496-00487

2. *Independent Contractor status.*

The parties agree that this Agreement creates an independent contractor relationship, not an employee relationship. The Contractor acknowledges and agrees that the Company will not provide the Contractor with any employee benefits, including without limitation any employee stock purchase plan, social security, unemployment, medical, worker's compensation, or pension payments. The Contractor warrants and represents that they have complied with all federal, state, provincial, territorial, and local laws regarding business permits and licenses that may be required for the performance of their duties under this Agreement. Contractor represents and warrants that Contractor is not prohibited from entering into this Agreement by any preexisting agreement.

3. *Term*

    (a) This Agreement shall remain in effect for a term of ONE (1) year commencing on the date of signature below and will renew for subsequent ONE (1) year terms unless sooner terminated as hereinafter provided.

    (b) This Agreement may be terminated:

    (i) by either party, for a breach of any material provision of this Agreement by the other;
    (ii) by either party for a breach of any non-material provision of this Agreement by the other, provided due notice has been given to the other of the alleged breach and such other party has not cured the breach within thirty (30) days thereof;
    (iii) by either party at any time, within its sole discretion, for convenience or for cause upon thirty (30) days prior written notice; failure to comply with the proper notice period will constitute a monetary penalty amounting to the one-month salary of the contractor to be withheld from his/her final payment.
    (iv) by either party, if the other party ceases to function as a going concern or makes an assignment for the benefit of creditors; or
    (v) if a petition in bankruptcy is filed by or against either party; or, if either party fails to pay its debts as they become due and provided notice has been given by the other party and the indebted party has not cured such breach within thirty (30) days thereof.

    (a) Upon termination of this Agreement, all further rights and obligations of the parties will cease; provided, however, that, in the event that Company terminates the Agreement pursuant to Section (3)(b)(iii) above, Contractor shall wind up any assignments assigned to Contractor by Company on which the Contractor began prior to the date of notice of termination hereunder in an orderly and timely fashion.

    (b) Upon termination of this Agreement for any reason, the Contractor shall be entitled to receive such compensation and reimbursement, if any, accrued under the terms of this Agreement, but unpaid, as of the date the Contractor ceases work under this Agreement. In addition, the Contractor shall be reimbursed for any noncancelable obligations, any cancellation penalties, and, unless Contractor terminates the agreement without cause, any expenditures reasonably made in order to perform the Services that were to occur had cancellation not occurred.

**CONFIDENTIAL**

3:24-cv-1496-00488

4. *Compensation*

   (a) Contractor Fee. In consideration of the Services to be provided by the Contractor to the Company hereunder, the Company shall pay to Contractor **1,255.00 USD/month. Pay is received on or before the 7th of every month through "Wise" and 13th month pay given before the holidays in December.** Contractor is required to pay all income taxes or local taxes applicable. Services are estimated to entail a minimum of 40 hours per week.

   (b) Payment of Commissions. Refer to "Annex A"

   (c) Expenses. The Company shall reimburse the Contractor for reasonable and necessary travel and other expenses the Contractor incurs in connection with performing the Services. To obtain approval for such reimbursement, the Contractor shall submit to the Company, or his or her designee, an invoice or document describing services rendered and expenses incurred under this Agreement. The Company shall pay to Contractor invoiced amounts within thirty (30) days after the date of approval by the Company.

   (d) Taxes. *Contractor understands that he or she is responsible to pay his own taxes, including income taxes, in accordance with the law of his country, state, territory, or province. Contractor warrants that it will pay any and all taxes in accordance with all applicable laws. Company will not withhold or pay on behalf of Contractor any federal, state, provincial, territorial, or local income taxes or payroll tax of any kind.*

5. *Confidential Information*

   (a) Contractor will not reveal or otherwise disclose, without prior written approval, to anyone Confidential Information, which will include, without limitation, any of Company, or Company's clients', confidential, proprietary, or trade secret information that is disclosed to Contractor or that Contractor otherwise learns in the course of its contractual relationship with Company such as, but not limited to, customer lists, business plans, designs, marketing interests, products, financial information, including cost and pricing, vendor lists, and sales processes and procedures. Confidential Information will not include any information which: (i) is or becomes publicly available through no act of Contractor; (ii) is rightfully received by Contractor from a third party without restrictions; or (iii) is independently developed by Contractor.

