EXHIBIT C



**in** | Articles | People | Learning | Jobs | Games | Get the app

# Rajah Rey Rilveria

◆ CEO | U.S. Tax Accountant | Investor | Stock & Crypto Markets | Risk-Taker with a Long-Term Vision | Helping Businesses Thrive with Smart Tax Planning ◆

Calabarzon, Philippines · Contact Info

222 followers · 221 connections

See your mutual connections

Join to view profile        ✈ Message

👁 **Optic Tax Global**

**Asia Pacific College**

## Activity



+ Follow



"ROY, YOU'RE NOT A MANAGER YET." A year ago, I got rejected in a job interview because the recruiter thought I didn't have "enough" management...

Liked by Rajah Rey Rilveria

- Audit Managers
- Accounting Specialists
- Critical Support Associates
- Finance Associates
- Associate and Lead
  Consultants - IT Auditors

- Business Development Associate
- Database Administrator
- Finance Analysts
- IT Security Officer and Associate
- Payroll Specialists
- Tax Paralegal

Follow these steps:

Join us and unlock your potentials! Follow these 5 easy steps to jumpstart your career: 1. Fill out the application form through this link:...

Liked by Rajah Rey Rilveria



**CCO speaks at PAMPI meeting** On 23 September, SGV Tax Partner Cheryl C. Ong (CCO) was also a guest speaker at the General Membership Meeting of the...

Liked by Rajah Rey Rilveria

Join now to see all activity

---

# Experience



**Interim Chief Executive Officer**
Optic Tax Global
Apr 2025 - Present · 4 months
Delaware, United States



**Senior Tax Accountant**
Cloud Accountant Staffing
Mar 2025 - Apr 2025 · 2 months
Indianapolis, Indiana, United States



**Senior Tax Accountant**
1-800Accountant
Jun 2022 - Mar 2025 · 2 years 10 months
New York, United States



**Senior Tax Accountant**
Strath Management
Jul 2024 - Dec 2024 · 6 months
Austin, Texas, United States



**Financial Advisor**
Manulife
Dec 2019 - Aug 2023 · 3 years 9 months



**Tax Associate**
Punongbayan & Araullo
Dec 2020 - Jul 2022 · 1 year 8 months
Makati, National Capital Region, Philippines

---

## Education



**Asia Pacific College**
Bachelor's degree · Accounting
2014 - 2019

---

## More activity by Rajah Rey



The world has evolved into a tapestry of difference. It's time for the traditional Financial and Insurance industry to think about DEI work differently and to be a part of a revolution that is making a difference in the world.

We're excited to introduce our new VP of Global Diversity, Equity and Inclusion, Michelle Taylor-Jones. Michelle will be responsible for our end...

Liked by Rajah Rey Rilveria



**is presented to**

## DAVE JOSEPH BALATBAT

**for completing the minimum of 80% of all sessions and
actively participating during class activities**

After 8 consecutive weeks of online training, I have finally completed the Success Builder
Learning Series! I hope to apply all the learning I've...

Liked by Rajah Rey Rilveria



Learned this from our great #RFP mentor sir Rolly Robles! Life is all about perspective. Change
your view. Change your life! #Monday...

Liked by Rajah Rey Rilveria

The Holiday Season is fast approaching. Although it has been a tough year financially for
everyone, most would still aim to gift themselves or their...

Liked by Rajah Rey Rilveria

We are #hiring – CPAs, non- CPAs, IT Specialists, graduates of Finance, Management and other business related degrees are welcome to grow with us!...

Liked by Rajah Rey Rilveria

Sharing with everyone my work as a Financial Adviser. Let me know if I can be of any assistance especially in helping you secure your income, manage...

Liked by Rajah Rey Rilveria

Here's an outlook of one of our best performing off-shore funds, the Manulife Dragon Equity (focused on Hong Kong and China listed public companies)...

Liked by Rajah Rey Rilveria

Hello connections! Our local team/unit based in Makati City, Philippines is expanding and actively looking for individuals who are determined in...



Liked by Rajah Rey Rilveria

**Are you looking for a profession that not only helps you earn a living for your family and grow your career but also offers an opportunity to help...**

Liked by Rajah Rey Rilveria

**Become a #LifeChanger! Diversify your career and take part in our advocacy of teaching Financial Literacy to our fellow Filipinos! #financialadviset...**

Liked by Rajah Rey Rilveria

**Tomorrow welcomes a new month and a new season for us Filipinos. September marks the start of the "ber months", a season usually full of festive...**

Liked by Rajah Rey Rilveria

"Diversified real assets can help build portfolio resilience." 🌱

Liked by Rajah Rey Rilveria

**Are you looking for a profession that not only helps you earn a living for your family and grow your career but also offers an opportunity to help...**

Liked by Rajah Rey Rilveria

---

## View Rajah Rey's full profile

See who you know in common

Get introduced

Contact Rajah Rey directly

**Join to view full profile**

# Other similar profiles

### Verna L.

--

Metro Manila

Connect

### Genevieve Ledesma

Senior Financial Adviser at Manulife & 4 - Time MDRT Qualifying Member

Metro Manila

Connect

### Frances Marie Sajulla

Financial Advisor at AXA Philippines

Northern Mindanao, Philippines

Connect

### Jhaypee Dalapo

Financial Advisor 2019 National Achiever Assistant Unit Manager

Metro Manila

Connect

### Rona Pulundi

key account specialists

Ilocos Region, Philippines

Connect

### Nikki Aninon

Financial Advisor at Manulife-Chinabank Life Assurance Corporation

Metro Manila

Connect

### Miguel Amante

Former Partnerships Manager at KMC Solutions | Former Products & Partnerships Executive at Innity Philippines

Metro Manila

Connect

**Richelle Calugdan**

Also a BIR registered Sales agent

Calabarzon, Philippines

Connect

**Arnel Martil**

Unit Manager at Sunlife Financial

Northern Mindanao, Philippines

Connect

**Vanessa Endaya**

Assistant Unit Manager

Metro Manila

Connect

Show more profiles

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

# Add new skills with these courses

**Microsoft Teams Integration with Project for the web and Power BI**

1h 16m

**Learning Bitcoin and Other Cryptocurrencies**

1h 11m

**Power BI for Finance**

2h 18m

See all courses

© 2025

About

Accessibility

User Agreement

Privacy Policy

Your California Privacy Choices

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language