# EXHIBIT D

**From:** Crystal Stranger <crystalstranger@gmail.com>
**Sent:** Monday, June 23, 2025 10:48 AM
**To:** Hicks, Robert <rhicks@taftlaw.com>
**Cc:** Sayre, Russell S. <sayre@taftlaw.com>
**Subject:** Ongoing Unprofessional Conduct – George Musekamp (Partner)



This message needs your attention
- This is a personal email address.
- This is their first mail to some recipients.

Report or Mark Safe                    Taft - Powered by Mimecast

Dear Mr. Hicks,

I write to bring to your attention serious concerns regarding the conduct of Mr. George Musekamp, a partner at your firm and counsel for Plaintiff in *Cleer LLC v. Stranger et al.*, Case No. 3:24-cv-01496-MPS (D. Conn.).

As a self-represented litigant, I have been subjected to repeated hostile, coercive, and unprofessional communications from Mr. Musekamp that have caused me severe physical and emotional distress, including symptoms of acute anxiety and chest pain. While I understand litigation can be adversarial, the tone and content of his communications cross a line into abusive conduct.

On March 6, 2025, I filed a formal Motion for Sanctions in the U.S. District Court (ECF No. 175), outlining in detail Mr. Musekamp's pattern of ethical violations, including threatening sanctions to silence protected filings, obstructing discovery, attempting to testify on behalf of his client during hearings, and making knowingly false statements to the Court. These are not one-off missteps but reflect a consistent pattern of disregard for professional rules and civility.

Unfortunately, this conduct has only escalated since that filing. Just this week, Mr. Musekamp accused me of "refusing to participate" in a call, despite the fact that this

matter is not part of discovery and his emails lacked any clarity or courtesy that I would expect from a partner at a prestigious law firm. I am doing my best to comply with court orders and to participate in this case in good faith, but the level of intimidation and hostility I am facing is making that nearly impossible.

Even more troubling was a prior communication in which he wrote:

> *"I find it ironic that you refuse to turn over Cleer.tax when Cleer has a Court Order from a federal judge requiring you to do so while at the same time you are demanding a laptop that you claim to be your personal property without any evidence that you own the laptop."*

This message was especially distressing. The domain name in question, Cleer.tax, is the subject of an ongoing appeal and a pending motion to stay. My efforts to preserve the status quo and seek judicial review are consistent with my legal rights. By contrast, the laptop he refers to is indisputably my personal property which I shipped in December to your firm for forensic evaluation and have not received back yet. I have made repeated good faith efforts to recover it, dating back to February. Mr. Musekamp has left many of my emails unanswered at all, and then refused to provide any clear timeline for its return or even basic shipping information, and has not even done the forensic evaluation it was requested for, despite acknowledging that the device has been in his possession for months.

His insinuation that I must "prove ownership" of my own laptop, something that no court has ever questioned, is not only unfounded, but deeply insulting. Worse still, he concluded the email by stating:

> *"In any event, it is not worth arguing with you over a laptop."*

This dismissive remark trivializes my legitimate property rights and exemplifies the ongoing pattern of condescension and antagonism I have faced throughout this case. I am doing everything in my power to comply with court orders and litigate this matter in good faith, but the persistent hostility, distortions, and refusals to engage constructively are making it exceedingly difficult, both emotionally and physically, to continue. The toll on my health is real and growing, and I respectfully ask your firm to review this matter seriously and take steps to ensure that I am not further subjected to abusive treatment.

If helpful, I can provide further documentation and examples of the conduct referenced above. I do not make this request lightly, but the impact on my health and ability to meaningfully participate in this case as a pro se litigant has reached a crisis point.

Thank you for your time and consideration. I have cc'd Mr. Russell S. Sayre, whom I understand to be a senior partner and may handle professional responsibility matters for the firm. If you or he are not the appropriate person to address this, I would be very grateful if you could forward it to the appropriate ethics or risk management partner.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the **only** federally-licensed tax practitioners who specialize in taxation and also have **unlimited** rights to represent taxpayers before the Internal Revenue Service.