# Exhibit A

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**   08/05/2025

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/2025 | | 2319 | Musekamp, George B. | 00010 | Partner | 1 | 3.00 | 1,770.00 | 590.00 | 3.00 | 1,770.00 | 590.00 | GB | | 6566714 | Billed |

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**                                                                                           08/05/2025

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Analyze transcript of C. Stranger and Draft Motion for Contempt. | | | | | | | | | | | | | |
| 01/16/2025 | | 2319 | Musekamp, George B. | 00010 | Partner | 1 | 3.00 | 1,770.00 | 590.00 | 3.00 | 1,770.00 | 590.00 | GB | | 6566714 | Billed |
| | | | Complete first draft of Motion for Contempt. | | | | | | | | | | | | | |
| 01/17/2025 | | 1713 | Cohn, Evan H. | 00020 | Associate | 1 | 4.75 | 2,090.00 | 440.00 | 4.75 | 2,090.00 | 440.00 | GB | | 6566714 | Billed |
| | | | Review and revise Motion for Contemp and send to George Musekamp for review and comment. | | | | | | | | | | | | | |
| 01/17/2025 | | BMM | Martin, Beth M. | 00030 | Paralegal | 1 | 0.50 | 175.00 | 350.00 | 0.50 | 175.00 | 350.00 | L140 | | 6566714 | Billed |
| | | | Assisted in finalizing Motion for Sanctions and exhibits for filing; efiled same | | | | | | | | | | | | | |
| 01/17/2025 | | 2319 | Musekamp, George B. | 00010 | Partner | 1 | 0.50 | 295.00 | 590.00 | 0.50 | 295.00 | 590.00 | GB | | 6566714 | Billed |
| | | | Status conference with client regarding updates and subpoena. | | | | | | | | | | | | | |
| 01/17/2025 | | 2319 | Musekamp, George B. | 00010 | Partner | 1 | 0.50 | 295.00 | 590.00 | 0.50 | 295.00 | 590.00 | GB | | 6566714 | Billed |
| | | | Finalize motion for contempt and prepare for filing. | | | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**　　　　　　　　　　　　　　　　　　　　　　　　　　　**08/05/2025**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | 2319 | | Musekamp, George B. | 00010 | Partner | 1 | 0.25 | 147.50 | 590.00 | 0.25 | 147.50 | 590.00 | GB | | 6566714 | Billed |
| Analyze opposition to motion for contempt. | | | | | | | | | | | | | | | | |
| 02/03/2025 | 1713 | | Cohn, Evan H. | 00020 | Associate | 1 | 2.00 | 880.00 | 440.00 | 1.00 | 440.00 | 440.00 | GB | | 6598537 | Billed |
| Review, revise, update citations, and prepare exhibits for Reply in Support of Contempt Motion. | | | | | | | | | | | | | | | | |
| 02/03/2025 | 2319 | | Musekamp, George B. | 00010 | Partner | 1 | 2.75 | 1,622.50 | 590.00 | 2.75 | 1,622.50 | 590.00 | GB | | 6598537 | Billed |
| Draft Reply in support of Motion for Contempt. | | | | | | | | | | | | | | | | |
| 02/03/2025 | BMM | | Martin, Beth M. | 00030 | Paralegal | 1 | 0.50 | 175.00 | 350.00 | 0.50 | 175.00 | 350.00 | L140 | | 6598537 | Billed |
| Assembled and labeled exhibits to Reply; efiled Reply | | | | | | | | | | | | | | | | |

**Time Report**        **Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**        **08/05/2025**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/2025 | 1713 | | Cohn, Evan H. | 00020 | Associate | 1 | 4.75 | 2,090.00 | 440.00 | 4.75 | 2,090.00 | 440.00 | GB | | 0 | Unbilled |

Review Court's Order finding Stranger in contempt, review Taft billing records for hours spent prosecuting the Motion for Contempt, research relevant case law regarding lodestar formula and other matters relevant to the fee application, and prepare affidavit of fees; send to George Musekamp for review and comment.

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**  08/05/2025

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | 1713 | | Cohn, Evan H. | 00020 | Associate | 1 | 0.25 | 110.00 | 440.00 | 0.25 | 110.00 | 440.00 | GB | | 0 | Unbilled |
| Calls with George Musekamp to discuss finalizing fee application regarding the Court's order on Cleer's motion for contempt. | | | | | | | | | | | | | | | | |
| 08/04/2025 | 2319 | | Musekamp, George B. | 00010 | Partner | 1 | 1.00 | 590.00 | 590.00 | 1.00 | 590.00 | 590.00 | GB | | 0 | Unbilled |
| Review and revise declaration in support of affidavit in support of motion for attorneys fees. | | | | | | | | | | | | | | | | |
| 08/04/2025 | 2319 | | Musekamp, George B. | 00010 | Partner | 1 | 0.50 | 295.00 | 590.00 | 0.50 | 295.00 | 590.00 | GB | | 0 | Unbilled |
| Analyze time entries for purposes of fee award. | | | | | | | | | | | | | | | | |