# Exhibit B



# George B. Musekamp

PARTNER / CINCINNATI

E: gmusekamp@taftlaw.com
T: (513) 357-9453
F: (513) 381-0205

George is a partner in Taft's Employment and Labor Relations practice group. He brings extensive experience in substantive employment litigation matters. In particular, George's practice focuses on defending employers from claims of discrimination and retaliation, enforcement of employment agreements, and protection of trade secret information.

In addition, George maintains an active commercial litigation practice. He advises clients on commercial contract and operating agreement disputes, shareholder litigation, and real estate and construction disputes. George partners with C-suite executives, general counsel, and shareholders to manage risk and advance business goals.

George has successfully represented publicly held and private companies in state and federal trial and appellate courts, as well as before a wide variety of administrative agencies. A thoughtful and strategic advocate for clients, he is adept at resolving complex cases in a favorable and cost-effective manner.

Beyond his day-to-day practice, George dedicates time to a diverse range of pro bono matters.

Prior to joining Taft, George was a commercial litigation and employment partner at a national law firm. He gained additional experience as a law clerk for Judge Joseph H. McKinley of the U.S. District Court for the Western District of Kentucky.

George earned his J.D., *magna cum laude*, from the University of Cincinnati College of Law. While in law school, he served as a judicial extern for Judge Michael R. Barrett and Judge Timothy S. Black of the U.S. District Court for the Southern District of Ohio.

### Notable Matters

- Defended business from tort claims stemming from alleged slip and fall.

**Practices**
Employment and Labor Litigation
Employment Law
Commercial Litigation

**Education**
University of Cincinnati College of Law (2010)
Miami University (2005)

**Admissions**
State - Ohio
Federal - Ohio Southern District Court



- Defended several clients from claims of discrimination, failure to accommodate, wrongful termination, and FMLA interference.

- Successfully obtained temporary restraining order and preliminary injunction order on behalf of numerous clients to prevent theft of trade secret information, violation of non-competition agreements, and solicitation of customers and employees.

- Obtained complete reversal in Ohio First District Court of Appeals and Ohio Supreme Court from verdict in favor of Plaintiff on claim of wrongful termination in violation of public policy.

- Obtained reversal in Ohio Twelfth District Court of Appeals relating to enforcement of non-competition agreement.

- Assisted in the defense of alleged breach of turn back provisions of a commercial lease.

- Represented commercial real estate developer in takings claim against the City of Bellevue, Kentucky and breach of contract.

- Represented commercial real estate developer from claims by the City of Cincinnati relating to alleged violations of the Vacated Building Maintenance License standards and public nuisance.

- Assisted in obtaining jury verdict in favor of pipe manufacturer for breach of contract against supplier of heat treat equipment.

- Obtained successful verdict for client following bench trial on claims of breach of purchase orders.

- Obtained Order for sale of commercial property following failure to convey.

- Obtained award on behalf of beneficiaries from trustee for breach of trust provisions and Ohio trust code.

- Defended automobile dealership from claims asserted under the Ohio Consumer Sales Practices Act.

- Obtained complete dismissal of claims against law firm for legal malpractice involving Lehman Brothers bankruptcy.

- Assisted in arbitration under the AAA to determine breach of contract issues relating to sale of company.



**Awards**

- Honoree, Ohio *Super Lawyers* Rising Star (2018-2020)

- Honoree, *Venue Magazine* Great Leaders Under 40 (2017)

**Professional Affiliations**

- Cincinnati Bar Association
    - Member

- Ohio Bar Association
    - Member

**Community Involvement**

- Cincinnati Zoo & Botanical Garden's Ambassador Council
    - Member, 2015-Present

- American Cancer Society
    - Relay for Life Chairman and Emcee, 2014
    - Cincinnati Golf Classic Executive Committee Member, 2012



www.taftlaw.com