# Exhibit C

# Evan H. Cohn

ASSOCIATE / CINCINNATI

E: ecohn@taftlaw.com
T: (513) 357-9687
T: 513-381-2838
F: (513) 381-0205



**Practices**
Labor Relations
Employment and Labor
Litigation
Employment Law

**Education**
The Ohio State University Moritz College of Law (2020)
Miami University (2016)

**Admissions**
State - Ohio

Evan is an attorney in Taft's Employment and Labor Relations practice group. He advises clients on all aspects of the employment relationship, including policies and handbooks, workplace investigations, litigation matters, and labor law. Evan also advises employers on occupational safety and health matters to ensure compliance with the Occupation Health and Safety Administration (OSHA), including workplace investigations and litigating alleged violations that result in the issuance of OSHA citations.

Before joining Taft, Evan was an associate with a well-known regional law firm focusing on employment and labor relations, as well as litigation.

Evan earned his J.D. from The Ohio State University Moritz College of Law. During law school, he was a full-year legal intern for NiSource Inc. and was an extern for Chief Judge Edmund A. Sargus, Jr. in the U.S. District Court for the Southern District of Ohio. Prior to law school, Evan also served as an intern for Judge Maryann Boehm of the Sarasota County Court in Florida. He received his B.A. in political science from Miami University.

### Speeches and Publications

#### Speeches

- Co-Presenter, "Labor Law Update and Forecast," Cincinnati Bar Association Labor and Employment Law Symposium, Dec. 16, 2022.

#### Publications

- Author, "The Delaware Appraisal Remedy: Valuations in Excess of Deal Price No Longer a Safe Bet For Arbitrageurs," *Ohio State Law Journal*, 2019.

### Awards

- CALI Excellence for the Future Awards® in Legal Research, Analysis, and Writing



www.taftlaw.com

**Community Involvement**

- Tackling Child Hunger, Inc.
    Marketing Director (2014-2021)

- Volunteer Income Tax Assistance (VITA)
    Volunteer (2018)



www.taftlaw.com