**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | Case No. 3:24-cv-01496-MPS |
| | : Judge Michael P. Shea |
| | : Magistrate Judge Maria E. Garcia |
| | : |
| Plaintiff, | : **PLAINTIFF CLEER LLC'S REPLY** |
| | : **MEMORANDUM IN RESPONSE TO** |
| v. | : **DEFENDANT CRYSTAL** |
| | : **STRANGER'S OPPOSITION TO** |
| CRYSTAL STRANGER, et al., | : **PLAINTIFF'S MOTION FOR** |
| | : **RECONSIDERATION** |
| Defendants. | : |

Plaintiff Cleer LLC ("Cleer") recognizes that Local Rule 7(c)(2) does not permit Defendant Crystal Stranger's ("Stranger") Opposition memorandum to Cleer's Motion for Reconsideration. However, instead of moving to strike Stranger's Opposition, Cleer files this very brief Reply memorandum solely to emphasize that Stranger agrees that Judge Garcia's Order acknowledged the continued enforceability of the TRO beyond January 29, 2025. Stranger states:

> Although Judge Garcia's statement at the January 30, 2025 hearing reiterated that the TRO remained in effect, this was not a formal extension of the TRO but rather an acknowledgment of its continued enforceability until the preliminary injunction was ruled upon.

[Doc. 246, p.1].

Accordingly, Cleer respectfully requests that the Court consider Stranger's admission in reconsidering its Order denying the Second Motion for Contempt.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800

Cincinnati, Ohio 45202
Tel:  (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel of record.

*/s/ George B. Musekamp*