# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : |
| v. | : 3:24-cv-1496-MPS |
| CRYSTAL STRANGER et al. | : DEFENDANT'S REQUEST FOR CLARIFICATION REGARDING PLAINTIFF'S SETTLEMENT REQUEST AND MINUTE ENTRY (ECF 250) |
| v. | : |
| DAVID and CARRIE McKEEGAN | : |

Defendant Crystal Stranger respectfully submits this request for clarification in connection with the Court's remarks during the status conference held on August 7, 2025.

During that proceeding, the Court indicated that Plaintiff had expressed interest in scheduling a settlement conference. However, Defendant notes that no such request appears on the public docket, and no written communication reflecting Plaintiff's request has been served on Defendant to date. Furthermore, the Minute Entry for the August 7, 2025 conference (ECF No. 250) and Notice of Calendar (ECF No. 251) do not reflect the Court's reference to Plaintiff's request.

To ensure the accuracy of the record and the transparency of procedural communications in this matter, Defendant respectfully requests clarification as to:

1. Whether Plaintiff's request was made in writing;

2. Whether the communication was served on all parties; and

3. Whether the Court intends to memorialize that request and any related communications on the public docket.

Defendant seeks this clarification to ensure that all parties have equal procedural access and that no communications regarding case scheduling are inadvertently omitted from the formal record.

Defendant remains committed to engaging in good faith settlement discussions under the Court's supervision and appreciates the opportunity to clarify this matter respectfully and constructively.

Respectfully submitted,
Crystal Stranger
Pro Se Litigant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 7, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*