# Exhbit A

Redacted Letter from Surgeon

**PROF RUSHDI HENDRICKS**
Fellow of Royal Society of S.A,
Ph.D Surgery UCT, B.Ch.D., M.Ch.D. (M.F.O.S.) West. Cape

MAXILLO FACIAL & ORAL SURGEON

PR NO.: 6200745

Postal Address:
104 Fairfield Medical Suites
Wilderness Road,
Claremont
7708

Telephones:
Rooms : 021 671-5040
Email: mureeda.samaai   mail.com
Cell:

04 August 2025

**PATIENT:** CRYSTAL STRANGER    **D.O.B:**

| PROCEDURE | CODES | ICD 10 CODES |
|---|---|---|
| Bilateral Arthrocentesis (R & L) TM Joints + Intra-Articular Injections Trigger Point Injections Trigger Point Injections Assistant Fee | | |

**TOTAL:**

**HOSPITAL:** MEDICROSS TOKAI    **PRACTICE NUMBER:** 770 0725

**DATE OF OPERATION:** 12 AUGUST 2025

**THEATRE TIME:** 60 MINUTES

**ANAESTHETIST:** DR P. HARINGTON    **PRACTICE NUMBER:** 1011413
PLEASE PHONE ANAESTHETIST OFFICE FOR A QUOTE:
MEDICROSS TOKAI :

PS: PLEASE NOTE: **NOTHING TO EAT OR DRINK ON THE DAY OF THE OPERATION** (STOP EATING & DRINKING AT 24H00 THE MONDAY EVENING) **PLEASE BOOK IN AT HOSPITAL AT 07H30** ON *TUESDAY* MORNING. **NO DRIVING** – someone to take you and fetch you.
NO SMOKING AT ALL PLEASE !!!!!
### PLEASE PHONE OUR ROOMS ON (021) 6715040 WITH THE AUTHORIZATION NUMBER ###*** PS: PROF HENDRICKS SENDS ALL HUMAN TISSUE REMOVED AT SURGERY FOR HISTOLOGICAL ANALYSIS. (PATHCARE ACCOUNT) ***
PS:    " PROCEDURE / TARRIFF CODES MAY CHANGE WITHOUT PRIOR NOTIFICATION"

Yours sincerely

PROF R. HENDRICKS
PhD Surgery UCT

Member of the South African Society of Maxillo-Facial and Oral Surgeons. Member of the International Association of Oral and Maxillo Facial Surgeons