# Exhibit B

Motion for Leave to File Unsworn Declaration
or, in the Alternative, to Extend Deadline

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC : | |
| : | 3:24-cv-1496-MPS |
| v. : | |
| : | |
| CRYSTAL STRANGER et al. : | MOTION FOR LEAVE TO FILE |
| : | UNSWORN DECLARATION OR, IN |
| v. : | THE ALTERNATIVE, TO EXTEND |
| : | DEADLINE |
| DAVID and CARRIE McKEEGAN : | |

Defendant Crystal Stranger respectfully moves for leave to submit an unsworn declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 in lieu of a notarized affidavit, or, in the alternative, to extend the deadline for filing the sworn statement required by the Court's August 4, 2025 Order (ECF No. 243) until after her recovery from surgery.

In support, Defendant states:

1. The Court's August 4, 2025 Order (ECF No. 243) requires Defendant, by August 12, 2025, to file "a statement under oath (either a declaration or an affidavit) making clear the steps she has taken to comply" with the domain transfer requirement.

2. Defendant is presently located in South Africa, where signing an affidavit under oath requires (a) printing the document, and (b) appearing in person before a Commissioner of Oaths, typically at a police station, for affirmation.

3. On August 12, 2025, Defendant is scheduled to undergo bilateral arthrocentesis surgery under general anesthesia, with post-procedure restrictions that make it physically

  impossible to travel to a Commissioner of Oaths on that date. A letter from her treating surgeon confirming the procedure is attached as Exhibit A to the accompanying Status Notice.

4. Pursuant to 28 U.S.C. § 1746, a litigant may satisfy an oath requirement by submitting an unsworn declaration "subscribed by him as true under penalty of perjury, and dated, in substantially the following form: 'I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.'"

5. Acceptance of such a declaration would permit Defendant to comply with the Court's order without delay, despite her medical procedure and the logistical limitations in South Africa.

**WHEREFORE**, Defendant respectfully requests that the Court:

a. Accept an unsworn declaration under 28 U.S.C. § 1746 in lieu of a notarized affidavit; or

b. In the alternative, extend the deadline for filing the sworn statement until after Defendant's recovery from surgery.

  Respectfully submitted,
  Crystal Stranger
  Pro Se Litigant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 11, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*