# Exhibit C

**Declaration Pursuant to §1746**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC | : | 3:24-cv-1496-MPS |
| | : | |
| v. | : | DECLARATION PURSUANT TO |
| | : | 28 U.S.C. § 1746 |
| CRYSTAL STRANGER et al. | : | |
| | : | |

I, Crystal Stranger, declare under penalty of perjury that the following is true and correct:

1. I am the Defendant in this matter. I make this declaration in response to the Court's August 4, 2025 Order (ECF No. 243) directing me, by August 12, 2025, to "take all actions required to return to Cleer the domain Cleer.tax" and to file "a statement under oath (either a declaration or an affidavit) making clear the steps [I have] taken to comply with the letter and spirit of the court's order."

2. On August 11, 2025, I emailed opposing counsel requesting the specific information necessary to complete a transfer of the Cleer.tax domain, should such transfer ultimately be required following resolution of my pending appeal.

3. On August 11, 2025, in my appeal before the United States Court of Appeals for the Second Circuit (*Cleer LLC v. Stranger*, Case No. 25-1575), I filed the following documents in connection with my Motion for Partial Stay Pending Appeal:

- A Rule 28(j) letter (Doc. 31) providing additional pertinent authority to the appellate court;

- Supplementary papers in support of my motion to stay district court proceedings (Doc. 33); and

- A motion to expedite decision on the pending stay motion (Doc. 34).

4. These appellate filings were made in good faith to preserve my rights and to seek expedited appellate review of the domain transfer order, which is the central issue on appeal and transferring the domain now would moot the appeal.

5. I remain ready to take any further actions necessary to comply with the Court's order promptly upon resolution of my appeal, and have undertaken the above steps in preparation for compliance should the appellate court rule against me.

Executed on August 11, 2025, in Cape Town, South Africa.

..............................................

Crystal Stranger