# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-five.

Before:     Maria Araújo Kahn,
                *Circuit Judge.*

_____

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

    Plaintiff-Counter-Defendant-Appellee,

v.

Crystal Stranger,

    Defendant-Counter-Claimant-Appellant,

Optic Tax Inc.,

    Defendant,

Carrie McKeegan, David McKeegan,

    Counter-Defendants.

_____

**ORDER**

Docket No. 25-1575

Appellant, pro se, moves for a stay of the District Court's June 7, 2025 Preliminary Injunction Order to the extent that it compels the immediate transfer of the internet domain name "Cleer.tax." Appellee opposes the motion.

IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary stay pending review by a three-Judge panel, the motion is GRANTED. The motion is REFERRED to a three-Judge panel on an expedited basis.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**CERTIFIED COPY ISSUED ON 08/12/2025**