IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : |
| | : 3:24-cv-1496-MPS |
| v. | : |
| | : |
| CRYSTAL STRANGER et al. | : DEFENDANT'S MOTION FOR LIMITED |
| | : ADMINISTRATIVE STAY |
| v. | : |
| | : |
| DAVID and CARRIE McKEEGAN | : |
| | : |

    Defendant Crystal Stranger respectfully moves for a limited administrative stay of the portion of the Preliminary Injunction entered June 17, 2025, that compels the immediate and permanent transfer of the internet domain name "Cleer.tax," solely to allow the United States Supreme Court to rule on her Emergency Application for Stay Pending Appeal, which she intends to file on August 14, 2025 with the Honorable Sonia Sotomayor, Associate Justice and Circuit Justice for the Second Circuit, pursuant to 28 U.S.C. §§ 1651(a) and 2101(f) and Supreme Court Rule 22.

    Defendant will also be concurrently seeking a parallel limited administrative stay from the United States Court of Appeals for the Second Circuit to preserve the registrar lock on "Cleer.tax" during the Supreme Court's consideration of the emergency application. This ensures consistent relief requests across jurisdictions and avoids the possibility of conflicting enforcement deadlines. Both requests are limited in scope and duration, designed solely to maintain the status quo while appellate review remains pending.

Defendant respectfully requests an administrative stay of 14 days or until the Supreme Court rules on her emergency application, whichever comes first. Without a limited administrative stay, the domain transfer will occur before the Supreme Court can act, mooting the pending appeal and eliminating the Court's ability to review the due process issues raised.

Respectfully submitted,
Crystal Stranger
Pro Se Litigant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 14, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*