UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand twenty-five.

Before:  Richard J. Sullivan,
  Michael H. Park,
  Steven J. Menashi,
    *Circuit Judges.*

---

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

    Plaintiff-Counter-Defendant-Appellee,

v.

Crystal Stranger,

    Defendant-Counter-Claimant-Appellant,

Optic Tax Inc.,

    Defendant,

Carrie McKeegan, David McKeegan,

    Counter-Defendants.

**ORDER**

Docket No. 25-1575

---

Appellant, pro se, moves for a stay of the District Court's June 7, 2025 Preliminary Injunction Order to the extent that it compels the immediate transfer of the internet domain name "Cleer.tax." Appellant also moves for an expedited decision.

IT IS HEREBY ORDERED that the motion to expedite decision is GRANTED and the motion for a stay is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



CERTIFIED COPY ISSUED ON 08/13/2025