# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : : : | Case No. 3:24-cv-01496-MPS  Judge Michael P. Shea |
| Plaintiff, | : : | **PLAINTIFF CLEER LLC'S NOTICE OF NON-COMPLIANCE WITH COURT'S ORDER ON MOTION FOR CONTEMPT [DOC. 243] AND OPPOSITION TO DEFENDANT CRYSTAL STRANGER'S MOTION FOR LIMITED ADMINISTRATIVE STAY [DOC. 262]** |
| v. | : : | |
| CRYSTAL STRANGER, et al., | : : | |
| Defendants. | : : | |

Defendant Crystal Stranger ("Stranger") has still not turned over the domain Cleer.tax to Plaintiff Cleer, LLC ("Cleer") in contempt of this Court's Order. [Doc 243]. This Court first instructed Stranger to return the Cleer.tax domain to Cleer by June 19, 2025. [Doc. 208] ("within 48 hours of this Order, Stranger shall take all actions required to return to Cleer the domain Cleer.tax."). Since that Order and nearly two months later, Stranger has not returned the domain to Cleer.

Instead, she has done nothing but obstruct and delay, even going so far as violating the Court's Preliminary Injunction Order. Accordingly, on August 4, 2025, the Court found Stranger in contempt and stated:

> By August 12, 2025, Stranger must 'take all actions required to return to Cleer the domain Cleer.tax' and shall file on the docket a statement under oath (either a declaration or an affidavit) making clear the steps she has taken to comply with the letter and spirit of the Court's order. **This is her final opportunity to comply. Stranger's failure to do so will result in the imposition of sanctions, including monetary coercive sanction**.

[Doc. 243] (emphasis added).

Stranger did not return the domain by August 12. She instead filed an emergency motion to stay in the Second Circuit which was temporarily granted for 24 hours. (*See* Second Circuit Court of Appeals Docket No. 25-1575, DN 34). The next day, the Second Circuit promptly denied the Motion to Stay upon expedited review of the merits at Stranger's request. (*Id.* at DN 39). Upon denial of the stay in the Second Circuit, Cleer again requested that Stranger return the domain to Cleer. But she again refused.

On August 14, 2025, Stranger filed an Emergency Application for Stay Pending Appeal with the United States Supreme Court ("USSC") and a Motion for Limited Administrative Stay in this Court. [Doc. 262]. Those motions are simply further actions of Stranger to needlessly increase fees to Cleer, delay, obstruct, and circumvent this Court's Preliminary Injunction and subsequent order finding Stranger in contempt and compelling her to transfer the Cleer.tax domain to Cleer. [Docs. 208, 243]. There is no basis for Stranger's now third request for a stay pending review by the USSC. Stranger has already asked for a stay from this Court and the Second Circuit – both of which were denied. Her request for certiorari to the USSC simply recites the same arguments that have been repeatedly rejected.

Accordingly, coercive sanctions are now necessary. This is the exact same situation that the Court already held Stranger in contempt for once. In finding Stranger in contempt, this Court stated: "'If a person to whom a court directs an order believes that order is incorrect the remedy is to appeal, but, absent a stay, [s]he must comply promptly with the order pending appeal.'" (Order [Doc. 243], p. 2). No stay is in place. But again, Stranger continues to defy the Court's Order even after being told by this Court that filing an appeal does not relieve her of her duties to comply with the Order.

Cleer requests that the Court deny the Motion for Limited Administrative Stay, order Stranger to immediately transfer the domain to Cleer, find Stranger in contempt, impose sanctions including monetary coercive sanctions, and enter such other relief this Court deems appropriate for Stranger's repeated and continued disregard for this Court's authority

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel:  (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 15, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel and parties of record.

*/s/ George B. Musekamp*