**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

CLEER LLC                                    :
                                             :      3:24-cv-1496-MPS
v.                                           :
                                             :
CRYSTAL STRANGER et al.                      :      NOTICE OF FILING IN THE SUPREME
                                             :      COURT OF THE UNITED STATES
v.                                           :
                                             :
DAVID and CARRIE McKEEGAN                    :
                                             :

Defendant–Appellant Crystal Stranger respectfully notifies this Court that on August 14, 2025, she submitted to the Supreme Court of the United States an Emergency Application for Stay Pending Appeal pursuant to Supreme Court Rule 22, directed to the Honorable Sonia Sotomayor, Associate Justice and Circuit Justice for the Second Circuit.

The application seeks only to preserve the status quo by staying the District Court's June 7, 2025 Preliminary Injunction to the extent it compels the immediate transfer of the internet domain name "Cleer.tax", pending resolution of her appeal in the United States Court of Appeals for the Second Circuit (Case No. 25-1575). This limited relief is sought to avoid mooting appellate review through irreversible compliance, not to reargue the merits of the underlying injunction.

This application follows an unusual procedural sequence in the Court of Appeals: on August 12, 2025, a single circuit judge granted a temporary stay to preserve the status quo; less than 24 hours later, a three-judge panel reversed that stay without any explanation, despite no change in the facts or procedural posture. This unexplained reversal, immediately preceding an

irreversible act that would moot the appeal, is the basis for seeking further relief from the

Supreme Court.

A copy of the application, excluding exhibits, and proof of mailing is attached hereto as

Exhibit A for the Court's reference.


Respectfully submitted,

Crystal Stranger

Pro Se Litigant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 15, 2025 the foregoing was filed using the Court's

electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*