# Exhibit A

# Time Report                                                          **Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**                    **08/20/2025**



| 08/15/2025 | 2472 | Daley, Jesse K. | 00020 | Associate | 1 | 1.75 | 770.00 | 440.00 | 1.75 | 770.00 | 440.00 GB | 0 | Unbilled |

Draft response to Plaintiff C. Stranger's objections to Cleer's Attorneys' fee request.

**Report Totals:**