# Exhibit A

**Time Report**                            **Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**           **08/25/2025**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|------|---------|----------|------|-------------|-------------|------|----------|----------|-----------|---------|---------|----------|---------|----------|---------|--------|

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**                                                                       **08/25/2025**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/2025 | 1713 | | Cohn, Evan H. | 00020 | Associate | 1 | 4.75 | 2,090.00 | 440.00 | 4.75 | 2,090.00 | 440.00 | GB | | 6788467 | Billed |
| Research Second Circuit and Connecticut District Court case law on whether filing an appeal or moving the court to modify a preliminary injunction relieves the appellant or moving party of complying with the order; prepare Motion for Contempt of preliminary injunction order and send draft to George Musekamp for review and comment. ||||||||||||||||
| 07/02/2025 | 2319 | | Musekamp, George B. | 00010 | Partner | 1 | 2.00 | 1,180.00 | 590.00 | 2.00 | 1,180.00 | 590.00 | GB | | 6788467 | Billed |
| Analyze and revise motion for contempt for failing to turn over website domain. ||||||||||||||||
| 07/03/2025 | JKS | | Spiering, Julie K. | 00030 | Paralegal | 1 | 0.25 | 95.00 | 380.00 | 0.25 | 95.00 | 380.00 | GL | | 6788467 | Billed |
| Format and file Motion for Contempt. ||||||||||||||||
| 07/03/2025 | 1713 | | Cohn, Evan H. | 00020 | Associate | 1 | 1.00 | 440.00 | 440.00 | 1.00 | 440.00 | 440.00 | GB | | 6788467 | Billed |
| Review, revise, and finalize preliminary injunction contempt motion for filing. ||||||||||||||||

**Time Report** **Billed and Unbilled**

Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)   08/25/2025

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**  **08/25/2025**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | | 2319 | Musekamp, George B. | 00010 | Partner | 1 | 0.75 | 442.50 | 590.00 | 0.75 | 442.50 | 590.00 | GB | | 0 | Unbilled |
| | | | Conference with McKeegans regarding contempt orders. | | | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**                                                                                    08/25/2025

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | | 2472 | Daley, Jesse K. | 00020 | Associate | 1 | 1.00 | 440.00 | 440.00 | 1.00 | 440.00 | 440.00 | GB | | 0 | Unbilled |

Prepare redacted time report as an exhibit in support of fee calculation.

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06/2025 | | 2472 | Daley, Jesse K. | 00020 | Associate | 1 | 1.75 | 770.00 | 440.00 | 1.75 | 770.00 | 440.00 | GB | | 0 | Unbilled |

Finalize affidavit, fee application, and supporting exhibits for contempt finding in Stranger litigation; Review local rules regarding filing of a scanned document for purpose of filing declaration.

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | | 2472 | Daley, Jesse K. | 00020 | Associate | 1 | 0.50 | 220.00 | 440.00 | 0.50 | 220.00 | 440.00 | GB | | 0 | Unbilled |

Draft affidavit and fee statement relating to motion for contempt filed regarding third motion for contempt for the transfer of the domain.

# Time Report

**Billed and Unbilled**

**Cleer, LLC d/b/a Cleer Tax / General Corporate (118314-00001)**                                                                                                             **08/25/2025**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/14/2025 | 2472 | | Daley, Jesse K. | 00020 | Associate | 1 | 1.50 | 660.00 | 440.00 | 1.50 | 660.00 | 440.00 | GB | | 0 | Unbilled |
| Draft affidavit for fees related to motion for contempt for domain transfer and prepare supporting exhibits. | | | | | | | | | | | | | | | | |
| 08/15/2025 | 2472 | | Daley, Jesse K. | 00020 | Associate | 1 | 1.00 | 440.00 | 440.00 | 1.00 | 440.00 | 440.00 | GB | | 0 | Unbilled |
| Update affidavit for attorneys' fees on contempt finding regarding domain transfer; Review billing statements for same. | | | | | | | | | | | | | | | | |
| 08/25/2025 | 2319 | | Musekamp, George B. | 00010 | Partner | 1 | 1.00 | 590.00 | 590.00 | 1.00 | 590.00 | 590.00 | GB | | 0 | Unbilled |
| Review declaration, review time entries incurred for contempt filing, and finalize attorney fee request for contempt of court for failing to transfer domain. | | | | | | | | | | | | | | | | |