## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

CLEER LLC                :

v.                      :

CRYSTAL STRANGER et al.    :

v.                      :

DAVID and CARRIE McKEEGAN    :

|  |  |
|---|---|
| : | 3:24-cv-1496-MPS |
| : | |
| : | |
| : | |
| : | NOTICE REGARDING AUGUST 27, |
| : | 2025 STATUS CONFERENCE |
| : | |
| : | |

Defendant Crystal Stranger respectfully submits this Notice to ensure the record accurately reflects matters discussed at the August 27, 2025 status conference before Magistrate Judge S. Dave Vatti concerning Defendant's Request for Clarification (ECF No. 253).

At the conference, Magistrate Judge Vatti stated that Plaintiff's counsel, George Musekamp, sent an ex parte email to his assistant on July 30, 2025 at 3:02 p.m., requesting that he facilitate renewed mediation. Judge Vatti explained that this was the only such communication since the December 9, 2024 settlement conference.

Defendant respectfully requests that this July 30, 2025 communication be preserved in the record, either by docketing the email itself or by memorializing its existence, so that both parties and any reviewing court have equal access to the full record.

Respectfully submitted,

*/s/ Crystal Stranger*

Crystal Stranger

Pro Se Litigant

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 27, 2025 the foregoing was filed using the Court's

electronic filing system which will provide notice to all parties.

> */s/ Crystal Stranger*