# MANDATE

D. Conn.
24-cv-1496
Shea, C.J.
Garcia, M.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand twenty-five.

Present:
    Richard J. Sullivan,
    Michael H. Park,
    Steven J. Menashi,
        *Circuit Judges*.

_____

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

    *Plaintiff-Counter-Defendant-Appellee*,

    v.                                      25-530 (L);
                                          25-663 (Con)
Crystal Stranger,

    *Defendant-Counter-Claimant-Appellant*,

Optic Tax Inc.,

    *Defendant*,

Carrie McKeegan, David McKeegan,

    *Counter-Defendants*.

_____

Appellant, proceeding pro se, moves to partially stay the district court's expired temporary restraining order ("TRO") and the district court's preliminary injunction pending appeal. Appellee, through counsel, moves to dismiss the lead appeal as moot. Upon due consideration, Appellee's motion to dismiss is GRANTED and the appeal in 25-530 (L) is dismissed because "it

**MANDATE ISSUED ON 08/28/2025**

is impossible for [the Court] to grant any effectual relief" as to the expired TRO. *Connecticut Citizens Def. League, Inc. v. Lamont*, 6 F.4th 439, 444 (2d Cir. 2021). As to the consolidated appeal in 25-663, the Court has determined sua sponte that it lacks jurisdiction over the appeal because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. See *Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *see also In re Weisman*, 835 F.2d 23, 25 (2d Cir. 1987) (orders governing "housekeeping matters" not immediately appealable); *cf. Stans v. Gagliardi*, 485 F.2d 1290, 1292 (2d Cir. 1973) (finding that the denial of a motion to postpone trial is nonfinal). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED. It is further ORDERED that the Appellant's motions for a stay pending appeal are DENIED as moot. If Appellant intends to seek a stay of the district court's preliminary injunction, she must do so in her appeal from that order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court