# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-five.

Before:     Richard J. Sullivan,
               Michael H. Park,
               Steven J. Menashi,
                   *Circuit Judges.*

_____

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

         Plaintiff-Counter-Defendant-Appellee,

    v.

Crystal Stranger,

         Defendant-Counter-Claimant-Appellant.

_____

**ORDER**

Docket No. 25-1575

    Appellant, pro se, has filed a renewed motion for a stay of the District Court's June 17, 2025 Preliminary Injunction Order to the extent that it compels the immediate transfer of the internet domain name "Cleer.tax."

    IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/28/2025