# Exhibit A

Calendar Invite for 26(f) 12-26-24

 Gmail                                    Crystal Stranger <crystalstranger@gmail.com>

---

## Invitation: Rule 26(f) conference (C Stranger) @ Thu Dec 26, 2024 19:00 - 20:00 (GMT+2) (crystalstranger@gmail.com)

1 message

---

**Alan Harrison** <admin@sandollar-law.net>                    Fri, Dec 6, 2024 at 12:49 PM
Reply-To: Alan Harrison <admin@sandollar-law.net>
To: crystalstranger@gmail.com

Join with Google Meet

**Meeting link**
meet.google.com/kkm-cykc-cun

**Join by phone**
(US) +1 321-247-7482
PIN: 349498968

More phone numbers

**When**
Thursday Dec 26, 2024 · 19:00 – 20:00 (South Africa Standard Time)

**Organizer**
Alan Harrison
admin@sandollar-law.net

**Guests**
(Guest list has been hidden at organizer's request)

**Reply** for crystalstranger@gmail.com

Yes | No | Maybe | More options

Invitation from Google Calendar