# Exhibit B

Email Scheduling 26(f) 2-22-25

 Gmail                                    Crystal Stranger <crystalstranger@gmail.com>

## Scheduling 26(f) Conference
4 messages

**Crystal Stranger** <crystalstranger@gmail.com>                     Sat, Feb 22, 2025 at 2:08 PM
To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>, Alan Harrison <alan@sandollar-law.net>

Hi All,

The thread got dropped surrounding scheduling of the 26(f) conference, and as I am reading the court rules and docket this appears substantially past-due. Thus we should make a time to hold this as soon as possible.

I am available mornings EST from 9am on Tuesday, Thursday, and Friday of this coming week, and Monday, Wednesday, and Thursday of the first week of March. Hopefully one of those dates will work with everyone and we can try to get this scheduled? Thank you.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow


**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the only federally-licensed tax practitioners who specialize in taxation and also have unlimited rights to represent taxpayers before the Internal Revenue Service.

---

**Alan Harrison** <alan@sandollar-law.net>                           Mon, Feb 24, 2025 at 4:19 PM
To: Crystal Stranger <crystalstranger@gmail.com>, "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>

9–10 EST tomorrow (2/25)?

[Quoted text hidden]

---

**Crystal Stranger** <crystalstranger@gmail.com>                     Mon, Feb 24, 2025 at 4:20 PM
To: Alan Harrison <alan@sandollar-law.net>
Cc: "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>

Sorry, I am no longer available tomorrow or Wednesday.

Crystal Stranger, JD, EA
CEO
OpticTax.com

> On Feb 24, 2025, at 4:19 PM, Alan Harrison <alan@sandollar-law.net> wrote:

[Quoted text hidden]

---

**Musekamp, George B.** <GMusekamp@taftlaw.com>                      Mon, Feb 24, 2025 at 4:47 PM
To: Alan Harrison <alan@sandollar-law.net>, Crystal Stranger <crystalstranger@gmail.com>, "Cohn, Evan" <ECohn@taftlaw.com>

Let's wait to do the 26f conference until after Court rules on Alan's motion to withdraw.

**Taft/**   **George B. Musekamp**
            Partner
            GMusekamp@taftlaw.com
            **Dir:** 513.357.9453
            **Tel:** 513.381.2838   |   **Fax:** 513.381.0205
            425 Walnut Street, Suite 1800
            Cincinnati  Ohio 45202-3957

Taft Bio

**Crystal Stranger** <crystalstranger@gmail.com>  Tue, May 13, 2025 at 7:49 AM
To: "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: Amy Constantine <amy_constantine@ctd.uscourts.gov>, "Cohn, Evan" <ECohn@taftlaw.com>

Dear Ms. Constantine,

Thank you for your assistance in addressing this matter. A scheduling conference would be great to discuss these issues, as well as the settlement conference that was ordered and Plaintiff seems to have no interest in proceeding with. It should also be noted that Optic Tax's prior attorney had requested the 26(f) conference directly following the preliminary injunction hearing, but Plaintiff delayed on this which is why Optic Tax is no longer represented and now unable to participate in this.

Please also note that I will be travelling internationally today, and for the next two days, so I may not be able to receive or respond to further messages on this thread until Thursday morning. Wishing you all the best.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the _only_ federally-licensed tax practitioners who specialize in taxation and also have _unlimited_ rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]