# Exhibit C

Email Scheduling 26(f) 5-12-25

M Gmail                                                                                      Crystal Stranger <crystalstranger@gmail.com>

## Cleer v. Stranger - Request for Scheduling/Status Conference

2 messages

**Musekamp, George B.** <GMusekamp@taftlaw.com>                                               Mon, May 12, 2025 at 7:40 PM
To: Amy Constantine <amy_constantine@ctd.uscourts.gov>
Cc: "Cohn, Evan" <ECohn@taftlaw.com>, Crystal Stranger <crystalstranger@gmail.com>

Ms. Constantine –

I am writing as counsel for Plaintiff Cleer, LLC in Case No. 3:24cv01496. I understand from Judge Shea's Pretrial Preferences that the parties are to provide a Rule 26(f) report that will serve as the basis for the initial scheduling order. Given the initial injunctive proceedings, the parties have not yet conducted the Rule 26(f) conference. Nor can we given that Defendant Optic Tax is not represented by counsel and Ms. Stranger, who is proceeding pro se, cannot represent Optic Tax.

We are asking that the Court schedule a status conference with Judge Shea to set a scheduling order and to address any other open issues the Court would like to discuss.

Thank you,

George



**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati  Ohio 45202-3957

**Taft Bio**
**Download vCard**
taftlaw.com

Now over 1,000 attorneys strong.

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm. Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Crystal Stranger <crystalstranger@gmail.com>　　　　　　　　　　　　　　　Tue, May 13, 2025 at 7:49 AM
To: "Musekamp, George B." <GMusekamp@taftlaw.com>
Cc: Amy Constantine <amy_constantine@ctd.uscourts.gov>, "Cohn, Evan" <ECohn@taftlaw.com>

Dear Ms. Constantine,

Thank you for your assistance in addressing this matter. A scheduling conference would be great to discuss these issues, as well as the settlement conference that was ordered and Plaintiff seems to have no interest in proceeding with. It should also be noted that Optic Tax's prior attorney had requested the 26(f) conference directly following the preliminary injunction hearing, but Plaintiff delayed on this which is why Optic Tax is no longer represented and now unable to participate in this.

Please also note that I will be travelling internationally today, and for the next two days, so I may not be able to receive or respond to further messages on this thread until Thursday morning. Wishing you all the best.

Sincerely Yours,

Crystal Stranger, JD, EA, NTPI Tax Fellow

**What is an enrolled agent?**
Enrolled agents (EAs) are America's tax experts. EAs are the <u>only</u> federally-licensed tax practitioners who specialize in taxation and also have <u>unlimited</u> rights to represent taxpayers before the Internal Revenue Service.

[Quoted text hidden]