# Exhibit D

Email From Plaintiff Scheduling 26(f) 9-2-25

 Crystal Stranger <crystalstranger@gmail.com>

## FW: Activity in Case 3:24-cv-01496-MPS Cleer LLC v. Stranger et al Set Deadlines/Hearings

2 messages

**Musekamp, George B.** <GMusekamp@taftlaw.com>  Tue, Sep 2, 2025 at 8:26 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: "Daley, Jesse K." <JDaley@taftlaw.com>

Ms. Stranger –

Can you please provide us with times between 9 am EST and 3 PM EST that you are available for a conference to discuss the Rule 26 Report. We will need approximately 1 hour. I encourage you to review the Court's Local Rules at page 100 of the document (not the PDF) for the form we must complete. Our intent is to circulate a draft to you tomorrow and we can then work through any changes that are required so we can have this filed by the Court's deadline on Friday.

Thanks,

George



**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati  Ohio 45202-3957

**Taft Bio**
**Download vCard**
taftlaw.com

Now over 1,100 attorneys strong.

Taft is expanding to **Atlanta** and strengthening its **Washington, D.C.**, presence through a merger with Morris, Manning & Martin on Dec. 31, 2025. Learn more **here.**

Taft has expanded to **Southeast Florida**, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If

you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** CMECF@ctd.uscourts.gov <CMECF@ctd.uscourts.gov>
**Sent:** Tuesday, September 2, 2025 1:49 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:24-cv-01496-MPS Cleer LLC v. Stranger et al Set Deadlines/Hearings

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
District of Connecticut

Notice of Electronic Filing
The following transaction was entered on 9/2/2025 1:48 PM EDT and filed on 8/29/2025

Case Name: Cleer LLC v. Stranger et al

Case Number: 3:24-cv-01496-MPS  https://ecf.ctd.uscourts.gov/cgi-bin/DktRpt.pl?161351

Filer:

Document Number:

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
No document attached

Docket Text:
Set Deadlines: Rule 26 Meeting Report
due by 9/5/2025 (Sichanh, C)

3:24-cv-01496-MPS Notice has been electronically mailed to:
Alan Harrison (Terminated)  alan@sandollar-law.net, alan.sandollar.law.net@recap.email

George Musekamp  gmusekamp@taftlaw.com, CIN_Docket_Assist@taftlaw.com, ayancey@taftlaw.com
Michael Seamus O'Malley  michael.o'malley@ogletree.com, annabelle.torres@ogletree.com, stadocketing@ogletreedeakins.com
Evan Cohn  ecohn@taftlaw.com, CIN_Docket_assist@taftlaw.com
Crystal Stranger  crystalstranger@gmail.com

3:24-cv-01496-MPS Notice has been delivered by other means to:

**Musekamp, George B.** <GMusekamp@taftlaw.com>  
To: Crystal Stranger <crystalstranger@gmail.com>  
Cc: "Daley, Jesse K." <JDaley@taftlaw.com>

Tue, Sep 2, 2025 at 11:45 PM

I realized I did not give you a date. 9 am and 3 pm EST on Thursday. I also have time tomorrow between 9 am and 4 PM EST. I am traveling for a funeral on Friday and not available.



**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
Dir: 513.357.9453
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati  Ohio 45202-3957

**Taft Bio**
**Download vCard**
taftlaw.com

Now over 1,100 attorneys strong.

Taft is expanding to **Atlanta** and strengthening its **Washington, D.C.,** presence through a merger with Morris, Manning & Martin on Dec. 31, 2025. Learn more **here.**

Taft has expanded to **Southeast Florida**, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Musekamp, George B.
**Sent:** Tuesday, September 2, 2025 2:26 PM
**To:** Crystal Stranger <crystalstranger@gmail.com>
**Cc:** Daley, Jesse K. <JDaley@taftlaw.com>
**Subject:** FW: Activity in Case 3:24-cv-01496-MPS Cleer LLC v. Stranger et al Set Deadlines/Hearings

Ms. Stranger –

Can you please provide us with times between 9 am EST and 3 PM EST that you are available for a conference to discuss the Rule 26 Report. We will need approximately 1 hour. I encourage you to review the Court's Local Rules at page 100 of the document (not the PDF) for the form we must complete. Our intent is to circulate a draft to you tomorrow and we can then work through any changes that are required so we can have this filed by the Court's deadline on Friday.