# Exhibit E

Redacted Letter from Surgeon

*PROF RUSHDI HENDRICKS*

Fellow of Royal Society of S.A,
Ph.D Surgery UCT, B.Ch.D., M.Ch.D. (M.F.O.S.) West. Cape

MAXILLO FACIAL & ORAL SURGEON

PR NO.: 6200745

Postal Address:
104 Fairfield Medical Suites
Wilderness Road,
Claremont                              :                            Telephones:
7708                                                                     Rooms : 021 671-5040
                                                     Email: mureeda.samaai___mail.com
                                                                              Cell:

04 August 2025

**PATIENT: CRYSTAL STRANGER**          **D.O.B:** ✕

PROCEDURE                  CODES                          ICD 10 CODES

**Bilateral Arthrocentesis
(R & L) TM Joints +
Intra-Articular Injections
Trigger Point Injections
Trigger Point Injections
Assistant Fee**



TOTAL: ✕

HOSPITAL: **MEDICROSS TOKAI**          PRACTICE NUMBER: 770 0725

DATE OF OPERATION:  **12 AUGUST 2025**

THEATRE TIME:  **60 MINUTES**

ANAESTHETIST: **DR P. HARINGTON**      PRACTICE NUMBER: **1011413**
PLEASE PHONE ANAESTHETIST OFFICE FOR A QUOTE:
MEDICROSS TOKAI :

PS: PLEASE NOTE: NOTHING TO EAT OR DRINK ON THE DAY OF THE
OPERATION (STOP EATING & DRINKING AT 24H00 THE MONDAY
EVENING) PLEASE BOOK IN AT HOSPITAL AT 07H30 ON *TUESDAY*
MORNING. NO DRIVING – someone to take you and fetch you.
NO SMOKING AT ALL PLEASE !!!!!
### PLEASE PHONE OUR ROOMS ON (021) 6715040 WITH THE AUTHORIZATION
NUMBER ###*** PS: PROF HENDRICKS SENDS ALL HUMAN TISSUE REMOVED AT
SURGERY FOR HISTOLOGICAL ANALYSIS. (PATHCARE ACCOUNT) ***
PS:        " PROCEDURE / TARRIFF CODES MAY CHANGE WITHOUT PRIOR
NOTIFICATION"

Yours sincerely

PROF R. HENDRICKS
PhD Surgery UCT

Member of the South African Society of Maxillo-Facial and Oral Surgeons. Member of the International
Association of Oral and Maxillo Facial Surgeons