# Exhibit F

Declaration of Crystal Stranger 9-3-25

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC   v.   CRYSTAL STRANGER et al. | : 3:24-cv-1496-MPS |
| | : Declaration of Crystal Stranger in Support of Motion for Clarification and Objection to Accelerated Scheduling |
| | : |
| | : |
| | : |
| | : |

I, Crystal Stranger, declare under penalty of perjury that the following is true and correct:

1. I am the Defendant in the above-captioned matter and submit this declaration in support of my Motion for Clarification and Objection to the Court's August 29, 2025 Rule 26(f) Order.

2. On August 12, 2025, I underwent a surgical procedure known as bilateral temporomandibular joint arthrocentesis, required to treat a stress-induced injury, maxillofacial pain dysfunction syndrome, caused by prolonged jaw clenching during litigation-related writing and briefing.

3. My treating physician has advised that full benefits from the surgery will not be realized for 8–12 weeks. During this recovery period, I continue to experience limited jaw mobility, frequent headaches, earaches, pain, and fatigue, which impairs my ability to speak for long periods, concentrate, and meet tight briefing or discovery schedules.

4. I previously disclosed this surgery and my recovery window to the Court, including via scheduling emails and status conference, regarding anticipated unavailability.

5. As a pro se litigant, I am solely responsible for preparing all filings, managing evidence, responding to motions, and complying with court orders. I have no legal assistant or team to support me.

6. The recent order imposing an accelerated schedule for Rule 26(f) reporting and potential discovery poses a serious hardship during my recovery and risks impairing my ability to meaningfully participate in the case.

7. Plaintiff has already had possession of my personal laptop for over eight months and has failed to complete its own discovery obligations. There has been no demonstration of urgency or prejudice on Plaintiff's part to justify imposing burdens on me now.

8. I respectfully ask the Court to consider my health condition, pro se status, and Plaintiff's prior inaction when determining whether an expedited discovery or motion schedule is appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2025, in Cape Town, South Africa.

*[signature]*

Crystal Stranger

*[Commissioner of Oaths stamp: Fish Hoek, 2025-09-03, 09:15; Madevula Athini; Fish Hoek; Main Road Fish Hoek C87]*

*[Stamp: SUID-AFRIKAANSE POLISIEDIENS / COMMUNITY SERVICE CENTRE / 03 SEP 2025 / GEMEENSKAPDIENSSENTRUM / SOUTH AFRICAN POLICE SERVICE]*