UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : : | Case No. 3:24-cv-01496-MPS<br><br>Judge Michael P. Shea |
| Plaintiff, | : : : | |
| v. | : : | **PLAINTIFF CLEER LLC'S MOTION FOR COERCIVE SANCTIONS FOR DEFENDANT CRYSTAL STRANGER'S CONTEMPT OF COURT'S ORDERS TO RETURN DOMAIN [ECF 208, 243]** |
| CRYSTAL STRANGER, et al., | : : | |
| Defendants. | : | |

In its August 4, 2024 Order, the Court found Defendant Crystal Stranger ("Stranger") in contempt of its preliminary injunction order [ECF 208] for failure to return the domain name Cleer.tax (the "Domain") to Cleer LLC ("Cleer"), and warned that:

> By August 12, 2025, Stranger must 'take all actions required to return to Cleer the domain Cleer.tax' and shall file on the docket a statement under oath (either a declaration or an affidavit) making clear the steps she has taken to comply with the letter and spirit of the Court's order. *This is her final opportunity to comply. Stranger's failure to do so will result in the imposition of sanctions, including monetary coercive sanctions.*

(the "Order") (emphasis added) [ECF 243]. As of this filing, more than six weeks after the Court's warning of coercive sanctions and five weeks after Stranger's deadline to comply, she has not returned the Domain to Cleer. Nor has Ms. Stranger submitted a statement under oath making clear the steps she has taken to comply with the letter and spirt of the Court's Order. In fact, Ms. Stranger has affirmatively stated that she does not intend to return the domain to Cleer while her appeals are pending. As the Court informed Ms. Stranger, that is not a basis for refusing to comply with the Court's Order. Accordingly, Cleer requests that the Court order coercive sanctions against Stranger for her failure to return the Domain to Cleer.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel:  (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel of record.

*/s/ George B. Musekamp*