# EXHIBIT C

Excerpt From PI Hearing Testimony

145

1  Q.   It's got a numeral 6 at the start of the paragraph.

2  A.   Okay.

3  Q.   That's about calculating and allocating Cleer's net

4  profit, right?

5  A.   That says, "Describe the process related to the

6  calculation and allocation of Cleer's net profit among

7  capital accounts in each year that Ms. Stranger was a

8  member of Cleer, including how Cleer arrived at its

9  valuation."

10  Q.   Okay.  And in response to that interrogatory, did you

11  say or write "Cleer's officers reviewed the Operating

12  Agreement and complied with its terms"?

13  A.   I reviewed the operating agreement.  I saw that we

14  had to get a capital account calculation.  And then I

15  asked our CPA to do that calculation.

16  Q.   So in your deposition did you testify that you didn't

17  make any effort to comply with the Operating Agreement?

18  A.   I never would have thought of calculating a capital

19  account had I not read the Operating Agreement and seeing

20  that there was a capital account valuation required.

21  Q.   Okay.  Mr. McKeegan, are you a resident of

22  Connecticut?

23  A.   I own a home here.  I have a mortgage and a car.  But

24  I don't live here full-time.  But I don't live anywhere in

25  the United States full-time.

146

1  Q.   Okay.  Have you said at different times that you are

2  a resident of Connecticut?

3  A.   No, I don't believe so.

4  Q.   For example, did you say in the verified complaint

5  that you maintain United States residency in Connecticut?

6  A.   No.  I said I have a residence in Connecticut,

7  meaning I own a home.

8  Q.   Okay.  Does Cleer use Salesforce?

9  A.   We do, yes.

10  Q.   Does it work right?

11  A.   It's getting better.

12  Q.   Can you tell me more about that, please?

13  A.   In what way?

14  Q.   Well, you say it's getting better.  It was worse

15  before.  How was it worse?

16  A.   Previously it was quite a shambles.  And there was a

17  lot of information that was going into it incorrectly,

18  things were breaking all the time, we couldn't get

19  accurate reporting out of it.

20  Q.   Okay.  When did you implement Salesforce?

21  A.   I don't know.  I would guess -- you know, it was a

22  couple years ago.  It was 2021, 2022, I would guess.  That

23  was a project that Ms. Stranger was working on.

24  Q.   Okay.  And what is the point of having Salesforce or

25  using Salesforce as a company?