# EXHIBIT D

Excerpt From David McKeegan's Deposition Testimony

1              Q.    Good morning, Mr. McKeegan.  How are

2       you this morning?

3              A.    Good.  How are you?

4              Q.    Good.  Where are you this morning?

5              A.    I am in Costa Rica in my office.

6              Q.    Okay.  Do you spend a lot of time in

7       Costa Rica?

8              A.    We spend some time down here, yeah.

9              Q.    About how much time do you spend in

10      Costa Rica?

11             A.    It depends a little bit from year to

12      year, but this year we're planning on being

13      here until the beginning of April.

14             Q.    For tax purposes, is Costa Rica your

15      residence?

16             A.    Not sure if that's relevant to the

17      matter at hand today.

18             Q.    Your attorney can object, but you

19      have to answer the questions.

20             A.    Can you explain what you mean by

21      "for tax purposes"?

22             Q.    For the purposes of U.S. federal

23      income tax and the U.S. state income tax, do

24      you declare Costa Rica as your residence?

25             A.    For the purpose of U.S. taxes, the

1   address on my 1040 is not my Costa Rica

2   address.

3       Q.    Where do you declare as your

4   residence for federal tax purposes?

5       A.    I have a mailing address in Michigan

6   that I put on my tax return so that if I

7   receive any notices from the IRS, I receive it.

8       Q.    Do you pay Michigan state taxes?

9       A.    I've only been to Michigan once, so,

10  no.

11      Q.    Do you pay --

12      A.    It's just a mailing address.

13      Q.    Do you pay Connecticut state taxes?

14      A.    I have, yes.

15      Q.    Do you currently pay Connecticut

16  state taxes?

17      A.    For the last tax year, I did pay

18  taxes in Connecticut.

19      Q.    Okay.  So you are a Connecticut

20  resident for tax purposes?

21              ATTORNEY MUSEKAMP:  I object

22  to the question.

23              Go ahead, Mr. McKeegan.

24              THE WITNESS:  I don't know if

25  I count as a resident because I don't spend a

1   full year, you know, 183 days or whatever it
2   is, in Connecticut.
3   BY ATTORNEY HARRISON:
4         Q.    Okay.  You file the form Earned
5   Income Exclusion to exclude U.S. income by
6   claiming you're a nonresident?
7         A.    I have done, yes.
8         Q.    Did you do that last tax year?
9         A.    I believe so.
10        Q.    So it would be fair to say that for
11  some purposes, you're a Connecticut resident;
12  for other purposes, you're not a Connecticut
13  resident?
14        A.    Well, we have -- we own properties
15  in Connecticut so I pay taxes on the income for
16  the properties.
17                   ATTORNEY HARRISON:
18  Mr. Musekamp, do you have the exhibits?
19                   ATTORNEY MUSEKAMP:  I do.
20  Thank you.
21  BY ATTORNEY HARRISON:
22        Q.    Mr. McKeegan, do you have the
23  exhibits?
24        A.    I haven't checked.  Do I need them
25  or are you going to pull them up?