# EXHIBIT E

Excerpt From David McKeegan's Deposition Testimony

Pages 84-86

CLEER, LLC vs CRYSTAL STRANGER, et al
David Mckeegan January 15, 2025

Job 38345
Page 84

```
 1   do that for you?
 2       A.    I did ask a CPA to calculate the
 3   capital account balance.
 4       Q.    I'm sorry.  I didn't -- it glitched.
 5   I missed your answer.
 6       A.    I said I did ask a CPA to calculate
 7   the capital account balance.
 8       Q.    According to Section 4.1?
 9       A.    Again, I don't recall if I sent her
10   Section 4.1 or not.  Are you saying it's not
11   calculated that way?
12       Q.    I'm asking whether you know it's
13   calculated that way.
14       A.    I don't know.
15       Q.    As a majority member of the LLC,
16   were you aware that you had any kind of duty
17   toward the minority member?
18       A.    I don't know.
19       Q.    Okay.  Did you instruct Lindsey
20   Anderson in 2023 to record $400,000 in bonuses
21   for you and your wife?
22       A.    I don't know.
23       Q.    You don't remember whether you
24   recorded $400,000 in bonuses for yourself and
25   your wife?
```

EcoScribe Solutions    888.651.0505

CLEER, LLC vs CRYSTAL STRANGER, et al  
David Mckeegan January 15, 2025  
Job 38345  
Page 85

```
 1        A.   I don't know why I would instruct
 2   Lindsey to do that.
 3        Q.   Why not?
 4        A.   Well, Lindsey didn't have anything
 5   really to do with the finances.
 6        Q.   What was Justworks?
 7        A.   Justworks is a PEO, which is how we
 8   run our benefits and payroll for Cleer.
 9        Q.   Did Lindsey Anderson have access to
10   Justworks?
11        A.   Yeah.  I believe she did.
12        Q.   Did Lindsey Anderson have the
13   ability to cut checks via Justworks?
14        A.   I think she could add employees, add
15   and remove employees, but I don't think she can
16   cut checks.
17        Q.   Okay.  So your testimony is that you
18   didn't instruct Lindsey Anderson in 2023 to
19   record $400,000 in bonuses to you and your wife
20   in Justworks?
21        A.   I don't recall doing that or not
22   doing that.
23        Q.   I feel like if I was dealing with an
24   amount of $400,000, I would remember whether or
25   not I had made instructions about that amount.
```

EcoScribe Solutions   888.651.0505

CLEER, LLC vs CRYSTAL STRANGER, et al
David Mckeegan January 15, 2025
Job 38345
Page 86

```
1                Are you sure you don't recall?
2         A.   Well, this is probably... 2023,
3    that would have been December 2023, so you're
4    talking over a year ago.  Yeah.  Like, if I --
5    just to be frank, we had sold our other
6    business.
7                We were in the middle of a diligence
8    process.  Was that -- no, maybe that was a
9    little bit before.  I don't remember.
10               But, you know, $400,000 is and is
11   not a lot of money.
12        Q.   Okay.  That makes sense to me.
13               Let me pull up Exhibit 6.
14               (Deposition Exhibit No. 6 was
15   marked for identification.)
16   BY ATTORNEY HARRISON:
17        Q.   All right.  So there's three columns
18   here.  There's account, there's June 2nd to
19   December 31, 2023, and there's January 1st to
20   August 8, 2024.
21        A.   Sorry.  That's not what I have in
22   the folder as Exhibit 6.
23        Q.   Are you sure?
24        A.   Yes.  I have an E-mail.
25               ATTORNEY MUSEKAMP:  Same here.
```