# EXHIBIT F

Summary of Defendant's Incurred Losses

## Damages Summary

This summary outlines the losses I have sustained as a result of the actions underlying this litigation. These losses include the lost value of my ownership stake, substantial legal costs, reputational and professional harm, and medically documented physical and emotional distress. Unless otherwise noted, these estimates are conservative and grounded in reasonable projections based on past performance, opportunity loss, and current health and legal status.

| Category | Description | Claimed Amount |
|---|---|---|
| 1. Equity Value | Based on 2024 revenue projections of $3.8 million and ~30% EBITDA margins, Cleer LLC's estimated valuation falls between $5–6 million (5× EBITDA multiple). My 20% equity stake was thus worth approximately $1.0–1.2 million at the time of separation. | $1,100,000 |
| 2. Lost Earnings (PI Restrictions) | The preliminary injunction bars me from engaging in any related work until March 2026. This restriction caused me to miss the Q4 2025 and Q1 2026 hiring windows, deferring viable reentry until early 2027 at the earliest. | $500,000 |
| 3. Lost Business Investments and Revenue | I invested over $75,000 to develop Optic Tax and prepare for launch. It was just beginning to generate income before this litigation forced me to shut it down entirely. My husband and I also acquired a second business, Xenitha, for $60,000 and invested an additional $30,000. Xenitha was generating modest monthly revenue before I was barred from participating in its operations due to the preliminary injunction. These business shutdowns, have severely impacted my income and professional trajectory. | $340,000 |
| 4. Reputational Harm | The court-imposed gag order has prevented me from publicly responding to accusations, leading to reputational damage and lost professional opportunities. This impairment is ongoing and difficult to quantify precisely. | $300,000–$500,000 |
| 5. Health & Emotional Distress | In August 2025, I underwent surgery to treat stress-induced temporomandibular joint (TMJ) disorder. The condition and its aftermath have significantly affected my well-being and daily functioning. Additional IIED damages will be sought at trial. | $250,000–$400,000 |

**Estimated Total Damages incurred to date: $2,490,000 – $2,840,000**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 22nd day of September, 2025.
City and Country: Cape Town, South Africa

Signature: _____
**Crystal Stranger**

[Stamp: SUID-AFRIKAANSE POLISIEDIENS / COMMUNITY SERVICE CENTRE / 22 SEP 2025 / GEMEENSKAPDIENSSENTRUM / VISHOEK / FISH HOEK K.P./C.P.]

[Handwritten: J. Bewly wsua w/o Phch]