# EXHIBIT J

Forum Clause Comparison Table

# Comparison of Forum Selection and Governing Law Clauses

The following table provides a side-by-side comparison of the dispute resolution, governing law, and venue/jurisdiction provisions contained in the three relevant agreements executed between Defendant and Plaintiff: Employment Agreement, Operating Agreement (OA), and Membership Vesting Agreement (MVA).

| Document | Governing Law | Venue / Jurisdiction | Arbitration / Dispute Resolution |
|---|---|---|---|
| **Employment Agreement** dated Jan 3, 2020 signed Jan3, 2020 | New York | New York, NY (via telephone allowed) | Binding arbitration under AAA in New York or via telephone. 90-day resolution target. No judicial review allowed. |
| **Operating Agreement (OA)** dated May 27, 2022 signed May 26, 2022 | Wyoming | _____ County, Wyoming (fields left blank; jurisdiction/venue clause incomplete) | No arbitration clause; only general jurisdiction/venue language. |
| **Membership Vesting Agreement (MVA)** dated May 27, 2022 signed June 2, 2022 | Michigan (contradictory with CT venue) | Exclusive jurisdiction in Fairfield County, Connecticut (CT state and federal courts) | Mandatory binding arbitration in Fairfield County, CT under AAA. Extensive carve-outs. Arbitrator decides enforceability. FAA governs. |

# Appendix

**Employment Agreement, dated January 3, 2020, signed January 3, 2020:**

9. DISPUTE RESOLUTION. If a dispute is not resolved first by good-faith negotiation between the parties to this Agreement, any controversy or dispute to this Agreement will be submitted to third party arbitration and be ruled using the guidelines of the American Arbitration Association. The arbitration shall occur within ninety (90) days from the date of the initial arbitration demand and shall take place in New York, New York or via telephone. The Parties shall cooperate in exchanging and expediting discovery as part of the arbitration process and shall cooperate with each other to ensure that the arbitration process is completed within the ninety (90) day period. The written decision of the arbitrators (which will provide for the payment of costs, including attorneys' fees) will be absolutely binding and conclusive and not subject to judicial review, and may be entered and enforced in any court of proper jurisdiction, either as a judgment of law or decree in equity, as circumstances may indicate.

10. GOVERNING LAW. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, regardless of the conflict of laws principles thereof.

**Operating Agreement, dated May 27, 2022, signed May 26, 2022:**

12.3 Jurisdiction and Venue. The parties agree to exclusive jurisdiction and venue of the courts in _____ County, Wyoming, in all disputes arising out of, or relating to, this Agreement and further agree that, in any such action, they will submit to depositions and other discovery in _____ County, Wyoming, at their own cost and expense.

12.5 Governing Law. This Operating Agreement shall be subject to, and governed by, the laws of the State of Wyoming irrespective of the fact that one or more of the parties now is, or may become, a resident of a different state.

**Membership Vesting Agreement, dated May 27, 2022, signed June 2, 2022**

16. Choice of Law, Jurisdiction, and Venue. Company and Employee agree that any dispute, claim, or controversy arising out of or in relation to Employee's employment relationship with Company, this Agreement, or the applicability, breach, termination, validity, enforcement, or interpretation of this Agreement, will be settled by final binding, confidential, and individual arbitration. Except as where otherwise stated herein, this Agreement to arbitrate includes, but is not limited to, any claim that could be asserted in court or before an administrative agency or claims for which the employee has an alleged cause of action, including without limitation claims for breach of any contract or covenant (express or implied); tort claims; claims for discrimination (including, but not limited to, discrimination based on sex, pregnancy, race, national or ethnic origin, age, religion, creed, marital status, sexual orientation, mental or physical disability or medical condition or other characteristics protected by statute); claims for wrongful discharge; violations of the Family and Medical Leave Act (FMLA); violations of confidentiality or breaches of trade secrets; and/or claims for violation of any federal, state, or other governmental law, statute, regulation, or ordinance, and whether based on statute or

common law; and all of the foregoing claims whether made against Company, any of its subsidiary or affiliated entities, or its individual officers or directors (in an official or personal capacity). This Agreement to arbitrate does not cover or include: a claim for workers' compensation benefits; a claim for unemployment compensation benefits; a claim under the National Labor Relations Act (NLRA), as amended; a claim by Company for injunctive or other equitable relief, including, without limitation, claims for unfair competition and the use or unauthorized disclosure of trade secrets or confidential information, for which Company may seek and obtain relief from a court of competent jurisdiction; and a claim based on Company's current (successor or future) employee benefits and/or welfare plans that contain an appeal procedure or other procedure for the resolution of disputes under the plan. If there is a dispute about whether this arbitration clause can be enforced or applies to the dispute between Employee and Company, Employee and Company agree that the arbitrator will decide that issue. Notwithstanding the foregoing, Employee and Company each agree that any claim related to actual or threatened infringement, misappropriation, or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights will not be subject to this arbitration clause or arbitration. Employee and Company agree that the Federal Arbitration Act will govern the interpretation and enforcement of this arbitration provision. The arbitration will be administered under American Arbitration Association's most recent Employment Arbitration Rules then in effect except where as modified herein. The arbitration will be conducted in Fairfield County, Connecticut and will be decided by a single arbitrator randomly selected from a list of neutral arbitrators maintained by the American Arbitration Association. Judgment on any award rendered by the arbitrator may be entered in any court having jurisdiction. The arbitrator will be provided with the right to award costs and attorneys' fees to the prevailing party. This arbitration will be held in Fairfield County, Connecticut and both Parties agree that they will be required to be present in Fairfield County, Connecticut for arbitration under the terms of this Agreement and hereby submit to exclusive personal jurisdiction in Fairfield County, Connecticut. The arbitrator will apply the laws of the State of Connecticut and the federal laws of the United States in deciding any controversy or claim pursuant to this arbitration clause. Company and Employee acknowledge and agree that each are waiving the right to a trial by jury as to all arbitrable disputes. Employee agrees that, to the extent any disputes, claims, or controversies arising out of or in relation to Employee's employment relationship with Company or this Agreement are not subject to arbitration as outlined above, any and all claims arising out of or related to Employee's employment with Company shall be exclusively brought in the district or circuit courts located in Fairfield County, Connectic or, for federal claims, the United States District Court for the District of Connecticut. Employee specifically agrees to exclusive jurisdiction in district or circuit courts located in Fairfield County, Connecticut, or, for federal claims, the United States District Court for the District of Connecticut. This Agreement is to be governed exclusively by Michigan law. No other forum or choice of law is acceptable."