81fc41e15aae37eb

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CLEER LLC | |
| v. | 3:24-cv-1496-MPS |
| CRYSTAL STRANGER et al. | DEFENDANT'S MOTION TO EXPEDITE BRIEFING AND REVIEW ON MOTION TO TRANSFER VENUE |
| v. | |
| DAVID and CARRIE McKEEGAN | |

Defendant Crystal Stranger ("Defendant") respectfully moves this Court to expedite briefing and review of her Motion to Transfer Venue (ECF No. 289), filed September 22, 2025, and to defer discovery pending resolution of that motion.

### I. Good Cause for Expedited Consideration

On the same day Defendant filed her venue motion, Plaintiff immediately served a fourth round of discovery requests, including interrogatories and requests for production that largely track arguments raised in Defendant's motion regarding financial hardship and economic loss. Plaintiff's tactical choice to push discovery forward before the Court resolves venue, and even before the issuance of a scheduling order, demonstrates the need for expedited review.

If discovery proceeds apace in Connecticut, Defendant will be forced to incur substantial time and expense responding to burdensome requests in a forum that may soon be found improper or inconvenient under 28 U.S.C. § 1404(a). Such duplication of effort and wasted resources is precisely what expedited briefing is designed to prevent. Moreover, deferring discovery until venue is resolved will conserve judicial resources and avoid prejudice.

## II. Legal Standard

Under Fed. R. Civ. P. 1, the Court must construe and administer the Rules to "secure the just, speedy, and inexpensive determination of every action." Courts in this District have broad discretion to adjust briefing schedules where necessary to promote efficiency and fairness. See D. Conn. L. Civ. R. 7(a)(5). Expediting consideration of the venue motion is consistent with these principles and will conserve judicial resources.

## III. Requested Relief

Defendant respectfully requests that the Court:

1. Order Plaintiff to file any opposition to Defendant's Motion to Transfer Venue within 10 days of this Order (instead of the standard 21 days under Local Rule 7(a)(2));

2. Give expedited consideration to the motion to transfer before discovery obligations proceed further; and

3. Defer discovery until the Court has determined the proper venue.

This modest adjustment will not prejudice Plaintiff. To the contrary, it will clarify the appropriate forum at the outset and prevent Defendant from incurring unnecessary burden and duplication of discovery in a forum that may soon be found improper.

Respectfully submitted,
/s/ Crystal Stranger
Crystal Stranger
Pro Se Litigant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 23, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*