# EXHIBIT B

Email Chain Requesting Supplementation

and Showing Plaintiff's Refusal



Crystal Stranger <crystalstranger@gmail.com>

## Rule 26(a)(1) Disclosures – Cleer LLC v. Stranger et al, No. 3:24-cv-1496-MPS
4 messages

**Crystal Stranger** <crystalstranger@gmail.com>   Tue, Sep 16, 2025 at 6:44 PM
To: "George B. Musekamp" <gmusekamp@taftlaw.com>, Evan Cohn <ecohn@taftlaw.com>, "Jesse K." <jdaley@taftlaw.com>, michael.o'malley@ogletree.com, annabelle.torres@ogletree.com

Counsel,

Please find attached Defendant/Counterclaimant's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1). These disclosures are made based on information reasonably available at this time and without prejudice to Defendant's right to supplement or amend as discovery progresses, in accordance with Rule 26(e).

Respectfully,
/s/ Crystal Stranger
Pro Se Defendant/Counterclaimant

📄 Defendants-Initial-26(a)(1)Disclosures.pdf
163K

---

**Daley, Jesse K.** <jdaley@taftlaw.com>   Fri, Sep 19, 2025 at 4:27 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: "Musekamp, George B." <GMusekamp@taftlaw.com>, "Cohn, Evan" <ECohn@taftlaw.com>

Ms. Stranger,

Please find Cleer and the McKeegans' Initial Disclosures attached.

Thanks,



**Jesse K. Daley**
Attorney
JDaley@taftlaw.com
Dir: 513.357.9628
Tel: 513.381.2838   |   Fax: 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati  Ohio 45202-3957

**Taft Bio**
**Download vCard**
taftlaw.com

Now over 1,100 attorneys strong.

Taft is expanding to **Atlanta** and strengthening its **Washington, D.C.**, presence through a merger with Morris, Manning & Martin on Dec. 31, 2025. Learn more **here.**

---

Taft has expanded to **Southeast Florida**, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

---

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

[Quoted text hidden]

---

 **Cleer & McKeegans' Initial Disclosures.pdf**
28K

---

**Crystal Stranger** <crystalstranger@gmail.com>    Fri, Sep 19, 2025 at 5:37 PM
To: "Daley, Jesse K." <jdaley@taftlaw.com>
Cc: "Musekamp, George B." <GMusekamp@taftlaw.com>, "Cohn, Evan" <ECohn@taftlaw.com>

Dear Counsel,

I acknowledge receipt of Plaintiffs' Initial Disclosures dated September 19, 2025.

However, the disclosures appear materially deficient and noncompliant with Rule 26(a)(1). Plaintiffs list $0 in claimed damages without providing any computation, category, or explanation, in violation of Rule 26(a)(1)(A)(iii). Given the nature of the claims and the relief sought, this renders the disclosure functionally equivalent to a non-filing.

Please serve corrected Initial Disclosures by Monday, September 23, 2025. If the deficiency is not cured by that date, I will notify the Court of Plaintiffs' noncompliance.

Sincerely,
Crystal Stranger
Pro Se Defendant

[Quoted text hidden]

---

**Musekamp, George B.** <GMusekamp@taftlaw.com>    Fri, Sep 19, 2025 at 5:45 PM
To: Crystal Stranger <crystalstranger@gmail.com>
Cc: "Daley, Jesse K." <JDaley@taftlaw.com>, "Cohn, Evan" <ECohn@taftlaw.com>

As we stated, we will calculate damages once we determine the lost profits from your solicitation of cleer's clients. We cannot do that until we receive further discovery.

> On Sep 19, 2025, at 11:37 AM, Crystal Stranger <crystalstranger@gmail.com> wrote:
>
>
> Dear Counsel,
>
> I acknowledge receipt of Plaintiffs' Initial Disclosures dated September 19, 2025.
>
> However, the disclosures appear materially deficient and noncompliant with Rule 26(a)(1). Plaintiffs list $0 in claimed damages without providing any computation, category, or explanation, in violation of Rule 26(a)(1)(A)(iii). Given the nature of the claims and the relief sought, this renders the disclosure functionally equivalent to a non-

filing.

Please serve corrected Initial Disclosures by Monday, September 23, 2025. If the deficiency is not cured by that date, I will notify the Court of Plaintiffs' noncompliance.

Sincerely,
Crystal Stranger
Pro Se Defendant



**George B. Musekamp**
Partner
GMusekamp@taftlaw.com
Dir: 513.357.9453
[Quoted text hidden]

**Taft Bio**
**Download vCard**
**taftlaw.com**

Now over 1,100 attorneys strong.

Taft is expanding to **Atlanta** and strengthening its **Washington, D.C.**, presence through a merger with Morris, Manning & Martin on Dec. 31, 2025. Learn more **here.**

Taft has expanded to **Southeast Florida**, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

[Quoted text hidden]