# EXHIBIT A

Transcript of TRO Hearing Excerpt, Page 43, Oct. 22, 2024,

```
 1   to have to be hard-and-fast dates because there's not much
 2   time.  So don't give a day and then "Oh, I've got a business
 3   meeting."  Oh, no, no.  If you got a date, you have to be
 4   prepared to sit for a deposition.  Okay?
 5           So I'm not going to impose -- well, with regard to any
 6   objections to deposition notices, we'll say 15 days.  Okay?
 7   But beyond that, I strongly encourage the parties to get
 8   together to schedule depositions.
 9           MR. MUSEKAMP:  Your Honor, we would have one request
10   too that depositions be in person.
11           THE COURT:  Um, yeah, why do that?  I don't know where
12   she is.  So why that?
13           MR. MUSEKAMP:  So I can serve her when she shows up at
14   the deposition.
15           THE COURT:  Yeah, I get that.  I get that.
16           Mr. Harrison, why don't you do this:  I mean, I think
17   you can see how this goes; right?  You know, I'm not going
18   to be -- right now at best you've raised a factual dispute
19   about service.  We can have a mini hearing on that.
20           MR. HARRISON:  Yes, sir.
21           THE COURT:  So, you know, look, it's your call.  If
22   you want to be difficult about service and, you know, that's
23   what your client wants, okay, we'll deal with it.  But I would
24   suggest you speak to your client and say -- tell her "The judge
25   says you get some demerits on this," because that's the truth.
```