# EXHIBIT B

Transcript of PI Hearing Excerpt, Page 114-117, Jan. 29, 2025

1    refused to return the domain, are those two sections you
2    were relying on?
3    A.    Yes.
4    Q.    2 and 3?
5    A.    2 and 3, yes.
6    Q.    And then down below it talks about a purchase price.
7    How is that calculated?
8    A.    So it says, "The purchase price shall be equal to the
9    credit balance in the Member's Capital Account, which
10   shall be paid within twenty-four (24) months of closing."
11   Q.    Paid within 24 months of closing, what does that
12   mean?
13   A.    Well, whatever the funds are, you have to pay them
14   within two years of the member being removed.
15   Q.    So the payment to Ms. Stranger's capital account,
16   when is that due?
17   A.    That would be August 2026.
18   Q.    "Member's Capital Account," is that a defined term in
19   this agreement?
20   A.    I believe so, yes.
21   Q.    If we look at page 3 of the Operating Agreement,
22   which is paragraph 3.2 --
23   A.    Yes.
24   Q.    -- do you see the capital account being defined?
25   A.    Yes.

1  Q.   Under this agreement, how is the member's capital
2  account valued?
3  A.   So the way you would value it is you would take the
4  net profit the business had at the end of a specific
5  period.  So for Ms. Stranger, she joined in May of 2022.
6  So you would take her start date to December 31, 2022.
7  You take the net income of the business and you would
8  multiply it by her equity stake, which was 6 percent.
9  You'd take the next year, go from January 1 to I believe
10 it's May 26, take the net profit for that period, multiply
11 it by 6 percent for her equity's sake, and then go from
12 the 27th to the end of the year, again multiply it by
13 12 percent this time, the net income of the business by
14 12 percent.  And then the final period would be from
15 January 1 up until I believe it should be August 9.  And
16 you would multiply whatever the net income there was by
17 12 percent.
18 Q.   And then in Section (b) do you also have to decrease
19 what's in the capital account?
20 A.   It says here decrease by the fair market value of any
21 property or payments or losses.  But we didn't really have
22 any of that.  So I think there wouldn't be anything there.
23 Q.   Are the capital accounts paid out every year?
24 A.   Yeah.  So at the end of each year Crystal and I would
25 take out, she would get 20 percent of whatever the profit

1  was and I would get the 80 percent.
2  Q.  Each person's capital account basically starts at
3  zero?
4  A.  Yeah, basically.
5  Q.  We see here (a)(i), increased for the amount of cash
6  and the fair market value of any property that the member
7  contributes?
8  A.  Right.
9  Q.  How much property did Ms. Stranger contribute?
10 A.  None.
11 Q.  So a member's share of the company's income or gain,
12 is that going to change on a monthly basis?
13 A.  It will do, because when you run a P and L on a
14 monthly basis, it's going to go up and down.  Tax
15 businesses are very lumpy.  As you would imagine,
16 February, March, April we have a lot of income.  July,
17 August you don't have a lot of income but you still have
18 staff, so you still have all the expenses.
19 Q.  I believe the calculation put in Ms. Stranger's
20 capital account was a negative $70,000?
21 A.  It did.  And I believe I made a mistake in
22 calculating that.  Because when I calculated it or I asked
23 the CPA to calculate it, it was to the end of January, so
24 her final day of working.  It wasn't until her membership
25 was revoked.

1  Q.   That would be in August?
2  A.   Yes.
3  Q.   Do you have any objection in August 2026 to paying
4  out her capital account based on the valuation as of
5  August 2024?
6  A.   No, I don't.
7          THE COURT:  Are you going to ask what the
8  capital account calculation was for August of 2024?  Is
9  that in the record?
10 BY MR. MUSEKAMP:
11 Q.   Have you made the calculation of what it should be as
12 of August 2024?
13 A.   I don't have the numbers for 2024 finalized yet, so I
14 don't know the exact number.  But it's going to be
15 somewhere around $35,000.
16         THE COURT:  Positive?
17         THE WITNESS:  Positive.
18 BY MR. MUSEKAMP:
19 Q.   Once you figure out whatever that amount is and that
20 changes the capital account calculation, would you pay
21 that over to Ms. Stranger?
22 A.   Yes, that's fine.
23 Q.   Within two years, correct?
24 A.   Yeah, by August 2026.
25 Q.   And then after you sent this letter around August of