# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand twenty-five.

Before:     Richard J. Sullivan,
            Michael H. Park,
            Steven J. Menashi,
                *Circuit Judges.*

---

Cleer LLC,  FKA Greenback Business Services LLC,  DBA Cleer Tax,

      Plaintiff-Counter-Defendant-Appellee,

  v.

Crystal Stranger,

      Defendant-Counter-Claimant-Appellant.

**ORDER**

Docket No. 25-1575

---

Appellant, pro se, moves for a stay of the district court's September 25, 2025 order which imposes sanctions.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/03/2025