IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : |
| v. | : 3:24-cv-1496-MPS |
| CRYSTAL STRANGER et al. | : |
| v. | : DEFENDANT'S FOURTH NOTICE OF APPEAL (FINAL DISMISSAL OF COUNTERCLAIMS) |
| DAVID and CARRIE McKEEGAN | : |

Notice is hereby given that Defendant-Counterclaimant Crystal Stranger, pro se, appeals to the United States Court of Appeals for the Second Circuit from the Order entered October 8, 2025 (ECF No. 308), which constitutes a final decision under 28 U.S.C. § 1291 dismissing all counterclaims, and terminates Defendant's rights to pursue those claims.

This appeal encompasses all constitutional and structural issues preserved in ECF 304 (Notice of Conscientious Objection) and ECF 307 (Objection to Entry of Sanctions), including but not limited to:

1. **Article III** – exercise of judicial power beyond the case-or-controversy requirement and intrusion into legislative and property-allocation functions;

2. **First Amendment** – retaliation and prior restraint for protected petitioning activity and compelled silence regarding judicial misconduct;

3. **Fifth Amendment** – judicial taking of property without due process or just compensation;

4. **Sixth Amendment** – deprivation of a fair and impartial tribunal;

1

5. **Seventh Amendment** – denial of the right to trial by jury on disputed property and equity claims;

6. **Eighth Amendment** – excessive fines imposed through coercive monetary sanctions; and

7. **Fourteenth Amendment** – deprivation of due process through bias, ex parte communications, and coercive sanctions.

This appeal challenges the District Court's exercise of judicial power beyond constitutional limits and seeks review of all rulings encompassed in or necessarily subsumed by the October 8, 2025 Order (ECF No. 308), which was entered prior to the response deadline for Plaintiff's sanctions motion and without consideration of Defendant's timely opposition (ECF 307), depriving her of a meaningful opportunity to be heard. This order constitutes a final judgment as to all counterclaims, notwithstanding that Plaintiff's affirmative claims remain pending, and is therefore immediately appealable under 28 U.S.C. § 1291 and related precedent.

This notice does not seek interlocutory review of remaining matters pending below, but solely of the Court's October 8, 2025 final order dismissing all counterclaims, and is intended to preserve all appellate rights arising from the Court's final disposition of Defendant's counterclaims and related sanctions.

Respectfully submitted,
/s/ Crystal Stranger
Crystal Stranger
Pro Se Litigant
30 N Gould St. Ste 3088
Sheridan, WY 82801
crystalstranger@gmail.com
(310) 739-7699

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 9, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

*/s/ Crystal Stranger*