# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | : : : | Case No. 3:24-cv-01496-MPS |
| | : | Judge Michael P. Shea |
| Plaintiff, | : : : | **PLAINTIFF CLEER LLC'S AND THIRD-PARTY DEFENDANTS DAVID AND CARRIE MCKEEGAN'S MOTION FOR CLARIFICATION ON ORDER IMPOSING SANCTIONS [ECF 308]** |
| v. | : : | |
| CRYSTAL STRANGER, et al., | : : | |
| Defendants. | : : | |

Plaintiff Cleer LLC and Third-Party Defendants David and Carrie McKeegan (collectively, "Cleer") respectfully seek clarification on the Court's October 8, 2025 Order imposing sanctions against Defendant Crystal Stranger.

First, the Order states that the Court dismisses Stranger's "counterclaims" as a sanction. In her "Answer and Counterclaim," Ms. Stranger pled six "Counterclaims" against Cleer and/or David and Carrie McKeegan in their individual capacities. [ECF 65, Counterclaims I-VI]. However, the claims against the McKeegans should have been pled as a third-party complaint. Cleer respectfully requests clarification that the Order dismisses all "counterclaims" as pled by Ms. Stranger, including all claims against the McKeegans, and that the McKeegans are therefore dismissed from this lawsuit.

Second, Cleer respectfully seeks clarification as to whether the dismissal is with prejudice.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 9, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties of record.

*/s/ George B. Musekamp*