**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | Case No. 3:24-cv-01496-MPS <br> Judge Michael P. Shea <br> Magistrate Judge Maria E. Garcia |
| Plaintiff, | **PLAINTIFF CLEER LLC'S REPLY IN SUPPORT OF MOTION FOR ADDITIONAL COERCIVE SANCTIONS [ECF 306]** |
| v. | |
| CRYSTAL STRANGER, et al., | |
| Defendants. | |

Plaintiff Crystal Stranger ("Stranger") is determined to challenge this Court's authority to issue coercive sanctions. It has been four weeks since the Court issued contempt penalties of $50 per day against Stranger and ordered that she file evidence that she transferred the Cleer.tax domain to Cleer within 14 days. [ECF 292]. Still, Stranger has not transferred the domain to Cleer and has not paid any amount towards the daily accruing coercive sanctions. Stranger's Opposition makes clear that she does not intend to comply with the Court's Orders and apparently believes the already imposed sanctions are not severe enough to persuade her to comply.

Accordingly, Cleer requests that the Court disregard Stranger's recycled arguments that have been repeatedly denied and order additional coercive sanctions because of Stranger's continuing contempt of the Court's Orders, including:

1) dismissing Ms. Stranger's as-pled "counterclaims" [ECF 65, Counterclaims I-VI] against Cleer and David and Carrie McKeegan (the "McKeegans"), with prejudice, and forbid Ms.

Stranger from filing any new or amended claims against Cleer and/or the McKeegans that existed or could have been pled as of the date of the Court's dismissal of the counterclaims[1],

2) continuing the coercive $50 daily fines until the Domain is transferred,

3) awarding Cleer its attorney's fees in making this filing, and

4) providing such other relief the Court deems appropriate, including an Order entering judgment in favor of Cleer on its affirmative claims if the Domain is not transferred within 48 hours.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel:  (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

---

[1] Cleer filed a Motion for Clarification [ECF 310] addressing whether the Court's Order imposing sanctions [ECF 308] dismissed the Counterclaims with prejudice and whether as-pled "counterclaims" against the McKeegans were also dismissed with prejudice. To the extent the Court's prior sanctions Order did not issue that relief, such relief is appropriate now.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 24, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all counsel of record.

*/s/ George B. Musekamp*
