IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : |
| v. | : 3:24-cv-1496-MPS |
| CRYSTAL STRANGER et al. | : DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS (ECF 321) |
| v. | : |
| DAVID and CARRIE McKEEGAN | : |

    Defendant respectfully moves for leave to file a short sur-reply to address a new issue improperly raised for the first time in Plaintiff's Reply (ECF No. 321) in support of its Motion for Entry of Sanctions (ECF No. 306). Specifically, Plaintiff now seeks affirmative judgment on its claims, a form of relief that was not requested in its underlying motion and which introduces a new legal issue in violation of Local Rule 7(d).

    Plaintiff's original motion (ECF No. 306) sought coercive sanctions for alleged noncompliance with the Court's prior orders. While it included conditional language referencing "entry of judgment if the domain is not transferred," it did not request summary judgment or default judgment on the merits of Plaintiff's claims. Yet in reply, Plaintiff shifts its position and now expressly seeks entry of final judgment, without affording Defendant an opportunity to respond to this drastic relief.

    While Defendant's prior objection to sanctions (ECF No. 307) addressed the impropriety of coercive dismissal and premature adjudication, Plaintiff's reply (ECF No. 321) introduces a new and more extreme request for final judgment, relief not previously briefed or noticed. A

short, focused sur-reply would assist the Court in resolving this issue on a fully developed record and avoiding disposition on grounds raised for the first time in reply.

Because the request for final judgment materially alters the scope of Plaintiff's motion and raises significant procedural and substantive implications, Defendant seeks leave to file a brief, targeted sur-reply addressing the issue. This will ensure a full and fair opportunity to be heard and preserve the integrity of the adversarial process.

Out of respect for the Court's prior denials of similar motions, Defendant has not submitted a proposed sur-reply at this time but stands ready to do so upon request.

**WHEREFORE**, Defendant respectfully requests that the Court grant leave to file the attached sur-reply.

    Respectfully submitted,
    Crystal Stranger
    Pro Se Litigant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 27, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*