# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX, | Case No. 3:24-cv-01496-MPS <br> Judge Michael P. Shea <br> Magistrate Judge Maria E. Garcia |
| Plaintiff, | **THIRD-PARTY DEFENDANTS' MOTION FOR NEW DATES FOR FINAL PRETRIAL CONFERENCE AND JURY TRIAL AND REQUEST FOR SCHEDULING CONFERENCE** |
| v. | |
| CRYSTAL STRANGER, et al., | |
| Defendants. | |

Pursuant to the Court's Scheduling Order [Doc. 297], the final pretrial conference in this matter is set for May 5, 2026 and the jury trial is set to begin on May 13, 2026. Both of those dates create potential unavoidable conflicts for Third-Party Defendants David and Carrie McKeegan and their children depending on the Court's ruling on certain pending motions.

It is unclear whether the as-pled "Counterclaims" against David and Carrie McKeegan, in their individual capacities, have been dismissed with prejudice pursuant to the Court's sanctions Order against Ms. Stranger dismissing her "counterclaims" [Doc. 308]. The McKeegans have requested clarification on that issue [Doc. 310] and additional coercive sanctions [Doc. 306] based on Ms. Stranger's continued refusal to transfer the Cleer.tax domain, including the dismissal of all of Ms. Stranger's claims, to the extent not already ordered. Ms. Stranger is still refusing to transfer the domain and has not paid any of the daily coercive fines, and Cleer LLC and the McKeegans are running out of options to ever get the domain returned absent further Court intervention.

Out of an abundance of caution, the McKeegans are operating under the assumption that they will both have to attend the final pretrial conference and the trial of this matter unless the

195449900v1

claims against them are dismissed. If their assumption is correct, both David and Carrie McKeegan are unavailable between May 4 through May 22, 2026 because they will be outside of the United States due to an unavoidable conflict with their children's education and advanced placement examinations. If the claims against the McKeegans are dismissed, then the dates of the final pretrial conference and jury trial do not need to be moved as David McKeegan will attend on the dates as scheduled as the corporate representative of Cleer, while Carrie McKeegan can remain at home with their children. In either event, Cleer respectfully requests that all other dates remain the same.

To the extent necessary, Cleer respectfully requests that the Court vacate the current dates for the final pretrial conference and jury trial, and hold a scheduling conference to select new dates. To the extent the as-pled "Counterclaims" against the McKeegans have already been dismissed with prejudice, the Court may deny this motion as moot.

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

195449900v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 4, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties of record.

<u>*/s/ George B. Musekamp*</u>