**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CLEER LLC (F/K/A GREENBACK BUSINESS SERVICES LLC) D/B/A CLEER TAX,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL STRANGER, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:24-cv-01496-MPS<br>Judge Michael P. Shea<br>Magistrate Judge Maria E. Garcia<br><br>**PLAINTIFF CLEER LLC'S MOTION TO STRIKE DEFENDANT'S OPPOSITION TO MOTION FOR NEW DATES [ECF 324] AND MOTION FOR COURT TO *SUA SPONTE* STRIKE FURTHER FILINGS BY DEFENDANT STRANGER UNTIL MONETARY SANCTIONS ARE PAID IN FULL** |

Pursuant to D. Conn. Local. R. § 16(g)(2),

> **No attorney or litigant against whom a final order of monetary sanctions has been imposed may file any pleading or other document until the sanctions have been paid in full**. Pending payment, such attorney or litigant also may be barred from appearing in court. **An order imposing monetary sanctions becomes final for the purposes of this local rule when the Court of Appeals issues its mandate or the time for filing an appeal expires**.

(emphasis added). A notice of appeal must be filed with the district clerk within 30 days after entry of the judgment or order appeal from. Fed. R. Civ. P. 4 (a)(1)(A).

On September 25, 2025, the Court entered the following final Order of monetary sanctions against Defendant Stranger:

> Beginning at noon Eastern time on September 26, 2025, Stranger will owe contempt penalties of $50 per day for every day she fails to return to Cleer the domain Cleer.tax. These sanctions shall be paid to the Clerk of the Court. The penalties will accrue on weekdays and weekends and will not stop accruing until Stranger files sufficient

> evidence in the form of affidavits or other admissible evidence that she has, in fact, returned the domain name to Cleer.

[ECF 292]. The deadline for Stranger to appeal the Court's September 25 Order requiring that she pay $50 daily coercive sanctions was October 27, 2025. Stranger did not appeal the September 25, 2025 Order at ECF 292.

As of this filing, Stranger has not returned the domain Cleer.tax to Cleer and she has not paid any amount towards the daily accruing monetary sanctions. Stranger is delinquent over $3,000 in coercive sanctions, and counting. Accordingly, pursuant to D. Conn. Local. R. § 16(g)(2), Stranger is enjoined from filing any pleading or other document until the sanctions have been paid in full.

On November 25, 2025, Stranger filed an Opposition to Third-Party Defendants' Motion For New Date For Final Pretrial Conference and Jury Trial ("Opposition"). [ECF 324]. Consistent with D. Conn. Local. R. § 16(g)(2), the Court should Strike Stranger's Opposition due to her failure to pay the monetary sanctions issued against her. Additionally, the Court should *sua sponte* strike any additional pleadings or other documents filed by Stranger until the delinquent monetary sanctions have been paid in full until the domain is returned to Cleer and the McKeegans.

Respectfully submitted,

*/s/ George B. Musekamp*

George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

Michael S. O'Malley, Esq. (CT31784)
Ogletree, Deakins, Nash,

Smoak & Stewart P.C.
281 Tresser Boulevard
Stamford, CT 06901
Tel: (203) 969-3109
Fax: (203) 969-3150
Michael.O'Malley@ogletree.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 1, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties of record.

*/s/ George B. Musekamp*