IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : |
| | : |
| v. | : 3:24-cv-1496-MPS |
| | : |
| CRYSTAL STRANGER et al. | : |
| | : DEFENDANTS NOTICE OF TRAVEL |
| v. | : AND LIMITED AVAILABILITY |
| | : |
| DAVID and CARRIE McKEEGAN | : |
| | : |

Defendant Crystal Stranger respectfully provides notice that she will be traveling and will have limited availability, including minimal access to internet and phone communications, from December 24, 2025 through January 14, 2026.

During this period, Defendant may experience delays in responding to non-urgent communications and scheduling matters. This notice is provided for the Court's awareness only and does not request any modification of existing deadlines or relief from any order of the Court.

Defendant will remain available for matters requiring immediate attention to the extent reasonably possible.

Respectfully submitted,
/s/ Crystal Stranger
Crystal Stranger
Pro Se Litigant

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 23, 2025 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*