# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : |
| v. | : 3:24-cv-1496-MPS |
| CRYSTAL STRANGER et al. | : |
| v. | : DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO COMPEL (ECF NO 339) |
| DAVID and CARRIE McKEEGAN | : |

      Defendant Crystal Stranger respectfully requests a short extension of time to file her opposition to Plaintiff's Motion to Compel (ECF No. 339).

      As the Court is aware, Defendant previously filed a Notice of Travel and Limited Availability (ECF No. 335) advising that she would be traveling internationally with limited access from December 24, 2025 through January 14, 2026. Defendant is currently in a rural area and has limited access to reliable internet, secure printing, scanning, and execution resources.

      Defendant's opposition will include a factual declaration addressing issues of possession, custody, and control and related factual matters raised in Plaintiff's motion. Defendant will be able to execute and file this declaration promptly upon her return.

      Defendant therefore requests a 7-day extension, making the opposition due on January 21, 2026. This request is made in good faith and is Defendant's first request for an extension relating to this motion. Plaintiff will not be prejudiced by this brief extension.

      Respectfully submitted,
/s/ Crystal Stranger
Crystal Stranger
Pro Se Litigant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 8, 2026 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

    */s/ Crystal Stranger*