# MANDATE

D. Conn.
24-cv-1496
Shea, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand twenty-six.

Present:
    Robert D. Sack,
    Denny Chin,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

---

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

    *Plaintiff-ctr-defendant-Appellee*,

v.        25-2519

Crystal Stranger,

    *Defendant-ctr-claimant-Appellant*,

Optic Tax Inc., et al.,

    *Defendants*.

---

Appellee, proceeding through counsel, moves to dismiss the appeal as taken from a nonfinal order. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED because this Court lacks jurisdiction over this appeal because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 02/19/2026