# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEER LLC | : |
| | : 3:24-cv-1496-MPS |
| v. | : |
| | : |
| CRYSTAL STRANGER et al. | : JOINT MOTION FOR RELIEF FROM |
| | : SANCTIONS ORDER (ECF NO. 292) |
| v. | : AND CLEER, LLC'S NOTICE OF |
| | : WITHDRAWAL OF REQUEST FOR |
| DAVID and CARRIE McKEEGAN | : ATTORNEY'S FEES |
| | : |

The parties have entered into a Settlement Agreement resolving this action, which provides that the parties will jointly seek relief from the Court's Order on Motion for Sanctions entered September 25, 2025 (ECF No. 292), which imposed coercive sanctions and attorneys' fees relating to the transfer of the cleer.tax domain.

The cleer.tax domain has now been transferred to Cleer in accordance with the Settlement Agreement. In light of this completed transfer, the sanctions order is no longer necessary.

Cleer, LLC further provides notice that it withdraws its request for attorney fees relating to all pending findings against Ms. Stranger for Contempt of Court.

Accordingly, the parties respectfully request that the Court vacate the Order on Motion for Sanctions (ECF No. 292).

Respectfully submitted,

*/s/ George B. Musekamp*
George B. Musekamp (PHV)
Evan H. Cohn (PHV)
Taft Stettinius & Hollister LLP
301 E. 4th Street, Suite 2800
Cincinnati, OH 45202
Tel: (513) 381-2838
Fax: (513) 381-0205
gmusekamp@taftlaw.com
ecohn@taftlaw.com

                                  Michael S. O'Malley, Esq. (CT31784)
                                  Ogletree, Deakins, Nash,
                                  Smoak & Stewart P.C.
                                  281 Tresser Boulevard
                                  Stamford, CT 06901
                                  Tel: (203) 969-3109
                                  Michael.O'malley@ogletree.com

                                  *Attorneys for Plaintiff*


                                  /s/ *Crystal Stranger* (per email consent 2/25/26)
                                  Crystal Stranger
                                  *Pro Se Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 25, 2026 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

*/s/ George B. Musekamp*
