**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CLEER LLC | : |
| | :    3:24-cv-1496-MPS |
| v. | : |
| | : |
| CRYSTAL STRANGER et al. | : |
| | :    **FED. R. CIV. P. 41(a)(1)(ii)** |
| v. | :    **STIPULATION OF DISMISSAL WITH** |
| | :    **PREJUDICE** |
| DAVID and CARRIE McKEEGAN | : |

The parties entered into a Settlement Agreement on February 20, 2026 resolving this action and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of this action with prejudice subject to the Court, through United States District Court Magistrate Judge S. David Vatti, retaining jurisdiction over the parties solely for the purpose of enforcing the terms of the Settlement Agreement.

                                                                   Respectfully submitted,

                                                                   */s/ George B. Musekamp*
                                                                   George B. Musekamp (PHV)
                                                                   Evan H. Cohn (PHV)
                                                                   Taft Stettinius & Hollister LLP
                                                                   301 E. 4th Street, Suite 2800
                                                                   Cincinnati, OH 45202
                                                                   Tel: (513) 381-2838
                                                                   Fax: (513) 381-0205
                                                                   gmusekamp@taftlaw.com
                                                                   ecohn@taftlaw.com

        Michael S. O'Malley, Esq. (CT31784)
        Ogletree, Deakins, Nash,
        Smoak & Stewart P.C.
        281 Tresser Boulevard
        Stamford, CT 06901
        Tel: (203) 969-3109
        Michael.O'malley@ogletree.com

        *Attorneys for Plaintiff*


        /s/ *Crystal Stranger*_____
        Crystal Stranger
        Pro Se Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 27, 2026 the foregoing was filed using the Court's electronic filing system which will provide notice to all parties.

*/s/ George B. Musekamp*
