MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of October, two thousand twenty-six.

---

Cleer LLC, FKA Greenback Business Services LLC, DBA Cleer Tax,

Plaintiff-Counter-Defendant-Appellee,

v.

Crystal Stranger,

Defendant-Counter-Claimant-Appellant,

Optic Tax Inc.,

Defendant,

Carrie McKeegan, David McKeegan,

Counter-Defendants.

---

**ORDER**
Docket No. 25-1575

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/21/2026