   (b) Contractor shall maintain all files, documents, and other information in accordance with Company's standard retention and privacy practices, including but not limited to, all security measures and updated software required for Contractor's computer of choice to ensure the Confidential information held by Contractor remains Confidential.

   (c) Should Contractor reveal or threaten to reveal this Confidential Information, Company will be entitled to an injunction restraining Contractor from disclosing the same, or from rendering any services to any entity to whom said Confidential Information has been or is threatened to be disclosed. The right to secure an injunction is not exclusive, and Company may pursue any other remedies it has against Contractor for a breach or threatened breach of this condition, including the recovery of damages from Contractor.

   (d) Contractor agrees to act as a trustee of this information and of any Confidential Information learned

    in connection with Contractor's association with Company. When Contractor's contractual relationship with Company ends, Contractor will promptly return all originals and copies of all documents, records, data, software programs, media, and other materials concerning any Confidential Information, as well as any and all equipment.

(e) Contractor understands and agrees that he or she will be exposed to Company's trade secrets, including but not limited to information that derives independent economic value from its secret nature. Trade Secrets (hereinafter "Trade Secrets") will include (a) any and all proprietary software solutions used by Company; (b) technical information concerning company salaries, strengths, weaknesses, and skills; (c) information concerning Company's finances, including sales information, profits, accounting information, unpublished financial information, and marketing expenditures; (d) information concerning the company's suppliers or customers, including customer lists, customer information, supplier lists, and supplier information; (e) information concerning business strategies, including marketing plans, business plans, research projects, and product development; and (f) any other information not generally known to the public which, if disclosed, could reasonably be expected to adversely affect Company's business. Contractor agrees that he will not reveal or otherwise disclose, without prior written approval, to anyone the Trade Secrets of Company.

(f) Should Contractor reveal or threaten to reveal the Trade Secrets of Company, Company will be entitled to an injunction restraining Contractor from disclosing the same, or from rendering any services to any entity to whom said Trade Secret has been or is threatened to be disclosed, without the posting of a bond. The right to secure an injunction is not exclusive, and Company may pursue any other remedies it has against Contractor for a breach or threatened breach of this condition, including the recovery of damages from Contractor.

(g) Contractor agrees to act as a trustee of this information and of any Trade Secrets learned in connection with Contractor's association with Company. When Contractor's contractual relationship with Company ends, Contractor will promptly return all originals and copies of all documents, records, data, software programs, media, and other materials concerning any Trade Secrets, as well as any and all equipment, files, software programs, and other personal property belonging to Company.

(h) Contractor agrees that he or she will not disclose to Company, use in Company's business, or cause Company to use, any information or material that is the trade secret of another. Contractor warrants that his or her performance of this Agreement will not breach any agreement to keep in confidence proprietary information acquired by Contractor prior to his contractual relationship with Company.

(i) Contractor understands and agrees that his or her obligation to maintain Company's Confidential Information and Trade Secrets will remain in effect even after his contractual relationship with Company ends and will continue for so long as the information remains either Confidential Information or a Trade Secret.

(j) Contractor understands and agrees that an individual shall not be held criminally or civilly liable under any Federal or State trade secret law for the disclosure of a trade secret that is made in confidence to a Federal, State, or local government official or to an attorney solely for the purpose of reporting or investigating a suspected violation of law. An individual shall not be held criminally or civilly liable under any Federal or State trade secret law for the disclosure of a trade secret that is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. An individual who files a lawsuit for retaliation by an employer for reporting a suspected violation of law may disclose the trade secret to the attorney of the individual and use the trade secret

CONFIDENTIAL

information in the court proceeding, if the individual files any document containing the trade secret ; and does not disclose the trade secret, except pursuant to court order.

6. *Outside Services:*

The Contractor shall not use the services of any other person, entity, or organization in his or her performance of the Services under the terms of this Agreement and the Company does not consent to the use by Contractor of the services of any other person, entity or organization to perform the Services according to this Agreement. Therefore, the parties expressly agree that no party may assign this Agreement without the written consent of the other.

7. *Non-Competition*.

Except as permitted by this Agreement, by their signature below, Contractor, agrees to and acknowledges the terms of this Section 7 and agrees that he or she shall be prohibited, either directly or indirectly through another individual or entity, whether as stockholder, partner, member, manager, director, proprietor, officer, employee, investor, consultant, independent contractor or otherwise, for themselves or in conjunction with another individual or entity, engage in, establish, acquire, invest in, or own any ownership or profit interest in any entity or as an individual engaged in all or any part in a business involving the in-person or remote services relating to content writing activities substantially similar to Company's offered services for the duration of this Agreement and for a period of TWELVE (12) months after this Agreement is terminated (the "Non-Compete Period").

Contractor understands and agrees that the term and condition set forth in this Section 6 shall remain in effect until the completion of the Non-Compete Period. Termination of this Agreement does not absolve Contractor of their obligations under Section 6, specifically their obligations during the Non-Compete Period.

8. *Work Product and Intellectual Property*

   (a) Contractor understands and agrees that he may be asked to create or contribute to the creation of copyrightable works, including but not limited to documents and multimedia files. Contractor understands and agrees that copyrightable works that are made within the scope of Contractor's contractual relationship with Company will be considered "works made for hire" under the Copyright Act and Company will own all copyrights in such works. Contractor warrants and agrees that Contractor will not seek and has not sought moral rights in any of the works Contractor has created or will create within the scope of Contractor's contractual relationship with Company. IF ANY OF THE WORKS CREATED WITHIN THE SCOPE OF CONTRACTOR'S CONTRACTUAL RELATIONSHIP WITH COMPANY CANNOT CONSTITUTE A WORK MADE FOR HIRE UNDER THE COPYRIGHT ACT, CONTRACTOR HEREBY EXPRESSLY ASSIGNS ALL COPYRIGHTS IN THOSE WORKS TO COMPANY.

   (b) Contractor agrees to aid in and execute any and all documents necessary to prepare any papers that Company may consider necessary or helpful to obtain or maintain any copyrights, trademarks, or other proprietary rights and be compensated at the consulting rate as previously defined if during the course of the contract. If such work is required outside the timeframe of consulting contract, Contractor will be compensated at the same rate in effect during the consulting contract for the execution of any documents needed to obtain or maintain any copyrights, trademarks, or other proprietary rights.

(c) Contractor understands and agrees that Contractor will promptly inform Company of the full conception of and details of any and all inventions, discoveries, improvements, innovations, and ideas, whether or not patentable or protectable, that Contractor conceives of, completes, or reduces to practice that (a) relate to the Company's present or prospective business, including, but not limited to, tax advisory services, audit analysis, or business consulting services; (b) result from work done by Contractor using Company's equipment, facilities, materials, trade secrets, or personnel; or (c) result from or are suggested by any work that Contractor has or may do for Company. Contractor hereby agrees that all inventions and discoveries that it might solely or jointly conceive, make, invent, or create during its contractual relationship with Company are the absolute property of Company and are hereby assigned to Company, including but not limited to any and all revenues, rights to revenue, or rights to sue third parties for patent infringement (including rights accruing based on activities that occurred prior to the execution date hereof) appurtenant thereto. Contractor hereby further agrees to assign to Company its entire right, title, and interest in and to all patent applications and any resulting patents, including those applied for or issued in foreign countries, that disclose and/or claim such inventions and discoveries by Contractor that were conceived of, completed, or reduced to practice during its contractual relationship with Company and that relate to Company's present or prospective business.

(d) Contractor agrees to execute all papers and documents and, entirely at Company's expense, to communicate to Company any facts known to Contractor respecting the inventions and discoveries, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing, and reissue applications, make all rightful oaths, execute all papers deemed by Company to be necessary for recording this assignment, including any confirmatory assignments, with the United States Patent and Trademark Office and any foreign patent offices, and generally perform any and all acts which are reasonable necessary and/or which Company, its successors, assigns, or other legal representatives may deem necessary to secure thereto the rights herein assigned, sold, and transferred.

(e) Notwithstanding the foregoing, Contractor will retain ownership rights to any copyrightable works, patentable works, or trademarks owned by Contractor prior to the execution of this Agreement or that were or are independently developed by Contractor prior or after the execution of this Agreement that are not otherwise required to be assigned under the terms of this Agreement. In the event that Contractor integrates any work that was previously created by the Contractor into any of the Services, the Contractor shall grant to, and Company is hereby granted, a worldwide, royalty-free, perpetual, irrevocable license to exploit the incorporated items, including, but not limited to, any and all copyrights, patents, designs, trade secrets, trademarks, or other intellectual property rights, in connection with its use of the Services in any manner that Company deems appropriate. Contractor warrants that it shall not knowingly incorporate any material into the Services that would infringe the intellectual property rights of any third party.

9. Report

The Contractor will periodically provide the Company with written reports and/or presentation of his observations and conclusions regarding the consulting services. When it is applicable, will follow project planning of the project.

10. Insurance

*Contractor agrees to idemnify and hold harmless Company, its officers, directors, employees, independent contractors, successors, and assigns, from and against any and all loss, damage, cost, or expense, including attorneys' fees, by reason of (i) Contractor's performance of services for Company; (ii) a breach of any term*

Page **6** of **10**

*or condition of this Agreement; and (iii) a violation of any federal, state, territorial, provincial, or local law or ordinance.*

### 11. *Agency*

Contractor shall have no authority to act as agent for, or on behalf of, Company, or to represent or bind Company in any way except as may be required for performance of the Services. Any Agency authority is subject to prior written approval.

### 12. *Non-Disparagement*

*Contractor agrees that during the term of this Agreement and thereafter, that he or she will not make statements or representations, or otherwise communicate, directly or indirectly, in writing, orally, or otherwise, to take any action which may, directly or indirectly, disparage Company or any subsidiary or affiliate or their respective officers, directors, employees, advisors, businesses, or reputations. Notwithstanding the foregoing, nothing within this Agreement will preclude either the Contractor or Company from making truthful statements or disclosures that are required by applicable law, regulation, or legal process.*

### 13. *Indemnification*

Contractor agrees to indemnify, defend, and hold harmless Company, its officers, shareholders, directors, employees, subsidiaries, affiliates, and representatives, from any and all losses, including, but not limited to, costs and attorneys' fees, arising out of or related to (i) Contractor's breach of any warranty or representation contained within this Agreement; (ii) Contractor's violation of any term or condition of this Agreement; and (iii) Contractor's violation of any law, statute, ordinance, regulation, or treaty, whether local, state, provincial, national or international. Contractor's obligation to defend Company will not provide Contractor with the ability to control Company's defense, and Company reserves the right to control its defense, including its choice of counsel and whether to litigate or settle a claim subject to indemnification.

### 14. *General*

(a) <u>Entire Agreement</u>. This Agreement contains the entire agreement between the parties and supersedes all prior negotiation, drafts, and other understandings which the parties may have had concerning the subject matter hereof.

(b) <u>Waiver</u>. No waiver of any breach or condition of this Agreement shall be deemed to be a waiver of any other or subsequent breach or condition, whether of like or different nature.

(c) <u>No Other Relationship</u>. This Agreement does not constitute and shall not be construed as constituting a relationship of agency, partnership, or joint venture between the parties, and neither party shall have the power to obligate or bind the other party in any manner whatsoever.

(d) <u>Amendments.</u> This Agreement may not be amended or modified except by written documents signed by all parties.

(e) <u>Severability.</u> Whenever possible, each provision of this Agreement shall be interpreted so as to be effective and valid under applicable law. If any provision of this Agreement is held to be prohibited

**CONFIDENTIAL**

by, or invalid under, applicable law, the remainder of the Agreement and any other application of such provision shall not be affected thereby.

(f) <u>Counterparts.</u> This Agreement may be executed in any number of counterparts, and each such counterpart shall be deemed to be an original instrument. All such counterparts together shall constitute one and the same Agreement.

(g) <u>Fax Transmission.</u> The facsimile transmission of a signed copy of this Agreement or any amendment thereto to the other party or his agent, followed by faxed acknowledgment of receipt, shall constitute delivery of such document.

(h) <u>Headings.</u> The titles and heading of the various sections of this Agreement have been inserted only for convenience of reference. They are not part of this Agreement and may not be used to construe or interpret any of the terms hereof.

(i) <u>Expense of Enforcement.</u> If any action, proceeding or litigation is commenced to enforce any provision of this Agreement, then the prevailing party shall be entitled to be reimbursed by the unsuccessful party for all costs incurred in connection with such action, proceeding, or litigation, including a reasonable allowance for attorney's fees and costs, which amount shall be added to and become part of the final decision in such matter.

(j) <u>Construction.</u> This is a negotiated agreement. Both parties have been represented by or have had the chance to consult with counsel. For the purposes of interpretation, the language of this Agreement will be deemed the language of both parties and neither party will be deemed to be the drafting party.

(k) <u>Attorneys' Fees.</u> In the event that either party files suit to enforce any of the terms of this Agreement, the prevailing party will be entitled to an award of all reasonable attorneys' fees and court costs.

(l) <u>Counterparts.</u> This Agreement may be executed in any number of counterparts each of which will be deemed to be an original and a single document.

(m) <u>Third party beneficiaries.</u> This Agreement is solely between the parties and will not confer any rights or remedies upon any third party, including third party beneficiaries.

(n) <u>Notices.</u> Any notice required by this Agreement or given in connection with it will be in writing and will be given to the appropriate party by personal delivery or by certified mail, postage prepaid, or by recognized overnight delivery service.

(o) <u>Severability.</u> If, for any reason, any provision of this Agreement is held invalid, all other provisions of this Agreement will remain enforceable and in effect.

(p) <u>Choice of Law.</u> Contractor agrees that any and all claims arising out of or related to this Agreement or Contractor's contractual relationship with Company will be exclusively brought in the state and federal courts in the State of Delaware. Contractor specifically agrees to exclusive jurisdiction in the state and federal courts with jurisdiction in the State of Delaware. This agreement is to be governed exclusively by Delaware law. No other forum or choice of law is acceptable. In the event Company prevails in any action arising out of or related to this Agreement or Contractor's contractual relationship with Company, Company shall be entitled to its reasonable attorneys' fees, court costs, and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which it may be entitled.

Page **8** of **10**

**CONFIDENTIAL**

3:24-cv-1496-00494

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates indicated below.

| **Optic Tax Inc.** | **Rajah Rey Rilveria** |
|---|---|
| Company | Contractor |
| _____ | *[signature]* _____ |
| Name: Crystal Stranger | Name: Rajah Rey Rilveria |
| Title: Founder and CEO | Title: September 09, 2024 |
| Date:  September 09, 2024 | Date:  September 09, 2024 |

Page **9** of **10**

**CONFIDENTIAL**

3:24-cv-1496-00495